Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at __3__ o'clock and __50__ min __/PK__ M
SUE BEITIA, CLERK

IN THE UNITED STRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) CAUTION |
| vs. | ) TO THE<br>) COURT |
| Deborah Y. Miller, et al.<br>Defendants. | ) INCLUSIVE<br>) (MAGISTRATE JUDGE<br>) LESLIE E. KOBAYASHI)<br>)<br>) CERTIFICATE OF SERVICE<br>) |

## CAUTION TO THE COURT INCLUSIVE (MAGISTRATE JUDGE LESLIE E. KOBAYASHI)

**No weapon formed against you shall prosper, and every tongue which rises against you in judgment you shall condemn. This is the heritage of the servants of the Lord, and their righteousness is from Me, Says the Lord.**
Isaiah 54:17

Now Comes Plaintiff Joseph R. Thames, Pro Se and files and submits this Caution to the Court Inclusive (Magistrate Judge Leslie E. Kobayashi). The Court inclusive (Magistrate Judge Leslie E. Kobayashi) has been and continues to be bias and prejudice against Plaintiff Joseph R. Thames and Plaintiff's prosecution of this action, Plaintiff alleges. The Court's (Magistrate Judge Leslie E. Kobayashi's) actions, decisions, rulings, etc... have been in efforts to dismiss, eliminate and or reduce Plaintiff's claim and action to further noted in the Court's continual language to the Plaintiff (of possible dismissal and the demand for strict adherence or possible sanctions to include dismissal, Plaintiff alleges. The Court's actions to the Defendant is continual leniency and language

of continual leniency which is a favoritism bias given to Defendant and against Plaintiff, Plaintiff alleges. These bias actions by the Court are unjust. Plaintiff cautions this Court and Magistrate Judge Leslie E. Kobayashi to correct such unjust actions. This Court's actions are a continuing violation of Plaintiff's constitutional rights to include the rights to due process. Plaintiff further cautions this Court that these actions are reportable for judicial review which could result in removal, removal from the Bench, suspension or loss of attorney licenses and or prosecution for criminal activity.

This Court has become an active participant from the Bench in favor of Defendant to legally assist and defend the Defendant by bias, Plaintiff alleges. The Court's bias activism has blurred the line of Judge and legal counsel for Defendant. The Court's biases, to defend in favor of the Defendant, permeates through the activist rulings, decisions and opinions to protect and aid the Defendant, such as creating motions and ruling in favor of defendant on such motions without Defendant ever submitting any such motions. This Court's action(s) has/have moved into support as an attorney on behalf of the Defendant and for the Defendant.

This Court has over numerous times made motions from the Bench in behalf of the Defendant when no motion has been submitted and or filed by Defendant. Immediately following this Court's creation of a phantom motion from the Bench, the Court has ruled on such motions and granted relief in favor of the Defendant without Plaintiff having an opportunity to respond and or oppose such illegal action. The law clearly states on such matters that the Defendant must move or upon motion or submit or file such motion. These actions are unjust and a violation of my Constitutional rights to due process.

2

Additionally, this Court continues to mail orders and other documents with stated deadlines for the Plaintiff to which these deadlines have expired or very shortly expiring such as the recent order mailed on January 17, 2006 with a Court ordered deadline of January 17, 2006. (Exhibit 1)  With these orders and documents, this Court uses strong language and restrictions on Plaintiff's responses and further statements of possible dismissal of the action from the Court.  However, this Court does not submit upon Defendant such above mention actions or use such above mention language toward Defendant.  This Court does just the exact opposite and be over lenient to the Defendant, Plaintiff alleges.  This conduct by the Court is prejudicial, bias, unjust and unconstitutional against Plaintiff.

This Court's action has been to not allow this action to proceed, to suppress discovery, to make ruling in behalf of the Defendant without allowing the facts to come forward, etc…  These unjust actions by this Court are similar, closely parallel, near in line with the State Court's unjust actions the Plaintiff was subjected too to which Plaintiff raise such complaints in the United States (U.S.) District Court for violations of his Constitutional Rights.

Again, Plaintiff Cautions The Court Inclusive (Magistrate Judge Leslie E. Kobayashi).

Dated January 25, 2006 in Honolulu, Hawaii.

/s/ Joseph R. Thames
Joseph R. Thames