UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338

CLERK

OFFICIAL BUSINESS

Joseph R. Thames
PO Box 674
Kailua, HI 96734



PRESORTED
FIRST CLASS

Exhibit 1B