ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 7 2006

at \_\_ o'clock and \_\_ min \_\_ M
SUE BEITIA, CLERK

IN THE UNITED STRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>　　Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) MOTION FOR |
| vs. | ) EXTENSION IN TIME<br>) FOR RESPONSE |
| Deborah Y. Miller, et al.<br>　　Defendants. | )<br>) CERTIFICATE OF SERVICE<br>) |

## MOTION FOR EXTENSION IN TIME FOR RESPONSE

Now Comes Plaintiff Joseph R. Thames, Pro Se and files and submits this Motion for Extension in Time For Response. Plaintiff raises the issue that the Court mailed the ruling dated January 03, 2006 on January 17, 2006 with a January 17, 2006 response deadline. (Exhibit 1) The Court gives the Plaintiff no time to respond. Plaintiff moves for an extension in time to properly, adequately and appropriately respond. Plaintiff requests a sixty day extension in time to respond to address this matter and the unjust Court ruling. Additionally, Plaintiff lodges a formal complaint against this Court for these and other such continuing unjust and illegal actions of this Court to include discrimination, prejudice and biases of the Court.

Under the penalty of perjury, Plaintiff states that the above is true, correct and accurate. For good cause, Plaintiff request of this Court to extend Plaintiff's Time for Response. Dated January 27, 2006 in Honolulu, Hawaii.

　　　　　　　　　　　　　　　　　　　　　　Joseph R. Thames

to the United States District Court for the District of Raleigh and Fayetteville, North Carolina. [Proposed Amended Complaint at 26-28.] If Plaintiff wishes to intervene in that case, he must do so in state court. This Court does not have the authority to accept his third party complaint or to remove the case. Plaintiff's Motion is therefore denied as to Plaintiff's proffered third-party complaint in Coelho v. Quitan.

## CONCLUSION

On the basis of the foregoing, Plaintiff's Motion is HEREBY GRANTED IN PART and DENIED IN PART. The Court grants Plaintiff leave to amend his Complaint to add a claim against Defendant for the repayment of $3,290.00 in various loans that Plaintiff made to Defendant. The Court denies Plaintiff's Motion in all other respects.

Plaintiff shall file his First Amended Complaint by no later than January 17, 2006. The First Amended Complaint may include the claims alleged in Plaintiff's original complaint and Plaintiff's proposed claim against Defendant for repayment of the $3,290.00 in loans. The Court instructs Plaintiff that he may not include any other claims, nor may he name any additional defendants. The Court further cautions Plaintiff that the failure to follow these instructions may result in sanctions, including the striking of the First Amended Complaint.

Exhibit 1A

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

Joseph R. Thames
PO Box 674
Kailua, HI 96734

PRESORTED
FIRST CLASS



Exhibit 1B

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| vs. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller, et al.<br>    Defendants. | )<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Motion for Extension in Time for Response, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:   DEBORAH Y. MILLER
        305 Hahani Street #165
        Kailua, HI 96734

Dated January 27, 2006 in Honolulu, Hawaii.

Joseph R. Thames