# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 04-00644DAE-LEK

CASE NAME:   Joseph Thames vs. Deborah Y. Miller, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi      REPORTER:

DATE:    1/31/2006                TIME:

COURT ACTION: EO:   COURT ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION IN TIME FOR RESPONSE

Before the Court is Plaintiff Joseph R. Miller's ("Plaintiff") Motion for Extension in Time for Response ("Motion"), filed January 27, 2006. The Court is also in receipt of Plaintiff's Caution to the Court Inclusive, filed January 25, 2006. On January 4, 2006, this Court filed its Order Granting in Part and Denying in Part Plaintiff's Motion to Take Leave ("Order"), which directed Plaintiff to file his First Amended Complaint by no later than January 17, 2006. Plaintiff's Motion requests an extension to respond to the Order.

The Court acknowledges that, through no fault of their own, the parties did not receive the Order until after January 17, 2006. Plaintiff's Motion is therefore GRANTED. The Court will allow Plaintiff to file his First Amended Complaint, subject to the substantive limitations set out in the Order, by **February 17, 2006**. Defendant Deborah Y. Miller, et al., shall have until **March 17, 2006** to file an answer to the First Amended Complaint.

IT IS SO ORDERED.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager