ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2006

at 3 o'clock and 50 min P M
SUE BEITIA, CLERK

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED DISRTICT COURT
DISTRICT OF HAWAII

| Joseph R. Thames | ) CIVIL NO. 04-00644DAE-LEK |
| Plaintiff, | ) |
| | ) MOTION TO |
| vs. | ) STRIKE |
| | ) |
| Deborah Y. Miller, et al. | ) HEARING |
| Defendants. | ) Date: |
| | ) Time: |
| | ) Place: |
| | ) Judge: |
| | ) |
| | ) CERTIFICATE OF SERVICE |

## MOTION TO STRIKE

Now Comes Plaintiff Joseph R. Thames, Pro Se and files and submits this Motion to Strike in entirety or in part the Court ruling dated of January 03, 2006. Plaintiff raises the issue that the Court mailed the ruling dated January 03, 2006 on January 17, 2006 with a January 17, 2006 response deadline. (Exhibit separate cover) The Court gives the Plaintiff no time to respond. Plaintiff moves for an extension in time to properly, adequately and appropriately respond. Plaintiff requests a sixty day extension in time to respond to address this matter and the unjust Court ruling. Court ruling violates Plaintiff's Constitutional rights. The Magistrate Judge is not the trier of facts in this action and has no authority to make such rulings of dismissing these claims. The Court ruling is inaccurate and or unjust. (Exhibit separate cover) Many of the other rulings, decisions and orders, and actions have been unjust. Plaintiff reserves the right to submit additional supplemental responses to this matter.

Additionally, Plaintiff lodges a formal complaint against this Court for these and other such continuing unjust and illegal actions of this Court to include discrimination, prejudice and biases of the Court.

Under the penalty of perjury, Plaintiff states that the above is true, correct and accurate. For good cause, Plaintiff request of this Court to strike the Court ruling.

Dated January 30, 2006 in Honolulu, Hawaii.

Joseph R. Thames

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Motion to Strike, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:   DEBORAH Y. MILLER
      305 Hahani Street #165
      Kailua, HI 96734

Dated January 30, 2006 in Honolulu, Hawaii.

Joseph R. Thames