# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CIVIL NO. 04-00644DAE-LEK

CASE NAME:          Joseph Thames vs. Deborah Y. Miller, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     2/1/2006                     TIME:

COURT ACTION: EO:   COURT ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION,  MOTION TO SET ASIDE, AND MOTION TO STRIKE

Before the Court is Plaintiff Joseph R. Miller's ("Plaintiff") Motion for Reconsideration and Motion to Set Aside, filed January 27, 2006, and Motion to Strike, filed January 30, 2006.  The motions allege identical arguments.  All three motions argue that this Court's Order Granting in Part and Denying in Part Plaintiff's Motion to Take Leave ("Order"), filed January 4, 2006, violated Plaintiff's constitutional rights because the Order directed Plaintiff to file his First Amended Complaint on January 17, 2006 and he did not receive the Order until after that date.  This Court's prior Order Granting Plaintiff's Motion for Extension in Time for Response gave Plaintiff until February 17, 2006 to file the First Amended Complaint.  Plaintiff's Motion for Reconsideration, Motion to Set Aside, and Motion to Strike are therefore moot with regard to the filing deadline for the First Amended Complaint.

The Motion for Reconsideration, Motion to Set Aside, and Motion to Strike also allege that this Court should reconsider the Order because this Court is not the trier of fact in this case and therefore had no authority to make substantive rulings dismissing his claims.  Plaintiff's argument is misplaced.  In the Order, this Court found that certain of Plaintiff's **proposed** claims were futile and ruled that Plaintiff could not amend his Complaint to allege those claims.  This Court did not "dismiss" any of the claims in the Complaint.

Plaintiff has failed to allege any of the grounds for reconsideration.  See <u>Arakaki v. Lingle</u>, 299 F. Supp. 2d 1129, 1130 (D. Hawai`i 2003) ("Three grounds justify reconsideration of an order: (i) an intervening change in controlling law, (ii) the availability of new evidence, and (iii) the need to correct clear error or prevent manifest injustice." (citations omitted)); <u>see also</u> Local Rule LR60.1.  Plaintiff's Motion for Reconsideration,  Motion to Set Aside, and Motion to Strike are therefore DENIED.

IT IS SO ORDERED.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager