Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 1 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>　　Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) REQUEST FOR |
| vs. | ) COURT DOCUMENTS<br>) |
| Deborah Y. Miller, et al.<br>　　Defendants. | )<br>) CERTIFICATE OF SERVICE<br>) |

## REQUEST FOR COURT DOCUMENTS

Now Comes Plaintiff Joseph R. Thames, Pro Se and files and submits this Requests for Court Documents. Plaintiff raises the issue that the Court mailed the ruling dated January 03, 2006 on January 17, 2006 with a January 17, 2006 response deadline. (Exhibit 1) The Court gives the Plaintiff no time to respond. Plaintiff requests a sixty day extension in time to respond to address this matter and the unjust Court ruling. This Court has improperly mailed, improperly mailed late and or improperly not mailed numerous other documents and or order ordering an impossible response and or a very restricting or limiting response from Plaintiff (very limiting or restricting in time, etc…). The Hawaii Courts did the same to similar unjust actions against Plaintiff. Those unjust actions are only some of the unjust actions upon Plaintiff in the Hawaii Courts and or by Hawaii officials and or others which actions were and are unjust, illegal and or unconstitutional. Plaintiff requests that this Court mail to Plaintiff a copy of all documents mailed out by this Court with the date stamp of the date the document was mailed to Plaintiff and the address the document was mailed to.

Additionally, Plaintiff lodges a formal complaint against this Court for these and other such continuing unjust and illegal actions of this Court to include discrimination, prejudice and biases of the Court.

Under the penalty of perjury, Plaintiff states that the above is true, correct and accurate.

For good cause, Plaintiff request documents of this Court.

Dated February 01, 2006 in Honolulu, Hawaii.

Joseph R. Thames

to the United States District Court for the District of Raleigh and Fayetteville, North Carolina. [Proposed Amended Complaint at 26-28.] If Plaintiff wishes to intervene in that case, he must do so in state court. This Court does not have the authority to accept his third party complaint or to remove the case. Plaintiff's Motion is therefore denied as to Plaintiff's proffered third-party complaint in Coelho v. Quitan.

## CONCLUSION

On the basis of the foregoing, Plaintiff's Motion is HEREBY GRANTED IN PART and DENIED IN PART. The Court grants Plaintiff leave to amend his Complaint to add a claim against Defendant for the repayment of $3,290.00 in various loans that Plaintiff made to Defendant. The Court denies Plaintiff's Motion in all other respects.

Plaintiff shall file his First Amended Complaint by no later than January 17, 2006. The First Amended Complaint may include the claims alleged in Plaintiff's original complaint and Plaintiff's proposed claim against Defendant for repayment of the $3,290.00 in loans. The Court instructs Plaintiff that he may not include any other claims, nor may he name any additional defendants. The Court further cautions Plaintiff that the failure to follow these instructions may result in sanctions, including the striking of the First Amended Complaint.

10

Exhibit 1A

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

Joseph R. Thames
PO Box 674
Kailua, HI 96734

PRESORTED
FIRST CLASS



Exhibit 1B

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| vs. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller, et al.<br>    Defendants. | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Request for Court Documents, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:   DEBORAH Y. MILLER
       305 Hahani Street #165
       Kailua, HI 96734

Dated February 01, 2006 in Honolulu, Hawaii.

                                                  Joseph R. Thames