Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| vs. | ) REQUEST WAIVER<br>) OF FILING FEES |
| Deborah Y. Miller, et al.<br>Defendants. | )<br>)<br>) |

## REQUEST WAIVER OF FILING FEES

Now comes Appellant-Plaintiff and requests waiver of filing fees. For good cause and limited financial resources Plaintiff request waive of filing fees. Supplemental filing to be submitted and filed separate cover.

Dated February 02, 2006 in Honolulu, Hawaii.

/Joseph R. Thames

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISRTICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| vs. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller, et al.<br>Defendants. | )<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Notice of Appeal, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:  DEBORAH Y. MILLER
     305 Hahani Street #165
     Kailua, HI 96734

Dated February 02, 2006 in Honolulu, Hawaii.

Joseph R. Thames