# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 2/3/2006 | TIME: | |

COURT ACTION:  EO: Before the Court is Plaintiff Joseph R. Thames' ("Plaintiff") Request for Court Documents ("Request"), filed February 1, 2006.  For the reasons stated in this Court's Order Denying Plaintiff's Motion for Reconsideration, Motion to Set Aside, and Motion to Strike, filed February 1, 2006, Plaintiff's Request is DENIED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager