IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| JOSEPH R. THAMES, | ) | CV. NO. 04-00644 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEBORAH Y. MILLER, DOES 1- | ) | |
| 500, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING PLAINTIFF'S APPEAL TO TRIAL JUDGE FROM
MAGISTRATE JUDGE RULING WITHOUT PREJUDICE

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for

disposition without a hearing.  After reviewing Plaintiff's motion and the

supporting memoranda, the Court DENIES WITHOUT PREJUDICE Plaintiff's

Appeal to Trial Judge From Magistrate Ruling.

On January 4, 2006, Magistrate Judge Leslie Kobayashi entered an

Order Granting in Part and Denying in Part Plaintiff's Motion to Take Leave

("Order").  On January 27, 2006, pro se Plaintiff Joseph R. Thames ("Plaintiff")

filed numerous motions, including a Motion for Reconsideration ("Motion for

Reconsideration") of the Order and the instant Appeal to Trial Judge From Magistrate Judge Ruling ("Appeal") of the Order.  Plaintiff titles the Appeal as "Motion for Extension in Time for Response", which the Court will disregard, as Plaintiff clearly indicates in the text and caption that he is appealing Magistrate Judge Kobayashi's Order.  Because Plaintiff filed a Motion for Reconsideration at the same time as the Appeal, the Motion for Reconsideration takes precedence and the Appeal is premature.

On February 1, 2006, Magistrate Judge Kobayashi denied Plaintiff's Motion for Reconsideration.  In light of the fact that the Motion for Reconsideration was denied, the Court hereby DENIES WITHOUT PREJUDICE Plaintiff's Appeal of the Order as premature.  If, after Plaintiff has the opportunity to review Magistrate Judge Kobayashi's denial of the Motion for Reconsideration determines that he would like to appeal, he may refile such an appeal with the Court.

For the reasons stated above, the Court DENIES WITHOUT

PREJUDICE Plaintiff's Appeal to Trial Judge From Magistrate Judge Ruling.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 3, 2006.



_____
David Alan Ezra
United States District Judge

Joseph R. Thames v. Deborah Y. Miller, et al., CV No. 04-00644 DAE-LEK;
ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S APPEAL TO
TRIAL JUDGE FROM MAGISTRATE JUDGE RULING