Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 8 2006

at  11 o'clock and 2 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>    Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) ADDRESS<br>) OF COURT THREATS<br>) AGAINST PLAINTIFF<br>)<br>) CERTIFICATE OF SERVICE<br>) |

## ADDRESS OF COURT THREATS AGAINST PLAINTIFF

Now Comes Plaintiff Joseph R. Thames, Pro Se and files and submits this Address Court of Threats Against Plaintiff. During the hearing of on or about June 29, 2006, the Court stated to Plaintiff "Go back to North Carolina …. and (you, this Court) can dismiss the case) or words to that effect. Plaintiff took and takes that statement against Plaintiff as a threat to dismiss this case or actions to prevent Plaintiff from legally and justly prosecuting this case. This statement or effects of this statement was made to Plaintiff upon Plaintiff's raising the issue of the Court's improper and unjust actions which bias and unjustly cause additional time and resources from Plaintiff to respond (appropriately, properly or to some degree even at all possible many times). The Court's actions have been unjust and have numerous times cut, terminated or made impossible for Plaintiff to respond to the Court's unjust actions and or seeks to fulfill the threat. The Court's actions are to suppress the case, discovery, and or Plaintiff's prosecution of this action. The Plaintiff asked and asks of the Court not to waste Plaintiff's time and resources.

The Court Magistrate Judge **LESLIE** E. Kobayashi actions are or is discriminating, sexist (feminist-female gender bias), racist, unconstitutional, incompetent, confused, unlearned in legalities, prejudiced, bias, ignorance of the law and or lack of command of the English language.

I, the Plaintiff, am a United States Naval Academy graduate, Annapolis, prior enlisted, Marine Corps Officer, Marine Corps Pilot, Intelligence Officer and have well and faithfully served my country with distinction to include the protection of people's rights at home in the United States of America and abroad in foreign lands. I have served with my life to protect individual's rights of American citizens at home and in numerous hostile/combat areas abroad. Additionally, I have served to protect individual rights to include the right of this judge (your rights) to seat on this court. I will assure you that I will exercise the legal system and will not stand by and allow anyone (including this Court – Magistrate Judge Leslie E. Kobayashi or any other judge or people or individual) to violate my constitutional rights or any other inalienable rights. I am an American citizen and will legally demand my rights be upheld.

I am an American. I am a Marine. I took an oath, and I will support and defend the constitution, our way of life and our rights against all enemies foreign and **domestic**, so help me God.

Additionally, Plaintiff lodges a formal complaint against this Court for these and other such continuing unjust and illegal actions of this Court to include discrimination, prejudice and biases of the Court.

Under the penalty of perjury, Plaintiff states that the above is true, correct and accurate. For good cause, Plaintiff request documents of this Court.

Dated February 08, 2006 in Honolulu, Hawaii.

Joseph R. Thames

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>    Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Address of Court Threat Against Plaintiff, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:    DEBORAH Y. MILLER
        305 Hahani Street #165
        Kailua, HI 96734

Dated February 08, 2006 in Honolulu, Hawaii.

                                                                  */s/ Joseph R. Thames*
                                                                 Joseph R. Thames