ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 2 o'clock and 8 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII (HONOLULU)

| | |
|---|---|
| Joseph R. Thames<br>　　Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) FIRST AMENDED |
| vs. | ) COMPLAINT;<br>) SUMMONS |
| Deborah Y. Miller,<br>　　Defendant. | )<br>) CERTIFICATE OF SERVICE<br>) |

### FIRST AMENDED COMPLAINT

As Order by the Court:

Now comes Plaintiff and files and submits First Amended Complaint as ordered by the Court. Plaintiff objects to any and all restrictions and limitations of this amended complaint. Plaintiff objects to the court ordered restrictions and limitations on this amended complaint. Plaintiff objects to restrictions and limitations of this amended complaint. Plaintiff objects to the restrictions and limitations and limitations of the prior complaint(s).

1. Plaintiff notifies and seeks attorney(s) fees, legal fees, administrative cost and expenses and all other cost and expenses. The federal law provision allows for the payment of attorney's fees and other fees.

2. Plaintiff has capacity to sue and demands the payment of dollars to be determined at trial at court according to the accounting.

3. Plaintiff has not filed a statement with the court and expects to do so until the action has been called for trial.

4. Plaintiff and Defendant entered into agreement(s).

5. In accord with the provisions of said agreement(s), Plaintiff tendered to defendant the funds as a loan, but Defendant refused/failed to repay the loan(s).

6. Plaintiff complaining of Defendant says Plaintiff has the capacity to sue.

7. Said representations were known by Defendant to be false.

8. As a result of the foregoing, Plaintiff has been damaged by an amount to be determined by the jury at trial.

9. The Plaintiff has been damaged by the conduct of the Defendant to be determined at trail by a jury.

10. Plaintiff is domicile in North Carolina and Defendant is domicile in Massachusetts and actions occurred in Hawaii, California, North Carolina, Massachusetts, etc…

11. Diversity of citizenship exists.

21. Defendant had and has capacity to be sued.

22. Federal laws allow this action, suit, and the prosecution of the action. All and any federal laws which are applicable for the action are inclusively raised, invoked and applied.

Cause Complaint

Plaintiff alleges as follows:

  Plaintiff was a resident of 404A Kalama Street, PO Box 674, Kailua, Hawaii 96734 with past Ph. 262-1782 and present address of PO Box 674, Kailua, Hawaii 96734 with Ph. 554-8082.

  Since December 1998 to present, the Defendant has owed the Plaintiff the sum of $3,290.00 for:

    $40.00  Administrative charges for return check

    $500.00 for trip to East Coast

    $1,500.00 utilities from December 1998 to October 1999

    $1,250.00 for loans unpaid

      $200.00 car repair parts

      $200.00 for emergency funds not replaced

      $100.00 money taken out of joint account

      $100.00 loan in Boston (ATM)

      $450.00 loan in Boston (ATM)

      $100.00 expenses to be paid a clients returned check (pay Tamara)

      $100.00 for check from Deborah Y. Miller

Defendant resides and/or does business at 305 Hahani Street #165 Kailua HI 96734 and did business at such address with Ph. 261-8766.

Plaintiff demands judgment in the sum of $3,290.00 plus interest and costs.

Defendant, Deborah Y. Miller, has allowed an unreasonable passage of time before paying these debts. As a result of the passage of time, Plaintiff damages far exceed those of the debts owed due to Defendant's, Deborah Y. Miller's, intentional, malicious, and oppressive refusal and/or failure to reasonably pay the debt and settle the matter with the Plaintiff. Defendant has breached the contract. Also, Defendant has breached the covenant of good faith and fair dealing.

In addition, the Court may award court costs, interest and reasonable attorney's fees.

As a proximate result of Defendant Deborah Y. Miller fraudulent and deceitful conduct and the facts herein alleged, Plaintiff was damaged in an amount according to proof at trial.

In doing the acts herein alleged, Defendant Deborah Y. Miller acted with oppression, fraud and malice and Plaintiff is entitled to recover exemplary or punitive damages in an amount according to proof at trial.

Deborah Y. Miller has breached her duty of good faith and fair dealing owed to Plaintiff by other acts or omissions of which Plaintiff is presently unaware which will be shown according to proof at trial.

As a proximate result of the unreasonable and bad faith conduct mentioned above, Plaintiff has suffered economic and consequential damages in an amount according to proof at trial.

As a further proximate result of the wrongful conduct of Defendant Deborah Y. Miller, Plaintiff has suffered anxiety, worry, mental and emotional distress all to Plaintiff's general damage in a sum to be determined at the time of trial.

