

Deborah Miller
25 Maluniu Avenue
Suite #102, PMB 165
Kailua, HI 96734
808-561-1551

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at ____ o'clock and ____min.____M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII (HONOLULU)

| | |
|---|---|
| PLAINTIFF<br>   JOSEPH R. THAMES | ) CIVIL NO. CV04 00644 DAE LEK<br>)<br>) |
| Vs. | ) DEFENDANTS ADDRESS CHANGE<br>)<br>) |
| | )CERTIFICATE OF SERVICE<br>) |
| DEFENDANT<br>   DEBORAH Y. MILLER | )MAGISTRATE JUDGE:<br>)LESLIE E. KOBAYASHI<br>) |

**DEFENDANT'S ADDRESS HAS CHANGED**

DEBORAH Y. MILLER, Defendant, pro sec, respectfully informs this court of

Defendant's address changes as follows:  Deborah Miller
                                          25 Maluniu Avenue
                                          Suite #102
                                          PMB165
                                          Kailua, HI  96734

DATED: Boston, MA  2-22-06

_Deborah Y. Miller_
Deborah Y. Miller, Defendant

## CERTIFICATE OF SERVICE

TO:  Plaintiff Joseph R. Thames
P.O. Box 674
Kailua, HI 96734

*Plaintiff Pro Se*

I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: 2-23-06

_____
Deborah Y. Miller, Defendant Pro Se