ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2006

at \_\_\_ o'clock and \_\_\_ min \_\_ M
SUE BEITIA, CLERK

Deborah Miller
25 Maluniu Avenue
Suite #102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATED DISTRICT COURT

DISTRICT OF HAWAII (HONOLULU)

| | |
|---|---|
| JOSEPH R. THAMES | ) CIVIL NO. CV04 00644 DAE LEK <br> ) |
| Plaintiff, | ) DEFENDANT'S MEMORANDUM IN <br> ) OPPOSITION TO PLAINTIFF'S <br> ) FIRST AMENDED COMPLAINT |
| vs. | ) <br> )ATTACHMENTS A43-45; 52 AND <br> ) EXHIBIT1 |
| DEBORAH Y. MILLER | ) <br> )CERTIFICATE OF SERVICE |
| Defendant | ) <br> ) UNITED STATES MAGISTRATE JUDGE: <br> ) LESLIE E. KOBAYASHI |

DEFENDANT'S MEMORANDUM OPPOSITION TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

Now comes Deborah Miller, Defendant requesting the court to deny Plaintiff's First

Amended Complaint.

1. Plaintiff initiated complaints without justification and should therefore pay for his court

cost. Plaintiff is pro se.

2. Defendant has no idea what the Plaintiff is referring to.

3. Plaintiff has not filed a statement with court, because Plaintiff has no evidence to support his allegations. (Plaintiff continues to state that he will prove his case at trial but never show up and does not offer any evidence in his filings.) There is no new evidence in this case, therefore, Defendant does not understand why the Plaintiff can not prove his case.

4&5: Plaintiff is once again referring to matters about property.

6&7. Defendant has no idea what Plaintiff is referring to.

8. The Plaintiff has not presented any evidence and has not shown up for trial in the past.

9. Plaintiff has not proved this allegation to date.

10. & 11. Plaintiff and Defendant lived together in **Hawaii** when these actions occurred.

21. Defendant doe not have the capacity to be sued.

CAUSE COMPLAINT

**Cause Complaint #1: $3,290.00. Defendant has proven and will continue to prove that the Defendant does not owe the Plaintiff any money. Plaintiff owes the Defendant $15,828 a Judgment to the Defendant (CIVIL NO. 00-1-1056-03 (EEH)**

$ 40.00 Administrative charges for return check:

Defendant was not responsible for bounced check.

<u>$ 500.00 for trip to East Coast:</u>

Defendant traveled home to Boston every year. Defendant was able to pay her own fare to and from Boston. Plaintiff chose to pay Defendant's fare because Plaintiff wanted Defendant to

stay in California overnight before going on to Boston, in order to meet the Plaintiff's brother and brothers family. Otherwise the Defendant would have flown from Hawaii to St. Louis to Boston via her TWA Travel Card, Defendant's normal route.

Plaintiff offered to pay and paid for Defendant's travel expenses and also joined Defendant at a later date in Boston to stay with Defendant's family.

<u>$1,500 utilities:</u>   **(Attachment A43-44)** *

Calculations from Plaintiff's copies of utility sheets shows that Plaintiff owes Defendant.

<u>Utilities Not Listed on Sheets:</u>  ( **Attachment A45)***

Utilities $288.00 plus food $642

<u>$1,250 unpaid loans:</u>

<u>1.) $200 Car repairs/parts:</u>

It was Plaintiff's idea to fix Defendant's car. Plaintiff never asked Defendant to pay. Defendant does not know what was repaired or what the cost were.

<u>2.) $200 for emergency funds not replaced</u>:

These monies were used by Plaintiff and Defendant( a cookie jar fund) Monies were placed in and out of this "fund" randomly, by both parties.

3

3.) $100 money taken out of joint account:

    Defendant's money was used to open joint account. Defendant made deposits

And withdrawals and had the password and the pass book for this account.

Plaintiff never contributed to this account.

4.) $100.00 in Boston (ATM) and $450 in Boston:

    Defendant paid Plaintiff  Defendant was short on cash during an outing in

in Boston. Plaintiff used his ATM card, Defendant repaid the Plaintiff by check.

5.) $100.00 expenses to be paid a client returned check (Tamara)?

    Plaintiff has not to date given Defendant any evidence regarding this matter.

Defendant has no idea what this means? Nevertheless, Defendant does not

the Plaintiff for this expense.

6.) $100.00 for check from Deborah Y Miller

    Same reply as #5

4

The Plaintiff continues to complain that the Defendant has allowed unreasonable passage of time before paying these debts, and that damages far exceeds the debts. The Plaintiff is the one who continues to move this case from court to court and state to state instead of showing up for trial.

The Plaintiff has never presented any evidence to prove his case; instead the Plaintiff continues to state that he will present his evidence at trial. The Plaintiff has no evidence, because the Defendant does not owe the Plaintiff any money.

To date the Defendant has proven in court that the Plaintiff owes the Defendant $15,828. Judgement given to the Defendant (CIVIL NO. 00-1-1056-03 (EEH) 12/08/02.

The Plaintiff has filed this case, once again, in other court California thus creating lots of paper work and time consumption for the Defendant. The Plaintiff know that the California no jurisdiction over this case but continues to use the court system to harass the Defendant.**(See Exhibit 1)**.

*Defendant has cancelled checks to prove she paid utilities.

Dated: Boston, Massachusetts   3-11-06

*Deborah J. Miller*
Deborah Y. Miller, Defendant

5