**ATTACHMENTS A43-45 AND A52**

| 1999 | Plaintiff Owes | Defendant Owes |
|---|---|---|
| JANUARY | 40 Elec. | |
| | 43 Cable | |
| | 175 Food | |
| FEBRUARY | 42 Elec | |
| | 19 Cable | |
| | 41 Water | |
| | 164 Food | |
| MARCH | 37 Elec | |
| | 24 Cable | |
| | 38 Water | |
| | 148 Food | |
| Totals for Plaintiff: | $ 771.00 | Defendant: 0 |

    1999   **Plaintiff owes Defendant**   771.00
    1999   **Defendant owes Plaintiff**   -0-

        1999   *Plaintiff owes Defendant*   771.00

1998  *Plaintiff owes Defendant*  $1,103.00

1999  *Plaintiff owes Defendant*  771.00

**TOTAL PLAINTIFF OWES DEFENDANT:** $1,874.00

**TOTAL UTILITIES NOT LISTED:** 228.00 (A45)

**OTHER UTILITIES NOT LISTED (FOOD)** 642.00 (A52)

        **TOTAL** *$2,744.00*

A43

## TAKEN FROM UTILITY SHEETS

| 1998 | Plaintiff Owes | Defendant Owes |
|---|---|---|
| MAY-JUNE | | 107 |
| JULY | | |
| AUGUST | | 32. elect<br>29 cable<br>36 water |
| | 44 food | |
| SEPTEMBER/OCTOBER | 50 elec<br>44 cable<br>48 water<br>348 food | |
| NOVEMBER | 40 elec<br>22 cable<br>249 food | |
| DECEMBER | 40 elec<br>22 cable<br>45 water<br>355 food | |
| Totals for Plaintiff | $1,307 -    Defendant | $ 204= |

    1998   Plaintiff owes Defendant   $1,307.00
    1998   Defendant owes Plaintiff  -   204.00

                *1998   Plaintiff owes Defendant   $1,103.00*

A44

## UTILITIES CHECKS NOT LISTED ON SHEETS

**MARCH 12, 1998**

Cable           $36.00

**OCTOBER 20, 1998**

Electric        42.00

**JUNE 2, 1999**

Electric        59.00

**JUNE 10, 1999**

Electric        69.00

**JUNE 27, 1999**

Cable           55.00

**AUGUST 21, 1999**

Cable           47.00

**AUGUST 20, 1999**

Cable           79.00

**SEPTEMBER 10, 1999**

Water           68.00

TOTAL:    $455.00 ÷ 2 = $228.00

A45

## FOOD EXPENSES

### NOT LISTED ON UTILLITIES SHEETS
### APRIL – SEPTEMBER 1999

| | |
|---|---|
| APRIL 99 | 317 |
| MAY 99 | 174 |
| JUNE 99 | 316 |
| JULY 99 | 32 |
| AUGUST 99 | 158 |
| SEPTEMBER 99 | 287 |
| TOTAL | $1,284 ÷ 2 = $642.00 |

A62