Deborah Miller
25 Maluniu Avenue
Suite #102, PMB165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>　　Plaintiff | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| Vs. | ) CERTIFICATE OF SERVICE<br>)<br>) |
| Deborah Y. Miller, et al.<br>　　Defendants | )<br>)<br>) |

**CERTIFICATE OF SERVICE**

TO:　Plaintiff Joseph R. Thames
　　　P.O. Box 674
　　　Kailua, HI 96734

　　　*Plaintiff Pro Se*

I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: 3-11-06

*Deborah Y. Miller*
Deborah Y. Miller, Defendant Pro Se