# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph Thames vs. Deborah Y. Miller, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 3/17/2006 | TIME: | |

COURT ACTION:   EO: The Court is in receipt of Defendant Deborah Y. Miller's ("Defendant") Memorandum in Opposition to Plaintiff's First Amended Complaint, filed on March 16, 2006.  The Court construes this document as Defendant's Answer to Plaintiff Joseph R. Thames' First Amended Complaint, filed on February 17, 2006.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager