ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 23 2006

at 5 o'clock and 04 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES
DISTRICT COURT - DISTRICT OF
HAWAII (HONOLULU)

| | |
|---|---|
| Joseph R. Thames<br>Plaintiff, | Civil No. 04-00644DAE-LEK |
| Vs. | TIME PERIOD EXTENSION<br>AND TOLLING |
| Deborah Y. Miller,<br>Defendant. | |

Now comes Plaintiff and notifies Court that Plaintiff must return to North Carolina ~~momentarily tempor~~ for ~~an expected~~ for family matters. Plaintiff expects to return to Hawaii in a short period. Plaintiff requests and moves for the Court to consider such matters and toll and extend such filing, response and or address time periods.

Dated: March 23, Honolulu, Hawaii.

*Joseph R. Thames*
Joseph R. Thames