# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 3/29/2006 | TIME: | |

COURT ACTION:  EO:  Court Order:

    Plaintiff Joseph R. Thames ("Plaintiff") filed a document entitled "Time Period Extension and Tolling" on March 23, 2006.  The Court construes this filing to be a general notice that he anticipates spending an extended period of time outside of the District of Hawai`i.  The Court reminds Plaintiff that, although pro se litigants are held to less stringent standards than those of their legal counterparts, see Haines v. Kerner, 404 U.S. 519 (1972); Brown v. Roe, 279 F.3d 742, 745 (9th Cir. 2002) (citing Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988)), a litigant's pro se status cannot excuse him from complying with the procedural or substantive rules of the court.  See Carter v. Comm'r of Internal Revenue, 784 F.2d 1006, 1008 (9th Cir. 1986) (indicating that pro se litigants must abide by the rules of court); see also Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir. 1995).  Plaintiff is expected, therefore, to familiarize himself with and follow the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules for the District of Hawai`i.

    To the extent that Plaintiff seeks a blanket extension of time, his request is DENIED.  Any request for an extension of time should be filed, in writing, and presented as a motion as required by the rules.

    IT IS SO ORDERED.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager