*cc:lek .*

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 7 2006

at __ll__ o'clock and __l5__min__K__ M
SUE BEITIA, CLERK

JOSEPH R. THAMES,

     Plaintiff - Appellant,

v.

DEBORAH Y. MILLER, aka Deborah Y.
Richardson, Deborah Yolanda Richardson,
Deborah Y. Miller-Richardson, Deborah
Yolanda Miller-Richardson, Deborah
Yolanda Miller,

     Defendant - Appellee.

No.  06-15239
D.C. No.  CV-04-00644-LEK

**JUDGMENT**

Appeal from the United States District Court for the District of Hawaii
(Honolulu).

On consideration whereof, it is now here ordered and adjudged by this
Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of
jurisdiction**.

Filed and entered Thursday, March 9, 2006

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 3 1 2006

by
Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

**MAR 09 2006**

FOR THE NINTH CIRCUIT

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

| | |
|---|---|
| JOSEPH R. THAMES, | No. 06-15239 |
| Plaintiff - Appellant, | D.C. No. CV-04-00644-DAE-LEK District of Hawaii, Honolulu |
| v. | |
| DEBORAH Y. MILLER, aka Deborah Y. Richardson, Deborah Yolanda Richardson, Deborah Y. Miller-Richardson, Deborah Yolanda Miller-Richardson, Deborah Yolanda Miller, | ORDER |
| Defendant - Appellee. | |

Before: BEEZER, T.G. NELSON and BEA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties). Consequently, this appeal is dismissed for lack of jurisdiction.

DISMISSED.

PROSE

INTERNAL USE ONLY: Proceedings include all events.
06-15239 Thames v. Miller

JOSEPH R. THAMES                    Joseph R. Thames
        Plaintiff - Appellant      808/554-8082
                                   [COR LD NTC prs]
                                   P.O. Box 674
                                   Kailua, HI 96734


    v.

DEBORAH Y. MILLER, aka Deborah     Deborah Y. Miller
Y. Richardson, Deborah Yolanda     808/561-1551
Richardson, Deborah Y. Miller-     #165
Richardson, Deborah Yolanda        [COR LD NTC prs]
Miller-Richardson, Deborah         305 Hahani St.
Yolanda Miller                     Honolulu, HI 96734
        Defendant - Appellee

Docket as of March 6, 2006 11:14 pm          Page 2    NON-PUBLIC