ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2006

at 3 o'clock and 15 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>　　Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>　　Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF JOSEPH R. THAMES'<br>) INSTANT MOTION TO COMPEL<br>) RESPONSES TO PLAINTIFF'S<br>) THIRD SPECIAL INTERROGATORIES<br>) AND REQUEST FOR PRODUCTION<br>) TO DEFENDANT;<br>) MEMORANDUM IN SUPPORT<br>) OF MOTION TO COMPEL;<br>) AFFIDAVIT OF JOSEPH R. THAMES;<br>) EXHIBIT A;<br>) NOTICE OF HEARING AND<br>) CERTIFICATE OF SERVICE<br>)<br>) DATE: _____<br>) TIME: _____<br>) PLACE: _____<br>) JUDGE: _____ |

### PLAINTIFF JOSEPH R. THAMES' INSTANT MOTION TO COMPEL RESPONSES TO PLAINTIFF'S THIRD SPECIAL INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT

COMES NOW PLAINTIFF JOSEPH R. THAMES, Plaintiff Pro Se, and hereby moves this Court for an order compelling Defendant Deborah Y. Miller to provide responses to Plaintiff's Third Special Interrogatories and Request For Production, which were mailed to Defendant via U.S. mail, first class postage prepaid, November 24, 2004.

This motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure and is supported by the Memorandum and the Affidavit of Plaintiff Joseph R. Thames and exhibits attached hereto, and the records and files herein.

Further, Plaintiff prays for this court to award the Plaintiff cost, fees, legal fees and any, other, and all related cost, expenses and fees for bringing forth this motion.

Dated: July 11, 2006 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff Pro Se