Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>　　Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) AFFIDAVIT OF |
| vs. | ) JOSEPH R. THAMES<br>) |
| Deborah Y. Miller, et al.<br>　　Defendants. | )<br>)<br>) |

## AFFIDAVIT OF JOSEPH R. THAMES

Joseph R. Thames, affiant, declares and states under oath:

1. I, Joseph R. Thames, am the Plaintiff and Pro Se in the above-entitled action, and make the statement under oath in support of the attached Motion.

2. On November 24, 2004, I, Joseph R. Thames mailed to the Defendant Deborah Y. Miller, Plaintiff's Third Special Interrogatories and Request for Production to Defendant, a true copy of which is attached hereto as Exhibit "A".

3. To date, Plaintiff still has not received any responses, from Defendant, to Plaintiff's third special interrogatories and request for production to Defendant.

I, state, declare and affirm under the penalty of law and perjury that the foregoing is true and correct.

I, Joseph R. Thames, depose and state that the above is true to the best of my knowledge.

Dated: July 11, 2006 in Honolulu, Hawaii.

_____
Joseph R. Thames

Hawaii, __HONOLULU__ County

I, __Terry E Richards__ a Notary Public for said Honolulu County and Hawaii State, do hereby certify that __Joseph R. Thames__ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the __11th__ day of __July__, 2006.

_____
Notary Public

My commission expires __May 5, 2007__, ~~2006~~.