Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff, | ) CIVIL NO.  04-00644DAE-LEK<br>)<br>) CERTIFICATE OF SERVICE |
| vs. | )<br>) |
| Deborah Y. Miller, et al.<br>    Defendants. | )<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the

above-identified party at the indicated address on the date shown by the depositing same

in the United States mail, postage prepaid.

> TO:    Defendant Deborah Y. Miller
> 25 Maluniu Ave Ste 102
> PMB165
> Kailua, Hawaii  96734

DATED:  July 11, 2006 in Honolulu, Hawaii.


_____
Joseph R. Thames