Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>　　Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) NOTICE OF HEARING AND |
| vs. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller, et al.<br>　　Defendants. | )<br>)<br>) |

## NOTICE OF HEARING

TO:　　DEFENDANT DEBORAH Y. MILLER
　　　　25 Maluniu Ave  Ste 102
　　　　PMB165
　　　　Kailua, Hawaii  96734

NOTICE IS HEREBY GIVEN that Plaintiff's Joseph R. Thames Motion To Compel Responses To Plaintiff's Third Special Interrogatories and Request For Production To Defendant shall come on for hearing before _____, Judge of the above-entitled Court, in the courtroom ___, 300 Ala Moana Blvd., C-338, Honolulu, Hawaii 96850, on _____, 2006, at _____ ___.m., or as soon thereafter as Plaintiff may be heard.

DATED: July 11, 2006 in Honolulu, Hawaii.

                                                                                     _____
                                                                                      Joseph R. Thames
                                                                                      Plaintiff Pro Se