ORIGINAL

Joseph R. Thames
P.O. Box 58423
Fayetteville, N. C. 28305
(910) 483-2854

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2006

at 3 o'clock and 15 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES,<br>Plaintiff,<br><br>vs.<br><br>DEBORAH Y. MILLER, aka<br>DEBORAH YOLANDA MILLER,<br>DEBORAH Y. RICHARDSON,<br>DEBORAH YOLANDA RICHARDSON,<br>DEBORAH Y. MILLER-RICHARDSON,<br>DEBORAH YOLANDA MILLER-RICHARDSON,<br>and DOES 1 through 500, Inclusive,<br>Defendants. | CV04 00644 (DAE/LEK)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
CV04 00644 (DAE/LEK)

I, Joseph R. Thames, the undersigned, do state that party(s) to this above-entitled action was duly served a copy of this document Plaintiff Joseph R. Thames Third Special Interrogatories and Request for Production to Defendant, by depositing and placing in the U.S. Postal Service address as below through first class mail postage prepaid on the 24th of November, 2004 by the undersigned:

Deborah Y. Miller
305 Hahani Street #165
Kailua, HI 96734

Dated: November 24, 2004 in Fayetteville, North Carolina.

Joseph R. Thames