# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph R. Thames vs. Deborah Y. Miller |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 07/12/2006 | TIME: | |

COURT ACTION:  EO: Plaintiff Joseph R. Thames' Motion Compel Responses To Plaintiff's Third Special Interrogatories And Request for Production To Defendant filed 7/11/06 will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Memorandum in Opposition is due **7/25/06.**
Reply Memorandum is due **8/8/06.**

 Plaintiff Joseph R. Thames' Motion Compel Responses To Plaintiff's Third Special Interrogatories And Request for Production To Defendant will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager