ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 4 2006

IN THE UNITED STATES DISTRICT COURT at 3 o'clock and 40 min P M
DISTRICT OF HAWAII          SUE BEITIA, CLERK

| | |
|---|---|
| Joseph R. Thames<br>   Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>   Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) DECLARATION OF<br>) JOSEPH R. THAMES<br>) IN SUPPORT OF<br>) MOTION TO COMPEL<br>) FILED ON JULY 11, 2006;<br>) EXHIBIT B;<br>)<br>) CERTIFICATE OF SERVICE<br>) |

## DECLARATION OF JOSEPH R. THAMES IN SUPPORT OF MOTION TO COMPEL FILED ON JULY 11, 2006

Joseph R. Thames, affiant, declares and states under oath:

1. I, Joseph R. Thames, am the Plaintiff and Pro Se in the above-entitled action, and make the statement under oath in support of the attached Motion.

2. On June 28, 2005, I, Joseph R. Thames, Plaintiff, Pro Se, wrote to Defendant and requested that Defendant complete and respond to the Plaintiff Interrogatories and Production of Documents (Plaintiff's Third Special Interrogatories and Request for Production to Defendant) served upon Defendant on or about October 29, 2004 via certified first class mail. (Exhibit B) In accordance with Federal Rules of Civil Procedure.

3. On June 28, 2006, Plaintiff sent written request for responses to above stated discovery via fax and first class U.S. mail to Defendant.

4. On or about October 29, 2004, Plaintiff sent via certified first class mail to Defendant such above stated discovery request (Plaintiff's Third Special Interrogatories and Request for Production to Defendant).

5. On November 24, 2004, I, Joseph R. Thames mailed to the Defendant Deborah Y. Miller, Plaintiff's Third Special Interrogatories and Request for Production to Defendant, a true copy of attached in July 11, 2006 filing.

6. To date, Plaintiff still has not received any responses, from Defendant, to Plaintiff's third special interrogatories and request for production to Defendant.

I, state, declare and affirm under the penalty of law and perjury that the foregoing is true and correct.

I, Joseph R. Thames, depose and state that the above is true to the best of my knowledge.

Dated: July 23, 2006 in Honolulu, Hawaii.

_____
Joseph R. Thames