June 28, 2005

To: Deborah Y. Miller
305 Hahani Street #165
Kailua, HI 96734

From: Joseph R. Thames
Subject: U.S. Civil Number 04CV00644 Discovery

Plaintiff Joseph R. Thames again request that you complete, properly and appropriate respond to Plaintiff Interrogatories and Production of Documents served upon you the Defendant Deborah Y. Miller via certified first class mail postage prepaid on or about October 29, 2004 to
Deborah Y. Miller
305 Hahani Street #165
Kailua, HI 96734.

If you fail or refuse to respond Plaintiff will have to pursue further legal action such as Motion to Compel, and or Motion for Default Judgment. Your response is well over due of the legal response time of twenty to thirty days. Your corporation is greatly appreciated.

Sincerely,

Joseph R. Thames

Exhibit B

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>  Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>  Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Declaration in Support of Motion to Compel filed July 11, 2006, was duly served on the above-identified party at the indicated address on the date shown by the depositing same in the United States mail, postage prepaid.

TO: Defendant Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: July 23, 2006 in Honolulu, Hawaii.

_____
Joseph R. Thames