ATTACHMENT 3

3. Plaintiff has not filed a statement with court, because Plaintiff has no evidence to support his allegations. (Plaintiff continues to state that he will prove his case at trial but never show up and does not offer any evidence in his filings.) There is no new evidence in this case, therefore, Defendant does not understand why the Plaintiff can not prove his case.

4&5: Plaintiff is once again referring to matters about property.

6&7. Defendant has no idea what Plaintiff is referring to.

8. The Plaintiff has not presented any evidence and has not shown up for trial in the past.

9. Plaintiff has not proved this allegation to date.

10. & 11. Plaintiff and Defendant lived together in **Hawaii** when these actions occurred.

21. Defendant doe not have the capacity to be sued.


CAUSE COMPLAINT


**Cause Complaint #1: $3,290.00. Defendant has proven and will continue to prove that the Defendant does not owe the Plaintiff any money. Plaintiff owes the Defendant $15,828 a Judgment to the Defendant (CIVIL NO. 00-1-1056-03 (EEH)**


$ 40.00 Administrative charges for return check:

Defendant was not responsible for bounced check.

<u>$ 500.00 for trip to East Coast:</u>

Defendant traveled home to Boston every year.  Defendant was able to pay her own fare to

and from Boston.  Plaintiff chose to pay Defendant's fare because Plaintiff wanted Defendant to

stay in California overnight before going on to Boston, in order to meet the Plaintiff's brother and

brothers family.  Otherwise the Defendant would have flown from Hawaii to St. Louis to Boston

via her TWA Travel Card, Defendant's normal route.

Plaintiff offered to pay and paid for Defendant's travel expenses and also joined Defendant at a

later date in Boston to stay with Defendant's family.

## <u>$1,500 utilities:   (Attachment A43-44) *</u>

Calculations from Plaintiff's copies of utility sheets shows that Plaintiff owes Defendant.

## <u>Utilities Not Listed on Sheets:  ( Attachment A45)*</u>

Utilities $288.00 plus food $642

## <u>$1,250 unpaid loans:</u>

### <u>1.) $200 Car repairs/parts:</u>

It was Plaintiff's idea to fix Defendant's car.  Plaintiff never asked Defendant

to pay.  Defendant does not know what was repaired or what the cost were.

### <u>2.) $200 for emergency funds not replaced:</u>

These monies were used by Plaintiff and Defendant( a cookie jar fund)

Monies were placed in and out of this "fund" randomly, by both parties.

3.) $100 money taken out of joint account:

Defendant's money was used to open joint account. Defendant made deposits

And withdrawals and had the password and the pass book for this account.

Plaintiff never contributed to this account.

4.) $100.00 in Boston (ATM) and $450 in Boston:

Defendant paid Plaintiff  Defendant was short on cash during an outing in

in Boston.  Plaintiff used his ATM card, Defendant repaid the Plaintiff by check.

5.) $100.00 expenses to be paid a client returned check (Tamara)?

Plaintiff has not to date given Defendant any evidence regarding this matter.

Defendant has no idea what this means?  Nevertheless,  Defendant does not

the Plaintiff for this expense.

6.) $100.00 for check from Deborah Y Miller

Same reply as #5

4

| 1999 | Plaintiff Owes | Defendant Owes |
|---|---|---|
| JANUARY | 40 Elec | |
| | 43 Cable | |
| | 175 Food | |
| FEBRUARY | 42 Elec | |
| | 19 Cable | |
| | 41 Water | |
| | 164 Food | |
| MARCH | 37 Elec | |
| | 24 Cable | |
| | 38 Water | |
| | 148 Food | |

Totals for Plaintiff:          $ 771.00          Defendant:   0

1999   Plaintiff owes Defendant      771.00
1999   Defendant owes Plaintiff        -0-

1999   *Plaintiff owes Defendant*       771.00

1998   *Plaintiff owes Defendant*   $1,103.00

1999   *Plaintiff owes Defendant*      771.00

TOTAL PLAINTIFF OWES DEFENDANT:  $1,874.00

TOTAL UTILITIES NOT LISTED:          228.00 (A45)

OTHER UTILITIES NOT LISTED (FOOD)      642.00 (A52)

TOTAL $2,744.00

A43

### TAKEN FROM UTILITY SHEETS

| 1998 | Plaintiff Owes | Defendant Owes |
|------|---------------|----------------|
| MAY-JUNE | | 107 |
| JULY | | |
| AUGUST | | 32. elect |
| | | 29 cable |
| | | 36 water |
| | 44 food | |
| SEPTEMBER/OCTOBER | 50 elec | |
| | 44 cable | |
| | 48 water | |
| | 348 food | |
| NOVEMBER | 40 elec | |
| | 22 cable | |
| | 249 food | |
| DECEMBER | 40 elec | |
| | 22 cable | |
| | 45 water | |
| | 355 food | |
| Totals for Plaintiff | $1,307  - | Defendant    $ 204= |

1998    Plaintiff owes Defendant    $1,307.00
1998    Defendant owes Plaintiff    -   204.00

1998    *Plaintiff owes Defendant    $1,103.00*

A-44

## UTILITIES CHECKS NOT LISTED ON SHEETS

**MARCH 12, 1998**

Cable          $36.00

**OCTOBER 20,1998**

Electric        42.00

**JUNE 2, 1999**

Electric        59.00

**JUNE 10, 1999**

Electric        69.00

**JUNE 27, 1999**

Cable          55.00

**AUGUST 21, 1999**

Cable          47.00

**AUGUST 20, 1999**

Cable          79.00

**SEPTEMBER 10, 1999**

Water          68.00


TOTAL:    $455.00 ÷ 2 = $228.00

A45

## FOOD EXPENSES

## NOT LISTED ON UTILLITIES SHEETS
### APRIL – SEPTEMBER 1999

| | |
|---|---|
| **APRIL 99** | 317 |
| **MAY 99** | 174 |
| **JUNE 99** | 316 |
| **JULY 99** | 32 |
| **AUGUST 99** | 158 |
| **SEPTEMBER 99** | 287 |

**TOTAL**        $1,284 ÷ 2 = $642.00

A62