ATTACHMENT 4

to the United States District Court for the District of Raleigh and Fayetteville, North Carolina. [Proposed Amended Complaint at 26-28.] If Plaintiff wishes to intervene in that case, he must do so in state court. This Court does not have the authority to accept his third party complaint or to remove the case. Plaintiff's Motion is therefore denied as to Plaintiff's proffered third-party complaint in Coelho v. Quitan.

## CONCLUSION

On the basis of the foregoing, Plaintiff's Motion is HEREBY GRANTED IN PART and DENIED IN PART. The Court grants Plaintiff leave to amend his Complaint to add a claim against Defendant for the repayment of $3,290.00 in various loans that Plaintiff made to Defendant. The Court denies Plaintiff's Motion in all other respects.

Plaintiff shall file his First Amended Complaint by no later than January 17, 2006. The First Amended Complaint may include the claims alleged in Plaintiff's original complaint and Plaintiff's proposed claim against Defendant for repayment of the $3,290.00 in loans. The Court instructs Plaintiff that he may not include any other claims, nor may he name any additional defendants. The Court further cautions Plaintiff that the failure to follow these instructions may result in sanctions, including the striking of the First Amended Complaint.

10

Deborah Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>   Plaintiff<br><br>Vs.<br><br>Deborah Y. Miller, et.at.<br>   Defendant | ) CIVIL NO. 04-00644 DAE LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

### *CERTIFICATE OF SERVICE*

TO:  Plaintiff Joseph R. Thames
     P.O. Box 674
     Kailua, HI  96734

     Plaintiff Pro Se

I hereby certify that a copy of the foregoing was duly served upon the above-identified Party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED:  JULY 27, 2006:

_____
Deborah Y. Miller, Defendant, Pro Se