Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>    Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S<br>) REPLY MEMORANDUM<br>) OF MOTION TO COMPEL<br>) AFFIDAVIT OF<br>) JOSEPH R. THAMES<br>)<br>) CERTIFICATE OF SERVICE<br>) |

**PLAINTIFF'S REPLY MEMORANDUM OF MOTION TO COMPEL**

Now Comes Plaintiff Joseph R. Thames and files and submits Plaintiff's Reply Memorandum to Defendant's No Response (No Opposition) to Plaintiff's Joseph R. Thames' Motion to Compel Responses to Plaintiff's Third Special Interrogatories and Request for Production to Defendant. To date, Plaintiff has received no response or opposition to Plaintiff's Motion to Compel. To date, Plaintiff has received no response to Plaintiff's discovery request – Plaintiff's Third Special Interrogatories and Request for Production.

Plaintiff should be granted Motion to Compel. Defendant should be sanctioned. Plaintiff should be awarded cost and fees, to be determined.

Dated: August 8, 2006 in Honolulu, Hawaii.

_____
Joseph R. Thames