Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>    Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) AFFIDAVIT OF<br>) JOSEPH R. THAMES<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JOSEPH R. THAMES

Joseph R. Thames, affiant, declares and states under oath:

1. I, Joseph R. Thames, am the Plaintiff and Pro Se in the above-entitled action, and make the statement under oath in support of the attached Motion.

2. On July 11, 2006, I, Joseph R. Thames mailed to the Defendant Deborah Y. Miller, Plaintiff Joseph R. Thames' Motion to Compel Responses to Plaintiff's Third Special Interrogatories and Request for Production to Defendant. A true copy of certified mail receipt is attached hereto as Exhibit "C".

3. To date, Plaintiff still has not received any responses, from Defendant, to Plaintiff's third special interrogatories and request for production to Defendant.

4. To date, Plaintiff still has not received any responses, (no opposition), from Defendant, to Plaintiff's Motion to Compel.

5. Plaintiff has cost, expenses, spent resources, and spent time (to be determined and calculated) preparing, submitting and filing such Motion to Compel.

6. Plaintiff should be granted Plaintiff's Motion to Compel.

7. Defendant should be sanctioned.

8. Plaintiff should be awarded cost and expenses for having to file and seek Motion to Compel.

I, state, declare and affirm under the penalty of law and perjury that the foregoing is true and correct.

I, Joseph R. Thames, depose and state that the above is true to the best of my knowledge.

Dated: August 8, 2006 in Honolulu, Hawaii.


_____
Joseph R. Thames

Hawaii, _City_ _&_ County _of Honolulu_.

I, _Edith N. Flinn_ a Notary Public for said Honolulu County and Hawaii State, do hereby certify that _Joseph R. Thames_ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the _8th_ day of _August_, 2006.

_____
Notary Public

My commission expires _December 4th_, 2006.