**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

KAILUA HI 96734   OFFICIAL USE

| | |
|---|---|
| Postage | $2.07 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.32 |

Postmark Here 07/11/2006

7005 1820 0002 1772 2983

Sent To: Deborah Y. Miller
Street, Apt. No.; or PO Box No. 25 Maluniu Ave Ste 102 PMB 165
City, State, ZIP+4 Kailua, Hawaii 96734

PS Form 3800, June 2002   See Reverse for Instructions

Exhibit "C"

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>  Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>  Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Plaintiff Reply Memorandum to Defendant's No Response (No Opposition) to Plaintiff's Motion to Compel filed July 11, 2006, was duly served on the above-identified party at the indicated address on the date shown by the depositing same in the United States mail, postage prepaid.

    TO:    Defendant Deborah Y. Miller
              25 Maluniu Ave Ste 102
              PMB165
              Kailua, Hawaii 96734

DATED: August 8, 2006 in Honolulu, Hawaii.

_____<br>Joseph R. Thames