Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 0 2006

at 11 o'clock and 48 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>Defendants. | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) MOTION FOR<br>) EXTENSION OF TIME<br>) FOR FILING MOTION FOR<br>) RECONSIDERATION<br>)<br>) CERTIFICATE OF SERVICE<br>) |

## MOTION FOR EXTENSION OF TIME FOR FILING MOTION FOR RECONSIDERATION

Now Comes Plaintiff Joseph R. Thames, Pro Se and files and submits this Motion for Extension of Time for Filing Motion for Reconsideration. For good reason and cause following, Plaintiff files and moves for the Court to grant this Motion for Extension in Time for Filing Motion for Reconsideration. For such reasons, the Court refuses to grant the Motion for Extension of Time Plaintiff allows this filing to be accepted as Motion for Reconsideration Of Court Order of August 10, 2006 with opposition of but only to meet Fed Rules of Civil Procedure for filing Motion of Reconsideration in appeal process.

Plaintiff raises issued of Defendant misrepresentation of truth to the Court. Further, Plaintiff raises the issues of the Court's willful continuation to accept and rule favorable for the Defendant on the Defendant's misrepresentations and willful failure to adhere to the law and rules of laws. The Court continual favor of Defendant and bias ruling and prejudice upon Plaintiff prevents Plaintiff from prosecuting this claim and is a violation of the Plaintiff constitutional rights.

- Plaintiff only received Defendant alleged "Memorandum in Opposition to Plaintiff's Motion to Compel on August 14, 2006. Defendant's Memorandum in Opposition to Plaintiff's Motion to Compel served upon Plaintiff is substantively much different or missing much substantive responses, information and or documents submitted or filed to the Court (Exhibit A). The Court Order states and refers responses, information and documents unknown, not enclosed in and missing in the response served upon Plaintiff. Thus, Plaintiff could not appropriately and or properly timely respond to reconsideration of the Court Order. Additionally, Plaintiff had not received Defendant's response before Plaintiff's deadline to reply; thus Defendant's response or lack of response was not appropriate and properly addressed in Plaintiff's reply. As stated by Court and by Defendant, Defendant did not respond timely (Exhibit B).

- Defendant alleges that Defendant response was not timely due to Defendant receiving the Motion to Compel late. In Defendant's response, Defendant further alleges and attempts to mislead the Court, that this Motion to Compel and the basis of the discovery request and other documents are not served upon Defendant by Plaintiff and or not timely served upon Defendant by Plaintiff. Plaintiff reaffirms that all documents have been and are served upon Defendant completely and timely (Exhibit C). Contrary to Defendant response, Exhibit C, copy of certified mailing label and return receipt, shows that Defendant statement(s) are and have been false and a fraud upon the Court. This and other false representations and frauds upon the Court, the Court seems willing and eager to accept in lieu and over Plaintiff affidavits legally filed and submitted to the Court to rule and grant in favor of the Defendant.

For these good reasons and many others to be addressed, Plaintiff moves this Court to grant Plaintiff this Motion of Extension of Time.

Dated August 20, 2006 in Honolulu, Hawaii.

                                                                                            Joseph R. Thames