Deborah Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

## IN THE UNITED STATED DISTRICT COURT

## DISTRICT OF HAWAII (HONOLULU)

| | |
|---|---|
| JOSEPH R. THAMES | ) CIVIL NO. CV04 00644 DAE LEK |
| Plaintiff, | ) DEFENDANT'S MEMORANDUM IN ) OPPOSITION TO PLAINTIFF'S ) MOTION TO COMPEL RESPONSES |
| vs. | )TO PLAINTIFF'S THIRD SPECIAL ) INTERROGATORIES AND REQUEST ) FOR PRODUCTION TO DEFENANT |
| DEBORAH Y. MILLER | ) ATTACHMENTS 1, 2, 3, &4 |
| Defendant | )CERTIFICATE OF SERVICE ) ) UNITED STATES MAGISTRATE ) JUDGE: LESLIE E. KOBAYASHI |

### DEFENDANT'S MEMORANDUM OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S THIRD SPECIAL INTERROGATORIES AND REQUEST FOR PRODUCTION

Now comes Deborah Miller, Defendant requesting the court to deny Plaintiff's request to Compel Responses to Plaintiff's Third Special Interrogatories and Request for Production to Defendant filed 7/11/06.

The motion was mailed to Defendant on July 21, 2006 from Hawaii (ATTACHMENT 1). Defendant did not receive the motion until July 24, 2006. Due to these circumstances, which the court has acknowledged in the past, the Defendant request that the court accept this opposition, mailed July 27, 2006.

The Defendant received from the Plaintiff (ATTACHMENT 2, dated November 24, 2004.) Defendant did not receive copies of Third Special Interrogatories and/or Request for Production from the Plaintiff.

Exhibit A

Defendant has answered any question, interrogatories and/or request the Plaintiff might have in the Defendant's Memorandum in Opposition to Plaintiff's First Amended Complaint pages 2, 3, and 4 and attachments A43-45 and 52. (ATTACHMENT 3).

The Defendant has responded to all and any questions pertaining to the Complaint and has no other responses. The Plaintiff will only bring up questions, as in the past, pertaining to issues other than what this court has deemed necessary per the court "Order dated January 3, 2006 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO TAKE LEAVE, CONCLUSION: Page 10": " The Court grants plaintiff leave to amend his Complaint to add a claim against Defendant for repayment of $3,290 in various loans that Plaintiff made to Defendant. The Court denies Plaintiff's Motion in all other respect. Defendant has answered all questions pertaining to the alleged loans. (ATTACHMENT 4).

DATED: Boston, Massachusetts  July 27, 2006

_____
Deborah Y. Miller, Defendant, Pro Se

Exhibit A(2)