Exhibit A(3)

ATTACHMENT 1



Exhibit A(4)