IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| JOSEPH THAMES, | CIVIL NO. 04-00644 DAE-LEK |
| Plaintiff, | |
| vs. | |
| DEBORAH MILLER, ET AL., | |
| Defendants. | |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S THIRD SPECIAL INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT**

Before the Court is Plaintiff Joseph R. Thames' ("Plaintiff") Motion to Compel Responses to Plaintiff's Third Special Interrogatories and Request for Production to Defendant ("Motion"), filed July 11, 2006. Defendant Deborah Y. Miller ("Defendant") filed her memorandum in opposition on July 31, 2006 and Plaintiff filed his reply on August 8, 2006. The Court finds this matter suitable for disposition without a hearing pursuant to Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai`i ("Local Rules"). After careful consideration of the Motion, supporting and opposing memoranda, and the relevant legal authority, Plaintiff's Motion is HEREBY GRANTED IN PART AND DENIED IN PART for the reasons set forth below.

**BACKGROUND**

Exhibit B