**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deborah Y. Miller
   25 Maluniu Ave Ste 102
   PMB 165
   Kailua, Hawaii 96734

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Mary Turner_   ☐ Agent  ☑ Addressee

B. Received by (Printed Name): MARY TURNER

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 1772 2983

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    BOSTON MA 02
07 AUG 2006 PM 15

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

   Joseph R. Thames
   P.O. Box 674

7 022 N1 1 605 I 10 08/09/06
THAMES'JOSEPH R
PO BOX 75325
KAPOLEI HI 96707-0325
BC: 96707032525    *1521-08794-06-27

74 B007

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

KAILUA HI 96734    OFFICIAL USE

| | |
|---|---|
| Postage | $2.07 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.32 |

Postmark Here  07/11/2006

Sent To: Deborah Y. Miller
Street, Apt. No.; or PO Box No.: 25 Maluniu Ave Ste 102 PMB 165
City, State, ZIP+4: Kailua, Hawaii 96734

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0002 1772 2983

Exhibit C