Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff, | ) CIVIL NO. 04-004644DAE-LEK<br>)<br>) |
| vs. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller, et al.<br>    Defendants. | )<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Motion for Extension of Time for Filing Motion for Reconsideration, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:   DEBORAH Y. MILLER
        25 Maluniu Ave Ste 102
        PMB165
        Kailua, HI 96734

Dated August 20, 2006 in Honolulu, Hawaii.

_Joseph R. Thames_
Joseph R. Thames