# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/25/2006 | TIME: | |

COURT ACTION:  EO:  COURT ORDER: RE: PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR FILING MOTION FOR RECONSIDERATION AND PLAINTIFF'S WARNING TO THE COURT

Before the Court is Plaintiff Joseph R. Thames' ("Plaintiff") Motion for Extension of Time for Filing Motion for Reconsideration, filed August 20, 2006.  The Court construes this as a Motion for Reconsideration of this Court's August 10, 2006 Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Responses to Plaintiff's Third Special Interrogatories and Request for Production to Defendant ("Order").

Courts recognize three grounds for granting reconsideration of an order: "(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice." White v. Sabatino, 424 F. Supp. 2d 1271, 1274 (D. Hawai`i 2006) (citing Mustafa v. Clark County Sch. Dist., 157 F.3d 1169, 1178-79 (9th Cir. 1998)) (some citations omitted); see also Local Rule LR60.1.  Plaintiff has not identified any intervening changing in the law, newly available evidence, or clear error in the Order.  Further, the Court finds that reconsideration is not necessary to prevent manifest injustice.  Plaintiff's Motion for Reconsideration is therefore DENIED.

The Court is also in receipt of Plaintiff's Warning to the Court ("Warning"), filed August 17, 2006.  Plaintiff's disagreement with the Order apparently prompted the Warning.  This Court is unable to discern whether the Warning requests any relief, especially in

light of the fact that Plaintiff subsequently filed the Motion for Reconsideration. Plaintiff's Warning is therefore TERMINATED.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager