Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2006

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

In The United States District Court for the District of Hawaii

Case Number 04-00644DAE-LEK

Joseph R. Thames, Plaintiff,

v.                              NOTICE OF APPEAL

Deborah Y. Miller, et. Al, Defendants.

Notice is hereby given that Plaintiff Joseph R. Thames in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order Granting in Part and Denying in Part Plaintiff's Motion to Compel entered (dated) in this action on August 10, 2006.

Dated: September 8, 2006 in Honolulu, Hawaii.

Joseph R. Thames

P.O. Box 674, Kailua HI 96734

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| vs. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller, et al.<br>    Defendants. | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Notice of Appeal, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:    DEBORAH Y. MILLER
           Defendant Deborah Y. Miller
           25 Maluniu Ave Ste 102
           PMB165
           Kailua, HI 96734

Dated: September 08, 2006 in Honolulu, Hawaii.

*Joseph R. Thames*
Joseph R. Thames