ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 08 2006

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISRTICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller, et al.<br>    Defendant(s). | CIVIL NO. 04-00644DAE-LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Plaintiff Joseph R. Thames First Set of Interrogatories and a Request For Production to Defendant, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:   DEBORAH Y. MILLER
      Defendant Deborah Y. Miller
      25 Maluniu Ave Ste 102
      PMB165
      Kailua, Hawaii  96734

Dated: September 7, 2006 in Honolulu, Hawaii.

Joseph R. Thames

38

