ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Joseph R. Thames
PO Box 674
Kailua, HI 96734
(808) 554-8082

SEP 08 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff, | ) CIVIL NO 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller<br>    Defendant (s) | )<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Plaintiff Joseph R. Thames First Request for Production of Documents, Service was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:   DEBORAH Y. MILLER
      Defendant Deborah Y. Miller
      25 Maluniu Ave Ste 102
      PMB 165
      Kailua, Hawaii 96734

Dated September 8, 2006 in Honolulu, Hawaii

/Joseph R. Thames
Plaintiff
Pro Se

