ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller, Et Al.<br>    Defendant (s). | )<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Plaintiff Joseph R. Thames Second Set of Interrogatories and a Request For Production to Defendant, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

    TO:    DEBORAH Y. MILLER
             Defendant Deborah Y. Miller
             25 Maluniu Ave Ste 102
             PMB165
             Kailua, Hawaii 96734

Dated: September 13, 2006 in Honolulu, Hawaii.

                                                  _____
                                                  Joseph R. Thames
                                                  Plaintiff
                                                  Pro Se

| U.S. Postal Service™ |  |  |
|---|---|---|
| **CERTIFIED MAIL™ RECEIPT** | | |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | | |

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | $2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 6.56 | 09/13/2004 |

7005 1820 0006 5160 5712

Sent To: DEBORAH Y. MILLER
Defendant Deborah Y. Miller
Street, Apt. No.; or PO Box No.: 25 Maluniu Ave Ste 102 PMB165
City, State, ZIP+4: Kailua, Hawaii 96734

PS Form 3800, June 2002       See Reverse for Instructions