ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2006

at 10 o'clock and 70 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| Joseph R. Thames | ) CIVIL NO. 04-00644DAE-LEK |
|---|---|
| Plaintiff, | ) |
| | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| Deborah Y. Miller, et al. | ) |
| Defendant(s). | ) |
| | ) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Plaintiff Joseph R. Thames Request For Production to Defendant of Handwriting Exemplars (Standards), Samples, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

    TO:    DEBORAH Y. MILLER
            Defendant Deborah Y. Miller
            25 Maluniu Ave Ste 102
            PMB165
            Kailua, Hawaii 96734

Dated: September 15, 2006 in Honolulu, Hawaii.

                                                Joseph R. Thames

