ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 18 2006

at 1 o'clock and 25 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII (HONOLULU)

| | |
|---|---|
| Joseph R. Thames<br>Plaintiff,<br><br>vs.<br><br>Deborah Y. Miller et.al.,<br>Defendants | Civ No. 04-0644 DAE LEK<br><br>REQUEST FOR EXTENSION OF TIME FOR FILING AND/OR SERVICE |

### REQUEST FOR EXTENSION OF TIME FOR FILING AND/OR SERVICE

Now comes Plaintiff Joseph R. Thames and request for extension of time for filing and/or service. As stated and requested in communication with Clerk on or about September 11, 2006, Plaintiff Joseph R. Thames is off island (Oahu-Hawaii island) and is on the mainland and requests an extension is filing and or service of documents, etc (appeals, discovery and any and all other) ~~for 10 to 10 to~~ 30 days.

Joseph R. Thames
Joseph R. Thames