Joseph R. Thames
P.O. Box 674
Kailua, Hawaii 96734

RETURN RECEIPT REQUESTED

7002 2030 0002 8855 9117

Clerk
of United States District Court
District of Hawaii
300 Ala Moana Blvd.
Rm. C338
Honolulu, HI 96850


