ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF JOSEPH R. THAMES'<br>) (INTERIM) INTERMEDIATE/INITIAL<br>)  NAMING OF EXPERT WITNESSES<br>)<br>) |
| VS. | |
| DEBORAH Y. MILLER ET AL<br>DEFENDANTS (s) | ) CERTIFICATE OF SERVICE<br>)<br>) |

## PLAINTIFF JOSEPH R. THAMES'S (INTERIM) INTERMEDIATE/INITIAL FINAL NAMING OF LAY AND EXPERT WITNESSES

COMES NOW PLAINTIFF JOSEPH R. THAMES, Plaintiff Pro Se, and herby submits Plaintiff's (interim) intermediate/initial final naming of Expert Witnesses. Due to Defendant's failure and/or refusal to comply with Federal laws, rules, regulations and laws; FRCP and pretrial discovery rules and pretrial order, plaintiff has been delayed and prejudiced from preparing (lawfully, legally, appropriately, properly, and without disruption) naming of Expert Witnesses. Plaintiff is moving the Court for an extension of time to submit and file Plaintiff's naming of Expert and Lay Witnesses and all related filing. Upon extension Plaintiff will complete Plaintiff's Initial and Final Naming of Expert and Lay Expert Witnesses and all related filing.

## **EXPERT WITNESSES**

1. Designated Witness(es) will provide expert testimony to the civil treatment concerning the civil rights and violations thereof upon Plaintiff Joseph R. Thames.

2. Designated Witness(es) will provide expert testimony to address claims/matters raised by Plaintiff.

3. Designated Witness will provide expert testimony to address defenses(s) matters raised by Defendant(s).

4. Hayes Reed will provide expert testimony to handwriting samples and character analysis.

5. Dr. Karl Leu will provide expert testimony to the medical mental and emotional state(s) of Plaintiff Joseph R. Thames.

6. Designated Witness will provide expert testimony on real estate transaction(s) to include subject transaction.

7. Designated Witness will provide expert testimony on legal matters raised in this subject to include Attorney Ing's representation (alleged non-representation) of Plaintiff Joseph R. Thames and all other behavior of other attorney(s) and legal personnel.

8. Government officials and employee (from Governor down) will testify to Hawaii Law, knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

9. Honolulu Police Officers will testify to knowledge of actions (Plaintiff's actions and Defendant's actions), police reports and records, knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

10. Plaintiff will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

Dated October 30, 2006 in Honolulu, Hawaii

                                          Joseph R. Thames
                                          Plaintiff
                                          Pro Se

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>　　PLAINTIFF<br><br>VS<br><br>DEBORAH Y. MILLER, ET AL.<br>　　DEFENDANT (S) | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's (Interim) Intermediate/Initial Naming of Expert Witness(es) in the above captioned acting upon all parties to this cause by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

　　　　　　　　　　　　　　　　SERVED:

　　　　　　　　　　　　　　　　DEBORAH Y. MILLER
　　　　　　　　　　　　　　　　DEFENDANT DEBORAH Y. MILLER
　　　　　　　　　　　　　　　　25 Maluniu Ave Ste 102
　　　　　　　　　　　　　　　　PMB165
　　　　　　　　　　　　　　　　Kailua, Hawaii 96734

Dated: Honolulu, Hawaii on ~~November 1~~ October 30, 2006

　　　　　　　　　　　　　　　　　　　　_/s/ Joseph R. Thames_
　　　　　　　　　　　　　　　　　　　　Joseph R. Thames
　　　　　　　　　　　　　　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　　　　　Pro Se