ORIGINAL

Deborah Miller
25 Maluniu Avenue
Suite #102, PMB 165
Kailua, HI 96734
808-561-1551

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 0 2006

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| **JOSEPH R. THAMES**<br><br>Plaintiff,<br><br>vs.<br><br>**DEBORAH Y. MILLER**<br><br>Defendant | ) CIVIL NO. CV04 00644 DAE LEK<br>)<br>)<br>) DEFENDANT REQUEST COURT'S<br>) PERMISSION TO MAIL AND/OR<br>) FAX SETTLEMENT STATEMENT<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) UNITED STATE MAGISTRATE<br>) JUDGE LESLIE E. KOBAYASHI |

### DEFENDANT REQUEST COURT'S PERMISSION TO MAIL AND/OR FAX SETTLEMENT STATEMENT

Here comes the Defendant requesting the court's permission to mail/and or fax her Settlement Statement to the Honorable Judge Leslie E. Kobayashi. The Defendant is in Massachusetts at this time and will not be in Hawaii on November 20, 2006 to submit her Settlement Statement. The Defendant will be present at the Settlement Conference on November 27, 2006 at 1:30a.m.

DATED: Boston, MA October 24, 2006

Deborah Y. Miller, Defendant

Deborah Miller
26 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES OF DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff | ) CIVIL NO. 04-00644 DAE LEK<br>)<br>) |
| Vs. | ) CERTIFICATE OF SERVICE<br>)<br>) |
| Deborah Y. Miller, et.al<br>    Defendant | )<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

TO:  Plaintiff Joseph R. Thames
     P.O. Box 674
     Kailua, HI 96734

     Plaintiff Pro Se

I hereby certify that a copy of the foregoing was duly served upon the above-identified Party by depositing in the U. S. Mail, Priority, postage pre-paid.

DATED: 10-24-06

Deborah Y. Miller, Defendant, Pro Se