ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 01 2006

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br><br>DEBORAH Y. MILLER ET AL<br>DEFENDANT (s) | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF JOSEPH R. THAMES'<br>) MOTION TO COMPEL;<br>) MOTION FOR A MORE<br>) DEFINITE STATEMENT;<br>) AND<br>) MOTION FOR SANCTIONS<br>)<br>) EXHIBITS<br>)<br>) CERTIFICATE OF SERVICE<br>) |

PLAINTIFF JOSEPH R. THAMES'S MOTION TO COMPEL; MOTION FOR

A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS

COMES NOW PLAINTIFF JOSEPH R. THAMES, Plaintiff Pro Se, and herby moves this Court pursuant to Rule 37 of the Federal Rules of Civil Procedures for an order compelling Defendant Deborah Y. Miller to provide adequate, appropriate, proper and complying responses to Plaintiff's discovery, compelling Defendant to make a more definite statement to the discovery and imposition of sanctions for failure to submit/file/serve/provide adequate, appropriate, proper and complying responses to discovery. This Motion is supported by the records and files herein of the above-entitled action. Additionally, Plaintiff moves for Defendant to appear physically to address such matters for Plaintiff to not continue to be delayed in the prosecution of this action. Also, Plaintiff moves this Court for legal cost, fees and expenses and any and all other related

cost, fees and expenses for having to bring forth this Motion. This Motion is submitted for good cause shown. Exhibits are copies from Defendant's response. Plaintiff moves and requests that this Plaintiff Motion be granted.

Dated: November 1st, 2006 in Honolulu, Hawaii.

*Joseph R. Thames*
Joseph R. Thames