<u>Financial Statement- ATTACHMENT D</u>
ATTACHMENT (10) – (12)
(Additional Enclosures)

Attachment (10) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (11) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (12) does state items included in the $3,290.00:

1. 100 & 400 Boston ATM (loan was repaid- cancelled check attached #1)

2. 650 for August and September Rent (See Attachment A)*

3. 200 Plaintiff often fixed Defendant's car (by choice) & never asked Defendant to pay Defendant wishes to see receipts for repairs.

ADDITIONAL ENCLOSURES: #2A&B & 3A&B

1. $500 trip to East Coast : Defendant traveled home to Boston every year. Defendant was able to pay her own fare to Boston via a TWA Travel Card. **(See attached receipt)**. Plaintiff chose to pay for Defendant because Plaintiff wanted Defendant to stay over night in California as opposed to St. Louis (TWA) in order to meet the Plaintiff's brother and family.

2. $100.00 money taken out of joint account: Defendant's money was used to open this account. Defendant made all deposits and withdrawals. Plaintiff never contributed to this account.

<u>ATTACHMENT D FOR (10) – (12) & ADDITIONAL ENCLOSURES</u>

Exhibits

```
                STATEMENT                    18,917
     9-9-98      8,000                    JT 1,200
     9-15-98    16,000                      17,717
     9-21-98     5,500                    JT 1,800
                29,500                      15,917
        Inspect    300                    JT 1,000
                29,200                      14,917
        APPRAIS    235                       2,130 - wedding
                28,965                      12,787
             JT 1,000                    JT   400
                27,965                      11,387
             JT 1,500                    JT 1,000
                26,465                      10,387
             JT   800                        6,942 Deposit 11/23/98
                25,665
             JT 1,200                       17,329
                24,465                      + 650 (Oct) Rent me — Add
             JT 1,000                       17,979
                23,465                         894 - Dennis Ins
             JT   400
                22,065                      17,085
             JT 1,600                                       CAF
                20,465                       1,500 - JT  1054 (1,500)
       mortg 1,348                          15,585
                19,117                       1,296 mort 12-11-98
             JT   200                                     856
                18,917                      14,289
                                           → page (2)
Withdrawals – Expenditures
  1507  7/98   500 Escrow            1609  11/98  1,400
  1551  9-20-98  300 Inspect         1615  11/98  1,010 = JT 15,100
  1554  10-2-98  235 Appraisal       1654  11/98  1,500
  1555  10-2-98  1,000 JT            1672        1,000
  1556  10-2-98  1,500 JT            1689        1,000
  1561  10-2-98  1,200 JT            1692         270
  1563  10-7-98    800 JT            1696-98      230 04
  1564  10-10-98 1,000 JT                         900
  1565  10-11-98 1,400 JT                        6,700 = JT  6,700
  1566  10-10-98 1,600 JT                                   20,800
  1575  10-28-98 1,348 mortg.
```

but me Added

12-31-98 ch#1685 mud
```
  593
  000  ch#1677 J.T
―――――
1,593
1,200  ch#1671 J.T
―――――
1,393
1,000  ch#1689 JT
―――――
2,393
  236  Smut + Sensid 1671
―――――
  157
1,000  Julie
―――――
  157
 1300 - J.T
―――――
  857
  500  Julie
―――――
  357
  218  USAA
   55  USAA
―――――
  630
  300  ASdme
―――――
  930
  900 - J.T 1728
―――――
   30
```

```
I owe J.T                           Wed
 100 Boston ATM           chase 1538 700
 450   "      "                 1548 650
 650 August Rent                1598 380
 650 Sept Rent                  1604 400
 ───                            ─────
 850                            2,130
 200 Car                          200
 ───                            ─────
2,050 TOTAL owed J.T            2,330
                           1691- 600
                                ─────
                                2,930

J.T = 45,100
       1,500
```

That each of the following statements listed below are true:

1. That Exhibit 1 is a true, accurate, and correct copy of documents, and or documents of accounting and or to include documents written of your handwriting and or to include documents of accounting written of your handwriting.   PAges 1-9.  PAges 10-22 (N/A)

____✓____ Admit          _____ Deny

2. That the contents of the attached Exhibit 1, the foregoing attached exhibit, is true to the best of Defendant Deborah Y. Miller, her own knowledge.   PAges 1-9   PAges 10-22 (N/A)

____✓____ Admit          _____ Deny

3. You, Defendant, Deborah Y. Miller, do verify that the attached Exhibit 1, the contents of Exhibit 1, and the statements and or records and or documents and or accounting made by you and or known by you, Defendant Deborah Y. Miller are true to the best of Defendant Deborah Y. Miller, her own knowledge.   PAges 1-9   PAges 10-22 (NA)

____✓____ Admit          _____ Deny

5