Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET AL.<br>    DEFENDANT (S) | )<br>)<br>) |

CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Motion to Compel, More Definite Statement and for Sanctions upon all parties to this cause by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

Dated: Honolulu, Hawaii on November 1, 2006

Joseph R. Thames
Plaintiff
Pro Se