# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00644DAE-LEK

CASE NAME:       Joseph R. Thames vs. Deborah Y. Miller

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     11/14/2006                   TIME:

COURT ACTION:  EO: Defendant's Request for Court's Permission To Mail And/Or Fax Settlement Statement is Granted. Magistrate Judge Leslie E. Kobayashi's fax number is 541-1386.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager