Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2006

at 12 o'clock and 10 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER ET. AL.<br>    Defendant(s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Fourth Request for Admissions and Verification was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
Defendant Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

Dated: ~~Honolulu, Hawaii~~ Los Angeles, California on September 16, 2006

September 18, 2006

Joseph R. Thames
Plaintiff

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $2.17 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.04 |

Postmark Here — 07/18/2006

Sent To: DEBORAH Y. MILLER
Defendant Deborah Y. Miller
Street, Apt. No. or PO Box No.: 25 Maluniu Ave Ste 102 PMB 165
City, State, ZIP+4: Kailua, Hawaii 96734

PS Form 3800, June 2002    See Reverse for Instructions

7006 0810 0003 3722 4171