

Deborah Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI  96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R.  THAMES<br>PLAINTIFF<br><br>VS.<br><br>DEBORAH Y.  MILLER<br>DEFENDANT | ) CIVIL NO.  CV 04 00644 DAE LEK<br>)<br>) DEFENDANT'S MEMORANDUM IN<br>) OPPOSITION TO PLAINTIFF'S<br>) MOTION TO COMPEL; MOTION FOR<br>) A MORE DEFINITE STATEMENT<br>) AND MOTION FOR SANCTIONS<br>)<br>) ATTACHMENTS A1& A2<br>) ATTACHMENTS B, C, & D<br>)<br>) CERTIFICATE OF SERVICE |

### DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS

Here come Defendant Deborah Miller, Defendant Pro Se, opposing the Plaintiff's motions.  The Defendant has answered the Plaintiff's requests to the best of her ability.  The Defendant has answered ALL the questions brought forth by the Plaintiff pertaining to this case.

The Plaintiff continues to include questions that have nothing to do with this case but that refer directly to property.  This is in total disrespect of the courts order cautioning the Plaintiff against including claims not related to this case.

<u>Plaintiff's exhibits pages 1-5:( Attachment A1)</u>

    Page 1:  Defendant answered all questions related to this case.

        Defendant included cancelled checks and other documents

        That the Plaintiff omitted from the Court.

    Page 2.: (attachment <u>10)</u> this page refers to <u>property transactions</u>

        And is not related to this case. (Attachment B)

    Page 3: (attachment <u>11)</u> this page refers to <u>property transactions</u>

    Page 4: (Attachment <u>12</u>) this page is related to this case as the court

        determined (attachment C) and was answered by the

        Defendant,  documents and cancelled checks were included in

        the response, as ordered by the court (attachments A1)

    Page 5:  The Plaintiff is being deceptive: (Attachment A2)

        <u>(Attachment 1-9)</u> are related to this case and Defendant

        answered all inquiries from Plaintiff regarding these pages

        including all document break-downs and cancelled checks for

        utilities, rent and food. ( attachment A2), as ordered by the

        court, (Attachment C).Defendant included cancelled checks.

        Front and back copies of the <u>checks listed on the</u>

        "HOUSEHOLD BILLS" forms.  Due to the abundance of paper

        and copying involved, the Defendant did not include the

cancelled checks in this Memorandum. The Plaintiff has, however, did received copies of ALL THE cancelled checks, attached to each monthly household bills document in response to the Plaintiff's discovery requests. Defendant will forward upon Court request.

80% of the Plaintiff's interrogatories, Request for Admissions and Request for Production contains Property related issues that have nothing to do with this case.(Attachment B).

The Plaintiff even goes as far as to use the same paper work for these request that he used for the Court Case involving the Property related issues. The Defendant has answered ALL questions, admissions, request, etc., that the Plaintiff has submitted to her pertaining to this case.

The Plaintiff will never be satisfied because the Plaintiff chooses to continue to include claims that are not related to this case and the Defendant continues to answer only the claims that the court has ordered relevant to this case. (Attachment B)

The Defendant anticipated that the Plaintiff would give the court incorrect, incomplete and misleading information, so the Defendant mailed the Plaintiff's Interrogatories, Admissions and Request to the Court, as a deterrent, but they were returned to the Defendant.

The Defendant ask the Court to request that the Plaintiff submit valid instances where the Defendant has not been definite in her responses to relating to this case/claim.

The Defendant ask the court to enforce sanctions upon the Plaintiff for not

adhering to the cautions from the Court, "The Court instructs the Plaintiff that he may not include any other claims, nor may he name any additional defendants. The Court further cautions the Plaintiff that the failure to follow these instruction may result in sanctions, including striking of the First Amended Complaint". (Attachment B).

The Defendant also ask that the Court take into consideration that the Plaintiff's Motion and the Court's Minutes were forwarded to the Defendant from Hawaii on November 8th and received November 13th ( takes 5 days- attachment B, page 5). The Defendant responded immediately and mailed the response "overnight" in hopes of making the November 17th due date (Attachment D).

Dated: Boston, MA November 14, 2006

_____
Deborah Y. Miller, Defendant Pro Se