ATTACHMENT A-1

<u>Financial Statement- ATTACHMENT D</u>
ATTACHMENT (10) – (12)
(Additional Enclosures)

Attachment (10) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (11) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (12) does state items included in the $3,290.00:

1. 100 & 400 Boston ATM (loan was repaid- cancelled check attached #1)

2. 650 for August and September Rent (See Attachment A)*

3. 200 Plaintiff often fixed Defendant's car (by choice) & never asked Defendant to pay Defendant wishes to see receipts for repairs.

ADDITIONAL ENCLOSURES: #2A&B & 3A&B

1. $500 trip to East Coast : Defendant traveled home to Boston every year. Defendant was able to pay her own fare to Boston via a TWA Travel Card. (**See attached receipt**). Plaintiff chose to pay for Defendant because Plaintiff wanted Defendant to stay over night in California as opposed to St. Louis (TWA) in order to meet the Plaintiff's brother and family.

2. $100.00 money taken out of joint account: Defendant's money was used to open this account. Defendant made all deposits and withdrawals. Plaintiff never contributed to this account.

<u>ATTACHMENT D FOR (10) – (12) & ADDITIONAL ENCLOSURES</u>

Plaintiff's page 1
Exhibits

H' FINANCIAL STATEMENT

```
Deposit  9-9-98    8,000
Deposit  9-15-98  16,000
Deposit  9-21-98   5,500
                  ──────
                  29,500
       Inspect      300
                  ──────
                  29,200
       Apprts       235
                  ──────
                  28,965
            JT   1,000
                  ──────
                  27,965
            JT   1,500
                  ──────
                  26,465
            JT     800
                  ──────
                  25,665
            JT   1,200
                  ──────
                  24,465
            JT   1,000
                  ──────
                  23,465
            JT   1,400
                  ──────
                  22,065
            JT   1,600
                  ──────
                  20,465
       mortg    1,348
                  ──────
                  19,117
            JT    200
                  ──────
                  18,917
```

```
18,917
JT 1,200
──────
17,717
JT 1,800
──────
15,917
JT 1,000
──────
14,917
    2,130 — woody
──────
12,787
JT 1,400
──────
11,387
JT 1,000
──────
10,387
 6,942 Deposit 11/23/98
──────
17,329
+  650 Oct Rent me — Add
──────
17,979
    894 — Dennis Ins
──────
17,085
  1,500 — JT  1054 (1,500)
──────
15,585
  1,296 mort 12-11-98  old
──────                      1,356
14,289
       → page (2)
```

① (circled)

withdrawals — Expenditures

```
# 1507  7/98   500  Escrow
 1551  9-20-98  300  Inspect
 1554 10-2-98  235  Appraisal
 1555 10-2-98 1,000  JT
 1556 10-2-98 1,500  JT
 1561 10-7-98 1,200  JT
 1563 10-7-98   800  JT
  564 10-10-98 1,000 JT
  565 10-11-98 1,400 JT
   66 10-12-98 1,600 JT
   55 10-29-98 1,348.14 mortg.
    4 10-22-98 1,200 JT
    7 10-26-98 1,800 JT
```

```
1609  11/98  1,400
1615  11/98  1,010  = JT (15,100)
1654  11/98  1,500
1672         1,000
1684         1,000
1692           230
1696-98      2,300 Oct
              900
            ──────
            6,700 → JT  6,700
                     ──────
                     22,800
```

Plaintiff's page 2 was Attachment (10)

```
4,287
+ 608 Nov Rent me Added
─────
4,889
1,296   10-31-98  ch#1685 rent
─────
3,593
1,000   ch#1677 J.T
─────
2,593
1,200   ch#1671 J.T
─────
1,393
1,000   ch# 1689 J.T.
─────
0,393
  236   Smel + Sensid 1691
─────
0,157
1,000   Julie
─────
5,157
2,300 - J.T
─────
1,857
1,500   Julie
─────
  357
  218   usmn
   55   usmn
─────
  630
  300   Asdme
─────
  930
  900 - J.T 1728
─────
   30
```

PLAINTIFF'S PAGE 3 WAS ATTACHMENT (11)

I owe JT

| | |
|---|---|
| 100 | Boston ATM |
| 450 | " " |
| 650 | August Rent |
| 650 | Sept Rent |

850
200 Car

2,050 TOTAL owed JT

Wedding

| | | | |
|---|---|---|---|
| CLARE | 1538 | 700 | Dress |
| | 1548 | 650 | Hall |
| | 1598 | 380 | Invites |
| | 1604 | 400 | Photo dwnpmt |

2,130
200 bumpy floors
2,330
1621 - 600 limo dwn py
2,936

To do
Photos balance
Flowers
Food

---

J.T = 15,100
      1,500

Answered

Plaintiff's page 4 was attached
(12)

