

Enclosure 2A

```
ITINERARY FOR MILLER/DEBORAH                                 48IX2S
DAY       DATE      CITY                TIME  AIRLINE              FLT
FRIDAY    23JUL  LV HONOLULU            655P  TRANS WORLD          002
                 AR ST LOUIS            751A
SATURDAY  24JUL  LV ST LOUIS           1015A  TRANS WORLD          436
                 AR BOSTON              207P
MONDAY    09AUG  LV BOSTON              835A  TRANS WORLD          181
                 AR ST LOUIS           1035A
MONDAY    09AUG  LV ST LOUIS           1145A  TRANS WORLD          001
                 AR HONOLULU            345P
```

Enclosure 2B

MILLER, DECORAH OR THAMES, JOSEPH

0500627370                                                           Balance Forward

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|
| 01/07/98 | INITIAL DEPOSIT: | | $200.00 | $200.00 |
| 1/20/98 | Deposit | | 380 - | 580 |
| 1-28-98 | Deposit | | 440 - | 1020 |
| 1-30-98 | - Withdrawal | 100 - | | 920 |
|  | (Rent) 650 JAN | | | 250 |
| 2/6/98 | Deposit | | 380 | 630 |
| 2/17/98 | withdrawal | | | 130 / 500 |
| 2/27/98 | Withdraw - check | | | 260 / 300 |
| 3/6/98 | Deposit | | 175 | 475 |
| 6/29/98 | Deposit | | 980 | 20 |
| 7/1/98 | Withdrawal | | | 860 |
| 7/3/98 | " | | | 860 / 660 |
| 2/5/98 | | | | 80 / 40 |

HAWAII NATIONAL BANK

---

R-12 (rev. 7/76)    HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*



```
059 003      1583A 262      02/06/98 01:07 PM
0500627370TDKN      NB            $380.00
OPENING THIS YEAR - A NEW BRANCH IN MAPUNAPUNA.
```

THIS IS YOUR REGISTERED RECEIPT

---

R-12 (rev. 7/76)    HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
059 006      1617A 214      01/28/98 12:58 PM
0500627370TDNB      NB            $440.00
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS!!!
```

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | Balance Forward | 6 |
|---|---|---|---|---|---|
| | | | | | 640 |
| | | | | | 100 |
| | | | | | 540 |
| | | | | | 20 |
| | | | | | 520 |
| | | | | | 200 |
| | | | | | 320 |

*HAWAII NATIONAL BANK*

R-12 (rev. 7/76)

## HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*



```
 059 006       1637A 410        01/20/98
 0500627370TDNB        NB
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS
                                    $350.00
```

THIS IS YOUR REGISTERED RECEIPT

R-12 (rev. 7/76)

## HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
 059 004       2508A 709        02/03/98 01:39 PM
 0500627370TWAN        NB
                                    $670.00
```