ATTACHMENT A-2

That each of the following statements listed below are true:

1. That Exhibit 1 is a true, accurate, and correct copy of documents, and or documents of accounting and or to include documents written of your handwriting and or to include documents of accounting written of your handwriting. *Has to do with property*

   *Pages 1-9   Pages 10-22 (N/A)*

   ✓ Admit  _____ Deny

2. That the contents of the attached Exhibit 1, the foregoing attached exhibit, is true to the best of Defendant Deborah Y. Miller, her own knowledge.

   *Pages 1-9   Pages 10-22 (N/A)*

   ✓ Admit  _____ Deny

   *Has to do with property*

3. You, Defendant, Deborah Y. Miller, do verify that the attached Exhibit 1, the contents of Exhibit 1, and the statements and or records and or documents and or accounting made by you and or known by you, Defendant Deborah Y. Miller are true to the best of Defendant Deborah Y. Miller, her own knowledge.

   *Pages 1-9   Pages 10-22 (N/A) - has to do with property*

   ✓ Admit  _____ Deny

*Plaintiff's page (pages 1-9)*

5

Response to Utility Sheets – ATTACHMENT A
January 1998 through December 1998
ATTACHMENTS (1) - (6)

| 1998 | Plaintiff owes Defendant | Defendant owes Plaintiff |
|---|---|---|
| JANUARY-FEBRUARY (1) | PAID HALF | PAID HALF |
| MARCH-APRIL (2) | PAID HALF | PAID HALF |
| MAY-JUNE (3) | | $ 107<br>107 |
| JULY-AUGUST (4) | 44 food<br>$44 | 32 (electric)<br>29 (cable)<br>36 (water)<br>650 (rent) *<br>$747 |
| SEPT.-OCTOBER (5) | 50 (electric)<br>44 (cable)<br>48 (water)<br>348 (water)<br>$490 | $650 (rent) * |
| NOVEMBER (5) | 40 (electric)<br>22 (cable)<br>249 (food)<br>$311 | |
| DECEMBER (6) | 40 (electric)<br>22 (cable)<br>45 (water)<br>355 (food)<br>650 (rent)*<br>$1,112 | |
| Totals for Plaintiff | $1,957 | - Defendant $1,504. |

1998 Plaintiff owes Defendant   $1,957.00
1998 Defendant owes Plaintiff    1,504.00

_1998 Plaintiff owes Defendant  $  453.00_

**ATTACHMENT A2 FOR (1) – (6)**

ATTACHMENT A2

Senator of trans II
Dm Food 277.⁰⁰

HOUSEHOLD BILLS
MONTH January 1998  Even

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | JT 3581 / DM 59777 (1,280) | 12/27/98 / 2/3/98* | 1,292 / 650 |
| -69⁰⁰ ELECTRIC | JT |  | 138 |
| 18⁰⁰ CABLE | *Dm 1280 | 2/2/98 | 35⁰⁰ |
| WATER |  |  |  |
| 202⁰⁰ FOOD | Dm (Cancelled CKS) |  | 404⁰⁰ |

220
-69
151⁰⁰ JT*

577 Total utilities

*Defendant paid w/R check & was Reimbursed by Plaintiff

HOUSEHOLD BILLS
MONTH February 1998  Even

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | JT 3615 / DM 1331 | 1/24/98 / 2/3/98* | 1,292.⁰⁰ / 650 |
| 39.⁰⁰ ELECTRIC | *Dm 1334 | 2/26/98 | 78⁰⁰ |
| 20⁰⁰ CABLE | *Dm 1291 | 2/3/98 | 41¹⁴ |
| 33⁰⁰ WATER | *Dm 1309 | 2/17/98 | 76⁰⁰ |
| 269⁰⁰ FOOD | *Dm (Cancelled CKS) | 3/98 | 537.17 |

361.⁰⁰

722.30

*Defendant paid w/R check & was Reimbursed by Plaintiff

Exhibit 2    (1)
Exhibit "A"

HOUSEHOLD BILLS
MONTH  _March_           _Even_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | J.T. 3645 | 2/28/98 | 1298 |
|  | ✓Dm 1340 | 3/1/98 | 650 |
| ELECTRIC (52) | Dm 1353 | 3/19/98 | 105 00 |
| CABLE (34) | *Dm 1395 | 1/27/98 | 68 00 |
| WATER (40) | *Dm 1391 | 4-27-98 | 81 25 |
| FOOD (228) | Dm Cancell ck | 3/98 | 456 — |

354  *Defendant paid with checks & Plaintiff Reimbursed

(711.26)

642
+ 69 cash
711

HOUSEHOLD BILLS
MONTH  _April_           _even_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | JT 3647 | 3/28/98 | 1298 |
|  | ✓Dm 1402 (51-701) 5/1/98 | | 650 |
| ELECTRIC (83) | *Dm 1372 | 4-22-98 | 165 25 |
| CABLE (22) | *Dm 1426 | — | 45 00 |
| WATER |  |  |  |
| FOOD (265) | on Cancelled checks 4/98 | | 530 00 |

