<u>Response to Utility Sheets-ATTACHMENT B</u>
January 1999 - March 1999
ATTACHMENTS (8) - (9)

| 1999 | Plaintiff owes Defendant | Defendant owes Plaintiff |
|---|---|---|
| JANUARY (8) | 40 (electric)<br>43 (cable)<br>175 (food)<br><u>650 (rent)</u><br>$908 | |
| FEBRUARY (8) | 42 (electric)<br>19 (cable)<br>41 (water)<br><u>164 (food)</u><br>$266 | |
| MARCH (9) | 37 (electric)<br>24 (cable)<br>38 (water)<br><u>148 (food)</u><br>$247 | |
| Totals for Plaintiff: | $1,421.00 | Defendant -0- |

1999 Plaintiff owes Defendant $1,421.00
1999 Defendant owes Plaintiff     -0-


Summary:  1998 *Plaintiff owes Defendant* $   453.00
             1999 *Plaintiff owes Defendant* $<u>1,421</u>.00

      TOTAL OWED DEFENDANT$ 1,874.00


**ATTACHMENT B FOR (8) –(9)**

*Attachment A2*

HOUSEHOLD BILLS
MONTH  JANUARY 1999

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | JT* Dm 1685 | 12-30-98 | 1296 |
| ELECTRIC 40 | *Dm 1748 | 2-1-99 | 80⁰⁰ |
| CABLE 43 | *Dm 1747 | 2-1-99 | 86⁰⁰ |
| WATER |  |  |  |
| FOOD 175 *JT owes | Cancelled cks | 1-99 | 351⁰⁰ |

(circled notes: "650 mo owe", "256 JT")

* Defendant paid w/ checks, plaintiff did NOT reimburse

HOUSEHOLD BILLS
MONTH  February 1999

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | JT 385 / *Dm 1752 | 2-10-99 | 650 / 650 |
| ELECTRIC 42 | *1775 | 2-22-99 | 83⁵⁰ |
| CABLE 19 | *1781 | 3-1-99 | 37⁸⁵ |
| WATER 41 | *1774 | 2-22-99 | 81.⁹⁵ |
| FOOD 164 *JT owes | *Cancelled cks | 2-99 | 329⁰⁰ |

(circled notes: "2675", "1181")

* Defendant paid in checks plaintiff did NOT Reimburse

(8)

HOUSEHOLD BILLS
MONTH _March, 1999_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE |  |  |  |
| ELECTRIC 37 | Dm 1823 | 2-25-99 | 75.00 |
| CABLE 24 | Dm 1823 | 2-25-99 | 47.00 |
| WATER 38 | Dm 1824 | 2-28-99 | 76.00 |
| FOOD 148 | Cancelled CKS | 3-99 | 297.00 |

Defendant paid with checks Plaintiff did not Reimburse.

HOUSEHOLD BILLS
MONTH _April, 1999_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE |  |  |  |
| ELECTRIC |  |  |  |
| CABLE |  |  |  |
| WATER |  |  |  |
| FOOD |  |  |  |

(9)