# ATTACHMENT D

