ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2006

at _____ o'clock and _____ min. ___ M
SUE            CLERK

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) PLAINTIFF JOSEPH R. THAMES'<br>) MOTION AND REQUEST FOR<br>) EXTENSION OF TIME FOR<br>) FILING DISPOSITIVE MOTIONS<br>) |
| DEBORAH Y. MILLER ET AL<br>DEFENDANTS (S). | ) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

## PLAINTIFF JOSEPH R. THAMES' MOTION AND REQUEST FOR EXTENSION OF TIME FOR FILING DISPOSITIVE MOTIONS

COMES NOW PLAINTIFF JOSEPH R. THAMES, Plaintiff Pro Se, and herby submits and files Plaintiff's Motion and Request for Extension of Time for Filing Dispositive Motions. Due to Defendant's failure and/or refusal to comply with Federal laws, rules, regulations and laws; FRCP and pretrial discovery rules and pretrial order (records and documents on file), Plaintiff has been delayed and prejudiced from preparing (lawfully, legally, appropriately, properly, and without disruption) Dispositive Motions. Plaintiff is moving and requesting the Court for an extension of time to submit and file Plaintiff's Dispositive Motions and all related filing.

Upon extension and Defendant's compliance, Plaintiff will complete, submit and file Plaintiff's Dispositive Motions and all related filing.

Dated November 22, 2006 in Honolulu, Hawaii

Joseph R. Thames
Plaintiff
Pro Se

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF | ) CIVIL NO.  04-00644DAE-LEK<br>)<br>) |
| VS | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET AL.<br>    DEFENDANT (S) | )<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Motion and Request for Extension of Time for Filing Dispositive Motions in the above captioned acting upon all parties to this cause by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

Dated: Honolulu, Hawaii on November 22, 2006

Joseph R. Thames
Plaintiff
Pro Se