ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2006

at ____ o'clock ____ min. ____ M
SUE        CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br><br><br>DEBORAH Y. MILLER ET AL<br>DEFENDANTS(S) | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF JOSEPH R. THAMES'<br>) REQUEST FOR EXTENSION OF<br>) TIME FOR FILING OF MOTIONS<br>) TO JOIN/ADD PARTIES/AMEND<br>)   PLEADINGS<br>)<br>) CERTIFICATE OF SERVICE<br>) |

## PLAINTIFF JOSEPH R. THAMES'S REQUEST FOR EXTENSION OF TIME FOR FILING OF MOTIONS TO JOIN/ADD PARTIES/AMEND PLEADINGS

COMES NOW PLAINTIFF JOSEPH R. THAMES, Plaintiff Pro Se, and herby submits and files Plaintiff's Motion and Request for Extension of Time for Filing of Motions to Join/Add Parties/Amend Pleadings. Due to Defendant's failure and/or refusal to comply with Federal laws, rules, regulations and laws; FRCP and pretrial discovery rules and pretrial order (records and documents on file), Plaintiff has been delayed and prejudiced from preparing (lawfully, legally, appropriately, properly, and without disruption) Plaintiff's Motions to Join/Add Parties/Amend Pleadings. Plaintiff is moving and requesting the Court for an extension of time to submit and file Plaintiff's Motions to Join/Add Parties/Amend Pleadings and all related filing.

Upon extension and Defendant's compliance, Plaintiff will complete Plaintiff's Motions to Join/Add Parties/Amend Pleadings and all related filing.

Dated November 22, 2006 in Honolulu, Hawaii

                                        Joseph R. Thames
                                        Plaintiff
                                        Pro Se

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF<br><br>VS<br><br>DEBORAH Y. MILLER, ET AL.<br>DEFENDANT (S) | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Request For Extension of Time for Filing Motion to Join/Add Parties/Amend Pleadings in the above captioned acting upon all parties to this cause by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

Dated: Honolulu, Hawaii on November 22, 2006

Joseph R. Thames
Plaintiff
Pro Se