# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644FDAE-LEK |
| CASE NAME: | Joseph Thames vs. Deborah Y. Miller, et al. |
| ATTYS FOR PLA: | Joseph Thames (Plaintiff Pro Se) |
| ATTYS FOR DEFT: | Deborah Y. Miller (Defendant Pro Se) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 11/27/2006 | TIME: | 1:35-2:00 |

COURT ACTION:  EP: Settlement Conference held. Further Settlement Conference on call.

Plaintiff Pro Se Joseph R. Thames informed by the Court that a Reply Memorandum on Plaintiff Joseph R. Thames' Motion to Compel, Motion for a More Definite Statement and Motion for Sanctions is not necessary.

Court to issue Order on Motion.

Submitted by: Warren N. Nakamura, Courtroom Manager