# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/01/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph R. Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/01/2006 | TIME: | |

COURT ACTION:  EO: Plaintiff Joseph R. Thames' Motion and Request for Extension of Time for Filing Dispositive Motions filed on 11/22/06

and

Plaintiff Joseph R. Thames' Request for Extension of Time for Filing Motions to Join/Add Parties/Amend Pleadings filed on 11/22/06

will be considered by Magistrate Judge Leslie E. Kobayashi as Non Hearing Motions.

Memorandum in Opposition is due **12/15/06.**
Reply Memorandum is due **12/29/06.**

Plaintiffs' Motions will be taken under advisement thereafter.  Court to issue Order.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager