# MEMORANDUM BY OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Unit 50129
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii  96850
Ph. 541-1300
*********************************************************************************

Re: Civil 04-00644 DAE-LEK

RE: EXHIBIT(S) TO: " PLAINTIFF JOSEPH R. THAMES' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT; AND MOTION FOR SANCTIONS"

## Unable to Scan due to file size limit; document including exhibit(s) placed in case file