ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) (CORRECTION) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 04 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

CERTIFICATE OF SERVICE
(CORRECTION)

The Certificate of Service in the above captioned and described as Plaintiff Joseph R. Thames Second Special Interrogatories and Request of Production Dated: ~~Honolulu,~~ Los Angeles, ~~Hawaii~~ California on September ~~16~~ 18, 2006 and attached hereto should be corrected. Please note and change line 3, sentence number 1 "Second Special Interrogatories" to read Special Interrogatories". This change: This is to certify that the undersigned, Joseph R. Thames, Plaintiff, Pro Se, has on the date of September 18, 2006 in Los Angeles, California served Plaintiff Joseph R. Thames Special Interrogatories and Request for Production in the above captioned acting upon all parties to this cause by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
Defendant Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

Original Dated: ~~Honolulu, Hawaii~~ Los Angeles, California on September ~~16~~ 18, 2006

This is to further certify that the undersigned, Joseph R. Thames, Plaintiff, Pro Se, has on this date of December 4, 2006 served Certificate of Service Correction of Plaintiff Joseph R. Thames Second Special Interrogatories and Request for Production to Certificate of Service Correction of Plaintiff Joseph R. Thames Special Interrogatories and Request for Production in the above captioned acting upon all parties to this cause by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
Defendant Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734


Dated: Honolulu, Hawaii on December 4, 2006



*Joseph R. Thames*
Joseph R. Thames
Plaintiff
Pro Se

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

KAILUA HI 96734

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.39  0012 |
| Certified Fee | | $2.40  10 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Postmark: HONOLULU HI MAIN OFFICE 96820 DEC 4 12/04/2006 USPS

Sent To: DEBORAH Y. MILLER
Street, Apt. No.; or PO Box No.: Defendant Deborah Y. Miller
35 Maluniu Ave Ste 102 PMB 165
City, State, ZIP+4: Kailua, Hawaii 96734

Tracking: 7005 3110 0000 7432 1156

PS Form 3800, June 2002    See Reverse for Instructions

SCANNED