UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

JOSEPH R. THAMES
PO BOX 674
KAILUA, HI 96734

THAM674  T967341919 1606 03 12/08/06
RETURN TO SENDER
THAMES JOSEPH R
TEMPORARILY AWAY

RETURN TO SENDER

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 1 1 2006
DISTRICT OF HAWAII

JOSEPH R. THAMES
PO BOX 674
KAILUA, HI 96734

CV 04-00644DAE-LEK