GK 

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2002 NOV -8 AM 11: 37

R. HIGA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES, | CIVIL NO. 00-1-1056-03 (EEH) |
| Plaintiff, | JUDGMENT |
| vs. | |
| DEBORAH Y. MILLER, and DOES 1-500, | |
| Defendants. | |

## JUDGMENT

Pursuant to the Order Granting Defendant Deborah R. Miller's Oral Motions to Dismiss Plaintiff's Complaint With Prejudice and for Entry of Default and Default Judgment in Favor of Defendant Deborah R. Miller and Against Plaintiff Joseph R. Thames on the Counterclaim, Judgment hereby enters as follows:

1. In favor of Defendant-Counterclaimant Deborah Miller and against Plaintiff-Counterclaim-Defendant Joseph Thames on the Complaint which is dismissed with prejudice;

2. In favor of Defendant Deborah Miller and against Plaintiff Joseph Thames regarding the ownership of property which is the subject of this litigation; that is, that Plaintiff Joseph Thames never had ownership interest in the property located at 404 Kalama Street, Kailua, Hawaii, 96734; that Deborah Miller was the sole owner of said property and Deborah

Attachment B

Compliance Program
Date: NOV 8 2002

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

8

Miller is entitled to the proceeds of the sale thereof;

3. In favor of Defendant-Counterclaimant Deborah Miller and against Plaintiff-Counterclaim Defendant Joseph Thames in the amount of $15,828.00 on the Counterclaim; and

4. Pursuant to Stipulation of the Parties to Non-Disbursal and Retention in Independent Escrow of All Funds Payable, Due Owing, Gross or Net to Deborah Miller From Any Sale of Any Interest in the Property Which Is the Subject in This Law Suit, filed March 12, 2001, the proceeds of the sale of the aforementioned property are released to Defendant Deborah Miller.

All other claims and parties are hereby dismissed.

Dated: Honolulu, Hawaii, November 8, 2002.

_____
JUDGE OF THE ABOVE ENTITLED COURT