L-134         STATE OF HAWAII
        OFFICE OF ASSISTANT REGISTRAR
                RECORDED

        NOV 18, 1997    08:01 AM

        Doc No(s) 2418498

        on Cert(s) 336,361

    Issuance of Cert(s) 500,864

        /s/ CARL T. WATANABE
        ASSISTANT REGISTRAR

    CONVEYANCE TAX:  $178.50

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

*Yi Gega-Chang*

Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

_____

        LAND COURT         REGULAR SYSTEM

AFTER RECORDATION, RETURN BY:  MAIL (✓)  PICK-UP ( )

    INTERNATIONAL SAVINGS
    201 MERCHANT ST
    10th FLOOR               TG : 305175 - ℬ
    HONOLULU, HI  96813      TGE: 97-102-0455
                             Craig Y. Endo        ②
    ATTN:  MTGE SERVICING

_____

Tax Map Key:  Oahu 4-3-039-003, CPR 2

_____

### APARTMENT DEED

THIS INDENTURE is executed this 5th day of November, 19 97, by and between RICHARD QUON SING FONG III and NEDA FONG, husband and wife, whose residence and post office address is 2623 Kinoole Street, Hilo, Hawaii 96720, hereinafter collectively called the "Grantor", and JOSEPH RUFUS THAMES, single, whose residence and post office address is 363-A Kaimake Loop, Kailua, Hawaii 96734, as tenant in severalty, hereinafter called the "Grantee".

### WITNESSETH:

The Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to Grantor paid by Grantee, receipt whereof is hereby acknowledged, does by these presents grant and convey the real and personal property (if any) described in Exhibit "A" hereto attached and expressly made a part hereof, unto Grantee;

And the reversions, remainders, rents, issues and profits thereof and all of the estate, right, title and interest of the Grantor, both at law and in equity, therein and thereto;

*Attachment C*

*10*

TOGETHER WITH the benefits of, but SUBJECT, ALSO, to all restrictions, covenants, agreements, obligations, conditions and other provisions created by, referred to or set forth in the Declaration of Condominium Property Regime, Bylaws and the Condominium Map of the condominium project described in Exhibit "A", as the same may have been or may hereafter be amended.

TO HAVE AND TO HOLD the same, as to said real property, together with all buildings, improvements, tenements, hereditaments, rights, easements, privileges and appurtenances thereunto belonging or appertaining or held and enjoyed therewith unto Grantee, absolutely and in fee simple, and as to said personal property (if any), absolutely and forever;

The Grantor does hereby covenant and agree to and with Grantee that Grantor is lawfully seized in fee simple of the real property described in Exhibit "A" and is the absolute owner of all of said personal property (if any) and that Grantor's title to all of said property is free and clear of and from all encumbrances other than those mentioned in Exhibit "A"; that Grantor has good right to sell and convey said property as aforesaid and that Grantor will WARRANT and DEFEND the same unto Grantee against the lawful claims and demands of all persons except as aforesaid.

IT IS MUTUALLY AGREED that the terms "Grantor" and "Grantee", as and when used herein, or any pronouns used in place thereof, shall mean and include the masculine or feminine, the singular or plural number, individuals, associations, trustees, partnerships or corporations, and their and each of their respective successors in interest, heirs, personal representatives and permitted assigns, according to the context thereof.  If these presents shall be signed by two or more grantors or by two or more grantees, all covenants of such parties shall for all purposes be joint and several.

[END OF TEXT, CONTINUED ON PAGE 3]

-2-

IN WITNESS WHEREOF, the parties hereto have executed these presents effective as of the day and year first above written.

_____
RICHARD QUON SING FONG III

_____
NEDA FONG

"Grantor"

APPROVED AS TO FORM:

_____
ALSTON, HUNT, FLOYD & ING
Attorneys At Law
A Law Corporation
64713/3300-1

-3-

12

STATE OF HAWAII        )
                       ) SS:
COUNTY OF HAWAII       )

On this _5th_ day of _November_, 19_97_, before me personally

appeared RICHARD QUON SING FONG III and NEDA FONG, to me known to be

the persons described in and who executed the foregoing instrument, and

acknowledged that they executed the same as their free act and deed.

_____
Notary Public, State of Hawaii

My commission expires: 2/16/2001

13

## EXHIBIT "A"

**-FIRST:-**

Apartment No. 404-A of that certain Condominium Project known as "404/404-A KALAMA STREET", as established by Declaration of Condominium Property Regime dated June 23, 1989, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Land Court Document No. 1645433, and as shown on Condominium Map No. 723 and any amendments thereto.

Together with appurtenant easements as follows:

(A)     An exclusive easement to use the Dwelling Lot having the same letter as the Apartment as designated on said Condominium Map.

(B)     An exclusive easement to use the parking spaces designated on said Condominium Map.

(C)     Non-exclusive easements in the common elements designed for such purposes for ingress to, egress from, utility services for and support of said Apartment; in the other common elements for use according to their respective purposes.

(D)     Exclusive easements to use other limited common elements appurtenant thereto designated for its exclusive use by the Declaration.

**-SECOND:-**

An undivided 50% interest in all common elements of the Project as established for said Apartment by said Declaration, or such other percentage interest as hereinafter established for said Apartment by an amendment of said Declaration, as tenant in common with the other apartment owners and tenants thereof.

The land upon which said Condominium Project "404/404-A KALAMA STREET" is located is described as follows:

All of that certain parcel of land situate at Kailua, District of Koolaupoko, City and County of Honolulu, State of Hawaii, described as follows:

LOT 118-A, area 5,504 square feet, more or less, of the "KAILUA COCONUT GROVE TRACT", as shown on Map 343, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 495 of Arthur Hyde Rice.

Together with an easement of right of way over and through all roads shown and delineated on the subdivision map or plan of said "Kailua Coconut Grove Tract".

*14*

Being the land(s) described in Transfer Certificate of Title No. 336,361 issued to RICHARD QUON SING FONG III and NEDA (NMN) FONG, husband and wife, as Tenants by the Entirety, as to an undivided 50% interest.

## BEING THE PREMISES ACQUIRED BY APARTMENT DEED

| | | |
|---|---|---|
| GRANTOR | : | STEVEN LEROY PETERS, husband of Codie Carter Peters |
| GRANTEE | : | RICHARD QUON SING FONG III and NEDA (NMN) FONG, husband and wife, as Tenants by the Entirety |
| DATED | : | September 25, 1989 |
| FILED | : | Land Court Document No. 1670845 |

SUBJECT, HOWEVER, to the following:

1.  Any lien for real property taxes not yet delinquent (Tax Map Key: Oahu 4-3-039-003, CPR 2).

2.  The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in the Declaration of Condominium Property Regime for the "404/404-A Kalama Street" Condominium Project dated June 23, 1989, filed as Land Court Document No. 1645433, as shown on Condominium Map No. 723 and any amendments thereto.

3.  The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in the By-Laws of the Association of Apartment Owners dated June 23, 1989, filed as Land Court Document No. 1645434.

4.  The terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in Apartment Deed dated September 25, 1989, filed as Land Court Document No. 1670845.

TOGETHER WITH, all built-in furniture, attached existing fixtures, built-in appliances, water heater, electrical and/or gas and plumbing fixtures, attached carpeting, range, refrigerator, disposal, TV cable outlet, existing window coverings, and smoke detectors; all of which, together with all real property and improvements conveyed hereby, are conveyed in "AS IS" condition.

## END OF EXHIBIT "A"

15