IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) MOTION FOR RECONSIDERATION<br>) OF COURT ORDER DENYING<br>) PLAINTIFF'S MOTION TO COMPEL;<br>) MOTION FOR A MORE DEFINITE<br>) STATEMENT AND MOTION FOR<br>) SANCTIONS<br>)     (AMENDED CORRECTION)<br>)<br>) CERTIFICATE OF SERVICE<br>) |

### MOTION FOR RECONSIDERATION OF COURT ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS (AMENDED CORRECTION)

Plaintiff's "Motion For Reconsideration of Court Order Denying Plaintiff's Motion to Compel; Motion For a More Definite Statement and Motion For Sanctions" in the above captioned and Dated: December 13, 2006 in Honolulu, Hawaii should be amended and corrected. Please note, change, amend and correct lines 7 and 8, sentence 2 on page 3 by adding Kailua, Hawaii 96734 on both lines for the sentence to read "Although the Defendant and this Court, in effort to favor the Defendant, may choose to cloud the issue and distort the fact and the truth; the truthful fact remains that the property and the property description of 404A Kalama Street, Kailua Hawaii 96734 is not the property and the property description of 404 Kalama Street, Kailua Hawaii 96734."

Dated: December 14, 2006 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Motion for Reconsideration of Court's Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions (Amended Correction) was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on December 14, 2006

Joseph R. Thames