# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 04-00644DAE-LEK

CASE NAME:        Joseph Thames vs. Deborah Y. Miller, etc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    12/20/2006                   TIME:

COURT ACTION:  EO: Plaintiff's Motion for Reconsideration of Court's Order Denying Plaintiff's Motion to Compel and for a More Definite Statement and Motion for Sanctions filed 12/13/06 will be considered by Magistrate Judge Leslie E. Kobayashi as a Non-Hearing Motion.

Memorandum in Opposition is due 1/3/07.
Reply Memorandum is due 1/10/07.

Plaintiff's Motion for Reconsideration of Court's Order Denying Plaintiff's Motion to Compel and for a More Definite Statement and Motion for Sanctions filed 12/13/06 will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager