ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 22 2006

at____o'clock and____min.____
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) SUPPLEMENTAL<br>) MOTION FOR RECONSIDERATION<br>) OF COURT ORDER DENYING<br>) PLAINTIFF'S MOTION TO COMPEL;<br>) MOTION FOR A MORE DEFINITE<br>) STATEMENT AND MOTION FOR<br>) SANCTIONS<br>)<br>) ATTACHMENT D<br>)<br>) CERTIFICATE OF SERVICE<br>) |

### SUPPLEMENTAL MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS

Now Comes Plaintiff and submits and files this Supplemental Attachment in support of Plaintiff's Motion for Reconsideration of Court's Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions. Attachment D is a copy of Plaintiff Joseph R. Thames' Eight Request For Admissions to Defendant. To date Plaintiff has not received a response from Defendant to Plaintiff Joseph R. Thames' Eight Request For Admissions. The thirty (30) day response period has expired and Defendant has failed to respond. Plaintiff requests that the Court, in accordance with the law, treat the Defendant's failure to respond as an Admission and accept Plaintiff Joseph R. Thames' Eight Request For Admissions as admitted facts.

These subject Admissions of Facts provide further proof of the fact that Defendant Deborah Y. Miller resided as a tenant at 404A Kalama Street, Kailua Hawaii 96734 and that Defendant Deborah Y. Miller agreed to pay $650 per month for rent.

## ATTACHMENT

a. Attachment D is a copy of Plaintiff Joseph R. Thames' Eight Request For Admissions mailed on November 14, 2006 to Defendant Deborah Y. Miller.

I declare under the penalty of perjury under the laws of the State of Hawaii, that the information provided herein reflects my good faith belief in the accuracy of the responses provided.

Dated: December 22, 2006 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff, Pro Se