Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK )  ) |
| VS. | ) CERTIFICATE OF SERVICE ) |
| DEBORAH Y. MILLER, ET.AL. DEFENDANT (s). | ) ) ) |

CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Supplemental Plaintiff's Motion for Reconsideration of Court's Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on December 22, 2006

Joseph R. Thames
Plaintiff