Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS<br><br><br>DEBORAH Y. MILLER, ET Al,<br>DEFENDANT(s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) PLAINTIFF REPLY MEMORANDUM<br>) REQUEST FOR EXTENSTION<br>) OF TIME FOR FILING MOTIONS<br>) TO JOIN/ADD PARTIES/AMEND<br>) PLEADINGS<br>)<br>) CERTIFICATE OF SERVICE<br>) |

**PLAINTIFF REPLY MEMORANDUM  REQUEST FOR EXTENSION OF TIME FOR FILING MOTIONS TO JOIN/ADD PARTIES/AMEND PLEADINGS**

To date Plaintiff has not received Defendant's Memorandum in Opposition.  For cause and good reason to include due to Defendant's failure an /or refusal to comply with federal, state, (Hawaii) laws, rules, regulations and laws; HRS, HRCC AND Circuit court rules and pretrial discovery rules and pretrial order, Plaintiff has been delayed and prejudiced from preparing (lawfully, legally, appropriately, properly, and without disruption) Plaintiff's case and joining, adding and amending pleadings.  Supporting documents provided in the file and to be further provided through supplemental exhibit and submissions.

Dated December 29, 2006 in Honolulu, Hawaii

Joseph R. Thames
Plaintiff
Pro Se