Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF<br><br>VS.<br><br>DEBORAH Y. MILLER, ET. AL<br>DEFENDANT (s) | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF JOSEPH R. THAMES'<br>) SEVENTH REQUEST FOR<br>) ADMISSIONS<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

## PLAINTIFF JOSEPH R. THAMES'

## SEVENTH REQUEST FOR ADMISSIONS

TO:   DEBORAH Y. MILLER
      Defendant Deborah Y. Miller
      25 Maluniu Ave Ste 102
      PMB165
      Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff JOSEPH R. THAMES, hereby serves upon Defendant DEBORAH Y. MILLER, and requests that Defendant DEBORAH Y. MILLER make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at the trial.

PLEASE TAKE NOTICE that one (1) copy of the response to the admissions must be served upon the undersigned within THIRTY (30) DAYS after receipt of this request for admission pursuant to Rule 36 of the Hawaii Rules of Civil Procedure and the Federal Rules of Civil Procedure. The

Exhibit F

4

admissions shall be considered admitted to be true, if one (1) copy of response to the admissions are not served upon the undersigned within THIRTY (30) DAYS after receipt of this request in accordance with and pursuant to Rule 36 of the Hawaii and the Federal Rules of Civil Procedure.

PLEASE TAKE NOTICE that a space has been provided for a notary seal and signature. It is requested of Defendant, that the document be signed and witnessed before a notary that the responses to the admissions are true to the best of your knowledge under the penalty of perjury.

## DEFINITIONS

The following definitions apply to the Admissions enumerated below and are hereby incorporated therein:

1. "You" and "Your" refer to Defendant DEBORAH Y. MILLER, her agents, employees, attorneys, and other persons acting or purporting to act on her behalf.

2. "Writing" means any tangible thing upon which is recorded any form of communication or representation, including letters, words, pictures, sounds, or symbols, or any combination thereof, by means of handwriting, typewriting, printing, photocopy in, photographing, sound recording, or any other method of recording. This definition includes, but is not limited to records, reports, papers, documents, photographs, books, letters, notes, memoranda, statements, tape recordings, phonographs recordings, and microfilm, whether in your possession or under your control or not, relating to or pertaining in any way to the subject in connection with which is used; and includes, without limitation,

all file copies and drafts prepared with such writing whether used or not.

3. The term "document (s)" means and includes any and all:

   a. Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-taped, visually reproduced, stenographically reproduced or reproduced in any other manner;

   b. Originals and all copies of any and all communications;

   c. Writings of any kind or type whatsoever;

   d. Books and pamphlets;

   e. Microtape, microfilm, photographs, movies, recordings, tape, recordings, and video-tapes, stenographically or otherwise reproduced;

   f. Diaries and appointment books;

   g. Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

   h. Letters and correspondence;

   i. Contracts and agreements;

   j. Other legal instruments or official documents;

   k. Financial statements, accounting records, worksheets, reports, schedules, ledgers, books, records and journals;

   l. Investigation or incident reports;

   m. Files and records;

   n. Notes or summaries of conferences, meeting, discussions, interviews or telephone conversations or messages;

   o. Drafts or draft copies of any of the above;

1. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" is a true, accurate and correct copy of document I, Defendant Deborah Y. Miller, mailed to and served upon Plaintiff Joseph R Thames on September 01, 2006.

   Admit_____                    Deny_____

2. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" hereto and incorporated by reference, as Exhibit C, is a true, accurate and correct copy of "Financial Statement" handwritten by me in my own handwriting.

   Admit_____                    Deny_____

3. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is a true, correct copy of "Financial Statement" document given to Joseph R. Thames, Plaintiff, by me, Deborah Y. Miller for accounting of the money received from funds of Joseph R. Thames entrusted and deposited with me for expenditure in benefit of Joseph R. Thames.

   Admit_____                    Deny_____

4. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the

certain sum of money of Eight Thousand Dollars, ($8,000), I, Deborah Y. Miller, deposited on 9-9-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____                    Deny_____

5. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the certain sum of money of Sixteen Thousand Dollars, ($16,000), I, Deborah Y. Miller, deposited on 9-15-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____                    Deny_____

6. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the certain sum of money of Five Thousand Five Hundred Dollars, ($5,500), I, Deborah Y. Miller, deposited on 9-21-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____          Deny_____

Under the penalty of perjury, I state that the above responses are true to the best of my knowledge.

