Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISRTICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)PLAINTIFF JOSEPH R.THAMES' |
| VS. | )    SEVENTH REQUEST FOR<br>)    ADMISSIONS<br>) |
| DEBORAH Y. MILLER, ET. AL<br>    DEFENDANT (s) | )<br>)<br>)    CERTIFICATE OF SERVICE<br>)<br>) |

## PLAINTIFF JOSEPH R. THAMES'

## SEVENTH REQUEST FOR ADMISSIONS

TO:    DEBORAH Y. MILLER
       Defendant Deborah Y. Miller
       25 Maluniu Ave Ste 102
       PMB165
       Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff JOSEPH R. THAMES, hereby

serves upon Defendant DEBORAH Y. MILLER, and requests that Defendant

DEBORAH Y. MILLER make the following admissions for the purpose of this

action only and subject to all pertinent objections to admissibility which  may be

interposed at the trial.

PLEASE TAKE NOTICE that one (1) copy of the response to the

admissions must be served upon the undersigned within THIRTY (30) DAYS

after receipt of this request for admission pursuant to Rule 36 of the Hawaii Rules

of Civil Procedure and the Federal Rules of Civil Procedure.  The

Exhibit F

4

admissions shall be considered admitted to be true, if one (1) copy of response to the admissions are not served upon the undersigned within THIRTY (30) DAYS after receipt of this request in accordance with and pursuant to Rule 36 of the Hawaii and the Federal Rules of Civil Procedure.

PLEASE TAKE NOTICE that a space has been provided for a notary seal and signature. It is requested of Defendant, that the document be signed and witnessed before a notary that the responses to the admissions are true to the best of your knowledge under the penalty of perjury.

## DEFINITIONS

The following definitions apply to the Admissions enumerated below and are hereby incorporated therein:

1. "You" and "Your" refer to Defendant DEBORAH Y. MILLER, her agents, employees, attorneys, and other persons acting or purporting to act on her behalf.

2. "Writing" means any tangible thing upon which is recorded any form of communication or representation, including letters, words, pictures, sounds, or symbols, or any combination thereof, by means of handwriting, typewriting, printing, photocopy in, photographing, sound recording, or any other method of recording. This definition includes, but is not limited to records, reports, papers, documents, photographs, books, letters, notes, memoranda, statements, tape recordings, phonographs recordings, and microfilm, whether in your possession or under your control or not, relating to or pertaining in any way to the subject in connection with which is used; and includes, without limitation,

5

all file copies and drafts prepared with such writing whether used or not.

3.  The term "document (s)" means and includes any and all:

    a.  Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-taped, visually reproduced, stenographically reproduced or reproduced in any other manner;

    b.  Originals and all copies of any and all communications;

    c.  Writings of any kind or type whatsoever;

    d.  Books and pamphlets;

    e.  Microtape, microfilm, photographs, movies, recordings, tape, recordings, and video-tapes, stenographically or otherwise reproduced;

    f.  Diaries and appointment books;

    g.  Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

    h.  Letters and correspondence;

    i.  Contracts and agreements;

    j.  Other legal instruments or official documents;

    k.  Financial statements, accounting records, worksheets, reports, schedules, ledgers, books, records and journals;

    l.  Investigation or incident reports;

    m.  Files and records;

    n.  Notes or summaries of conferences, meeting, discussions, interviews or telephone conversations or messages;

    o.  Drafts or draft copies of any of the above;

6

1. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" is a true, accurate and correct copy of document I, Defendant Deborah Y. Miller, mailed to and served upon Plaintiff Joseph R Thames on September 01, 2006.

   Admit_____          Deny_____

2. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" hereto and incorporated by reference, as Exhibit C, is a true, accurate and correct copy of "Financial Statement" handwritten by me in my own handwriting.

   Admit_____          Deny_____

3. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is a true, correct copy of "Financial Statement" document given to Joseph R. Thames, Plaintiff, by me, Deborah Y. Miller for accounting of the money received from funds of Joseph R. Thames entrusted and deposited with me for expenditure in benefit of Joseph R. Thames.

   Admit_____          Deny_____

4. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the

7

certain sum of money of Eight Thousand Dollars, ($8,000), I, Deborah Y. Miller, deposited on 9-9-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____          Deny_____

5. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the certain sum of money of Sixteen Thousand Dollars, ($16,000), I, Deborah Y. Miller, deposited on 9-15-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____          Deny_____

8

6. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D

ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and

incorporated by reference as Exhibit C is an accounting of the certain sum of

money of Five Thousand Five Hundred Dollars, ($5,500), I, Deborah Y. Miller,

deposited on 9-21-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____                    Deny_____


Under the penalty of perjury, I state that the above responses are true to the best

of my knowledge.


