ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2007

at 9 o'clock and 36 min. PM
SUE BEITIA, CLERK

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) NOTICE OF APPEAL |
| VS. | ) FROM ORDER DENYING<br>) PLAINTIFF'S MOTION TO COMPEL; |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) MOTION FOR A MORE DEFINITE<br>) STATEMENT AND MOTION FOR<br>) SANCTIONS<br>) DATED DEC 04, 2006<br>)<br>) |

### NOTICE OF APPEAL FROM ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS DATED DEC 04, 2006

Now Comes Plaintiff and files, submits and appeal with Notice of Appeal from Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions dated Dec 04, 2006. Plaintiff Joseph R. Thames files this appeal from the above stated order.

Dated: January 3, 2007 in Honolulu, Hawaii.

Joseph R. Thames