IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| JOSEPH THAMES, | ) | CIVIL NO. 04-00644 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEBORAH MILLER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION
OF COURT'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL;
MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS**

On December 4, 2006, this Court filed its Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions ("Order"). Before the Court is Plaintiff Joseph R. Thames' motion to reconsider the Order ("Motion"), filed December 13, 2006. Plaintiff also filed an amendment/correction to the Motion on December 14, 2006 and a supplement to the Motion on December 22, 2006. The Court finds this matter suitable for disposition without a hearing pursuant to Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai`i ("Local Rules").

Courts recognize three grounds for granting reconsideration of an order: "(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice."

White v. Sabatino, 424 F. Supp. 2d 1271, 1274 (D. Hawai`i 2006) (citing Mustafa v. Clark County Sch. Dist., 157 F.3d 1169, 1178-79 (9th Cir. 1998)) (some citations omitted); see also Local Rule LR60.1.  Plaintiff has not raised any arguments that warrant reconsideration of this Court's Order.  Plaintiff merely reiterates arguments regarding the real property dispute between Plaintiff and Defendant, which this Court has already ruled is not a proper subject of this action.  Plaintiff's Motion is THEREFORE DENIED.

       IT IS SO ORDERED.

       DATED AT HONOLULU, HAWAI`I, January 10, 2007.



    /S/ Leslie E. Kobayashi
    Leslie E. Kobayashi
    United States Magistrate Judge

**JOSEPH THAMES VS. DEBORAH MILLER; CIVIL NO. 04-00644 DAE-LEK; ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS**