

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

JOSEPH R. THAMES
PO BOX 674
KAILUA, HI 96734

THAM674  T96734023 1C06 04 01/18/07
RETURN TO SENDER
THAMES' JOSEPH R
TEMPORARILY AWAY
RETURN TO SENDER

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 19 2007
DISTRICT OF HAWAII