IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| JOSEPH THAMES, ) | CIVIL NO. 04-00644 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEBORAH MILLER, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION
OF COURT'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL;
MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS**

On December 4, 2006, this Court filed its Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions ("Order"). Before the Court is Plaintiff Joseph R. Thames' motion to reconsider the Order ("Motion"), filed December 13, 2006. Plaintiff also filed an amendment/correction to the Motion on December 14, 2006 and a supplement to the Motion on December 22, 2006. The Court finds this matter suitable for disposition without a hearing pursuant to Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai`i ("Local Rules").

Courts recognize three grounds for granting reconsideration of an order: "(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice."

White v. Sabatino, 424 F. Supp. 2d 1271, 1274 (D. Hawai`i 2006) (citing Mustafa v. Clark County Sch. Dist., 157 F.3d 1169, 1178-79 (9th Cir. 1998)) (some citations omitted); see also Local Rule LR60.1. Plaintiff has not raised any arguments that warrant reconsideration of this Court's Order. Plaintiff merely reiterates arguments regarding the real property dispute between Plaintiff and Defendant, which this Court has already ruled is not a proper subject of this action. Plaintiff's Motion is THEREFORE DENIED.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAI`I, January 10, 2007.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

JOSEPH THAMES VS. DEBORAH MILLER; CIVIL NO. 04-00644 DAE-LEK; ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS

## Orders on Motions

1:04-cv-00644-DAE-LEK Thames v. Miller, et al

### U.S. District Court

### District of Hawaii - CM/ECF V3.03 12/2006

**Notice of Electronic Filing**

The following transaction was entered on 1/10/2007 at 3:03 PM HST and filed on 1/10/2007
**Case Name:** Thames v. Miller, et al
**Case Number:** 1:04-cv-644
**Filer:**
**Document Number:** 115

**Docket Text:**
ORDER denying [107] Plaintiff's Motion for Reconsideration of [104] Court's Order denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions *related documents:* [108], [110]. Signed by Judge LESLIE E KOBAYASHI on 1/10/07. (afc)

**1:04-cv-644 Notice has been electronically mailed to:**

**1:04-cv-644 Notice has been delivered by other means to:**

Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, HI 96734

Joseph R. Thames
PO Box 674
Kailua, HI 96734

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/10/2007] [FileNumber=209925-0]
[aaaf07f73e23d06a8b269b4ca99477dc034f2655642d17ce2a7e998e49f8c9dfa159
ed6c843fba263f92505958bd6ee4b7d21e5603faed7cb72ef45091f6d363]]