ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S REPLY |
| VS. | ) MEMORANDUM IN SUPPORT OF<br>) MOTION FOR RECONSIDERATION |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) OF COURT ORDER DENYING<br>) PLAINTIFF'S MOTION TO COMPEL;<br>) MOTION FOR A MORE DEFINITE<br>) STATEMENT AND MOTION FOR<br>) SANCTIONS<br>)<br>) CERTIFICATE OF SERVICE<br>) |

### PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS

Now Comes Plaintiff for sound cause and good reason submits and files Plaintiff's Reply Memorandum in Support of Motion for Reconsideration of Court's Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions. To date, Plaintiff has not received Defendant's Memorandum in Opposition nor any response to Plaintiff's Motion for Reconsideration of Court's Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions. Again, Plaintiff moves for this Court to reconsider the previous Court Order. For sound and good reasons and cause, Plaintiff moves for a review and

consideration to grant Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions.

I declare under the penalty of perjury under the laws of the State of Hawaii, that the information provided herein reflects my good faith belief in the accuracy of the responses provided.

Dated: January 23, 2007 in Honolulu, Hawaii.

                                                          Joseph R. Thames
                                                          Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Reply Memorandum in Support of Motion for Reconsideration of Court's Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 23, 2007.

Joseph R. Thames
Plaintiff