# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/25/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 04-00644DAE-LEK

CASE NAME:   Joseph Thames vs. Deborah Y. Miller, etc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:   01/25/2007                    TIME:

COURT ACTION:   EO:   The Court is in receipt of Plaintiff Joseph R. Thames' ("Plaintiff") Reply Memorandum in Support of Motion for Reconsideration of Court's Order Denying Plaintiff's Motion to Compel; Motion for a More Definite Statement and Motion for Sanctions ("Reply"), filed on January 23, 2007. This Court previously ruled on the matter and denied Plaintiff's motion for reconsideration on January 10, 2007, and Plaintiff's Reply is therefore MOOT.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager