

ORIGINAL

January 30, 2007

To: Clerk of Court, U. S. District Court District Of Hawaii (Honolulu)
From: Plaintiff Joseph R. Thames
Re: Civil Case # 04-00644DAE-LEK  (Thames vs. Miller)
Subject: COURT DOCUMENT(S) NOT RECEIVED VIA U.S. MAIL

I, Plaintiff, Joseph R. Thames, have not received court document(s). On December 23, 2006, Joseph R. Thames spoke with the Post Office Supervisor at the Kailua, Hawaii Post Office concerning myself, Joseph R. Thames, not receiving court document(s). The Kailua Post Office Supervisor, Glenn, stated that there was no reason that mail addressed to: Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
should not have been delivered. Glenn, the Kailua Post Office Supervisor assured me, Joseph R. Thames, that I should be receiving my mail addressed to the above shown address. The above shown address is the Court's address of record for the Plaintiff. The Kailua Post Office Supervisor, Glenn stated that the court document(s) should have been delivered to Joseph R. Thames. Glenn requested that I request the Court to mail the letter again to the Kailua Post Office for him to see the Ancillary Endorsement and to properly deliver the mail to me, Joseph R. Thames. Additionally, Glenn requested that the Court mail the document(s) in a covered envelope and
address the envelope: Attn: Glenn
Care of Kailua Post Office
335 Hahani Street
Kailua, HI 96734
I, request your attention to this matter.

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 31 2007
9:45 AM
DISTRICT OF HAWAII

Sincerely,

Joseph R. Thames