Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) NOTICE OF |
| VS. | ) DEPOSITION<br>) CHANGE OF |
| DEBORAH Y. MILLER ET.AL.<br>DEFENDANT (s). | ) LOCATION/PLACE OF<br>) DEPOSITION<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

**NOTICE OF DEPOSITION**

TO: DEFENDANT
    Deborah Y. Miller
    25 Maluniu Ave Ste 102
    PMB165
    Kailua, Hawaii 96734

   PLEASE TAKE NOTICE of the change in location of the place of your, Defendant Deborah Y. Miller, Deposition with Notice of Deposition served upon you on January 13, 2007 (See Attachment B). The location of the place of the deposition has changed to 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813 (See Attachment A). This is an address change from 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii (See Attachment B), and you are to appear and report to the new updated address of 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813 on February 20, 2007 at or before 9:00 a.m. of the stated date.
   PLEASE TAKE NOTICE that Plaintiff, Joseph R. Thames, will take your, the Defendant, Deborah Y. Miller, deposition upon oral examination, pursuant to F.R.Civ.P. 30 & 26 and any and all applicable rules, laws and regulations, commencing at 9:00 a.m. on February 20, 2007 and at the Conference Room (Certified Legal Video Svc) for Ali'i Court Reporting, location of 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813 (See Attachment A). The deposition will be continued until complete. If necessary, the deposition will be adjourned for the hour, time or day and continuation(s) following hours and or days until completed.

Exhibit A

Further, PLEASE TAKE NOTICE that you, the Defendant, Deborah Y. Miller are requested to bring to the deposition and produce all documents and things relevant, related and or at issue in the above entitled action, pursuant to F.R.Civ.P. 34.

Plaintiff Joseph R. Thames was contacted by Laura Savo of Ali'i Court Reporting on January 31, 2007 of the changed address for the subject deposition. Plaintiff Joseph R. Thames served upon you a letter of the address change on February 1, 2007. Again, Ali'i Court Reporting may be contacted through the telephone number (808) 926-1719.

PLEASE TAKE NOTICE that Plaintiff with this document, pursuant to the applicable Federal Rules of Civil Procedure, in the above-captioned do hereby serve, file and give notice to all, that Plaintiff will take Deposition of Defendant, Deborah Y. Miller.

Dated: February 06, 2007 in Honolulu, Hawaii.

*[signature]*
Joseph R. Thames
Plaintiff, Pro Se

*[signature]*

February 1, 2007

Defendant Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

Ms. Miller,

   Please take notice of the change in location of the place of your, Defendant Deborah Y. Miller, Deposition with Notice of Deposition served upon you on January 13, 2007. The location of the place of the deposition has changed to 1111 Bishop Street Suite 500, Honolulu, Hawaii. This is an address change from 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii, and you are to appear and report to the new updated address of 1111 Bishop Street Suite 500, Honolulu, Hawaii on February 20, 2007 at or before 9:00 a.m. of the stated date. Plaintiff Joseph R. Thames was contacted by Laura Savo of Ali'i Court Reporting on January 31, 2007 of the changed address for the subject deposition. Ali'i Court Reporting may be contacted through the telephone number (808) 926-1719.

Joseph R. Thames
Plaintiff Pro Se
P.O. Box 674
Kailua, HI 96734

ATTACHMENT A

8

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | )<br>) |
| DEBORAH Y. MILLER ET.AL.<br>DEFENDANT (s). | ) NOTICE OF<br>) DEPOSITION<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

### NOTICE OF DEPOSITION

TO: DEFENDANT
Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff, Joseph R. Thames, will take your, the Defendant, Deborah Y. Miller, deposition upon oral examination, pursuant to F.R.Civ.P. 30 & 26 and any and all applicable rules, laws and regulations, commencing at 9:00 a.m. on February 20, 2007 and at the office of Ali'i Court Reporting, location of 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii 96815. The deposition will be continued until complete. If necessary, the deposition will be adjourned for the hour, time or day and continuation(s) following hours and or days until completed. Further, PLEASE TAKE NOTICE that you, the Defendant, Deborah Y. Miller are requested to bring to the deposition and produce all documents and things relevant, related and or at issue in the above entitled action, pursuant to F.R.Civ.P. 34.

ATTACHMENT B

9

PLEASE TAKE NOTICE that Plaintiff with this document, pursuant to the applicable Federal Rules of Civil Procedure, in the above-captioned do hereby serve, file and give notice to all, that Plaintiff will take Deposition of Defendant, Deborah Y. Miller.

Dated: January 13, 2007 in Honolulu, Hawaii.

/s/ Joseph R. Thames
Joseph R. Thames
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

Joseph R. Thames
Plaintiff

11

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Notice of Deposition Change of Location/Place of Deposition of Defendant, Deborah Y. Miller and was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 06, 2007.

Joseph R. Thames
Plaintiff

12

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>　　PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>　　DEFENDANT (s). | )<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at ___o'clock and ___min. ℤM
SUE BEITIA, CLERK

### CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

　　　　　　　　　　　　SERVED:

　　　　　　　　　　　　Deborah Y. Miller
　　　　　　　　　　　　DEFENDANT DEBORAH Y. MILLER
　　　　　　　　　　　　25 Maluniu Ave Ste 102
　　　　　　　　　　　　PMB165
　　　　　　　　　　　　Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Joseph R. Thames
　　　　　　　　　　　　　　　　　Plaintiff

13



14

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Notice of Deposition Change of Location/Place of Deposition of Defendant, Deborah Y. Miller and was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 06, 2007.

Joseph R. Thames
Plaintiff

/5/



16



17