Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>    DEFENDANT (s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

    This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Emergency Motion to Compel Defendant Deborah Y. Miller to Appear for her Duly Noticed Deposition and Motion for Sanctions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

                SERVED:

                Deborah Y. Miller
                DEFENDANT DEBORAH Y. MILLER
                25 Maluniu Ave Ste 102
                PMB165
                Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 20, 2007.

                        *Joseph R. Thames*
                        Joseph R. Thames
                        Plaintiff

*18*