# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/21/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph R. Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 02/21/2007 | TIME: | |

COURT ACTION:  EO: Plaintiff's Emergency Motion to Compel Defendant Deborah Y. Miller to Appear for Her Duly Noticed Deposition and Motion for Sanctions will be considered by Magistrate Judge Leslie E. Kobayashi as a Non-Hearing Motion.

Memorandum in Opposition is due **3/7/07**.
Reply Memorandum is due **3/21/07.**

Plaintiff's Emergency Motion to Compel Defendant Deborah Y. Miller to Appear for Her Duly Noticed Deposition and Motion for Sanctions will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager