Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) AFFIDAVIT OF<br>) JOSEPH R. THAMES<br>) IN SUPPORT OF MOTION<br>) TO TAKE LEAVE<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JOSEPH R. THAMES
## IN SUPPORT OF MOTION TO TAKE LEAVE

I, Joseph R. Thames, affiant, DEPOSES, DECLARES, STATES AND SAYS UNDER OATH THAT:

I, Joseph R. Thames am the Plaintiff and Pro Se in the above-entitled action, and make the statement under oath in support of the attached Motion.

1. Attached hereto as Exhibit "A" is a true, accurate and correct copy of "Complaint" Plaintiff's original complaint dated October 27, 2004 and filed OCT 29 2004.

2. Attached hereto as Exhibit "B" is a true, accurate and correct copy of Amended Complaint excerpt and "CAUSE COMPLAINT #2" of "Amended Complaint" Plaintiff's Amended Complaint dated March 10, 2005 and lodged March 10, 2005.

3. Attached hereto as Exhibit "C" is a true, accurate and correct copy of Plaintiff's "SUPPLEMENTAL AMENDED COMPLAINT" dated July 29, 2005 and filed JUL 29 2005.

4. Attached hereto as Exhibit "D" is a true, accurate and correct copy of Plaintiff's "SUPPLEMENTAL I AMENDED COMPLAINT" dated July 29, 2005 and Entered: 08/01/2005.

5. Attached hereto as Exhibit "E" is a true, accurate and correct copy of "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO TAKE LEAVE" Entered: 01/04/2006.

6. Attached hereto as Exhibit "F" is a true, accurate and correct copy of Plaintiff's "FIRST AMENDED COMPLAINT" dated February 17, 2006 and filed FEB 17 2006.

7. Attached hereto as Exhibit "G" is a true, accurate and correct copy of "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S THIRD SPECIAL INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANT" Entered: 08/10/2006.

8. Attached hereto as Exhibit "H" is a true, accurate and correct copy of "ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS" Entered: 11/01/2006.

9. Attached hereto as Exhibit "I" is a true, accurate and correct copy of "ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS" Entered: 12/13/2006.

10. Attached hereto as Exhibit "J" is a true, accurate and correct copy of "ORDER DENYING PLAINTIFF'S MOTION FOR FILING DISPOSITIVE MOTIONS AND DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME FOR FILING OF MOTIONS TO JOIN/ADD PARTIES/AMEND PLEADINGS" Entered: 11/22/2006.

11. Attached hereto as Exhibit "K" is a true, accurate and correct copy of "PLAINTIFF JOSEPH R. THAMES' SEVENTH REQUEST FOR ADMISSIONS" dated and served November 14, 2006 and with

12. "CERTIFICATE OF SERVICE" dated and served November 14, 2006 and filed DEC 02, 2006.

12. Attached hereto as Exhibit "L" is a true, accurate and correct copy of "PLAINTIFF JOSEPH R. THAMES' EIGHTH REQUEST FOR ADMISSIONS" dated and served November 14, 2006 and with "CERTIFICATE OF SERVICE" dated and served November 14, 2006 and filed DEC 02, 2006.

13. Attached hereto as Exhibit "M" is a true, accurate and correct copy of "JUDGMENT" CIVIL NO. 00-1-1056-03 (EEH) IN THE CIRCUIT OF THE FIRST CIRCUIT STATE OF HAWAII of Judge Hifo filed 2002 NOV -8.

14. Attached hereto as Exhibit "N" is a true, accurate and correct copy of Condominium Map No. 723 of Condominium Project "404/404-A KALAMA STREET" established by Declaration of Condominium Property Regime dated June 23, 1989, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii.

15. Attached hereto as Exhibit "O" is a true, accurate and correct copy of "APARTMENT DEED" for property of Apartment No. 404-A of "404/404-A KALAMA STREET" executed on the 5th day of November 1997, by and between RICHARD QUON SING FONG III and NEDA FONG, husband and wife, "Grantor", and JOSEPH RUFUS THAMES, single, "GRANTEE", RECORDED NOV 18, 1997 as Doc No(s) 2418498 on Cert(s) 336,361 Issuance of Cert(s) 500,864 in STATE OF HAWAII OFFICE OF ASSISTANT REGISTRAR.

16. Attached hereto as Exhibit "P" is a true, accurate and correct copy "APARTMENT DEED" for PROPERTY "404-404-A KALAMA STREET" Apartment No. 404 made the 15th day of April 1999, by DONALD SEG SEMINGSEN and JANICE LYNN SEMINGSEN, husband and wife, "Grantor" and DEBORAH YOLANDA MILLER, UNMARRIED, "Grantee", RECORDED MAY 28, 1999 as Doc No(s) 2547595 on Cert(s) 367,852 Issuance of Cert(s) 532,396 in STATE OF HAWAII OFFICE OF ASSISTANT REGISTRAR.

I, Joseph R. Thames, under the penalty of perjury state that the above is true, accurate and correct to the best of my knowledge. Further, I, Joseph R. Thames, dispose, and state that the above is true to the best of my knowledge.

Dated: February 21, 2007 in Honolulu, Hawaii

_____
Joseph R. Thames

Hawaii: ___Honolulu___ County

I, ___Edith N. Flinn___ a Notary Public for said Honolulu County and Hawaii State, do hereby certify that ___Joseph R. Thames___ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.
Witness my hand and official seal, this the 21st day of February, 2007.

_____
Notary Public

My commission expires  12/4/2010, 2007.

[Notary Seal: EDITH N. FLINN NOTARY PUBLIC STATE OF HAWAII]

30