Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Joseph R. Thames, ) CIVIL NO. 04-00644DAE-LEK
    Plaintiff, )
) SUPPLEMENTAL I
vs. ) AMENDED COMPLAINT
)
Deborah Y. Miller, et.al., )
    Defendants. )
)

### SUPPLEMENTAL I AMENDED COMPLAINT

Now comes Plaintiff and files and submits Supplemental I Amended Complaint for addition to the orginal, amended, and supplemental amended complaint and is inclusive with further mentioned and any and all related complaints and exhibits.

1) Plaintiff further alleges and states and complains of Defendant(s) and others violated Plaintiff's constitutional rights; equal protection, right to due process, right to ownership of property, right to quiet enjoyment of property, etc...

2) Plaintiff further alleges and states and complains of Defendant(s) and others violated Plaintiff's civil rights, etc...

3) Defendant(s) and others violated Plaintiff's rights to due process, etc.

4) Plaintiff further alleges and states and complains of any and all other related violations of Plaintiff's rights, constitutional rights, federal rights.

Dated: July 29, 2005 in Honolulu, HI.

                                                   Joseph R. Thames

EXHIBIT "D"        56