Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF<br><br>VS.<br><br>DEBORAH Y. MILLER, ET. AL<br>DEFENDANT(s) | CIVIL NO. 04-00644DAE-LEK<br><br>PLAINTIFF JOSEPH R. THAMES'<br>SEVENTH REQUEST FOR<br>ADMISSIONS<br><br>CERTIFICATE OF SERVICE |

## PLAINTIFF JOSEPH R. THAMES'

### SEVENTH REQUEST FOR ADMISSIONS

TO: DEBORAH Y. MILLER
Defendant Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff JOSEPH R. THAMES, hereby serves upon Defendant DEBORAH Y. MILLER, and requests that Defendant DEBORAH Y. MILLER make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at the trial.

PLEASE TAKE NOTICE that one (1) copy of the response to the admissions must be served upon the undersigned within THIRTY (30) DAYS after receipt of this request for admission pursuant to Rule 36 of the Hawaii Rules of Civil Procedure and the Federal Rules of Civil Procedure. The



EXHIBIT "K"

106

admissions shall be considered admitted to be true, if one (1) copy of response to the admissions are not served upon the undersigned within THIRTY (30) DAYS after receipt of this request in accordance with and pursuant to Rule 36 of the Hawaii and the Federal Rules of Civil Procedure.

PLEASE TAKE NOTICE that a space has been provided for a notary seal and signature. It is requested of Defendant, that the document be signed and witnessed before a notary that the responses to the admissions are true to the best of your knowledge under the penalty of perjury.

### DEFINITIONS

The following definitions apply to the Admissions enumerated below and are hereby incorporated therein:

1. "You" and "Your" refer to Defendant DEBORAH Y. MILLER, her agents, employees, attorneys, and other persons acting or purporting to act on her behalf.

2. "Writing" means any tangible thing upon which is recorded any form of communication or representation, including letters, words, pictures, sounds, or symbols, or any combination thereof, by means of handwriting, typewriting, printing, photocopy in, photographing, sound recording, or any other method of recording. This definition includes, but is not limited to records, reports, papers, documents, photographs, books, letters, notes, memoranda, statements, tape recordings, phonographs recordings, and microfilm, whether in your possession or under your control or not, relating to or pertaining in any way to the subject in connection with which is used; and includes, without limitation,

all file copies and drafts prepared with such writing whether used or not.

3. The term "document (s)" means and includes any and all:

   a. Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-taped, visually reproduced, stenographically reproduced or reproduced in any other manner;

   b. Originals and all copies of any and all communications;

   c. Writings of any kind or type whatsoever;

   d. Books and pamphlets;

   e. Microtape, microfilm, photographs, movies, recordings, tape, recordings, and video-tapes, stenographically or otherwise reproduced;

   f. Diaries and appointment books;

   g. Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

   h. Letters and correspondence;

   i. Contracts and agreements;

   j. Other legal instruments or official documents;

   k. Financial statements, accounting records, worksheets, reports, schedules, ledgers, books, records and journals;

   l. Investigation or incident reports;

   m. Files and records;

   n. Notes or summaries of conferences, meeting, discussions, interviews or telephone conversations or messages;

   o. Drafts or draft copies of any of the above;

1. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" is a true, accurate and correct copy of document I, Defendant Deborah Y. Miller, mailed to and served upon Plaintiff Joseph R Thames on September 01, 2006.

    Admit_____                    Deny_____

2. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" hereto and incorporated by reference, as Exhibit C, is a true, accurate and correct copy of "Financial Statement" handwritten by me in my own handwriting.

    Admit_____                    Deny_____

3. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is a true, correct copy of "Financial Statement" document given to Joseph R. Thames, Plaintiff, by me, Deborah Y. Miller for accounting of the money received from funds of Joseph R. Thames entrusted and deposited with me for expenditure in benefit of Joseph R. Thames.

    Admit_____                    Deny_____

4. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the

certain sum of money of Eight Thousand Dollars, ($8,000), I, Deborah Y. Miller, deposited on 9-9-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____                    Deny_____

5. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the certain sum of money of Sixteen Thousand Dollars, ($16,000), I, Deborah Y. Miller, deposited on 9-15-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____                    Deny_____

6. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the certain sum of money of Five Thousand Five Hundred Dollars, ($5,500), I, Deborah Y. Miller, deposited on 9-21-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____          Deny_____

Under the penalty of perjury, I state that the above responses are true to the best of my knowledge.

