



135