L-178

**STATE OF HAWAII
OFFICE OF ASSISTANT REGISTRAR
RECORDED**

MAY 28, 1999   08:01 AM

Doc No(s) 2547595

on Cert(s) 367,852

Issuance of Cert(s) 532,396

/s/ CARL T. WATANABE
ASSISTANT REGISTRAR

CONVEYANCE TAX: $250.00

LAND COURT SYSTEM / REGULAR SYSTEM

Return by: Mail [✓]  Pickup [ ]  To:

Norwest Mortgage Inc.
P.O. Box 5137
Des Moines, IA 50306-5137

209911  ①  LC

Total Pages 6

GRANTOR:  DONALD SEG SEMINGSEN and JANICE LYNN SEMINGSEN

GRANTEE:  DEBORAH YOLANDA MILLER

PROPERTY:  "404-404-A KALAMA STREET"
Apartment No. 404
Condominium Map No. 723
TMK: (1) 4-3-39-3 (CPR 1)
T.C.T. NO. 367,852

### APARTMENT DEED

THIS INDENTURE, made this _15_ day of _April_, 19_99_, by DONALD SEG SEMINGSEN and JANICE LYNN SEMINGSEN, husband and wife, hereinafter called the "Grantor", for TEN DOLLARS ($10.00) and other valuable consideration to the Grantor paid by DEBORAH YOLANDA MILLER, _UNMARRIED_, whose address is 404 Kalama Street, Kailua, Hawaii, 96734, hereinafter called the "Grantee", the receipt whereof is hereby acknowledged,



EXHIBIT "P"

142

does hereby grant, bargain, sell and convey unto the Grantee, as Tenant in Severalty, all of the following property:

> All of the real property more particularly described in Exhibit "A", which is attached to and expressly made a part hereof, being Apartment No. 404, of that certain Condominium Project known as "404-404-A KALAMA STREET" and the undivided percentage interest in the common elements appurtenant thereto, together with all interests thereto appertaining, and together also with the personal property, if any, described in said Exhibit "A", affecting Transfer Certificate of Title No. 367,852.

**TO HAVE AND TO HOLD** the same, together with the reversions, remainders, rents issues and profits thereof, and all rights, easements, privileges and appurtenances thereunto belonging or appertaining, and all of the estate, right, title, interest of the Grantor both at law and in equity therein and thereto, unto the Grantee, in the tenancy as aforesaid, absolutely and forever.

AND the Grantor does hereby covenant and agree with the Grantee that the Grantor is lawfully seized in fee simple of the premises hereby conveyed; that the same are free and clear of all encumbrances, except as aforesaid and except for the lien of real property taxes not yet by law required to be paid, that the Grantor is the sole and absolute owner of said personal property, if any, and that said personal property is free and clear of all encumbrances except as aforesaid; that the Grantor has good right to sell and convey said premises and said personal property, if any, as aforesaid; and that the Grantor will **WARRANT AND DEFEND** the same unto the Grantee against the lawful claims and demands of all persons except as aforesaid, forever.

The Grantee is aware, understands and agrees that all land, improvements (including but not limited to the roof, wall, foundations, soils, appliances, plumbing, and electrical systems,

2

etc.) and real and personal property are being purchased "AS IS" **WITHOUT WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED**, the Grantee hereby agreeing, acknowledging and affirming to the Grantor that the Grantee has had full opportunity to inspect and accepts all land, improvements (as described above) and real and personal property "AS IS".

    The terms "Grantor" and "Grantee", or any pronoun in place thereof, as and when used herein, shall mean and include the masculine, feminine or neuter, the singular or plural number, individuals, trustees, partnerships, or corporations, and their and of their respective successors, heirs, personal representatives, successors in trust and assigns. All covenants and obligations undertaken by two or more persons shall be joint and several unless a contrary intention is clearly expressed elsewhere herein.

    The parties hereto agree that this instrument may be executed in counterparts, each of which shall be deemed an original, and said counterparts shall together constitute one and the same instrument, binding all of the parties hereto, notwithstanding all of the parties are not signatory to the original or the same counterparts. For all purposes, including, without limitation, recordation, filing and delivery of this instrument, duplicate unexecuted and unacknowledged pages of the counterparts may be discarded and the remaining pages assembled as one document.



3

144

IN WITNESS WHEREOF, the undersigned executed these presents as of the day and year first above written.

