Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>　　PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>　　DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

　　This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Motion to Enlarge Discovery Period and Motion to Extend Discovery Deadline was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.
　　　　　　　　　　　　SERVED:

　　　　　　　　Deborah Y. Miller
　　　　　　　　DEFENDANT DEBORAH Y. MILLER
　　　　　　　　25 Maluniu Ave Ste 102
　　　　　　　　PMB165
　　　　　　　　Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 22, 2007.

　　　　　　　　　　　　　　　　　　Joseph R. Thames
　　　　　　　　　　　　　　　　　　Plaintiff

7