## DECLARATION OF JOSEPH R. THAMES

I, Joseph R. Thames, deposes and says under penalty of perjury:

1. Notice of Deposition Change of Location/Place of Deposition with the letter to Defendant of the change of location of deposition and the Notice of Deposition is on file.
2. On January 13, 2007, Plaintiff served Notice of Deposition upon Defendant.
3. On January 31, 2007, Plaintiff was contacted by the Court Reported and notified of a change in location of the place of the deposition.
4. On February 1, 2007, Plaintiff served with a letter to Defendant the change of location of the place of the deposition.
5. On February 06, 2007, Plaintiff served Notice of Deposition Change of Location/Place of Deposition on Defendant.
6. On February 14, 2007, Plaintiff served again the Notice of Deposition Change of Location/Place of Deposition on Defendant on Defendant.
7. On February 15, 2007, Plaintiff faxed a copy of Notice of Deposition Change of Location/Place of Deposition on Defendant to Defendant's mail pick up point.
8. On February 17, 2007, Plaintiff faxed a copy of Notice of Deposition Change of Location/Place of Deposition on Defendant to Defendant's mail pick up point.
9. Plaintiff never received any objection and or opposition to the Notice of Deposition and or Notice of Deposition Change of Location/Place of Deposition on Defendant.
10. On February 20, 2007, Defendant Deborah Y. Miller did not appear for her deposition.
11. On February 20, 2007, Defendant Deborah Y. Miller did not appear for her deposition at 9:00 a.m. at 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813.
12. Defendant has not adequately cooperated and has not complied with discovery.

I, Joseph R. Thames, deposes and state that the above statement is true, accurate and correct to the best of my knowledge and under the penalty of perjury.

Dated: February 22, 2007 in Honolulu, Hawaii.

*Joseph R. Thames*
Joseph R. Thames

6