## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

Plaintiff's Motion to Compel is in accordance with the Federal Rules of Civil Procedure Rule 37.

"Willful failure" to submit answers to interrogatories within this rule permitting trial court to dismiss suit or render default judgment upon failure to submit answers need not necessarily be accompanied by wrongful intent but is sufficient if failure is conscious or unintentional and not accidental or involuntary. Robinson v. Transamerica Ins. Co., C.A. UTAH 1966, 368 F.2d 37.

In determining sanctions courts will consider "willfulness" on part of person or party failing to act in accordance with discovery procedures. Diaz v Southern Drilling Corp. (1970, CA5 Tex).

Rule 37 concerning failure to answer interrogatories does not require noncompliance with court order before sanction may be imposed. Szilvassy v. United States (1979, SD NY) 82 FRD 752.

Plaintiff prays that the Court grants this motion. Further, Plaintiff prays for this Court to award the Plaintiff cost, fees, legal fees and any, other, and all related cost, expenses and fees for bringing forth this motion.

Dated: February 23, 2007 in Honolulu, Hawaii.

Joseph R. Thames