## DECLARATION OF JOSEPH R. THAMES

I, Joseph R. Thames, declares and states under oath:

1. I, Joseph R. Thames, am the Plaintiff and Pro Se in the above-entitled action, and make the statement under oath in support of the attached Motion.

2. On September 8, 2006, I, Joseph R. Thames mailed to Defendant Deborah Y. Miller, Plaintiff Joseph R. Thames First Request for Admissions which is attached hereto as Exhibit "A". Defendant has not completely responded and answered to Plaintiff Joseph R. Thames First Request for Admissions.

3. On September 15, 2006, I, Joseph R. Thames mailed to Defendant Deborah Y. Miller, Plaintiff Joseph R. Second Request for Admissions which is attached hereto as Exhibit "B". Defendant has not completely responded and answered to Plaintiff Joseph R. Second Request for Admissions.

4. On September 18, 2006, I, Joseph R. Thames mailed to Defendant Deborah Y. Miller, Plaintiff Joseph R. Thames Third Request for Admissions and Verification which is attached hereto as Exhibit "C". Defendant has not completely responded and answered to Plaintiff Joseph R. Thames Third Request for Admissions and Verification.

5. On September 18, 2006, I, Joseph R. Thames mailed to Defendant Deborah Y. Miller, Plaintiff Joseph R. Thames Fourth Request for Admissions and Verification which is attached hereto as Exhibit "D". Defendant has not completely responded and answered to Plaintiff Joseph R. Thames Fourth Request for Admissions and Verification.

6. On November 14, 2006, I, Joseph R. Thames mailed to Defendant Deborah Y.

Miller, Plaintiff Joseph R. Thames Seventh Request for Admissions which is attached hereto as Exhibit "E". Defendant has not completely responded and answered to Plaintiff Joseph R. Thames Seventh Request for Admissions.

7. On November 14, 2006, I, Joseph R. Thames mailed to Defendant Deborah Y. Miller, Plaintiff Joseph R. Thames Eight Request for Admissions which is attached hereto as Exhibit "F". Defendant has not completely responded and answered to Plaintiff Joseph R. Thames Eight Request for Admissions.

I, Joseph R. Thames, state, declare, depose and says under the penalty of law and perjury that the above and foregoing is true and correct to the best of my knowledge.

Dated: February 23, 2007 in Honolulu, Hawaii.

*Joseph R. Thames*
Joseph R. Thames