Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES,<br>　　　Plaintiff, | ) CIVIL NO.04-00644DAE-LEK<br>)<br>) PLAINTIFF JOSEPH R. THAMES<br>) FOURTH REQUEST FOR<br>) ADMISSIONS<br>) AND<br>) VERIFICATION<br>)<br>) EXHIBIT 1<br>)<br>) CERTIFICATE OF SERVICE |
| VS. | |
| DEBORAH Y. MILLER, ET AL.,<br>　　　Defendant(s) | )<br>)<br>)<br>)<br>) |

## PLAINTIFF JOSEPH R. THAMES FOURTH REQUEST FOR

## ADMISSIONS AND VERIFICATION

TO:　DEBORAH Y. MILLER
　　　Defendant Deborah Y. Miller
　　　25 Maluniu Ave Ste 102
　　　PMB165
　　　Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff JOSEPH R. THAMES, hereby requests

that Defendant DEBORAH Y. MILLER make the following admissions for the

purpose of this action only and subject to all pertinent objections to admissibility

which may be interposed at the trial.

　　　PLEASE TAKE NOTICE that one (1) copy of the response to the

admissions must be served upon the undersigned within THIRTY 30) DAYS after

mailing exclusive receipt/delivery of this request for admission pursuant to Rule

*EXHIBIT D*

47

36 of the Hawaii Rules of Civil procedure. The admission shall be considered

admitted to be true, if one (1) copy of the admissions are not served upon the

undersigned within THIRTY (30) DAYS after mailing exclusive receipt/delivery

of this request in accordance with and pursuant to Rule 36 of the Hawaii Rules of

Civil procedure.

PLEASE TAKE NOTICE that a space has been provided for a notary seal

and signature. It is requested of the Defendant, that the document be signed and

witnesses before a notary that the responses to the admissions are true to the best

of your knowledge under the penalty of perjury.

<u>DEFINITIONS</u>

The following definitions apply to the Admissions enumerated below and

are hereby incorporated therein:

1. "You" and "Your" refer to Defendant DEBORAH Y. MILLER,
   her agents, employees, attorneys, and other persons acting or
   purporting to act on her behalf.

2. "Writing" means any tangible thing upon which is recorded any
   form of communication or representation, including letters,
   words, pictures, sounds, or symbols, or any combination thereof,
   by means of handwriting, typewriting, printing, photocopy in,
   photographing, sound recording, or any other method of
   recording. This definition includes, but is not limited to records,
   reports, papers, documents, photographs, books, letters, notes,
   memoranda, statements, tape recordings, phonographs recordings,
   and microfilm, whether in your possession or under your control
   or not, relating to or pertaining in any way to the subject in

connection with which is used; and includes, without limitation, all file copies and drafts prepared with such writing whether used or not.

3. The term "document (s)" means and includes any and all:

   a. Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-taped, visually reproduced, stenographically reproduced or reproduced in any other manner;

   b. Originals and all copies of any and all communications;

   c. Writings of any kind or type whatsoever;

   d. Books and pamphlets;

   e. Microtape, microfilm, photographs, movies, recordings, tape, recordings, and video-tapes, stenographically or otherwise reproduced;

   f. Diaries and appointment books;

   g. Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

   h. Letters and correspondence;

   i. Contracts and agreements;

   j. Other legal instruments or official documents;

   k. Financial statements, accounting records, worksheets, reports, schedules, ledgers, books, records and journals;

   l. Investigation or incident reports;

   m. Files and records;

   n. Notes or summaries of conferences, meeting, discussions, interviews or telephone conversations or messages;

o. Drafts or draft copies of any of the above;

4. "Document" or "documents" includes, without limitation, writings, and printed matter of any kind and description, graphs, charts, photographs and drawings, notes and records or any oral communications, and recordings (tape, disc, or other) of oral communications and other recordings in whatever form.

5. "Identify" or "identify" as used with respect to a person means to state the person's full name and present address and his present or last known employment position and business affiliation if a natural person. "Identify" or "identify" when used in reference to a document means to state the following as to each document:

   a. Its nature and contents;

   b. Its date;

   c. The date is was executed if different from the date it bears;

   d. The name, address, and position of its author or signer;

   e. The name address and position of it addressee, if any;

6. "You" or "Your" shall mean the party to whom these interrogatories are addresses and her representatives' attorneys, experts, investigators, insurers, consultants or anyone acting on behalf of the foregoing.

