Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF<br><br>VS.<br><br>DEBORAH Y. MILLER, ET. AL<br>DEFENDANT (s) | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)PLAINTIFF JOSEPH R.THAMES'<br>) SEVENTH REQUEST FOR<br>) ADMISSIONS<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

### PLAINTIFF JOSEPH R. THAMES'

### SEVENTH REQUEST FOR ADMISSIONS

TO:   DEBORAH Y. MILLER
      Defendant Deborah Y. Miller
      25 Maluniu Ave Ste 102
      PMB165
      Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff JOSEPH R. THAMES, hereby serves upon Defendant DEBORAH Y. MILLER, and requests that Defendant DEBORAH Y. MILLER make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at the trial.

PLEASE TAKE NOTICE that one (1) copy of the response to the admissions must be served upon the undersigned within THIRTY (30) DAYS after receipt of this request for admission pursuant to Rule 36 of the Hawaii Rules of Civil Procedure and the Federal Rules of Civil Procedure. The

EXHIBIT E

77

admissions shall be considered admitted to be true, if one (1) copy of response to the admissions are not served upon the undersigned within THIRTY (30) DAYS after receipt of this request in accordance with and pursuant to Rule 36 of the Hawaii and the Federal Rules of Civil Procedure.

PLEASE TAKE NOTICE that a space has been provided for a notary seal and signature. It is requested of Defendant, that the document be signed and witnessed before a notary that the responses to the admissions are true to the best of your knowledge under the penalty of perjury.

## DEFINITIONS

The following definitions apply to the Admissions enumerated below and are hereby incorporated therein:

1. "You" and "Your" refer to Defendant DEBORAH Y. MILLER, her agents, employees, attorneys, and other persons acting or purporting to act on her behalf.

2. "Writing" means any tangible thing upon which is recorded any form of communication or representation, including letters, words, pictures, sounds, or symbols, or any combination thereof, by means of handwriting, typewriting, printing, photocopy in, photographing, sound recording, or any other method of recording. This definition includes, but is not limited to records, reports, papers, documents, photographs, books, letters, notes, memoranda, statements, tape recordings, phonographs recordings, and microfilm, whether in your possession or under your control or not, relating to or pertaining in any way to the subject in connection with which is used; and includes, without limitation,

2  78

all file copies and drafts prepared with such writing whether used or not.

3. The term "document (s)" means and includes any and all:

   a. Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-taped, visually reproduced, stenographically reproduced or reproduced in any other manner;

   b. Originals and all copies of any and all communications;

   c. Writings of any kind or type whatsoever;

   d. Books and pamphlets;

   e. Microtape, microfilm, photographs, movies, recordings, tape, recordings, and video-tapes, stenographically or otherwise reproduced;

   f. Diaries and appointment books;

   g. Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

   h. Letters and correspondence;

   i. Contracts and agreements;

   j. Other legal instruments or official documents;

   k. Financial statements, accounting records, worksheets, reports, schedules, ledgers, books, records and journals;

   l. Investigation or incident reports;

   m. Files and records;

   n. Notes or summaries of conferences, meeting, discussions, interviews or telephone conversations or messages;

   o. Drafts or draft copies of any of the above;

1. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" is a true, accurate and correct copy of document I, Defendant Deborah Y. Miller, mailed to and served upon Plaintiff Joseph R Thames on September 01, 2006.

   Admit_____              Deny_____

2. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" hereto and incorporated by reference, as Exhibit C, is a true, accurate and correct copy of "Financial Statement" handwritten by me in my own handwriting.

   Admit_____              Deny_____

3. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is a true, correct copy of "Financial Statement" document given to Joseph R. Thames, Plaintiff, by me, Deborah Y. Miller for accounting of the money received from funds of Joseph R. Thames entrusted and deposited with me for expenditure in benefit of Joseph R. Thames.

   Admit_____              Deny_____

4. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the

certain sum of money of Eight Thousand Dollars, ($8,000), I, Deborah Y. Miller, deposited on 9-9-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____          Deny_____

5. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the certain sum of money of Sixteen Thousand Dollars, ($16,000), I, Deborah Y. Miller, deposited on 9-15-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____          Deny_____

5

6. Exhibit C, which is titled, "<u>Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)</u>" attached hereto and incorporated by reference as Exhibit C is an accounting of the certain sum of money of Five Thousand Five Hundred Dollars, ($5,500), I, Deborah Y. Miller, deposited on 9-21-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____  Deny_____

Under the penalty of perjury, I state that the above responses are true to the best of my knowledge.

