Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISRTICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) **PLAINTIFF JOSEPH R. THAMES'**<br>) **EIGHTH REQUEST FOR**<br>) **ADMISSIONS** |
| DEBORAH Y. MILLER, ET. AL<br>DEFENDANT (s) | )<br>)<br>) **CERTIFICATE OF SERVICE**<br>) |
| _____ | )<br>) |

### PLAINTIFF JOSEPH R. THAMES

### EIGHTH REQUEST FOR ADMISSIONS

TO:   DEBORAH Y. MILLER
      **Defendant Deborah Y. Miller**
      25 Maluniu Ave Ste 102
      PMB165
      Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff JOSEPH R. THAMES, hereby serves

upon Defendant DEBORAH Y. MILLER, and requests that Defendant DEBORAH Y.

MILLER make the following admissions for the purpose of this action only and subject

to all pertinent objections to admissibility which  may be interposed at the trial.

PLEASE TAKE NOTICE that one (1) copy of the response to the admissions

must be served upon the undersigned within THIRTY (30) DAYS after receipt of this

request for admission pursuant to Rule 36 of the Hawaii Rules of Civil Procedure and the

Federal Rules of Civil Procedure.  The admissions shall be considered admitted to be

true, if one (1) copy of response to the admissions are not served upon the undersigned

within THIRTY (30) DAYS after receipt of this request in accordance with and pursuant

to Rule 36 of the Hawaii and the Federal Rules of Civil Procedure.

EXHIBIT F

94

PLEASE TAKE NOTICE that a space has been provided for a notary seal and signature. It is requested of Defendant, that the document be signed and witnessed before a notary that the responses to the admissions are true to the best of your knowledge under the penalty of perjury.

## DEFINITIONS

The following definitions apply to the Admissions enumerated below and are hereby incorporated therein:

1. "You" and "Your" refer to Defendant DEBORAH Y. MILLER, her agents, employees, attorneys, and other persons acting or purporting to act on her behalf.

2. "Writing" means any tangible thing upon which is recorded any form of communication or representation, including letters, words, pictures, sounds, or symbols, or any combination thereof, by means of handwriting, typewriting, printing, photocopy in, photographing, sound recording, or any other method of recording. This definition includes, but is not limited to records, reports, papers, documents, photographs, books, letters, notes, memoranda, statements, tape recordings, phonographs recordings, and microfilm, whether in your possession or under your control or not, relating to or pertaining in any way to the subject in connection with which is used; and includes, without limitation, all file copies and drafts prepared with such writing whether used or not.

3. The term "document (s)" means and includes any and all:

   a. Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-taped, visually reproduced, stenographically reproduced or reproduced in any other manner;

   b. Originals and all copies of any and all communications;

95

c.  Writings of any kind or type whatsoever;

d.  Books and pamphlets;

e.  Microtape, microfilm, photographs, movies, recordings, tape, recordings, and video-tapes, stenographically or otherwise reproduced;

f.  Diaries and appointment books;

g.  Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

h.  Letters and correspondence;

i.  Contracts and agreements;

j.  Other legal instruments or official documents;

k.  Financial statements, accounting records, worksheets, reports, schedules, ledgers, books, records and journals;

l.  Investigation or incident reports;

m.  Files and records;

n.  Notes or summaries of conferences, meeting, discussions, interviews or telephone conversations or messages;

o.  Drafts or draft copies of any of the above;

3    96

1. My name is Deborah Y. Miller.

Admit_____          Deny_____


2. I resided at 404A Kalama Street, Kailua Hawaii 96734.

Admit_____          Deny_____


3. I resided at 404A Kalama Street, Kailua Hawaii 96734 in December 1998?

Admit_____          Deny_____


4. I resided at 404A Kalama Street, Kailua Hawaii 96734 from December 1998 to April 2000?

Admit_____          Deny_____


5. I agreed to pay $650.00 per month for rent for residing at 404A Kalama Street, Kailua Hawaii 96734?

Admit_____          Deny_____


Under the penalty of perjury, I state that the above responses are true to the best of my knowledge.


Signature: _____    Dated: _____

Notary Signature and Seal: _____

County of Honolulu, on Oahu, Hawaii

Dated: _____


DATED: November 14, 2006 in Honolulu, Hawaii


Joseph R. Thames
Plaintiff

4

97

STATE OF HAWAII         )
HONOLULU, HAWAII     )    SS.
                              )

_____, being first duly sworn on oath, deposes
and says that the foregoing answers and or responses to request for admissions are true,
accurate and correct to the best of her knowledge and belief.


_____


Subscribed and sworn to before me
This _____ day of _____, 2006




Notary Public, State of Hawaii

My Commission expires:

5

96

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES ) CIVIL NO. 04-00644DAE-LEK
    PLAINTIFF, )
     )
     )
VS. ) CERTIFICATE OF SERVICE
     )
DEBORAH Y. MILLER, ET.AL. )
    DEFENDANT (s). )
_____ )

CERTIFICATE OF SERVICE

    This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Plaintiff's Eighth Request for Admissions was duly served on the above-

identified party at the indicated address on the date shown by depositing the original

and/or a copy thereof, postage prepaid, in the United States mail, addressed to the

Defendant.

        SERVED:

        Deborah Y. Miller
        DEFENDANT DEBORAH Y. MILLER
        25 Maluniu Ave Ste 102
        PMB165
        Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on November 14, 2006

                  _____
                  Joseph R. Thames
                  Plaintiff

6

99

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

JOSEPH R. THAMES            ) CIVIL NO. 04-00644DAE-LEK
       PLAINTIFF,             )
                                    )
VS.                             ) CERTIFICATE OF SERVICE
                                    )
DEBORAH Y. MILLER, ET.AL.     )
       DEFENDANT (s).         )
_____ )

DEC 02 '06 PM10:46 US DC

### CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Eighth Request for Admissions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

                     SERVED:

                     Deborah Y. Miller
                     DEFENDANT DEBORAH Y. MILLER
                     25 Maluniu Ave Ste 102
                     PMB165
                     Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on November 14, 2006

                                 _Joseph R. Thames_
                                 Joseph R. Thames
                                 Plaintiff

6

100



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

Sent To _DEBORAH Y. MILLER_
Street, Apt. No.; or PO Box No. _Defendant Deborah Y. Miller_
_25 Maluniu Ave Ste 102_
_PMB 165_
City, State, ZIP+4 _Kailua, Hawaii 96734_

PS Form 3800, June 2002                    See Reverse for Instructions

7005 3110 0000 7431 8071

101