Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK ) ) |
| VS. | ) ) CERTIFICATE OF SERVICE ) |
| DEBORAH Y. MILLER, ET.AL. DEFENDANT (s). | ) ) ) |

### CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Motion To Admit Plaintiff's Request For Admissions Admitted And Or True was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 23, 2007.

Joseph R. Thames
Plaintiff

102