# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/26/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph R. Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 02/26/2007 | TIME: | |

COURT ACTION:  EO: Plaintiff's Motion to Take Leave to File an (Second) Amended Complaint, Plaintiff's Motion to Enlarge Discovery Period and Motion to Extend Discovery Deadline, Plaintiff's Motion to Stay Discovery and Motion to Stay Toll on Discovery and Plaintiff's Motion to Leave of the Court to Expand the Scope of Discovery will **all** be considered by Magistrate Judge Leslie E. Kobayashi as Non-Hearing Motions.

Memorandum in Opposition is due **3/12/07**.
Reply Memorandum is due **3/27/07.**

Plaintiff's Motion to Take Leave to File an (Second) Amended Complaint, Plaintiff's Motion to Enlarge Discovery Period and Motion to Extend Discovery Deadline, Plaintiff's Motion to Stay Discovery and Motion to Stay Toll on Discovery and Plaintiff's Motion to Leave of the Court to Expand the Scope of Discovery will **all** be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager