## DECLARATION OF JOSEPH R. THAMES

I, Joseph R. Thames, declares and states under oath:

1. I, Joseph R. Thames, am the Plaintiff and Pro Se in the above-entitled action, and make the statement under oath in support of the attached Motion.

2. On September 8, 2006, I, Joseph R. Thames mailed to the Defendant Deborah Y. Miller, Plaintiff's Joseph R. Thames First Request For Production of Documents, a true copy of which is attached hereto as Exhibit "A".

3. To date, Plaintiff has not received any response (complete and adequate), from Defendant, to Plaintiff's Joseph R. Thames First Request for Production of Documents.

I, Joseph R. Thames, state, declare, depose and says under the penalty of law and perjury that the above and foregoing is true and correct to the best of my knowledge.

Dated: February 23, 2007 in Honolulu, Hawaii.

_Joseph R. Thames_
Joseph R. Thames

6