Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>    DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

    This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Motion To Compel Responses To Plaintiff's First Set of Interrogatories and a Request For Production was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.
                SERVED:

        Deborah Y. Miller
        DEFENDANT DEBORAH Y. MILLER
        25 Maluniu Ave Ste 102
        PMB165
        Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 23, 2007.

                                                          Joseph R. Thames
                                                          Plaintiff