# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/27/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph R. Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 02/27/2007 | TIME: | |

COURT ACTION:  EO: MOTION to Compel Responses to Plaintiff's Second Set of Interrogatories and a Request for Production to Defendant by Plaintiff Joseph R. Thames.

MOTION to Admit Plaintiff's Request for Admissions Admitted and or True by Plaintiff Joseph R. Thames

MOTION to Compel Responses to Plaintiff's First Request for Production by Plaintiff Joseph R. Thames.

MOTION to Compel Responses to Plaintiff's Second Special Interrogatories and Request for Production by Plaintiff Joseph R. Thames.

MOTION to Compel Responses to Plaintiff's First Set of Interrogatories and a Request for Production by Plaintiff Joseph R. Thames

will **all** be considered by Magistrate Judge Leslie E. Kobayashi as **Non-Hearing Motions.**

Memorandum in Opposition is due **3/13/07.**
Reply Memorandum is due **3/27/07.**

 MOTION to Compel Responses to Plaintiff's Second Set of Interrogatories and a Request for Production to Defendant by Plaintiff Joseph R. Thames.

MOTION to Admit Plaintiff's Request for Admissions Admitted and or True by Plaintiff Joseph R. Thames

MOTION to Compel Responses to Plaintiff's First Request for Production by Plaintiff Joseph R. Thames.

MOTION to Compel Responses to Plaintiff's Second Special Interrogatories and Request for Production by Plaintiff Joseph R. Thames.

MOTION to Compel Responses to Plaintiff's First Set of Interrogatories and a Request for Production by Plaintiff Joseph R. Thames

will **all** be **taken under Advisement** by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager