ORIGINAL

Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 5 2007

at 12 o'clock and 05 P .M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH THAMES, | CIVIL NO. 04-00644 DAE-LEK |
| Plaintiff, | |
| vs. | **PRE-TRIAL STATEMENT** |
| | CERTIFICATE OF SERVICE |
| DEBORAH MILLER, ET AL., | |
| Defendants. | UNITED STATES MAGISTRATE JUDGE LESLIE E. KOBAYASHI |

**PRE-TRIAL STATEMENT**

Here comes the Defendant Deborah Miller submitting a Pre-trial Statement.

The jurisdiction and venue not disputed.

The Plaintiff claims that the Defendant owes him 3,290 in rent, utilities, car repair and travel. The Plaintiff has added 52 millions dollars for reasons not stated. The Defendant does not owe the Plaintiff any money.

The Defendant lived with the Plaintiff for a number of years. The Defendant help the Plaintiff pay his mortgage and utilities while living with the Plaintiff. The Plaintiff and

Defendant also purchased gifts for each other; took trips together, the Plaintiff voluntarily repaired the Defendant's car and did all other pertinent things that two people living together voluntarily do for each other. The Plaintiffs claims are not justifiable and arise from day to day "relationship expenses". The Plaintiff only decided to take the Defendant to court after his behavior changed drastically (physically and mentally abusive, including changing the locks) causing the Defendant to move and obtain a restraining -order against the Plaintiff.
Taking the Defendant to court (ten years worth) is the Plaintiff's way of harassing, and continuing to mentally abuse the Defendant using the Court System as a means. The Plaintiff has stated in the past " I will keep you in court forever or at least 10 years. The Plaintiff is obviously keeping his promise.

    The Defendant has no witness to call. This matter calls for no witnesses. The Plaintiff claims are not witness able. There were no other persons living with the Plaintiff and the Defendant when the allegations took place. These allegations include: rent, car repairs, utilities all personal claims between two people who lived together.

    The Defendant has answered all questions that the Plaintiff asked in discovery and has nothing else to add to discovery. Through Interrogatories and Admissions that Plaintiff has asked over 100 questions. The Plaintiff continues to ask the same questions over and over again and again. The Plaintiff continues to ask questions that do not pertain to this case.
It was evident at the Settlement Conference, the Plaintiff refuses to settle for anything less then 52 million dollars? This was not then and is not now agreeable to the Defendant. The Plaintiff is **intent** on going to trial to continue to waste the court's time and the Defendant's time.

It is my understanding that the Trial date is April 24th. I will only need one day to present my side of the case, if that. This case entails $3,290 allegedly owed to the Plaintiff. I have exhibits (materials) to prove I do not owe this money. The Plaintiff has to prove I do, it should not take up more than one day of the Court's time. It is unfortunate that this matter could not be settled without further wasting the court's valuable time.


Dated: Boston, MA 2-26-07

*[signature]*
Deborah Y. Miller, Defendant, Pro Se

Deborah Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| vs | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER<br>DEFENDANT | )<br>)<br>) |

### CERTIFICATE OF SERVICE

TO: Plaintiff Joseph R. Thames, Plaintiff Pro Se
   P.O. Box 674
   Kailua, HI 96734

   I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: Boston, MA 2-26-07

*Deborah Y. Miller*
Deborah Y. Miller, Defendant Pro Se