Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 5 2007

at 12 o'clock and ___ m. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH THAMES | ) CIVIL NO. 04-00644 DAE-LEK |
| | ) |
| Plaintiff. | ) PERMISSION TO APPEAR |
| | ) TELEPHONICALLY OR |
| vs. | ) RESCHEDULE PRETRIAL |
| DEBORAH MILLER, ET.AL | ) CONFERENCE |
| | ) |
| Defendant | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) U.S. MAGISTRATE JUDGE: |
| | ) LESLIE E. KOBAYASHI |

## PERMISSION TO APPEAR TELEPHONICALLY OR RESCHEDULE PRETRIAL CONFERENCE

Here comes Deborah Miller, Defendant, Pro Se, requesting the court's permission to appear before the court telephonically or to reschedule the pretrial. The Defendant has been scheduled for another surgery steaming from breast cancer surgery. The Defendant has informed the court in the past that she would have another operation. The Defendant would have preferred to wait until after the trial April 24th, but due to discomfort and pain the surgeon has scheduled the procedure for March 13th. Unfortunately this conflicts with the pretrial conference date, but will give the Defendant time enough to heal in order to meet the 24th trial date.

Dated Boston, MA  2-22-07

_____
Deborah Y. Miller, Defendant, Pro Se

Deborah Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER<br>DEFENDANT | )<br>)<br>) |

CERTIFICATE OF SERVICE

TO: Plaintiff Joseph R. Thames, Plaintiff Pro Se
   P.O. Box 674
   Kailua, HI 96734

I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: Boston, MA 2-27-07

Deborah Y. Miller, Defendant Pro Se