ORIGINAL

CC.lek

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2007

at 12 o'clock and 06 min. A M
SUE BEITIA, CLERK

MAR 06 '07 AM 12:06 US DC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

JOSEPH R. THAMES
    PLAINTIFF,

VS.

DEBORAH Y. MILLER, ET.AL.
    DEFENDANT (s).

) CIVIL NO. 04-00644DAE-LEK
)
) **MOTION**
) **TO EXTEND TIME**
) **TO FILE PLAINTIFF'S**
) **FINAL PRETRIAL STATEMENT**
)
) CERTIFICATE OF SERVICE
)

## MOTION TO EXTEND TIME TO FILE PLAINTIFF'S FINAL PRETRIAL STATEMENT

    Now Comes Plaintiff for sound cause and good reason submits and files Plaintiff's Motion to Extend Plaintiff's Final Pretrial Statement. Plaintiff has been prevented from prosecuting his case due to the Defendant's unjust actions. Defendant has failed, refused and or neglected to comply with discovery and the rules and the law of the Court. Defendant has also conducted a fraud on the Court. Plaintiff has been further harmed and prejudiced from prosecuting his case due to Defendant's actions. Plaintiff has filed motions to compel Defendant's deposition and other discovery. Plaintiff has filed a motion to amend Plaintiff's complaint. As well, Plaintiff has filed for a stay on the case and other motions to prevent a further injustice upon the Plaintiff. Records demonstrate further ground for this extension. For good cause and reasons, Plaintiff moves for the Court to grant this motion.

DATED: Honolulu, Hawaii on March 5, 2007.

                                        Joseph R. Thames
                                        Plaintiff

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>    DEFENDANT (s). | )<br>)<br>) |

### CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's To Extend Time To File Plaintiff's Final Pretrial Statement was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on March 5, 2007.

Joseph R. Thames
Plaintiff