Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2007

at 11 o'clock and 09 min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO.  04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S** |
| VS. | ) **SUPPLEMENTAL**<br>) **INTERMEDIATE** |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) **FINAL PRETRIAL STATEMENT**<br>)<br>) CERTIFICATE OF SERVICE<br>) |

## PLAINTIFF'S SUPPLEMENTAL INTERMEDIATE FINAL PRETRIAL STATEMENT

Now Comes Plaintiff for sound cause and good reason submits and files Plaintiff's Supplemental Intermediate Final Pretrial Statement. Again stated, Plaintiff has been prevented from prosecuting his case due to the Defendant's unjust actions. Defendant has failed, refused and or neglected to comply with discovery and the rules and the law of the Court. Defendant has also conducted a fraud on the Court. Plaintiff has been further harmed and prejudiced from prosecuting his case due to Defendant's actions. Plaintiff has filed motions to compel Defendant's deposition and other discovery. Plaintiff has filed a motion to amend Plaintiff's complaint. As well, Plaintiff has filed for a stay on the case and other motions to prevent a further injustice upon the Plaintiff. Plaintiff has filed for an extension in time to file Plaintiff's Final Pretrial Statement. Records demonstrate further ground for this extension.

f)  Plaintiff seeks all available damages to include punitive damages. Due to Defendant's non-compliance, Plaintiff can not state the disputed factual issues.

g)  Plaintiff is unable to state the points due to Defendant's non-compliance. Plaintiff has raised the laws of fraud, and other applicable laws, points in file, in record, etc… Due to Defendant's non-compliance, Plaintiff can not state the points of law.

h)  All previous motions on file and critical motions are still pending. Due to Defendant's non-compliance, Plaintiff can not state the issues of motions.

148

i)   Witnesses to be called can not be determined due to Defendant's failure and refusal to comply with the law and cooperate. Due to Defendant's non-compliance, Plaintiff can not state the witnesses to be called.

j)   Exhibits, Schedules, and Summaries can not be determined due to Defendant's failure and refusal to cooperate. Due to Defendant's non-compliance, Plaintiff can not state the exhibits, schedules, and summaries.

k)   Motions have been filed for further discovery. Plaintiff has been denied discovery by Defendant's unjust actions. Due to Defendant's non-compliance, Plaintiff can not state at this time the remaining discovery required.

l)   Defendant has failed or refused to cooperate, thus matters have not been stipulated to. Due to Defendant's non-compliance, Plaintiff can not state the matters stipulated to.

m)   Motions have been filed to amend the pleadings. Motions are still pending. Due to Defendant's non-compliance and motions pending, Plaintiff can not state the matters of pleadings, amendments.

n)   Defendant refuses and or fails to approach settlement in a good faith effort; therefore, settlement has not been fruitful or productive. If this Court held Defendant to the standards of the law, settlement may have been fruitful and productive. Due to Defendant's non-compliance, Plaintiff can not state the status of settlement.

o)   No matters have been able to be agreed to or stipulated to other than the fact that Plaintiff and Defendant resided in the same dwelling in the past. Due to Defendant's non-compliance, Plaintiff can not state the agreed upon statements.

p)   Due to Defendant's non-compliance, Plaintiff can not state whether bifurcation or a separate trial of specific issues is feasible and or desired.

q)   Defendant's has not complied with the law and this Court, Magistrate Judge has allowed Defendant's unjust actions, fraud upon the Court and non-compliance. Those unjust actions have been harmful and prejudice upon the Plaintiff and his prosecution of his claim. Due to Defendant's non-compliance, Plaintiff can not state at this time reference of actions to Master or Magistrate Judge. Due to the previous statement mention, all pertinent matters need to be through trial judge.

r)   Defendant has not stated a legal defense and unknown Defense argument; thus, appointment and limitations of expert witnesses are unknown. Due to Defendant's non-compliance, Plaintiff can not state the appointment and limitation of experts.

s)  Due to Defendant's non-compliance, Plaintiff can not state the schedule of trial. Plaintiff requested a jury trial, trial by jury. The matter of trial by jury to be addressed and raised again.

t)  Defendant has not complied with the law and Defendant's legal defense(s) and or argument(s) are unknown. Plaintiff has been unable to prosecute his claim and Plaintiff has been prevented from preparing for trial, due to Defendant's unjust and wrongful actions. Due to Defendant's non-compliance, Plaintiff can not state the estimated trial time.

u)  Due to Defendant's non-compliance, Plaintiff can not state the claims of privilege or work product.

v)  Due to Defendant's non-compliance, Plaintiff can not state at this time and point the other miscellaneous subjects relevant to trial or proceedings.

DATED: Honolulu, Hawaii on March 6, 2007.

Joseph R. Thames
Plaintiff

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF, | ) CIVIL NO.  04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>    DEFENDANT (s). | )<br>)<br>) |
| | ) |

CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Plaintiff's Supplemental Intermediate Final Pretrial Statement was duly

served on the above-identified party at the indicated address on the date shown by

depositing the original and/or a copy thereof, postage prepaid, in the United States mail,

addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on March 6, 2007.

Joseph R. Thames
Plaintiff

4