Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES | ) CIVIL NO. 04-00644 DAE-LEK |
| Plaintiff, | ) DEFENDANT'S OPPOSITION |
| | ) TO PLAINTIFF'S MOTION |
| DEBORAH Y. MILLER | ) TO ENLARGE DISCOVERY |
| | ) PERIOD AND MOTION TO |
| Defendant, | ) EXTEND DISCOVERY DEADLINE |
| | ) CERTIFICATE OF SERVICE |
| | ) U.S. MAGISTRATE JUDGE: |
| | ) LESLIE E. KOBAYASHI |

## DEFENDANT'S MOTION IN OPPOSITION TO PLAINTIFF'S MOTION TO ENLARGE DISCOVERY PERIOD AND MOTION TO EXTEND DISCOVERY DEADLINE

Now comes Plaintiff Deborah Y. Miller, Pro Se, filing Defendant's motion in opposition to the Plaintiff's motion. The Defendant is not using obstructionist conduct to comply with discovery obligations. The Defendant has answered all the Plaintiff's questions concerning this case/claim; the Defendant has given the Plaintiff all materials pertaining to this case/ claim. The Plaintiff has asked the Defendant over 100 questions relating to this case and matters not related to this case. The Plaintiff is disappointed that he has not and will not find any prejudicial evidence against the Defendant. If the Plaintiff had any justifiable evidence at all he would be ready to go to trial, the Defendant is. The Plaintiff is searching for evidence that is not there, does not exist, to waste the courts time and keep the Defendant answering the same questions over and over again. There are

only so many answers to the alleged claim of the Defendant owing $3,920.

The Plaintiff is fixated on the a case which he lost and continues to ask numerous questions regarding this case. The Plaintiff continues to ask these questions, will continue to waste the court's time and will not stop asking these same questions, even though the court has cautioned the Plaintiff not to.

The Defendant request Protection from the Court.


Dated Boston, MA  3-5-07

*Deborah Y. Miller*
Deborah Y. Miller/Defendant, Pro Se

Deborah Miller
25 Maluniu Avenue
Suite #102, PMB165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>Plaintiff | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| Vs. | ) CERTIFICATE OF SERVICE<br>)<br>) |
| Deborah Y. Miller, et al.<br>Defendants | )<br>)<br>) |

## CERTIFICATE OF SERVICE

TO:  Plaintiff Joseph R. Thames
     P.O. Box 674
     Kailua, HI 96734

*Plaintiff Pro Se*

I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: 3-5-07

_Deborah Y. Miller_
Deborah Y. Miller, Defendant Pro Se