Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES | ) CIVIL NO. 04-00644 DAE-LEK |
| | ) |
| Plaintiff, | ) DEFENDANT'S MOTION |
| | ) REQUESTING THE COURT'S |
| vs. | ) PROTECTION |
| | ) |
| DEBORAH Y. MILLER | ) CERTIFICATION OF SERVICE |
| | ) |
| Defendant | ) |
| | ) U.S. MAGISTRATE JUDGE: |
| | ) LESLIE E. KABAYASHI |

## DEFENDANT'S MOTION REQUESTING THE COURT'S PROTECTION

Here come Deborah Y. Miller, Defendant, Pro Se requesting Protection from the Court.

Once again, the Defendant brings to the attention of this court the fact that the Plaintiff continues to send the same documents (Interrogatories, Admissions, Production, etc) over and over again. These the majority of the questions in these documents are related to a case already adjudicated and has nothing at all to do with this case. The Defendant *answered the questions* that are related to this case and gave notice to the Plaintiff that the others were not.. These documents (Interrogatories, Admissions, Production, etc.) (September 2007) were return then returned to the Plaintiff (October 2007). The Plaintiff continues to send the SAME documents, same questions, same pages, except the Plaintiff re-numbers the pages, in doing so the Plaintiff leaves the old numbers on the pages; same questions (already answered), same pages, different page numbers.

The Plaintiff complaints of court cost, yet he sends the same documents over and over again to the Defendant, this process is causing mental stress to the Defendant, and obvious harassment.

The Plaintiff is using the Discovery process to harass the Defendant, obviously refusing to accept the fact that the court has ordered the Plaintiff not to include matters already adjudicated in another court and asking the same questions over and over again.

The Plaintiff uses the excuse that the Defendant is being evasive so that the Plaintiff will not find any prejudicial evidence against the Defendant. The Plaintiff is searching for evidence that is not there, does not exist, to waste the court's time, to keep the court case open, delay going to trial. The Defendant has noting to hide, the Defendant has answered all the questions pertaining to this case.

The Plaintiff is so fixated on a case that has already been adjudicated that he continues to ask numerous questions and co-mingle the cases

If the Plaintiff had any justifiable evidence in THIS CASE, at all, the Plaintiff would not continue to harass the Defendant through unnecessary Discovery, he would be ready to go to trial, the Defendant is.

The Defendant ask the for the court's protection against this obvious and consistent harassment and blatant disregard to the court's rulings.

Dated: Boston, MA  3-5-07

_Deborah Y. Miller_
Deborah Y. Miller, Defendant, Pro Se

Deborah Miller
25 Maluniu Avenue
Suite #102, PMB165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| Vs. | ) CERTIFICATE OF SERVICE<br>)<br>) |
| Deborah Y. Miller, et al.<br>    Defendants | )<br>)<br>) |

## CERTIFICATE OF SERVICE

TO:   Plaintiff Joseph R. Thames
      P.O. Box 674
      Kailua, HI 96734

   *Plaintiff Pro Se*

I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: 3-5-07

Deborah Y. Miller, Defendant Pro Se