Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES | ) CIVIL NO. 04-00644 DAE-LEK |
| | ) |
| Plaintiff, | ) DEFENDANT'S OPPOSITION TO |
| | ) PLAINTIFF'S MOTION TO COMPEL |
| vs. | ) RESPONSES TO PLAINTIFF SECOND |
| | ) SPECIAL INTERROGATORIES AND |
| | ) REQUEST FOR PRODUCTION |
| | ) |
| DEBORAH Y. MILLER | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) U.S. MAGISTRATE JUDGE: |
| | ) LESLIE E. KABAYASHI |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLANTIFF'S FIRST REQUEST FOR PRODUCTION

Here comes Defendant Deborah Y. Miller, Defendant Pro Se, informing the court that the Plaintiff Second Special Interrogatories and Request for Request for Production, which had absolutely nothing to do with this court case, dated September 15, 2007, response "This request has nothing to do with this cause. This court has already determined that property will not be part of this cause. Property was heard and judgement rendered ....................", was mailed on October 2, 2006.

The Defendant ask the for the court's protection against this consistent harassment.

Dated: Boston, MA  3-5-07

_____
Deborah Y. Miller, Defendant, Pro Se

Deborah Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER<br>DEFENDANT | )<br>)<br>) |

### CERTIFICATE OF SERVICE

TO: Plaintiff Joseph R. Thames, Plaintiff Pro Se
    P.O. Box 674
    Kailua, HI 96734

I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: Boston, MA 3-5-07

_____
Deborah Y. Miller, Defendant Pro Se