Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES | ) CIVIL NO. 04-00644 DAE-LEK |
| | ) |
| Plaintiff, | ) DEFENDANT'S OPPOSITION TO |
| | ) PLAINTIFF'S MOTION TO TAKE |
| vs. | ) LEAVE TO FILE AN (SECOND) |
| | ) AMENDED COMPLAINT |
| DEBORAH Y. MILLER | ) |
| | ) CERTIFICATE OF SERVICE |
| Defendant | ) |
| | ) U.S. MAGISTRATE JUDGE: |
| | ) LESLIE E. KOBAYASHI |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO TAKE LEAVE TO FILE A (SECOND) AMENDED COMPLAINT

Now comes Defendant Deborah Miller, Pro Se praying that the court not allow the Plaintiff motion to take leave to file a second amended complaint. The Plaintiff has presented no new evidence in the case. The Plaintiff continues to reproduce and submit the same paper work dating back to 2000.

Plaintiff's only reason for his continually motions for amendment, and extensions is to prolong his harassment upon the Defendant. The Defendant prays that the court continues forth to trial, where it will be proven that the Plaintiff has no evidence, old or new to prove his allegation against the Defendant.

Dated Boston, MA  3-5-07

Deborah Y. Miller, Defendant, Pro Se

Deborah Miller
25 Maluniu Avenue
Suite #102, PMB165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| Vs. | ) CERTIFICATE OF SERVICE<br>)<br>) |
| Deborah Y. Miller, et al.<br>    Defendants | )<br>)<br>) |

**CERTIFICATE OF SERVICE**

TO:   Plaintiff Joseph R. Thames
      P.O. Box 674
      Kailua, HI 96734

   *Plaintiff Pro Se*

I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: 3-5-07

_____
Deborah Y. Miller, Defendant Pro Se