Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES | ) CIVIL NO. 04-00644 DAE-LEK |
| | ) |
| Plaintiff, | ) RESPONSE TO PLAINTIFF'S MOTION |
| | ) TO COMPEL DEFENDANT DEBORAH |
| vs. | ) Y. MILLER TO APPEAR FOR HER |
| | ) DEPOSITION AND MOTION FOR |
| DEBORAH Y. MILLER | ) SANCTIONS |
| | ) |
| Defendant, | ) ATTACHMENTS |
| | ) |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) U.S. MAGISTRATE JUDGE: |
| | ) LESLIE E. KOBAYASHI |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT DEBORAH Y. MILLER TO APPEAR FOR HER DEPOSITION AND MOTION FOR SANCTIONS

Here come Deborah Y. Miller, Defendant, Pro Se asking the court to accept this response, the Plaintiff's Motion was date stamped February 20th, the Defendant did not receive this Motion or the *10* other Motions and/or copies of Motions until Saturday, March 3, 2007. All were sent in two priority packages date 3/1/07 (see attachment B). The Defendant responded as soon as she received the packages and mailed the Response on Monday, March 5, 2007 (overnight) in order to make the March 7th due date. The Defendant ask that the court takes this into consideration.

The Defendant would like to take this time to apologize to the court. It was the Defendant's misunderstanding that the court ruled that Discovery was over, disposition being part of discovery, and that the Plaintiff could appeal the court's decision. Nevertheless, the Defendant has stated a number of times in the past that she has answered ***every* question asked by the Plaintiff; the Defendant has given all documents and things relevant pertaining** to this case to the Plaintiff. The Defendant has answered the above charges/claims in questions asked over and over again, same questions worded differently, but same question none the less and/or questions not related to this case, (See attachment A). The Defendant has nothing else to add or give to the Plaintiff.

The Plaintiff could not possible have any further questions that the Defendant has not ***already answered*** pertaining to THIS case. The Defendant has answered over 100 questions sent by the Plaintiff, in form of Interrogatories and Request for Admissions. The Defendant seriously doubts that the Plaintiff can have any new questions concerning the $3,920.00, if so, the Defendant ask the court to request that the Plaintiff submit valid questions that the Defendant has not already answered pertaining to this case/claim.

This case involves $3,920 allegedly owed the Plaintiff in rent, utilities, car repairs, and travel expenses. The Defendant has answered questions pertaining to these items over and over again. To spend hundreds of dollars in airfare in order to answer the same questions once again is fruitless and very expensive. Due to health concerns and a pending operation, the Defendant is preparing herself to physically attend trial.

The Defendant continues to voice her concerns in regards to this being just another form of harassment from the Plaintiff, and reiterates the fact that she has answered all questions concerning this case and that the Plaintiff continues to ask questions not relevant to this case.

DATED Boston, MA  3-5-07

Deborah Y. Miller, Defendant, Pro Se