original

Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 08 2007

at 11 o'clock and 40 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br><br>Plaintiff,<br><br>vs<br><br>DEBORAH Y. MILLER<br><br>Defendant | ) CIVIL NO. 04-00644 DAE-LEK<br>)<br>) DEFENDANT'S OPPOSITION TO<br>) PLAINTIFF'S MOTION TO COMPEL<br>) RESPONSES TO PLAINTIFF'S SECOND<br>) SET OF INTERROGATORIES AND A<br>) REQUEST FOR PRODUCTION TO<br>) DEFENDANT<br>)<br>) ATTACHMENTS 17-29<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) U.S. MAGISTRATE JUDGE:<br>) LESLIE E. KABAYASHI |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND A REQUEST FOR PRODUCTION TO DEFENDANT

The Plaintiff continues to ask the same questions over and over again, and also continues to ask questions that are not related to this case. Although the Court has cautioned the Plaintiff not to continue to ask the Defendant question related to another case the Plaintiff continues to do so, the majority of the questions are related to a case involving property (see attachment 17-29 (was 23-29 first time requested)). The Plaintiff uses the same questions and the same pages, the only difference is that the Plaintiff re-numbers the pages, in doing so the Plaintiff leaves the old numbers on the pages; same questions, same pages, different page numbers. The Plaintiff will never be satisfied because the Plaintiff chooses to continue to include claims that are not related to this case and the Defendant continues to answer only the claims that the court has ordered

relevant to this case. The Defendant anticipated that the Plaintiff would give the court incorrect, incomplete and misleading information, so the Defendant mailed the Plaintiff's Interrogatories, Admissions and Request to the Court, as a deterrent, but they were returned to the Defendant.

The Defendant ask the Court to request that the Plaintiff submit valid instances where the Defendant has not been definite in her responses to relating to this case/claim.

The Defendant ask the court to please stop this continued harassment. The Defendant has boxes and boxes of the same materials, the Plaintiff sends 3 and 4 copies of the same documents. The Defendant needs protection from the Court. The Defendant has nothing to hide, the Defendant has answered ***all the questions pertaining to this case***. The Defendant consider this obvious harassment and asked the Court's protection.


Dated Boston MA  3-5-07

_Deborah Y. Miller_
Deborah Y. Miller, Defendant, Pro Se