# ATTACHMENTS 17-29

Request for Production of Documents No. 12: Please produce any and all documents which support your answer to Interrogatory/Question No. 12.

13) Have you, your attorney, a private investigator or anyone else, observed, or conversed with the Plaintiff(s) since the incident? If so, state:

    a)    The date and place of each observation and/or conversation with or of the plaintiff(s).

    b)    The name, address and employer of each person other than the Plaintiff(s) taking part in the conversation and/or observation.

    c)    Whether any conversation was recorded or transcribed and the name and address of the person recording or transcribing the statement and having custody thereof.

    d)    The exact words, as best as can be recalled, of what Plaintiff said.

Response:

Request for Production of Documents No. 13: Please produce any and all documents which support your answer to Interrogatory/Question No. 13.

14) Have you, your attorney, a private investigator or anyone else, observed, or conversed with the Plaintiff(s) prior to the incident? If so, state:

a) The date and place of each observation and/or conversation with or of the plaintiff(s).

b) The name, address and employer of each person other than the Plaintiff(s) taking part in the conversation and/or observation.

c) Whether any conversation was recorded or transcribed and the name and address of the person recording or transcribing the statement and having custody thereof.

d) The exact words, as best as can be recalled, of what Plaintiff said.

Response:

Request for Production of Documents No. 14: Please produce any and all documents which support your answer to Interrogatory/Question No. 14.

15) Describe in your own words, in full detail, how each event in this incident occurred, including your representing Plaintiff in the purchase of the           property, your unjust action to take the property, your demeanor toward the plaintiff.

Response:

Request for Production of Documents No. 15: Please produce any and all documents which support your answer to Interrogatory/Question No. 15.

16) Please state, identify, list, describe, and explain all assets and equity (tangible and intangible) that you have or have had for the last ^ fourteen (14) years.

Response:

19 25

Request for Production of Documents No. 16: Please produce any and all documents which support your answer to Interrogatory/Question No. 16.

Previous Interrogatories and Request For Production which should have been answered Plaintiff's First Set of Interrogatories and Request For Production. Please submitted responses immediately. Priority and attention is to be given to immediately respond to these and complete the vague, evasive and non-responsive on these and all other alleged responses to Plaintiff First Set of Interrogatories and Request For Production.

I-2. c.) Please identify, list, explain and describe all information Defendant, you, provided to loan officer, mortgage broker, to Mortgage Company, to Norwest Finance, to obtain the loan, mortgage to purchase subject property to include but not limited to name of loan officer, information provided on loan application, copy of loan application and other related loan application documents to obtain a mortgage for 404 Kalama Street, Kailua Hawaii.

Response:

20
26

Request for Production of Documents No. I-2.c.: Please produce any and all documents which support your answer to Interrogatory/Question No. I-2.c.

I-2) Please identify, list, explain and describe all employers, self-employment, and any and all employment for the past ~~∧~~ twelve (12) years to include the wages, weekly, monthly, and annually pay, compensation, benefits, employers and employment addresses, W-2 forms, forms for self-employment.

Response:

Request for Production of Documents No. I-2: Please produce any and all documents which support your answer to Interrogatory/Question No. I-2.

Ii-2) Please identify, list, explain and describe all Defendant's tax filing, (state and federal) for the past ~~∧~~ twelve (12) years.

Response:

21
27

Request for Production of Documents No. Ii-2: Please produce any and all documents which support your answer to Interrogatory/Question No. Ii-2.

Previous Request for Production for Interrogatories on Plaintiff's First Set of Interrogatories and Request For Production were incomplete to which some of the numerous incomplete responses were Interrogatory 2, 2. a., 2. b., and 2. c. Request for Production for Interrogatories on Plaintiff's First Set of Interrogatories and Request For Production if not provided on previous response and or if so alleged to be provided, please so state and provide the complete response to the previous Request For Production.

2. a. Please, state, identify, list and describe (any and all) with specificity the amount of exchange of funds, money and or payments and the reason, purpose for exchange of funds, money and or payments made by Plaintiff to you and by you to Plaintiff, (to include but not limited to the date on which Plaintiff made such exchange of funds, money and or payments to you from Plaintiff and/or from you to Plaintiff), and please identify, list and describe all documents that support.

Request for Production of Documents No. 2.a.: Please produce any and all documents which support your answer to Interrogatory/Question No. 2.a..

2. b. Please, state, identify, list and describe with specificity the facts, events and circumstances known by you or to you surrounding the any and all real estate transactions of the         property of 404 Kalama Street, Kailua, Hawaii to include but not limited to the purchase of the property of 404 Kalama Street, Kailua Hawaii and described, and identify all documents that support your response.

Request for Production of Documents No. 2.b.: Please produce any and all documents which support your answer to Interrogatory/Question No. 2.b..

2. c. Please, state, identify, list and describe with specificity the facts that regarding obtaining any and all mortgages(s) for the purchase and or refinancing         property, the subject property of this litigation and action; to include the names, addresses and telephone numbers of who know of and or involved with the obtaining of any and all mortgage(s) for         property of this action and identify all documents that support your response (to include but not limited to mortgage brokers, loan officers).

Request for Production of Documents No. 2.c.: Please produce any and all documents which support your answer to Interrogatory/Question No.2.c..

23   29