# ATTACHMENTS

INTERROGATORIES AND REQUEST FOR PRODUCTION

1.  Please state, identify, list, and describe all individuals, persons, people, organizations, corporations, and businesses who have knowledge of the subject real estate transaction of this action and please state, identify, describe, and list each separately and respectful with such knowledge.

RESPONSE:

Request For Production of Documents No. 1:        Please produce any and all documents which support your answer to Interrogatory/Question No. 1.

2.  Please state, identify, describe and list where and who, the source, did you receive the funds for the transaction of the purchase of the property of 404 Kalama Street, Kailua, Hawaii, subject property of this action and what payments/funds/money did you make and or receive as a result of the subject transaction and subject action, and

9
15

what were the circumstances of the payments/receipts of funds/money to
include but not limited to wage statements and income tax returns.

RESPONSE:

    a. Please state, identify, list and describe (any and all) with
specificity the amount of exchange of funds, money and or payments and
the reason, purpose for exchange of funds, money and or payments made
by Plaintiff to you and by you to Plaintiff, (to include but not
limited to the date on which Plaintiff made such exchange of funds,
money and or payments to you from Plaintiff and/or from you to
Plaintiff, and please identify, list and describe all documents that
support your response.

RESPONSE:

10

16

b. Please state, identify, list and describe with specificity the facts, events, and circumstances known by you or to you surrounding the any and all real estate transactions of the subject property of 404 Kalama Street, Kailua, Hawaii to include but not limited to the purchase of the property of 404 Kalama Street, Kailua, Hawaii and described, and identify all documents that support your response.

RESPONSE:

c. Please state, identify, list and describe with specificity the facts that regarding obtaining any and all mortgage(s) for the purchase and or refinancing subject property, the subject property of this litigation and action; to include the names, addresses and telephone numbers of who know of and or involved with the obtaining of any and all mortgage(s) for subject property of this action and identify all documents that support your response (to include but not limited to mortgage brokers, loan officers).

RESPONSE:

Request For Production of Documents No. 2:  Please produce any and all documents which support your answer to Interrogatory/Question No. 2.

3.  Please state, identify, list and describe with specificity the facts and circumstances, and any and all instances, in which any document(s) were modified, altered, amended, or changed with and or without your knowledge or acquiescence, state how each was modified, altered, amended, or changed, and identify, list and describe all documents that support your response.

RESPONSE:

12

18

Request For Production of Documents No. 3:  Please produce any and all documents which support your answer to Interrogatory/Question No. 3.

4.  Please state, identify, list and describe any and all documents pertaining to the property of 404A Kalama Street, Kailua, Hawaii 96734 in Defendant's possession, her agent's possession or under Defendant's control.

RESPONSE:

Request For Production of Documents No. 4:  Please produce any and all documents which support your answer to Interrogatory/Question No. 4.

13

19

5. Please state, identify, list (provide a comprehensive list of) and describe any and all joint property removed by defendant from Plaintiff's property of 404A Kalama Street, Kailua Hawaii 96734.

RESPONSE:

Request For Production of Documents No. 5:    Please produce any and all documents which support your answer to Interrogatory/Question No. 5.

6.  Please state, identify, list and describe any and all documents regarding Joseph R. Thames.

RESPONSE:

*14*

*20*

Request For Production of Documents No. 6:    Please produce any and all documents which support your answer to Interrogatory/Question No. 6.

7. Please state, identify, list and describe any and all real estate transactions to which you have are and have been involved with, any and all real estate transactions you are and have been involved you, defendant and Julia . Coelho, any and all real estate transactions which involved you - the defendant, Julia F. Coelho, and plaintiff - Joseph R. Thames; and please state, identify, list and describe any and all other real estate transactions you have been involved with.

RESPONSE:

Request For Production of Documents No. 7: Please produce any and all documents which support your answer to Interrogatory/Question No. 7.

8. Please state, identify, list and describe your relationship with Julia F. Coelho, how long you have known Julia F. Coelho, and the terms and time period of each and every relationship.

RESPONSE:

Request For Production of Documents No. 8: Please produce any and all documents which support your answer to Interrogatory/Question No. 8.

9. Please state, identify, list and describe any and all documents and business records, including all records from Julia (Julie) Coelho removed by Defendant from Plaintiff's property of 404A Kalama Street, Kailua Hawaii 96734.

RESPONSE:

16

22

Request For Production of Documents No. 9:  Please produce any and all documents which support your answer to Interrogatory/Question No. 9.

10.  Please state, identify, list and describe any and all items removed by Defendant from Plaintiff's property of 404A Kalama Street, Kailua Hawaii 96734.

