ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2007

at 12 o'clock and 07 min. A M
SUE BEITIA, CLERK

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S** |
| VS. | ) **INTERMEDIATE**<br>) **FINAL PRETRIAL STATEMENT** |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) CERTIFICATE OF SERVICE<br>) |

## ~~MOTION TO EXTEND TIME TO FILE~~ PLAINTIFF'S INTERMEDIATE FINAL PRETRIAL STATEMENT

Now Comes Plaintiff for sound cause and good reason submits and files Plaintiff's Intermediate Final Pretrial Statement. Plaintiff has been prevented from prosecuting his case due to the Defendant's unjust actions. Defendant has failed, refused and or neglected to comply with discovery and the rules and the law of the Court. Defendant has also conducted a fraud on the Court. Plaintiff has been further harmed and prejudiced from prosecuting his case due to Defendant's actions. Plaintiff has filed motions to compel Defendant's deposition and other discovery. Plaintiff has filed a motion to amend Plaintiff's complaint. As well, Plaintiff has filed for a stay on the case and other motions to prevent a further injustice upon the Plaintiff. Plaintiff has filed for an extension in time to file Plaintiff's Final Pretrial Statement. Records demonstrate further ground for this extension.

a) Plaintiff Joseph R. Thames

b) This Court has jurisdiction. Jurisdiction grounds are diversity of citizenship amount over $75,000; federal question and or equal protection.

c) The substance of the claims is money and assets. Defendant has intentionally and wrongfully took and or withheld money and assets from Plaintiff. Defendant has not presented any legal defenses. Due to Defendant's non-compliance, Plaintiff can not state the substance of the action.

d) Defendant has not complied with discovery; thus, the undisputed facts have not been resolved. Defendant has not cooperated with Plaintiff good faith efforts to

obtain the undisputed facts. Due to Defendant's non-compliance, Plaintiff can not state the undisputed facts.

e) All facts which are shown by accounting are disputed. Other accounting and property matters raised in the Plaintiff's Motion to Amend Complaint are still disputed. Due to Defendant's non-compliance, Plaintiff can not state the disputed factual issues.

f) Plaintiff seeks all available damages to include punitive damages.

g-v) Plaintiff is unable to state the points due to Defendant's non-compliance.


DATED: Honolulu, Hawaii on March 5, 2007.

Joseph R. Thames
Plaintiff

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF, | ) CIVIL NO.  04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>    DEFENDANT (s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Plaintiff's Intermediate Final Pretrial Statement was duly served on the

above-identified party at the indicated address on the date shown by depositing the

original and/or a copy thereof, postage prepaid, in the United States mail, addressed to

the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on March 5, 2007.

Joseph R. Thames
Plaintiff