Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISRTICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF<br><br>VS.<br><br>DEBORAH Y. MILLER, ET. AL<br>DEFENDANT (s) | CIVIL NO. 04-00644DAE-LEK<br><br>PLAINTIFF JOSEPH R.THAMES'<br>SEVENTH REQUEST FOR<br>ADMISSIONS<br><br>CERTIFICATE OF SERVICE |

## PLAINTIFF JOSEPH R. THAMES'

### SEVENTH REQUEST FOR ADMISSIONS

TO:   DEBORAH Y. MILLER
      Defendant Deborah Y. Miller
      25 Maluniu Ave Ste 102
      PMB165
      Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff JOSEPH R. THAMES, hereby serves upon Defendant DEBORAH Y. MILLER, and requests that Defendant DEBORAH Y. MILLER make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at the trial.

PLEASE TAKE NOTICE that one (1) copy of the response to the admissions must be served upon the undersigned within THIRTY (30) DAYS after receipt of this request for admission pursuant to Rule 36 of the Hawaii Rules of Civil Procedure and the Federal Rules of Civil Procedure. The

EXHIBIT A
EXHIBIT E

5

77

admissions shall be considered admitted to be true, if one (1) copy of response to the admissions are not served upon the undersigned within THIRTY (30) DAYS after receipt of this request in accordance with and pursuant to Rule 36 of the Hawaii and the Federal Rules of Civil Procedure.

PLEASE TAKE NOTICE that a space has been provided for a notary seal and signature. It is requested of Defendant, that the document be signed and witnessed before a notary that the responses to the admissions are true to the best of your knowledge under the penalty of perjury.

## DEFINITIONS

The following definitions apply to the Admissions enumerated below and are hereby incorporated therein:

1. "You" and "Your" refer to Defendant DEBORAH Y. MILLER, her agents, employees, attorneys, and other persons acting or purporting to act on her behalf.

2. "Writing" means any tangible thing upon which is recorded any form of communication or representation, including letters, words, pictures, sounds, or symbols, or any combination thereof, by means of handwriting, typewriting, printing, photocopy in, photographing, sound recording, or any other method of recording. This definition includes, but is not limited to records, reports, papers, documents, photographs, books, letters, notes, memoranda, statements, tape recordings, phonographs recordings, and microfilm, whether in your possession or under your control or not, relating to or pertaining in any way to the subject in connection with which is used; and includes, without limitation,

all file copies and drafts prepared with such writing whether used or not.

3. The term "document (s)" means and includes any and all:

   a. Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-taped, visually reproduced, stenographically reproduced or reproduced in any other manner;

   b. Originals and all copies of any and all communications;

   c. Writings of any kind or type whatsoever;

   d. Books and pamphlets;

   e. Microtape, microfilm, photographs, movies, recordings, tape, recordings, and video-tapes, stenographically or otherwise reproduced;

   f. Diaries and appointment books;

   g. Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

   h. Letters and correspondence;

   i. Contracts and agreements;

   j. Other legal instruments or official documents;

   k. Financial statements, accounting records, worksheets, reports, schedules, ledgers, books, records and journals;

   l. Investigation or incident reports;

   m. Files and records;

   n. Notes or summaries of conferences, meeting, discussions, interviews or telephone conversations or messages;

   o. Drafts or draft copies of any of the above;

1. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" is a true, accurate and correct copy of document I, Defendant Deborah Y. Miller, mailed to and served upon Plaintiff Joseph R Thames on September 01, 2006.

   Admit_____        Deny_____

2. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" hereto and incorporated by reference, as Exhibit C, is a true, accurate and correct copy of "Financial Statement" handwritten by me in my own handwriting.

   Admit_____        Deny_____

3. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is a true, correct copy of "Financial Statement" document given to Joseph R. Thames, Plaintiff, by me, Deborah Y. Miller for accounting of the money received from funds of Joseph R. Thames entrusted and deposited with me for expenditure in benefit of Joseph R. Thames.

   Admit_____        Deny_____

4. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the

certain sum of money of Eight Thousand Dollars, ($8,000), I, Deborah Y. Miller, deposited on 9-9-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____          Deny_____

5. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the certain sum of money of Sixteen Thousand Dollars, ($16,000), I, Deborah Y. Miller, deposited on 9-15-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____          Deny_____

9
5    81

6. Exhibit C, which is titled, "Financial Statement- ATTACHMENT D ATTACHMENT (10) – (12) (Additional Enclosures)" attached hereto and incorporated by reference as Exhibit C is an accounting of the certain sum of money of Five Thousand Five Hundred Dollars, ($5,500), I, Deborah Y. Miller, deposited on 9-21-1998 for the expenditure in benefit of Joseph R. Thames.

Admit_____          Deny_____

Under the penalty of perjury, I state that the above responses are true to the best of my knowledge.

Signature: _____   Dated: _____

Notary Signature and Seal: _____

County of Honolulu, on Oahu, Hawaii

Dated: _____

DATED: November 14, 2006 in Honolulu, Hawaii

_____
Joseph R. Thames
Plaintiff