<u>Financial Statement- ATTACHMENT D</u>
ATTACHMENT (10) – (12)
(Additional Enclosures)

Attachment (10) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (11) has nothing to do with the $3,290.00 alleged owed to the Plaintiff.

Attachment (12) does state items included in the $3,290.00:

1. 100 & 400 Boston ATM (loan was repaid- cancelled check attached #1)
2. 650 for August and September Rent (See Attachment A)*
3. 200 Plaintiff often fixed Defendant's car (by choice) & never asked Defendant to pay Defendant wishes to see receipts for repairs.

ADDITIONAL ENCLOSURES: #2A&B & 3A&B

1. $500 trip to East Coast : Defendant traveled home to Boston every year. Defendant was able to pay her own fare to Boston via a TWA Travel Card. (<u>See attached receipt</u>). Plaintiff chose to pay for Defendant because Plaintiff wanted Defendant to stay over night in California as opposed to St. Louis (TWA) in order to meet the Plaintiff's brother and family.

2. $100.00 money taken out of joint account: Defendant's money was used to open this account. Defendant made all deposits and withdrawals. Plaintiff never contributed to this account.

<u>ATTACHMENT D FOR (10) – (12) & ADDITIONAL ENCLOSURES</u>

Exhibit C

11

7    83

# FINANCIAL STATEMENT

(1)

```
Deposit  9-9-98     8,000
Deposit  9-15-98   16,000
Deposit  9-21-98    5,500
                   ──────
                   29,500
         Inspect      300
                   ──────
                   29,200
         Appls        235
                   ──────
                   28,965
         JT         1,000
                   ──────
                   27,965
         JT         1,500
                   ──────
                   26,465
         JT           800
                   ──────
                   25,665
         JT         1,200
                   ──────
                   24,465
         JT         1,000
                   ──────
                   23,465
         JT         1,400
                   ──────
                   22,065
         JT         1,600
                   ──────
                   20,465
         mortg     1,348
                   ──────
                   19,117
         JT         200
                   ──────
                   18,917
```

```
                   18,917
         JT        1,200
                   ──────
                   17,717
         JT        1,800
                   ──────
                   15,917
         JT        1,000
                   ──────
                   14,917
                   2,130  weekly
                   ──────
                   12,787
         JT        1,400
                   ──────
                   11,387
         JT        1,000
                   ──────
                   10,387
                    6,942  Deposit 11/25/98
                   ──────
                   17,329
                   + 650  (oct) rent xx  Add
                   ──────
                   17,979
                     894 - Dennis Ins
                   ──────
                   17,085
                   1,500 - JT  CE 1054  1,500
                   ──────
                   15,585
                   1,296  mort 12-11-98  dk
                                         256
                   ──────
                   14,289
                   → page (2)
```

Withdrawals - Expenditures

```
1507  9/98    500  Escrow
1551  9-20-98 300  Inspect
1554 10-2-98  235  Appraisal
1555 10-2-98  1,000  JT
1556 10-2-98  1,500  JT
1561 10-29-98 1,200  JT
1563 10-7-98    800  JT
1564 10-10-98 1,000  JT
1565 10-11-98 1,400  JT
1566 10-13-98 1,600  JT
1567 10-28-98 1,348.14  mortg.
     10-22-98 1,200  JT
     10-26-98 1,800  JT
```

```
1609 11/98  1,400
1615 11/98  1,000 = JT  15,100
1654 11/98  1,500
1672 —      1,000
1684 —      1,000
4094       ~~230~~
1696-98 →  230 ok
           900
           ──────
           6,700 = JT   6,700
                      ──────
                      22,800
```

(10)

12   8    84

4,289
- 600 Nov Rent pre Added
----
1,889
  296  10-31-98 ch#1685 Rent
----
3,593
    000 ch#1677 J.T
----
3,593
  1200 ch#1671 J.T
----
1,393
  1,000 ch#1689 J.T
----
0,393
    236 Smol + Sensor 1611
----
  157
  ,000 Julie
----
  157
  1,300 - J.T
----
  857
  500 Julie
----
  357
  218 usaa
   55 usaa
----
  630
  300 pd me
----
  930
  900 - J.T 1128
----
   30