Defendant's conduct described in the complaint constitutes malice and oppression under the Hawaii Revised Statutes and the Federal Statutes, in that it was done with the intent to vex, injure or annoy and with a conscious disregard of the Plaintiff's rights. Thus, Plaintiff is entitled to punitive damages in an amount appropriate to punish or make an example of Defendant Deborah Y. Miller.

Plaintiff reserves the right to amend this complaint (inclusive first amended complaint) and as appropriate.

Whereas Plaintiff demands:

Plaintiff makes a demand for trial by jury, a jury trial.

Plaintiff demands judgment against the Defendant for dollars, interest and costs to be determined at trial.

Plaintiff prays that he have and recover of the Defendant the sum of dollars to be determined at trial.

Plaintiff demands (1) that Defendant be required specifically to perform said agreement, (2) damages in the sum to be determined at trial, and (3) that if specific performance is not granted Plaintiff have judgment against Defendant in the sum to be determined at trial.

Plaintiff makes a demand for judgment for the sum to be determined at trial, interest from the date suit was instituted, and costs.


Wherefore Plaintiff prays for:

Compensatory damages;

Economic damages;

Consequential damages;

General damages for mental and emotional distress;

Punitive and exemplary damages;

Cost of suit;

Such other and further relief the courts deem appropriate.


WHEREFORE, Plaintiff prays for Judgment against Defendant as follows:

Economic and consequential damages in the sum to be determined at trial;

General damages for mental and emotional distress in a sum to be determined at trial;

Punitive and exemplary damages in an amount appropriate to punish or make an example of defendant;

Cost of suit incurred in this action; and

Such other and further relief as the Court deems just and proper.

I have read this Statement, know the contents and verify that the statements are true to my personal knowledge and belief.

**I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAII AND THE FEDERAL LAWS THAT THE ABOVE IS TRUE AND CORRECT.**

Dated: February 17, 2006 in Honolulu, Hawaii.

/s/ Joseph R. Thames
Joseph R. Thames
Plaintiff

|  |  |
|---|---|
| Joseph R. Thames ) | CAUSE COMPLAINT 2A |
|    Plaintiff ) | COMPLAINT |
| ) | (ENCLOSURES |
| vs. ) | EXHIBIT A, B, C, D & E) |
| ) | Summons |
| Deborah Y. Miller ) | |
|    Defendant ) | |

In concert with the law, the Hawaii Revised Statutes, the courts, the Hawaii Rules of Civil Procedures, HRCP Rule 18, HRCP Rule 42, the Circuit Court Rules, the District Court Rules and the Small Claims Court Rules, I, the plaintiff and filing a complaint and praying upon the court for justice. In concert with the law and the circuit, district and small claims court rules this complaint is a consolidation of other district court complaints; civil number ISC00-645, civil number, IRC00-2947, civil number IRC00-2946, civil number IRC00-29456 and these complaints are being transferred to the Circuit Court for action and trial.

### CAUSE COMPLAINT #1

Plaintiff alleges as follows:
he is a resident of 404 A Kalama Street PO Box 674 Kailua, Hawaii 96734 Ph. 262-1782. Since December 1998 to present, the defendant has owed the plaintiff the sum of $3,290.00 for:

      $40.00 Administrative charges for return check
      $500.00 for trip to East Coast
      $1,500.00 utilities from December 1998 to October 1999
      $1,250.00 for loans unpaid
          $200.00 car repair parts


RECEIVED $200.00


PAID SURCHARGE $25.00

7

$200.00 for emergency funds not replaced
$100.00 money taken out of joint account
$100.00 loan in Boston (ATM)
$450.00 loan in Boston (ATM)
$100.00 expenses to be paid a clients returned check (pay Tamara)
$100.00 for check from Deborah Y. Miller

Defendant resides and/or does business at 305 Hahani Street # 165 Kailua HI 95634 Ph: 261-8766.

Plaintiff demands judgment in the sum of $3,290.00 plus interest and costs. Defendant, Deborah Y. Miller, has allowed an unreasonable passage of time before paying these debts. As a result of the passage of time, Plaintiff's damages far exceed those of the debts owed due to Defendant's, Deborah Y. Miller's, intentional, malicious, and oppressive refusal and failure to reasonably pay the debt and settle the matter with the Plaintiff. Defendant has breached the contract. Also, Defendant has breached the covenant of good faith and fair dealing.

Additionally, plaintiff further prays for the court to order that Deborah Y. Miller disconnect her physical telephone line connection from my house.
In addition, the Court may award court costs, interest and reasonable attorney's fees.