370  Defendant paid with checks & plaintiff reimbursed

(741)

HOUSEHOLD BILLS
MONTH _MAY 1998_

me 650 Ren
Ticket 300
350 - owe
+ 800 - Foc
150⁰⁰ owe

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | J.T. 3994  DM | | 129.2⁰⁰ |
| ELECTRIC | | | |
| CABLE | | | |
| WATER | | | |
| FOOD 200⁰⁰T+ | Dm (Cancelled CKS) | May 98 | 401⁰⁰ |

Owe + 150 / 43

OWE J.T.
150⁰⁰
+ 43
107

*Defendant owes Plaintiff $107

OWE J.T
109⁰⁰

HOUSEHOLD BILLS
MONTH _JUNE 1998_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | JT 3994  √DM 1464 | 5/29/98  6/00/98 | 129.2  650 |
| ELECTRIC 86⁰⁰ | JT 4016 | 6/00/98 | 170³¹ |
| CABLE 20 | JT 4011 | 6/3/98 | 40 |
| WATER 41⁵ | JT 4017 | 6/00/98 | 81³⁹ |
| FOOD 190 | Dm Cancelled cks | 6/98 | 580.72 |

85  
20  
147 me owe

150 JT owe

* 147 - DM owe
- 190 J.T. owe
* 430 owe DM

(3)

HOUSEHOLD BILLS
MONTH July, 1998      EVEN

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
|  | JT 4210 | 6/29/98 | 1,292 |
| MORTGAGE (150 mo) | Dm 1502 | 7/98 | 500 Escrow |
| ELECTRIC (31) | *Dm 1501 | 7/20 | 74.15 |
| CABLE (28) | *Dm 1499 | 7/20 | 56.55 |
| WATER |  |  |  |
| FOOD (117) | *Dm Cnc-cks | 7/98 | 224.9? |

356

JT's half of utilities paid * DEFENDANT PAID WITH CHECKS & PLAINTIFF Reimbursed

HOUSEHOLD BILLS
MONTH August/Sept (doubled VACATION)

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | August JT 4331 | 8/5/98 | 1,298 |
|  | * JT 4680 | 9-10-98 | 1,298  listed on owe list |
| ELECTRIC (32-JM) | * JT 4??? | 9/? | 65.46 |
| CABLE (29-JM) | * JT ???? |  | 53.00 |
| WATER (36-JM) | * ??? |  | 73.53 |
| FOOD (4?-JT) | * JM Cancelled cks 9/98 | 89.00 |

PLAINTIFF PAID WITH CHECKS DEFENDANT did not Reimburse.

(4)

HOUSEHOLD BILLS  
MONTH _Spt/Oct_  *listed owe* / *paid my half*

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|

MORTGAGE     DM J.T - 4090    10/2/98    1292 (PAID DM)

*490 J.T*    ELECTRIC 50    *DM 1550    10/1/98    99.00

*owe*    CABLE 44    *DM 1567    10/12/98    87.00

WATER 48    *DM 1590    10/2/98    95.04

FOOD 348    *DM come chks    spt/oct    757 DM (1688)

*Defendant paid with Checks plaintiff did not Reimburse.

HOUSEHOLD BILLS  
MONTH _November 98_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|

MORTGAGE    DM listed added paid &J.T    11-29-98    1348 1/2 paid DM

*3/11 J.T*    ELECTRIC 40    *DM 1631    11-23-98    80.87

*we*    CABLE 22    *DM 1632    11/23/98    44.20

WATER

FOOD 249    *come check DM    11/98    499.00

*Defendant paid with Checks plaintiff, 1273 did not Reimburse.

(5)

HOUSEHOLD BILLS
MONTH December

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | Dm 1656 | 12-11-98 | 1296 |
| ELECTRIC ※ *70 | Dm 1674 | 12-31-98 | 28⁸² |
| CABLE *22 | Dm 1657 | 12-11-98 | 44⁰⁰ |
| WATER *15 | Dm 1679 | 12-22-98 | 89⁴⁰ |
| FOOD *355 | Dm Cancl. Check |  | 710⁰⁰ |

650ml due ※
462 S.T. owe ※

722.00

※ Defendant paid with checks plaintiff did not reimburse.

HOUSEHOLD BILLS
MONTH _____

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE |  |  |  |
| ELECTRIC |  |  |  |
| CABLE |  |  |  |
| WATER |  |  |  |
| FOOD |  |  |  |

(6)

Electric: 1057.44

Cable: 520.14

Water: 497.22

Food: 4979.

TOTALS FOR ATTACHMENT (1) - (6)

ATTACHMENT C (7)