Signature: _____          Dated: _____

Notary Signature and Seal: _____

County of Honolulu, on Oahu, Hawaii

Dated: _____

DATED: November 14, 2006 in Honolulu, Hawaii

*Joseph R. Thames*
Plaintiff

<u>Financial Statement- ATTACHMENT D</u>
ATTACHMENT (10) – (12)
(Additional Enclosures)

Attachment (10) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (11) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (12) does state items included in the $3,290.00:

1. 100 & 400 Boston ATM (loan was repaid- cancelled check attached #1)

2. 650 for August and September Rent (See Attachment A)*

3. 200 Plaintiff often fixed Defendant's car (by choice) & never asked Defendant to pay Defendant wishes to see receipts for repairs.

ADDITIONAL ENCLOSURES: #2A&B & 3A&B

1. $500 trip to East Coast : Defendant traveled home to Boston every year. Defendant was able to pay her own fare to Boston via a TWA Travel Card. (<u>See</u> <u>attached receipt</u>). Plaintiff chose to pay for Defendant because Plaintiff wanted Defendant to stay over night in California as opposed to St. Louis (TWA) in order to meet the Plaintiff's brother and family.

2. $100.00 money taken out of joint account: Defendant's money was used to open this account. Defendant made all deposits and withdrawals. Plaintiff never contributed to this account.

<u>ATTACHMENT D FOR (10) – (12) & ADDITIONAL ENCLOSURES</u>

Exhibit C

7

10

<mark>Case 1:04-cv-00644-DAE-LEK   Document 112-2   Filed 01/02/2007   Page 8 of 19</mark>

# FINANCIAL STATEMENT

```
Deposit 9-9-98    8,000
Deposit 9-15-98  16,000
Deposit 9-21-98   5,500
                 ──────
                 29,500
        Inspect     300
                 ──────
                 29,200
   Affidvts         235
                 ──────
                 28,965
         JT      1,000
                 ──────
                 27,965
         JT      1,500
                 ──────
                 26,465
         JT        800
                 ──────
                 25,665
         JT      1,200
                 ──────
                 24,465
         JT      1,000
                 ──────
                 23,465
         JT      1,400
                 ──────
                 22,065
         JT      1,600
                 ──────
                 20,465
  mort           1,348
                 ──────
                 19,117
         JT        200
                 ──────
                 18,917
```

Withdrawals — Expenditures

```
#1507 9/98  500 Escrow
#1551 9-20-98  300 Inspect
#1554 10-2-98  235 Affidavit
#1555 10-2-98 1,000 JT
#1556 10-2-98 1,500 JT
#1561 10-2-98 1,200 JT
#1563 10-7-98   800 JT
 564 10-10-98 1,000 JT
 565 10-11-98 1,400 JT
 566 10-12-98 1,600 JT
  5  10-29-98 1,348.14 mort
  4  10-22-98 1,200 JT
  7  10-26-98 1,800 JT
```



```
                18,917
           JT    1,200
                ──────
                17,717
           JT    1,800
                ──────
                15,917
           JT    1,000
                ──────
                14,917
                 2,130 — mort
                ──────
                12,787
           JT    1,400
                ──────
                11,387
           JT    1,000
                ──────
                10,387
                 6,942 Deposit 11/23/98
                ──────
                17,329
                  +650 pct Rent are (Add)
                ──────
                17,979
                   894 — Deposit Ins
                ──────
                17,085
                 1,500 — JT   CE
                              1054 1,500
                ──────
                15,585
                 1,296 mort 12-11-98
                              456
                ──────
                14,289
                  → page (2)
```

```
1609  11/98  1,400
1615  11/98  1,010 = JT (15,100)
1654  11/98  1,500
1672         1,000
1689         1,000
1692           230
                230.04
1696-98        900
             ──────
             6,700 JT     6,700
                         22,800
```

(10)

<mark>8         11</mark>

```
 4,287
+  600 Nov Rent re Added
─────
 4,887
 1,296   12-31-98 ch# 1685 mort
─────
 3,593
 1,000   ch #1677 J.T
─────
 2,593
 1,200   ch# 1671 J.T
─────
 1,393
 1,000   ch# 1689 J.T
─────
   393
   236   Smul + Sensid 1671
─────
   157
 5,000   Julie
─────
 5,157
 3,300 - J.T
─────
 1,857
   500   Julie
─────
   357
   218   USAA
    55   USAA
─────
   630
   300   Astme
─────
   930
   900 - J.T 1728
─────
    30
```