Signature: _____     Dated: _____




Notary Signature and Seal: _____

County of Honolulu, on Oahu, Hawaii

Dated: _____


DATED: November 14, 2006 in Honolulu, Hawaii


Joseph R. Thames
Plaintiff

6

9

## Financial Statement- ATTACHMENT D
### ATTACHMENT (10) – (12)
### (Additional Enclosures)

Attachment (10) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (11) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (12) does state items included in the $3,290.00:

1. 100 & 400 Boston ATM (loan was repaid- cancelled check attached #1)

2. 650 for August and September Rent (See Attachment A)*

3. 200 Plaintiff often fixed Defenda-''s car (by choice) & never asked Defendant to

   pay Defendant wishes to see receipts for repairs.

## ADDITIONAL ENCLOSURES: #2A&B & 3A&B

1. **$500 trip to East Coast :** Defendant traveled home to Boston every year.

   Defendant was able to pay her own fare to Boston via a TWA Travel Card. (See

   **attached receipt).** Plaintiff chose to pay for Defendant because Plaintiff wanted

   Defendant to stay over night in California as opposed to St. Louis (TWA) in

   order to meet the Plaintiff's brother and family.

2. **$100.00 money taken out of joint account:** Defendant's money was used to open

   this account. Defendant made all deposits and withdrawals. Plaintiff never

   contributed to this account.

## ATTACHMENT D FOR (10) – (12) & ADDITIONAL ENCLOSURES

Exhibit C

10

FINANCIAL STATEMENT

| | | |
|---|---|---|
| Deposit | 9-9-98 | 8,000 |
| Deposit | 9-15-98 | 16,000 |
| Deposit | 9-21-98 | 5,500 |

29,500
Inspect     300
29,200
Affairs     235
28,965
JT 1,000
27,965
JT 1,500
26,465
JT     800
25,665
JT 1,200
24,465
JT 1,000
23,465
JT 1,400
22,065
JT 1,600
20,465
meals   1,348
19,117
JT 1,200
18,917

18,917
JT 1,206
17,717
JT 1,800
15,917
JT 1,000
14,917
2,130 - wedding
12,787
JT 1,400
11,387
JT 1,000
10,387
6,942  Deposit 11/25/98

12,329
+ 650 (oct) rent me - (Add)
12,979
894 - Deposit Info
12,085
1,500 - JT   1054  (1500)
15,585
1,296  meet 12-11-98  456

14,289
→ page (2)

**With drawals - Expenditures**

R  1507  9/98   500  Escrow
   1551  9-20-98   300. Inspect
   1554  10-2-98   235  Affairs
   1555  10-2-98  1,000  JT
   1556  10-2-98  1,500  JT
   1561  10-2-98  1,200  JT
   1563  10-7-98   800  JT
   564  10-10-98  1,000  JT
   565  10-11-98  1,400  JT
   566  10-10-98  1,600  JT
   55  10-28-98  1,348  meals
   4  10-22-98  1,200  JT
   7  10-26-98  1,800  JT

1609  11/98  1,400
1615  11/98  1,000 = JT (15,100)
1654  11/98  1,500
1672 —— 1,000
1682 —— 1,000
4092 ～～～  230
1696-98 → 230  04
           900

6,700 JT   6,700
            22,800

(10)

```
14,287.
+ 600 Nov Rent me Added
  1,889
  1,296   12-31-98  ch#1685 mvd
  3,593
    000  ch # 1677 J. T
  2,593
  1,200  ch#1671 J. T
  1,393
  1,000  ch#1689 JTi
  0,393
    236  Smvl + Sensid. 1671
  0,157
  ,000  Julie
  5 157
  2,300 - J. T
  1,857
   ,500  Julie
    357
    218  USAA
     55  USAA
    630
    300  Asdme
    930
    900 - J.T 1728
     30
```

I owe J.T

100 BOSTON ATM
450  "    "
650 August Rent
650 Sept Rent
‾‾‾‾‾
850
200 Car
‾‾‾‾‾
3,050 TOTAl owed J T

Wedding

date  1537 700 Dress
      1547 650 Hall
      1598 380 Invites
      1604 400 Photo equipmt
      ‾‾‾‾‾‾‾‾‾
      2,130
      200 Dinny Floors
      ‾‾‾‾‾‾‾
      2,330
      1691- 600 Limo Dinny
      ‾‾‾‾‾‾‾‾‾
      2,936

To do
Photos Balance
Flowers
Food

J.T = 15,100
       1,500

(12)

10

13



14



Enclosure 2A

15



```
                                                          481X2S
ITINERARY FOR MILLER/DEBORAH
DAY        DATE   CITY                TIME AIRLINE            FLT
FRIDAY     23JUL LV HONOLULU          655P TRANS WORLD        002
                 AR ST LOUIS          751A
SATURDAY   24JUL LV ST LOUIS          1015A TRANS WORLD       436
                 AR BOSTON            201P
MONDAY     09AUG LV BOSTON            835A TRANS WORLD        181
                 AR ST LOUIS          1035A
MONDAY     09AUG LV ST LOUIS          1140A TRANS WORLD       001
                 AR HONOLULU          342P
```