Signature: _____     Dated: _____

Notary Signature and Seal: _____

County of Honolulu, on Oahu, Hawaii

Dated: _____

DATED: November 14, 2006 in Honolulu, Hawaii

Joseph R. Thames
Plaintiff

<u>Financial Statement- ATTACHMENT D</u>
ATTACHMENT (10) – (12)
(Additional Enclosures)

Attachment (10) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (11) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (12) does state items included in the $3,290.00:

1. 100 & 400 Boston ATM (loan was repaid- cancelled check attached #1)

2. 650 for August and September Rent (See Attachment A)*

3. 200 Plaintiff often fixed Defendant's car (by choice) & never asked Defendant to pay Defendant wishes to see receipts for repairs.

ADDITIONAL ENCLOSURES: #2A&B & 3A&B

1. $500 trip to East Coast : Defendant traveled home to Boston every year. Defendant was able to pay her own fare to Boston via a TWA Travel Card. <u>(See attached receipt)</u>. Plaintiff chose to pay for Defendant because Plaintiff wanted Defendant to stay over night in California as opposed to St. Louis (TWA) in order to meet the Plaintiff's brother and family.

2. $100.00 money taken out of joint account: Defendant's money was used to open this account. Defendant made all deposits and withdrawals. Plaintiff never contributed to this account.

<u>ATTACHMENT D FOR (10) – (12) & ADDITIONAL ENCLOSURES</u>

Exhibit C

7



" FINANCIAL STATEMENT

Deposit 9-9-98      8,000
Deposit 9-15-98    16,000
Deposit 9-21-98     5,500
                   ───────
                   29,500
       Inspect       300
                   ───────
                   29,200
       Affdvts       235
                   ───────
                   28,965
              JT   1,000
                   ───────
                   27,965
              JT   1,500
                   ───────
                   26,465
              JT     800
                   ───────
                   25,665
              JT   1,200
                   ───────
                   24,465
              JT   1,000
                   ───────
                   23,465
              JT   1,400
                   ───────
                   22,065
              JT   1,600
                   ───────
                   20,465
       mort        1,348
                   ───────
                   19,117
              JT     200
                   ───────
                   18,917

Withdrawals – Expenditures

1  1507  9/98   500 Escrow
   1551  9-20-98  300  Inspect
   1554 10-2-98  235 Affidavit
   1555 10-2-98  1,000 JT
   1552 10-2-98  1,500 JT
   1561 10-2-98  1,200 JT
   1563 10-7-98   800 JT
   564 10-10-98 1,000 JT
   505 10-11-98 1,400 JT
   566 10-19-98 1,600 JT
   99 10-29-98 1348?? mort.
   14 10-22-98  200 JT
   7  10-26-98 1800 JT

                                18,917
                                JT 1,206
                                ───────
                                17,717
                                JT 1,800
                                ───────
                                15,917
                                JT 1,000
                                ───────
                                14,917
                                   2,130 wddy
                                ───────
                                12,787
                                JT 1,400
                                ───────
                                11,387
                                JT 1,000
                                ───────
                                10,387
                                 6,942 Deposit 11/23/98
                                ───────
                                17,329
                                +650 (oct) Rent me  (Add)
                                ───────
                                17,979
                                   894 – Deposit Jn'g
                                ───────
                                17,085
                                 1,500 – JT  CE 1054 (1,500)
                                ───────
                                15,585
                                 1,296 mort 12-11-98  de 56
                                ───────
                                14,289
                                → PAR(2)

                                1609 11/98 1500
                                1615 11/98 1,000 = JT (15,100)
                                1654 11/98 1500
                                1672      1500
                                1687      1000
                                4094       230
                                1696-98   230 04
                                           900
                                ───────
                                6,700 JT  6,700
                                          ───
                                          2,800

(1)

(10)

Exhibit C

```
14,289
 6,000  now lent me Adbl
 7,889
 1,296  10-31-98 ch#1685 mrl
13,593
   600  ch #1677 J.T
 2,593
 1,200  ch#1671 J.T
 1,393
 1,000  ch#1689 J.T
   393
   236  Small Senso ch 1681
   157
 1,000  Julie
 1,157
 1,300 - J.T
 1,857
   500  Julie
 1,357
   218  u8mr
    55  u8mr
   630
   300  Adml
   930
   900 - J.T 1728
    30
```

Exhibit C

(11)