*[signature]*
DONALD SEG SEMINGSEN

*[signature]*

*[signature]*
JANICE LYNN SEMINGSEN, by
~~DONALD SEG SEMINGSEN~~ ~~HER ATTORNEY IN FACT~~
"Grantor"

STATE OF COLORADO      )
                       ) SS.
COUNTY OF Arapahoe     )

On this 15 day of April, 19 9C, before me personally appeared DONALD SEG SEMINGSEN ~~and JANICE LYNN SEMINGSEN,~~ to me personally known, who, being by me duly sworn or affirmed, did say that such person(s) executed the foregoing instrument as the free act and deed of such person(s), and if applicable in the capacity shown, having been duly authorized to execute such instrument in such capacity.

Notary For
Donald Seg Semingsen

*[signature]* Kathy Griego
Notary Public, State of Colorado
Type Name: Kathy Griego
My Commission Expires: _____

KATHY GRIEGO - NOTARY
STATE OF COLORADO
COUNTY OF ARAPAHOE
MY COMMISSION EXPIRES 04-30-2002
2222 S. BUCKLEY RD.
AURORA, CO 80013

4

145

(signatures and acknowledgments continued)

*Deborah Yolanda Miller*
DEBORAH YOLANDA MILLER
"Grantee"

STATE OF HAWAII            )
                           :  SS.
CITY AND COUNTY OF HONOLULU )

On this __04__ day of __May__, 19__99__, before me personally appeared DEBORAH YOLANDA MILLER, to me personally known, who, being by me duly sworn or affirmed, did say that such person(s) executed the foregoing instrument as the free act and deed of such person(s), and if applicable in the capacity shown, having been duly authorized to execute such instrument in such capacity.

Notary Public, State of Hawaii
Type Name: CORINNE H. KAONOHI
My Commission Expires: 3/30/03/

5

146

STATE OF _Colorado_ )
                    ) SS.
COUNTY OF _Arapahoe_ )

KATHY GRIEGO - NOTARY
STATE OF COLORADO
COUNTY OF ARAPAHOE
MY COMMISSION EXPIRES 04-30-2002
2222 S. BUCKLEY RD.
AURORA, CO 80013

On this _15_ day of _APRIL_, 19_99_, before me personally appeared ~~DONALD SEG SEMINGSEN~~ ~~as Attorney-in-Fact~~ for _JANICE LYNN SEMINGSEN_, to me known to be the person described in and who executed the foregoing instrument, ~~as Attorney-in-Fact for said~~ ~~JANICE LYNN SEMINGSEN~~, and acknowledged that she executed the same as the free act and deed of said _JANICE LYNN SEMINGSEN_.

_Kathy Griego_
Notary Public in and for said
State and County

My Commission expires:_____

KATHY GRIEGO - NOTARY
STATE OF COLORADO
COUNTY OF ARAPAHOE
MY COMMISSION EXPIRES 04-30-2002
2222 S. BUCKLEY RD.
AURORA, CO 80013

147

# EXHIBIT "A"

FIRST: Apartment No. 404 of that certain Condominium Project known as "404-404-A KALAMA STREET", as shown on Condominium Map No. 723, and described in the Declaration of Horizontal Property Regime dated June 23rd, 1989, recorded in the Office of the Assistant Registrar of the Land Court, State of Hawaii, as Document No. 1645433, as the same may be amended.

Together with appurtenant easements as follows:

(a) An exclusive easement to use the Dwelling Lot having the same letter as the Apartment as designated on said Condominium Map.

(b) Non-exclusive easements in the common elements designed for such purposes for ingress to, egress from, utility services for and support of said apartment; in the other common elements for use according to their respective purposes.

(c) Exclusive easements to use other limited common elements appurtenant thereto designated for its exclusive use by the Declaration.

SECOND: An undivided 50% percentage interest in all common elements of the project and in the land upon which said project is located as established for said apartment by the Declaration, or such other percentage interest as hereinafter established for said apartment by any amendment of the Declaration, as tenant in common with the other owners and tenants thereof.

Being all the property described in the following:

APARTMENT DEED
Dated        :    March 28th, 1991
Recorded     :    April 16th, 1991 in the Office of the Assistant Registrar of the Land Court, State of Hawaii, as Document No. 1812948
Grantor      :    JANICE FUMIKO SUETOMI, widow
Grantee      :    DONALD SEG SEMINGSEN and JANICE LYNN SEMINGSEN, husband and wife, as Tenants by the Entirety

Being all the property described in and covered by TRANSFER CERTIFICATE OF TITLE NO. 367,852.