7. "Person" shall include any individual, sole proprietorship, partnership, corporation or association.

The male gender includes the female gender and the singular noun or pronoun includes the plural.

4   50

ADMISSIONS REQUESTING AND VERIFICATION

That each of the following statements listed below are true:

1.   That Exhibit 1 is a true, accurate, and correct copy of documents, and or documents of accounting and or to include documents written of your handwriting and or to include documents of accounting written of your handwriting.

_____Admit                    _____Deny

2.   That the contents of the attached Exhibit 1, the foregoing attached exhibit, is true to the best of Defendant Deborah Y. Miller, her own knowledge.

_____Admit                    _____Deny

3.   You, Defendant, Deborah Y. Miller, do verify that the attached Exhibit 1, the contents of Exhibit 1, and the statements and or records and or documents and or accounting made by you and or known by you, Defendant Deborah Y. Miller are true to the best of Defendant Deborah Y. Miller, her own knowledge.

_____Admit                    _____Deny

4. You, Defendant, Deborah Y. Miller, do verify that the attached Exhibit 1, that the contents of the foregoing Exhibit 1 are true to the best of Defendant Deborah Y. Miller, her own knowledge, except as to matters stated on information and belief, and as to those matters, she/he believes them to be true.

_____Admit          _____Deny

Under the penalty of perjury, I state that the above responses are true to the best of my knowledge.

Signature: _____          Dated: _____

Notary Signature and Seal: _____

County of Honolulu, on Oahu, Hawaii

Dated: _____

DATED:  September 16, 2006 in Honolulu, Hawaii

Joseph R. Thames
Plaintiff
Pro Se

6   52

*December 31 ... 97*
*Dm food     277⁰⁰*

## HOUSEHOLD BILLS
MONTH _January 1998_

|  |  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|---|
|  | MORTGAGE | JT 3581 | 10/27/98 | 1,292 |
|  |  | Dm 59477 (1336) 2/3/98 | | 650 |
| −69 | ELECTRIC | JT | | 138 |
| 18⁰⁰ | CABLE | Dm 1280 | 2/2/98 | 35⁰⁰ |
|  | WATER | | | |
| 202 | FOOD | Dm (Cancelled cks) | | 204⁰⁰ |

220
−69
151⁰⁰ pd

## HOUSEHOLD BILLS
MONTH _February 1998_

|  |  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|---|
|  | MORTGAGE | JT 3615 | 1/24/98 | 1,298 |
|  |  | Dm 1331 | 2/27/98 | 650 |
| 39.⁰⁰ | ELECTRIC | Dm 1324 | 2/26/98 | 78⁰⁰ |
| 20⁰⁰ | CABLE | Dm 1291 | 2/3/98 | 41¹⁴ |
| 38⁰⁰ | WATER | Dm 1309 | 2/12/98 | 76⁰⁰ |
| 264⁵⁵ | FOOD | Dm (Cancelled cks) | 2/98 | 527.17 |

361²⁵ pd

Exhibit 1                    (1)

HOUSEHOLD BILLS
MONTH _March_

| | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | J.T. 3645 | 2/28/98 | 1298 |
| | Dm 1340 | 3/1/98 | 650 |
| ELECTRIC (52) | Dm 1353 | 3/19/98 | 105 00 |
| CABLE (34) | Dm 1395 | 4/07-98 | 69 00 |
| WATER (40) | Dm 1391 | 4-27-98 | 81 26 |
| FOOD (228) | Dm Email check | 3/98 | 456 — |

354

_711.26_

642
+ 69 cable
711

HOUSEHOLD BILLS
MONTH _April_

| | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | JT 3647 | 3/28/98 | 1298 |
| | Dm 1402 (51-70) | 5/6/98 | 650 |
| ELECTRIC (83) | Dm 1392 | 4-27-98 | 165 28 |
| CABLE (221) | Dm 1426 | — | 45 00 |
| WATER | | | |
| FOOD (265) | n Cancelled checks 4/98 | 99 530 00 |

370

_741_

(2)    54

HOUSEHOLD BILLS
MONTH _MAY 1998_

*me* *(650 R...)*

Ticket 300
350 - ou
- 200 - f
150 ⁰⁰ ow...

| | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | J.T. 3994 | | 129.2 ⁰⁰ |
| ELECTRIC | DM | | *Owe 150* |
| CABLE | | | |
| WATER | | | |
| FOOD | Dm (Cancelled cks) | may 98 | 401 ⁰⁰ |