Signature: _____   Dated: _____

Notary Signature and Seal: _____

County of Honolulu, on Oahu, Hawaii

Dated: _____

DATED: November 14, 2006 in Honolulu, Hawaii

*[signature]*
Joseph R. Thames
Plaintiff

<u>Financial Statement- ATTACHMENT D</u>
ATTACHMENT (10) – (12)
(Additional Enclosures)

Attachment (10) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (11) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (12) does state items included in the $3,290.00:

1. 100 & 400 Boston ATM (loan was repaid- cancelled check attached #1)
2. 650 for August and September Rent (See Attachment A)*
3. 200 Plaintiff often fixed Defendant's car (by choice) & never asked Defendant to pay Defendant wishes to see receipts for repairs.

ADDITIONAL ENCLOSURES: #2A&B & 3A&B

1. $500 trip to East Coast : Defendant traveled home to Boston every year. Defendant was able to pay her own fare to Boston via a TWA Travel Card. (<u>See attached receipt</u>). Plaintiff chose to pay for Defendant because Plaintiff wanted Defendant to stay over night in California as opposed to St. Louis (TWA) in order to meet the Plaintiff's brother and family.

2. $100.00 money taken out of joint account: Defendant's money was used to open this account. Defendant made all deposits and withdrawals. Plaintiff never contributed to this account.

<u>ATTACHMENT D FOR  (10) – (12) & ADDITIONAL ENCLOSURES</u>

Exhibit C

7   83

FINANCIAL STATEMENT

```
Deposit  9-9-98    8,000
Deposit  9-15-98  16,000
Deposit  9-21-98   5,500
                  ─────────
                  29,500
         Inspect     300
                  ─────────
                  29,200
   Appls              235
                  ─────────
                  28,965
         JT        1,000
                  ─────────
                  27,965
         JT        1,500
                  ─────────
                  26,465
         JT          800
                  ─────────
                  25,665
         JT        1,200
                  ─────────
                  24,465
         JT        1,000
                  ─────────
                  23,465
         JT        1,400
                  ─────────
                  22,065
         JT        1,600
                  ─────────
                  20,465
   mortg          1,348
                  ─────────
                  19,117
         JT          200
                  ─────────
                  18,917
```

```
                  18,917
         JT       1,200
                  ─────────
                  17,717
         JT       1,800
                  ─────────
                  15,917
         JT       1,000
                  ─────────
                  14,917
                  2,130 - weekly
                  ─────────
                  12,787
         JT       1,400
                  ─────────
                  11,387
         JT       1,000
                  ─────────
                  10,387
                  6,942 Deposit 11/23/98
                  ─────────
                  17,329
                 +  650 (pct) Rent xx -Add
                  ─────────
                  17,979
                    894 - Dennis Inj
                  ─────────
                  17,085
                  1,500 - JT  10/54 (1,500)   CE
                  ─────────
                  15,585
                  1,296 mort 12-11-98  d4
                                        /56
                  ─────────
                  14,289
                  → page (2)
```

①

Withdrawals — Expenditures

```
A 1507  7/98    500  Escrow
  1551  9-20-98 300  Inspect
  1554 10-2-98  235  Appraisal
  1555 10-2-98 1,000 JT
  1556 10-2-98 1,500 JT
  1561 10-2-98 1,200 JT
  1563 10-7-98   800 JT
   564 10-10-98 1,000 JT
   565 10-11-98 1,400 JT
   66  10-12-98 1,600 JT
   95  10-29-98 1,348.14 mortg
       10-22-98 1,200 JT
       10-26-98 1,800 JT
```

```
1609  11/98  1,400
1615  11/98  1,000 = JT (15,100)
1654  11/98  1,300
1672        1,000
1689        1,000
4091         230
1696-98      230 04
             900
             ─────
             6,700 ~ JT    6,700
                          ─────
                          22,800
```

(10)

Exhibit C    8    84

```
  4,289
+ 600 Nov Rent me Added
  -------
  4,889
  1,296   10-31-98  ch#1685 rent
  -------
  3,593
  1,000   ch#1677 J.T
  -------
  2,593
  1,200   ch#1671 J.T
  -------
  1,393
  1,000   ch#1689 J.T
  -------
    393
    236   Small + Sensid 1611
  -------
    157
 -1,000   Julie
  -------
    157
  1,300 - J.T
  -------
  1,857
    500   Julie
  -------
    357
    218   usan
     55   usan
  -------
    630
    300   Adone
  -------
    930
    900 - J.T 1728
  -------
     30
```