RESPONSE:

Request For Production of Documents No. 10:  Please produce any and all documents which support your answer to Interrogatory/Question No. 10.

11. Please state, identify, list and describe any and all times you have contacted the police concerning the property of 404 Kalama Street, Kailua Hawaii, the subject property of the action and litigation and or 404A Kalama Street, Kailua Hawaii, times you know of and or heard of the police being contacted concerning the property of 404 Kalama Street, Kailua Hawaii, the subject property of the action and litigation and or 404A Kalama Street, Kailua Hawaii, the times the police came to the property of 404 Kalama Street, Kailua Hawaii, the subject property of the action and litigation and or 404A Kalama Street, Kailua Hawaii, circumstances, events, dates, times names of the officers, the outcomes, individual and or people involved, name, telephone number, and address.

RESPONSE:

Request For Production of Documents No. 11: Please produce any and all documents which support your answer to Interrogatory/Question No. 11.

*18*

*24*

12.  Please state, identify, list and describe each expert witness you intend to rely on and what the basis and the experts' background is to include but not limited to:  Identify each and every person whom you expect to call as an expert witness at the trial of this action; for each person identified state the subject matter on which the expert is expected to testify; the substance of the facts and the opinions to which the expert is expected to testify; a summary of the grounds for each opinion; identify all experts you expect to call at trial, and for each state his occupation and specialty, describe his qualifications, and state the subject matter on which he is expected to testify, the substance of the facts and opinions to which each expert is expected to testify, and a summary of the grounds for each opinion.

RESPONSE:

Request For Production of Documents No. 12:  Please produce any and all documents which support your answer to Interrogatory/Question No. 12.

13.  Please state, list, identify and describe any and all statement(s) that have been made by you or that you are aware of related to this subject lawsuit, action, subject complaint, subject claim and the subject property of 404 Kalama Street and the property of 404A Kalama Street, Kailua Hawaii; to include have you, defendant, made a statement concerning this action or its subject matter to defendant or his attorneys or agents?  [For purposes of this question, a statement is either (1) a written statement signed or otherwise adopted or approved by defendant, or (2) a stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement by defendant and contemporaneously recorded;] and for each statement made, state:

  (1)  The names and addresses of all persons present when the statement was made;

20
2b

(2)  The location of defendant and the persons identified above when the statement was made;

(3)  The date the statement was made; and

(4)  The name and address of the person having custody of such statement.

RESPONSE:

Request For Production of Documents No. 13:  Please produce any and all documents which support your answer to Interrogatory/Question No. 13.

14.  Please state, list, identify and describe if defendant or his agents or attorneys has obtained any statements from any person concerning this action or its subject matter, state:  [For purposes of this question, a statement is either (1) a written statement signed or otherwise adopted or approved, or (2) a stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement and contemporaneously recorded;]

Request for Production of Documents No. 22: Please produce all documents that refer to, relate to, or evidence to the purchase of any and all property of any and all lawsuit(s).

Request for Production of Documents No. 23: All documents identified in, referenced or referred to in response to any of the foregoing Interrogatories.

Request for Production of Documents No. 24: All documents that refer to, relate to, or evidence to the purchase of property subject any and all past, present and or future legal action, including but not limited to for purchase, lease, rental etc...(any and

all real estate transactions) to include but not limited to bids, proposals, agreements, contracts, correspondence, notes, estimates, appraisals, and other documents.

Request For Production of Documents No. 25:  The curriculum vitae of each expert witness whom you expect to testify on your behalf at a trial in this matter.

Request For Production of Documents No. 26:  All documents that refer to, relate to, or evidence any evaluation, analysis, study or test conducted by any expert witness you expect to testify on your behalf at a trial of this matter, and the results of any such evaluation, analysis, study or test.

Request For Production of Documents No. 27:  All documents that refer to, or evidence repairs that will be made or were made to the house including without limitation any receipts, bids, estimates, reports, offers, proposals, contracts, or canceled checks.

Request For Production of Documents No. 28:  All documents that refer to, relate to, or evidence any communications between you and Plaintiff, including but not limited to contracts, correspondence, notes, bills, reports, evaluations, or other documents.

30
36

Request For Production of Documents No. 29: All written communications made by you or anyone on your behalf regarding the subject matter of this litigation.

Request For Production of Documents No. 30: All documents that refer to, relate to, or evidence of the purchase, or the settlement or closing of the purchase, of the house and/or the real property (in this litigation) on which it sits.

Request For Production of Documents No. 31: All photographs, drawings, or videotapes in your possession or of which you are aware relating to the subject matter of this litigation.