(11)
13 9    85

```
I owe J.J                              Wedding
 100 Boston ATM              chk# 1558 700 Dress
 450   "    "                     1598 650 Hall
 650 August Rent                  1598 380 Invites
 650 Sept Rent                    1604 400 Photo deposit
 ----                             -------
1850                              2,130
 200 Car                            200 Dumpy Floors
 ----                             -------
2050 TOTAL owed JT                2,330
                             1691- 600 Limo party    To do
                                  -------           Photos balance
                                  2,930              Flowers
                                                     Food


J.T = 45,100
       1,500
```

(12)
14  10  86





Exhibit C

Enclosure 2A

16  12  88

```
ITINERARY FOR MILLER/DEBORAH                          48IX2S
DAY        DATE      CITY                TIME   AIRLINE        FLT
FRIDAY     23JUL  LV HONOLULU            655P   TRANS WORLD    002
                  AR ST LOUIS            751A
SATURDAY   24JUL  LV ST LOUIS            1015A  TRANS WORLD    436
                  AR BOSTON              201P
MONDAY     09AUG  LV BOSTON              835A   TRANS WORLD    181
                  AR ST LOUIS            1035A
MONDAY     09AUG  LV ST LOUIS            1140A  TRANS WORLD    001
                  AR HONOLULU            342P
```

Enclosure 2B
17  13  89

Exhibit C

MILLER, DEBORAH OR THAMES, JOSEPH

0500627370

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | BALANCE |
|---|---|---|---|---|
| 01/07/98 | INITIAL DEPOSIT: | | $200.00 | $200.00 |
| 1/20/98 | Deposit | | 380 | 580 |
| 1-28-98 | Deposit | | 440 | 1020 |
| 1-30-98 | withdrawal | 100 | | 920 |
|  | (Rent) 670 Jan | | | 250 |
| 2/6/98 | Deposit | | 380 | 630 |
| 2/17/98 | withdrawal | | | 130 |
|  |  |  |  | 500 |
| 2/29/98 | withdraw—check | | | 260 |
|  |  |  |  | 360 |
| 3/6/98 | Deposit | | | 175 |
|  |  |  |  | 475 |
| 6/29/98 | Deposit | | | 980 |
|  |  |  |  | 20 |
| 7/1/98 | withdrawal | | | 960 |
| 7/3/98 | " | | | 460 |
|  |  |  |  | 60 |
| 2/5/98 |  | | | 80 |
|  |  |  |  | 90 |

HAWAII NATIONAL BANK

R-12 (rev. 7/76)   HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

059 003   1583A 262   02/06/98 01:07 PM
0500627370TDKN   NB   $380.00
OPENING THIS YEAR — A NEW BRANCH IN MAPUNAPUNA.

THIS IS YOUR REGISTERED RECEIPT

R-12 (rev. 7/76)   HAWAII NATIONAL BANK

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

059 006   1617A 214   01/28/98 12:58 PM
0500627370TBNB   NB   $440.00
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS!!!

18   14   90

Exhibit C

| DATE | MEMORANDUM | AMOUNT OF WITHDRAWAL | AMOUNT OF DEPOSIT | Balance Forward 6 |
|------|------------|----------------------|-------------------|---------|
|      |            |                      |                   | 6,412   |
|      |            |                      |                   | 100     |
|      |            |                      |                   | 540     |
|      |            |                      |                   | 20      |
|      |            |                      |                   | 520     |
|      |            |                      |                   | 200     |
|      |            |                      |                   | 320     |

**HAWAII NATIONAL BANK**

R-12 (rev. 7/76)    **HAWAII NATIONAL BANK**

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*



```
J59 006        1617A 410       01/20/98 11:48 AM
0500627370TDNB      NB              $280.00
HAPPY "1998" FROM YOUR WARM-HEARTED BANKERS
```

THIS IS YOUR REGISTERED RECEIPT

R-12 (rev. 7/76)    **HAWAII NATIONAL BANK**

Transaction Number, Date and Amount of Your Deposit are Shown Below

*Thank you for your deposit.*

```
J59 004        2508A 709       02/03/98 01:39 PM
0500627370TWAN     NB
```

19  15  91

Exhibit C

STATE OF HAWAII            )
HONOLULU, HAWAII           )   SS.
                           )

_____, being first duly sworn on oath, deposes and says that the foregoing answers and or responses to request for admissions are true, accurate and correct to the best of her knowledge and belief.


_____


Subscribed and sworn to before me
This \_\_\_\_\_ day of _____, 2006




Notary Public, State of Hawaii

My Commission expires:

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Seventh Request for Admissions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

DEBORAH Y. MILLER
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on November 14, 2006

Joseph R. Thames
Plaintiff