Joseph R. Thames
404 A Kalama Street
P O Box 674
Kailua, Hawaii    96734
Ph. 262-1782

Apr 24  11 18 AM '00
E. RAMIREZ

IN THE SMALL CLAIMS DIVISION OF THE
DISTRICT COURT OF THE FIRST CIRCUIT

KOOLAUPOKO DIVISION

STATE OF HAWAII

Joseph R. Thames,    )
    )
    PLAINTIFF(S),    )    CIVIL NO. 1SC00-645
    )
    )    STATEMENT OF CLAIM
VS    )    (general form)
    )
Deborah Y. Miller,    )
    )
    DEFENDANT(S).    )
    )

Plaintiff(s) alleges as follows:
he is a resident of 404 A Kalama Street P O Box 674 Kailua, Hawaii  96734 Ph. 262-1782.

Since December 1998 to present, the defendant(s) has owed the plaintiff(s) the sum of $3,290.00 for: see attached.

Defendant(s) resides and/or does business at 305 Hahani Street #165 Kailua HI 95634  Ph.: 261-8766.

Plaintiff(s) demands judgment in the sum of $3,290.00 plus interest and costs.

Dated: April 24, 2000.

_____
              Plaintiff(s)

I do hereby certify that this is a full, true and
correct copy of the original on file in this office.

_____
Clerk, District Court of the First Circuit
State of Hawaii

**SEE NEXT PAGE**

Exhibit B                                    9

Koolaupoko Division
~~Honolulu Division~~

Plaintiff

    Joseph R. Thames

Defendent

    Deborah Y. Miller

                              Filing Party

                              Joseph R. Thames
                              P.O. Box 674
                              Kailua, HI. 96734


    resident at 404 A Kalama Street, Kailua, HI. 96734
Since December 1998 to present the sum of $3,290.00 is some of the money owed to plaintiff by defendant

for    $40.00   Administrative charges for return check
       $500.00 for trip to East Coast
       $1,500.00 utilities from December 1998 to October 1999
       $1,250.00 for loans unpaid
            $200.00 car repair parts
            $200.00 for emergency funds not replaced
            $100.00 money taken out of joint account
            $100.00 loan in Boston (ATM)
            $450.00 loan in Boston (ATM)
            $100.00 expenses to be paid a clients returned check (pay Tamara)
            $100.00 for check from Deborah Y. Miller

Additionally, plaintiff further prays for the court to order that Deborah Y. Miller disconnect her physical telephone line connection from my house.

                                                *Joseph R. Thames* (signature)

## AFFIDAVIT

Affiant, being first duly sworn on oath says that the foregoing is a just and true statement of the amount owing by defendant(s) to plaintiff(s).

_____
Affiant

_____
Title of Officer/Agent

Subscribed and sworn to before me
this day of April 24, 2000
D. BUENAFLOR (SEAL)

_____
Clerk of the above-entitled Court
State of Hawaii

************************************************************************

## NOTICE

TO: Deborah Y. Miller,

You are notified that the Court will hold a hearing upon this claim in the Small Claims Division of the District Court of the First Circuit, Koolaupoko Division, at 46-201 Kahuhipa Street, Kaneohe, Hawaii 96744 on Thursday, at 8:30 a.m., <u>May 11, 2000</u>.

**YOU ARE REQUIRED TO BE PRESENT AT THE HEARING IN ORDER TO AVOID JUDGMENT BY DEFAULT.**
************************************************************************

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court.

You may come with or without an attorney.

You have no right to **APPEAL** if the case remains in the Small Claims Division. You may elect to have the case transferred to the Regular Claims Division of the District Court upon **STIPULATION** payment of $75.00 to the clerk of the Court.

If the claim is for MORE THAN $5,000.00, either party may have the case transferred to the Circuit Court for jury trial upon payment of $200.00 to the clerk of the Court.

D. BUENAFLOR (SEAL)

_____
Clerk of the above-entitled Court

( )  Service by Registered or Certified
     Mail, ADDRESSEE ONLY
     Return receipt must show place of delivery.

Postage $_____


**YOUR FAILURE TO APPEAR AND DEFEND ON THE DATE AND TIME STATED ABOVE MAY RESULT IN THE ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST YOU FOR THE RELIEF DEMANDED IN THIS STATEMENT OF CLAIM.**

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Hawaii

Joseph R. Thames,
Plaintiff

v.

Deborah Y. Miller,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 04-00644 DAE-LEK

TO: (Name and address of Defendant)

Deborah Y. Miller
305 Hahani Street #165
Kailua, HI 96734

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FEB 17

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                    Date                    *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | | |
|---|---|---|
| Joseph R. Thames<br>　　Plaintiff, | ) | CIVIL NO. 04-00644DAE-LEK |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Deborah Y. Miller,<br>　　Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, First Amended Complaint, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:   DEBORAH Y. MILLER
　　　305 Hahani Street #165
　　　Kailua, HI 96734

Dated February 17, 2006 in Honolulu, Hawaii.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Joseph R. Thames_
　　　　　　　　　　　　　　　　　　　　　　　Joseph R. Thames