I owe J.T

100 Boston ATM
450 " "
650 August Rent
650 Sept Rent
―――
850
200 Car
―――
2,050 TOTAL owed JT

J.T = 75,100
       1,500

Wedding

ch-RE 1532 700 Dress
      1,598 650 Hall
      1,598 380 Invites
      10°4 400 Photo equipmt
             ―――
             2,130
             200 Deejy floor
             ―――
             2,330
      1691- 600 Limo party
             ―――
             2,936

To do
Photos Balance
Flowers
Food



11

14



Enclosure 2A

12

15

```
ITINERARY FOR MILLER/DEBORAH                          48IX2S
DAY        DATE    CITY                 TIME  AIRLINE        FLT
FRIDAY     23JUL  LV HONOLULU           655P  TRANS WORLD    002
                  AR ST LOUIS           751A
SATURDAY   24JUL  LV ST LOUIS           1015A TRANS WORLD    436
                  AR BOSTON             201P
MONDAY     09AUG  LV BOSTON             835A  TRANS WORLD    181
                  AR ST LOUIS           1035A
MONDAY     09AUG  LV ST LOUIS           1140A TRANS WORLD    001
                  AR HONOLULU           342P
```

Enclosure 2B

Exhibit C              13                    16

MILLER, DECORAH OR THAMES, JOSEPH

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|
| 01/07/98 | INITIAL DEPOSIT: | | $200.00 | $200.00 |
| 1/28/98 | Deposit | | 380 - | 580 |
| 1-28-98 | Deposit | | 440 - | 1020 |
| 1-30-98 | - withdrawal | 100 - | | 920 |
| | (Rent) | 650 Jan | | 250 |
| 2/6/98 | Deposit | | 380 | 630 |
| 2/17/98 | withdrawal | | | 130 |
| | | | | 500 |
| 2/29/98 | withdrew - check | | | 200 |
| | | | | 300 |
| 3/6/98 | Deposit | | | 175 |
| | | | | 475 |
| 6/29/98 | Deposit | | | 980 |
| | | | | 20 |
| 9/1/98 | withdrawal | | | 960 |
| 9/3/98 | " | | | 360 |
| | | | | 60 |
| 9/5/98 | | | | 20 |
| | | | | 40 |

HAWAII NATIONAL BANK

---

R-12 (rev. 7/76)   **HAWAII NATIONAL BANK**

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
059 003        1583A 262        02/06/98 01:07 PM
0500627370TDKN      NB              $380.00
OPENING THIS YEAR - A NEW BRANCH IN KAPUNAPUNA.
```

THIS IS YOUR REGISTERED RECEIPT

---

R-12 (rev. 7/76)   **HAWAII NATIONAL BANK**

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
059 006        1617A 214        01/28/98 12:58 PM
0500627370TDNB      NB              $440.00
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS!!!
```

Exhibit C

14

17

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | Balance Forward |
|------|------------|----------------------|-------------------|-----------------|
|      |            |                      |                   | 6               |
|      |            |                      |                   | 642             |
|      |            |                      |                   | 100             |
|      |            |                      |                   | 540             |
|      |            |                      |                   | 20              |
|      |            |                      |                   | 520             |
|      |            |                      |                   | 200             |
|      |            |                      |                   | 320             |

**HAWAII NATIONAL BANK**

R-12 (rev. 7/76)

# HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*



```
059 096        1517A 410       01/20/98 11:48 AM
0S0062737GTDNB         NB                $260.00
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS
```

**THIS IS YOUR REGISTERED RECEIPT**

R-12 (rev. 7/76)

# HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
059 004        2508A 709       02/03/98 01:39 PM
0S0062737GTDNB         NB              $650.00
```

Exhibit C

STATE OF HAWAII           )
HONOLULU, HAWAII          )    SS.
                          )

_____, being first duly sworn on oath, deposes and says that the foregoing answers and or responses to request for admissions are true, accurate and correct to the best of her knowledge and belief.

_____

Subscribed and sworn to before me
This _____ day of _____, 2006

Notary Public, State of Hawaii

My Commission expires:

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Seventh Request for Admissions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on November 14, 2006

Joseph R. Thames
Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Seventh Request for Admissions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on November 14, 2006

_____
Joseph R. Thames
Plaintiff



22