Enclose 2B

13

16

Exhibit C

MILLER, DECORAH OR THAKES, JOSEPH

| | 0500627370 | | | Balance Forward | |
|---|---|---|---|---|---|
| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | BALANC |
| 01/07/98 INITIAL DEPOSIT: | | | $200.00 | $200.00 |
| 1/28/98 Deposit | | | 380 | 580 |
| 1-28-98 Deposit | | | 440 | 1020 |
| 1-30-98 – withdrawl | 100 – | | | 920 |
| | (Rent) 650 | | Int | 250 |
| 2/6/98 Deposit | | | 380 | 630 |
| 2/17/98 withdrawl | | | | 130 |
| | | | | 500 |
| 2/27/98 Withdraw–Check | | | | 200 |
| | | | | 300 |
| 3/6/98 Deposit | | | | 175 |
| | | | | 475 |
| 6/29/98 Deposit | | | | 980 |
| | | | | 20 |
| 7/1/98 withdrawl | | | | 960 |
| 7/3/98 " " | | | | 260 |
| | | | | 660 |
| 2/5/98 | | | | 20 |
| | | | | 640 |

*HAWAII NATIONAL BANK*

R-12 (rev. 7/76)

## *HAWAII NATIONAL BANK*

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*



```
059 003      1583A 262     02/06/98 01:07 PM
0500627370TDKN     NB         $380.00
OPENING THIS YEAR – A NEW BRANCH IN MAPUNAPUNA.
```

THIS IS YOUR REGISTERED RECEIPT

R-12 (rev. 7/76)        ## *HAWAII NATIONAL BANK*

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
059 006      1617A 214     01/28/98 12:58 PM
0500627370TDNB     NB         $440.00
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS!!!
```

Exhibit C                                    14                          17

| | | | Balance Forward | 6 |
|---|---|---|---|---|
| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | BALAI |
| | | | | 6,5?? |
| | | | | 100 |
| | | | | 570 |
| | | | | 20 |
| | | | | 520 |
| | | | | 200 |
| | | | | 320 |

*HAWAII NATIONAL BANK*

R-12 (rev. 7/76)

## *HAWAII NATIONAL BANK*

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*



```
J59 006     1617A 410     01/20/98 11:48 A
  0500627370TDNB        NB              $350.00
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS
```

**THIS IS YOUR REGISTERED RECEIPT**

R-12 (rev. 7/76)

## *HAWAII NATIONAL BANK*

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
J59 004     2508A 709     02/03/98 01:39 PM
  0500627370TVAN        NB              $690.00
```

Exhibit C

18

STATE OF HAWAII                        )
HONOLULU, HAWAII                       )          SS.
                                       )


_____, being first duly sworn on oath,
deposes and says that the foregoing answers and or responses to request for
admissions are true, accurate and correct to the best of her knowledge and belief.



_____



Subscribed and sworn to before me
This _____ day of _____, 2006



Notary Public, State of Hawaii

My Commission expires:

16                                                              19

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES                    ) CIVIL NO.  04-00644DAE-LEK
          PLAINTIFF,                )
                                    )
VS.                                 )  CERTIFICATE OF SERVICE
                                    )
DEBORAH Y. MILLER, ET.AL.           )
          DEFENDANT (s).            )
_____)


CERTIFICATE OF SERVICE

        This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se,

has this date served Plaintiff's Seventh Request for Admissions was duly served

on the above-identified party at the indicated address on the date shown by

depositing the original and/or a copy thereof, postage prepaid, in the United States

mail, addressed to the Defendant.

                    SERVED:

                    DEBORAH Y. MILLER
                    DEFENDANT DEBORAH Y. MILLER
                    25 Maluniu Ave Ste 102
                    PMB165
                    Kailua, Hawaii 96734


DATED: Honolulu, Hawaii on November 14, 2006


                              _____
                              Joseph R. Thames
                              Plaintiff

17                                                          20

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

JOSEPH R. THAMES
PLAINTIFF,

VS.

DEBORAH Y. MILLER, ET.AL.
DEFENDANT (s).

) CIVIL NO. 04-00644DAE-LEK
)
)
)  **CERTIFICATE OF SERVICE**
)
)
)
)
)

DEC02'06 PM10:44 US DC

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Seventh Request for Admissions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on November 14, 2006

Joseph R. Thames
Plaintiff

21



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.83 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.08 |

11/14/2006

Sent To DEBORAH Y. MILLER
Defendant Deborah Y. Miller
Street, Apt. No.; 25 Maluniu Ave Ste 102
or PO Box No. PMB 165
City, State, ZIP+4 Kailua, Hawaii 96734

PS Form 3800, June 2002    See Reverse for Instructions

7005 3110 0000 7431 8064

22