9
114

```
I owe J.T                          Wedding
100 Boston ATM         ch R e  15/5  700 Dress
450    "     "               15/15 650 Hall
650 august Rent              15/28 380 Invites
650 sept Rent                10/04 400 PWR equipmt
___                          _____
850                          2,130
200 Car                      200 tmpy flrs
____                         2,330                To do
2,050 Total owed JT          16/11 600 Lim deamy   Photos bakery
                             _____                 Flowers
                             2,936                 Food


J.T = 15,100
       1,500
```

Exhibit C        (12)
                 10
                 115



Exhibit C



Enclosure 2A

Exhibit C

12/117

```
ITINERARY FOR MILLER/DEBORAH                           48IX2S
DAY       DATE     CITY                    TIME   AIRLINE        FLT
FRIDAY    23JUL LV HONOLULU                655P   TRANS WORLD    002
                AR ST LOUIS                751A
SATURDAY  24JUL LV ST LOUIS                1015A  TRANS WORLD    436
                AR BOSTON                  201P
MONDAY    09AUG LV BOSTON                  835A   TRANS WORLD    181
                AR ST LOUIS                1035A
MONDAY    09AUG LV ST LOUIS                1140A  TRANS WORLD    001
                AR HONOLULU                342P
```

Enclosure 2b

Exhibit C

13

MILLER, DEBORAH OR THAMES, JOSEPH

Account: 0500627370

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|
| 01/07/98 | INITIAL DEPOSIT | | $200.00 | $200.00 |
| 1/20/98 | Deposit | | 380 | 580 |
| 1-28-98 | Deposit | | 440 | 1020 |
| 1-30-98 | Withdrawal | 100 | | 920 |
| | (rent) | 670 | | 250 |
| 2/6/98 | Deposit | | 380 | 630 |
| 2/17/98 | Withdrawal | | | 130 |
| 2/21/98 | Withdrawal - check | | | 200 |
| | | | | 300 |
| 3/6/98 | Deposit | | | 175 |
| | | | | 475 |
| 6/29/98 | Deposit | | | 980 |
| | | | | 20 |
| 9/11/98 | Withdrawal | | | 960 |
| 9/3/98 | " | | | 960 |
| | | | | 60 |
| 2/5/99 | | | | 80 |
| | | | | 40 |

HAWAII NATIONAL BANK

---

R-12 (rev. 7/76)   HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

Thank you for your deposit.

```
059 003        1583A 262      02/06/98 01:07 PM
0500627370TDKN    NB          $380.00
OPENING THIS YEAR - A NEW BRANCH IN MAPUNAPUNA.
```

THIS IS YOUR REGISTERED RECEIPT

---

R-12 (rev. 7/76)   HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

Thank you for your deposit.

```
059 006        1617A 214      01/28/98 12:58 PM
0500627370TDNB    NB          $440.00
HAPPY "1998" - FROM YOUR WARM-HEARTED BANKERS!!!
```

Exhibit C

14

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | BALANCE |
|------|------------|----------------------|-------------------|---------|
|      |            |                      | Balance Forward   | 6       |
|      |            |                      |                   | 650     |
|      |            |                      |                   | 100     |
|      |            |                      |                   | 540     |
|      |            |                      |                   | 20      |
|      |            |                      |                   | 520     |
|      |            |                      |                   | 200     |
|      |            |                      |                   | 320     |

**HAWAII NATIONAL BANK**

R-12 (rev. 7/76)

**HAWAII NATIONAL BANK**

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*



```
059 006        1617A 410      01/20/98 11:48 AM
0S0062737010MB          KB              $380.00
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS
```

THIS IS YOUR REGISTERED RECEIPT

R-12 (rev. 7/76)

**HAWAII NATIONAL BANK**

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
059 004        2508A 709      02/03/98 01:39 PM
0S00627370TBAM          KB
```

Exhibit C

15

STATE OF HAWAII          )
HONOLULU, HAWAII         )   SS.
                         )

_____, being first duly sworn on oath, deposes and says that the foregoing answers and or responses to request for admissions are true, accurate and correct to the best of her knowledge and belief.

_____

Subscribed and sworn to before me
This \_\_\_\_\_ day of _____, 2006

Notary Public, State of Hawaii

My Commission expires:

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Seventh Request for Admissions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on November 14, 2006

*Joseph R. Thames*
Joseph R. Thames
Plaintiff

17
122

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 2 2006
at \_\_\_ o'clock and \_\_\_ min. \_\_ M
SUE BEITIA, CLERK

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Seventh Request for Admissions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on November 14, 2006

_Joseph R. Thames_
Joseph R. Thames
Plaintiff



124