*Owe J.T.*
*150⁰⁰*
*45*

HOUSEHOLD BILLS
MONTH _JUNE 1998_

*Owe J.T*
*101⁰⁰*

| | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | JT 3994 | 5/29/98 | 1292 |
| | Dm 1464 | 6/22/98 | 650 |
| ELECTRIC 86⁰⁰ | JT 4016 | 6/22/98 | 172 ³¹ |
| CABLE 20 | JT 4011 | 6/2/98 | 40 |
| WATER 41⁵ | JT 4017 | 6/22/98 | 81 ⁹⁹ |
| FOOD 190 | Dm Cancelled cks | 6/98 | 380.72 |

*86*
*20*
*147 neorly*

*190 5T ows*

*# 147*
*190 J.T.*
*430 ow...*

(3) 55

9



**HOUSEHOLD BILLS**
**MONTH** _July, 1998_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
|  | JT 4210 | 6/29/98 | 1,292 |
| **MORTGAGE** 150 m | Dm 1502 | 7/98 | 500 Escrow |
| **ELECTRIC** 57 | Dm 1501 | 7/20 | 74^15 |
| **CABLE** 28 | Dm 1499 | 7/20 | 56^55 |
| **WATER** |  |  |  |
| **FOOD** 113 | Dm Canc-dbls | 7/98 | 224.9^? |

356

JT'S half of utilities paid

---

**HOUSEHOLD BILLS**
**MONTH** _August / Sept (dabled VACATION)_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
|  | August ✓ JT 4331 | 8/5/98 | 1,298 |
| **MORTGAGE** | 5T 4080 | 9-10-98 | 1,298 Listed on owe list |
| **ELECTRIC** 32 | JT 4007 | 9/ | 65^46 |
| **CABLE** 29 | JT 4001 |  | 58^00 |
| **WATER** 36 |  |  | 73^53 |
| **FOOD** 49 | Dm Cancelled cks 9/98 | 87.^00 |

197.^?

(4) 5b

10



HOUSEHOLD BILLS
MONTH _Sept/Oct_ ~Listed owe~ ~Paid my half~



|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | DM JT. 4090 | 10/2/98 | 1292 (Paid) DM |
| ELECTRIC 50 | DM 1550 | 10/1/98 | 99⁰⁰ |
| CABLE 44 | DM 1567 | 10/2/98 | 87⁰⁰ |
| WATER 48 | DM 1590 | 10/2/98 | 95⁰⁴ |
| FOOD 348 | Dm conc class | Sept/oct | 757 DM (168ᶠ) |

490 J.T. Owe

HOUSEHOLD BILLS
MONTH _November 98_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | DM listed Added Paid & J.T | 11-29-98 | 1348¹⁴ Paid DM |
| ELECTRIC 40 | Dm 1631 | 11-23-98 | 80⁸⁷ |
| CABLE 22 | Dm 1632 | 11/23-98 | 44²⁰ |
| WATER |  |  |  |
| FOOD 249 | Conc check DM | 11/98 | 499⁰⁰ |

311 J.T. Owe

1273

(5)

57

11

**HOUSEHOLD BILLS**
MONTH _December_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| .50 me due | | | |
| **MORTGAGE** | Dm 1856 | 12-11-98 | 1296 |
| **ELECTRIC** 78 | Dm 1674 | 12-31-98 | 28 87 |
| **CABLE** 32 | Dm 1657 | 12-11-98 | 44 00 |
| **WATER** 45 | Dm 1672 | 12-22-98 | 89 40 |
| **FOOD** 355 | Dm Anvel. Cheek | | 710 00 |

922.00

1625.5 due

---

**HOUSEHOLD BILLS**
MONTH_____

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| **MORTGAGE** | | | |
| **ELECTRIC** | | | |
| **CABLE** | | | |
| **WATER** | | | |
| **FOOD** | | | |

(6) 58

12

171.

Electric: 1057.99

Cable: 520.14

Water: 497.22

Food: 4979.