(11)

Exhibit C                    9    85

I owe J.T
- 100 BOSTON ATM
- 450 " "
- 650 August Rent
- 650 Sept Rent

850
200 Car
_____
7,050 TOTAL owed J.T

Wedding
- 1530 700 Dress
- 1598 650 Hall
- 1598 380 Invites
- 1604 400 Photo downpymt
_____
2,130
200 ~~~~ Floors
_____
2,330
1691- 600 Limo Deposit
_____
2,936

To do
- Photos Balance
- Flowers
- Food

J.T = 15,100
      1,500

(12)

10  86



Exhibit C



Enclosure 2A

Exhibit C                                    12              88

```
ITINERARY FOR MILLER/DEBORAH                              4BIX2S
DAY         DATE       CITY                TIME  AIRLINE          FLT
FRIDAY      23JUL  LV HONOLULU             655P  TRANS WORLD      002
                   AR ST LOUIS             751A
SATURDAY    24JUL  LV ST LOUIS             1015A TRANS WORLD      436
                   AR BOSTON               201P
MONDAY      09AUG  LV BOSTON               835A  TRANS WORLD      181
                   AR ST LOUIS             1035A
MONDAY      09AUG  LV ST LOUIS             1140A TRANS WORLD      001
                   AR HONOLULU             342P
```

Enclosure 2B

Exhibit C                         13    89

MILLER, DECORAH OR THAMES, JOSEPH

0500627370 — Balance Forward

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|
| 01/07/98 | INITIAL DEPOSIT: | | $200.00 | $200.00 |
| 1/20/98 | Deposit | | 380 | 580 |
| 1-28-98 | Deposit | | 440 | 1020 |
| 1-30-98 | -Withdrawal | 100 | | 920 |
| | (Rent) 650 JAN | | | 250 |
| 2/6/98 | Deposit | | 380 | 630 |
| 2/17/98 | Withdrawal | | | 130 |
| | | | | 500 |
| 2/24/98 | Withdraw-check | | | 200 |
| | | | | 300 |
| 3/6/98 | Deposit | | | 175 |
| | | | | 475 |
| 6/29/98 | Deposit | | | 980 |
| | | | | 20 |
| 7/1/98 | Withdrawal | | | 960 |
| 7/3/98 | " | | | 260 / 60 |
| 2/5/98 | | | | 20 / 40 |

HAWAII NATIONAL BANK

---

R-12 (rev. 7/76)

### HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
059 003     1583A 262      02/06/98 01:07 PM
0500627370TDKN    NB           $380.00
OPENING THIS YEAR - A NEW BRANCH IN MAPUNAPUNA.
```



THIS IS YOUR REGISTERED RECEIPT

---

R-12 (rev. 7/76)

### HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
059 006     1617A 214      01/28/98 12:58 PM
0500627370TDNB    NB           $440.00
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS!!!
```

Exhibit C                              14                 9D

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | Balance Forward / BALANCE |
|---|---|---|---|---|
| | | | | 6 |
| | | | | 650 |
| | | | | 100 |
| | | | | 540 |
| | | | | 20 |
| | | | | 520 |
| | | | | 200 |
| | | | | 320 |

**HAWAII NATIONAL BANK**

R-12 (rev. 7/76)

**HAWAII NATIONAL BANK**

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*



```
059 006        1617A 410     01/20/98 11:48 A
0500627370TDNB          NB
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS    $300.00
```

THIS IS YOUR REGISTERED RECEIPT

R-12 (rev. 7/76)

**HAWAII NATIONAL BANK**

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
059 004        2508A 709     02/03/98 01:39 PM
0500627370TWAN          NB
```

Exhibit C          15      91

STATE OF HAWAII            )
HONOLULU, HAWAII           )   SS.
                           )

_____, being first duly sworn on oath, deposes and says that the foregoing answers and or responses to request for admissions are true, accurate and correct to the best of her knowledge and belief.


_____



Subscribed and sworn to before me
This \_\_\_\_\_ day of _____, 2006



Notary Public, State of Hawaii

My Commission expires:

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Seventh Request for Admissions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on November 14, 2006

_Joseph R. Thames_
Joseph R. Thames
Plaintiff