(7)

**HOUSEHOLD BILLS**
MONTH *JANUARY 1999*

CHECK #    DATE PAID    AMOUNT

MORTGAGE    JT + Dm 1685   12-30-98   1296

ELECTRIC    Dm 1748      2-1-99      80⁰⁰

CABLE       Dm 1747      2-1-97      86⁰⁰

WATER       _____    _____    _____

FOOD        Cancelled CKS   1-99    351⁰⁰

*650 me owe*

*256 JT*

**HOUSEHOLD BILLS**
MONTH *February 1999*

CHECK #    DATE PAID    AMOUNT

MORTGAGE    JT 385
            Dm 1752      2-10-99     650
                                     650

ELECTRIC    1775         2-22-99     83 80

CABLE       1781         3-1-99      37 85

WATER       1774         2-22-99     81. 99

FOOD        Cancelled CKS  2-99      329 ⁰⁰

*1181 Jne*

(8)  6D

14

HOUSEHOLD BILLS
MONTH _*MArch, 1999*_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | | | |
| ELECTRIC | Jm 1823 | 2-25-99 | 75⁰⁰ |
| CABLE | Jm 1822 | 2-25-99 | 47⁰⁰ |
| WATER | Jm 1824 | 2-28-99 | 76⁰⁰ |
| FOOD | Cancelled cks | 3-99 | 297¹² |

HOUSEHOLD BILLS
MONTH _*April 1999*_

|  | CHECK # | DATE PAID | AMOUNT |
|---|---|---|---|
| MORTGAGE | | | |
| ELECTRIC | | | |
| CABLE | | | |
| WATER | | | |
| FOOD | | | |



A FINANCIAL STATEMENT

Deposit 9-9-98      8,000
Deposit 9-15-98    16,000
Deposit 9-21-98     5,500
                   ─────────
                   29,500
Inspect               300
                   ─────────
                   29,200
                      235
APPRAIS
                   ─────────
                   28,965
      JT 1,000
                   ─────────
                   27,965
      JT 1,500
                   ─────────
                   26,465
      JT    800
                   ─────────
                   25,665
      JT 1,200
                   ─────────
                   24,465
      JT 1,000
                   ─────────
                   23,465
      JT 1,400
                   ─────────
                   22,065
      JT 1,600
                   ─────────
                   20,465
      mort 1,348
                   ─────────
                   19,117
         JT 200
                   ─────────
                   18,917

                   18,917
                JT 1,200
                   ─────────
                   17,717
                JT 1,800
                   ─────────
                   15,917
                JT 1,000
                   ─────────
                   14,917
                   2130 - weekly
                   ─────────
                   12,787
                JT 1,400
                   ─────────
                   11,387
                JT 1,000
                   ─────────
                   10,387
                 6,942 Deposit 11/23/98
                   ─────────
                 17,329
                +  650 Oct rent me  (Add)
                   ─────────
                 17,979
                    894 - Dennis Ins
                   ─────────
                 17,085
                  1,500 - JT  CK# 1054 (1,500)
                   ─────────
                 15,585
                  1,296 mort 12-11-98 Oct
                                         1856
                   ─────────
                 14,289  → Page (2)

Withdrawals — Expenditures

KA  1507 9/98  500 Escrow
   1551 9-20-98  300 Inspect
   1554 10-2-98  235 Appraisal
   1555 10-2-98  1,000  JT
   1556 10-2-98  1,500  JT
   1561 10-2-98  1,200  JT
   1563 10-7-98   800  JT
   1564 10-10-98  1,000  JT
   1565 10-11-98  1,400  JT
   1566 10-10-98  1,600  JT
   1595 10-27-98  1,348  mort JT
   594  10-22-98  1,200  JT
   597  10-26-98  1,800  JT

1609  11/98   1,400
1615 - 11/98  1,000 = JT (15,100)
1654  11/98   1,500
1672 ──  1,000
1689 ──  1,000
4091 ──  230
1696-98 → 230 Oct
              900
          6,700 = JT  6,700
                     ─────────
                     22,800

(10)

14,289
+ 600 Nov but me Added
14,889
1296   12-31-98  ch#1685 mud
13,593
1000  ch#1677 J.T
12,593
1200  ch#1671 J.T
11,393
1,000  ch#1689 JT,
10,393
236  Smud + Sensid 1671
0,157
5,000  Julie
5,157
2,300 - J.T
2,857
2,500  Julie
357
218  USPTO
55  USPTO
630
300  Asdone
930
900 - J.T 1728
30

(11)

63

I owe J.J                                    wedding

100  BOSTON  ATM          chEck  1557  700  Dress
450    "       "               1548  650  HALL
650  August Rent              1598  380  INVITES
650  Sept Rent               1604  400  Photo downpmt
                              ─────────────
850                              2,130
200 CAr                          200  DownPY Floers
─────                         ─────────────
2,050  TOTAL owed J.T           2,330
                           1671-  600 Limo downpy       To do
                              ─────────────             PhOTOS BALANCE
                                 2,936                   Flowers
                                                         Food

J.T = 15,100
       1,500

(12)

64                                                    13



(13)

65

19

JUNE 30TH Closing

1,400  LEASE For OPTION (discount From Dennis)
2,000 Normal

78.00  TO Review FINANCE
1,200  ESCROW + TITle
350   Lease hold disclosure document
120   Credit Report + FINANCE INFORMATION To Seller
350 → 6 Deed of Convey    $60.
480  Property TAXES
120  NoTory fee
350  ATTorney ESCROW
700  BANK OF Hawaii Approval + Review of OPTION
350  Convey TAX
_____
7,898

500 in Ecrow

should this
copy go into this
folder.

10,000 →
10,000 →

220 - 250 left in ESCROW. For Sale

(14)

20





(15)  67

21



Bank of Hawaii    1-3206356

CASHIER'S CHECK

KAILUA    OFFICE    SEP 09, 98

✦✦✦ MARY E TURNER ✦✦✦✦    $ ✦✦✦✦$7,000.00

PAY TO THE ORDER OF

$7,000 00

B. YOSHIMURA    AUTHORIZED SIGNATURE

⑈3206356⑈  ⑈12130⑉0281⑈ 0090⑈000 150⑈    ⑈0000 700000⑈

(16)    68

**Bank of Hawaii**

1-3205359

**CASHIER'S CHECK**

KAILUA                    OFFICE                    SEP 09, 99

+++++ DARRYL PHILLIPS +++++                         $ +++++$9,000.00

PAY TO THE ORDER OF

**$9,000.00**

B YOSHIMURA                              AUTHORIZED SIGNATURE

⑉"13205359"⑈  ⑆121301028⑆  0090⑈000190"⑊        ⑈0000900000⑊

DEPOSIT ONLY
86701798
12130102B
0262/125

CREATED TO THE ACCOUNT
OF WITHIN NAMED PAYEE
OF SHOREBREAK GUARANTEED BY
FEDERAL CREDIT UNION

(17)      69                                          23

**Bank of Hawaii**

1-3206358

**CASHIER'S CHECK**

SEP 09, 98

\*\*\*\* MARY E TURNER \*\*\*\*

$*7,000.00

**$71,000.00**

B. YOSHIMURA

⑈1̸3206358⑈ ⑈123301031⑈ 0070-000150⑈ /0000?00000⑈

---

**OFFICIAL CHECK**

8⑊397542⑊

Remitter: MARY M TURNER

PAY
TO THE ORDER OF

NON NEGOTIABLE
**CUSTOMER COPY**

Drawer: Fleet Bank, F.S.B.

OFFICIAL CHECK                $7,000.00

*RETAIN THIS COPY FOR YOUR RECORDS*

(15)  70

24







(2D) 72

26





(21)    73

27





(22)    74

28

STATE OF HAWAII              )
HONOLULU, HAWAII       )    SS.
                              )


_____, being first duly sworn on oath, deposes and says that the foregoing attached Exhibit 1 and or your answers and or responses to request for admissions are true, accurate and correct to the best of her knowledge and belief.


_____


Subscribed and sworn to before me
This _____ day of _____, 2006


Notary Public, State of Hawaii

My Commission expires:

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>　　　Plaintiff, | ) CIVIL NO.  04-00644DAE-LEK<br>)<br>) |
| VS | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER ET. AL.<br>　　　Defendant(s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

　　　This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se,

has this date served Plaintiff's Fourth Request for Admissions and Verification

was duly served on the above-identified party at the indicated address on the date

shown by depositing the original and/or a copy thereof, postage prepaid, in the

United States mail, addressed to the Defendant.

　　　　　　　　SERVED:

　　　　　　　　DEBORAH Y. MILLER
　　　　　　　　Defendant Deborah Y. Miller
　　　　　　　　25 Maluniu Ave Ste 102
　　　　　　　　PMB165
　　　　　　　　Kailua, Hawaii 96734

Dated: ~~Honolulu, Hawaii~~ *Los Angeles, California* on September 18, 2006
*September 18, 2006*

　　　　　　　　　　　　　　　_Joseph R. Thames_
　　　　　　　　　　　　　　　Joseph R. Thames
　　　　　　　　　　　　　　　Plaintiff

30

76