# HAWAII NATIONAL BANK

## DISCLOSURE STATEMENT, SIMPLE INTEREST PROMISSORY NOTE AND SECURITY AGREEMENT

March 4, , 19 98
Kailua , Hawaii

Branch: Kailua
Loan No. 059-06822
Maturity (Loan Due) 2/25/02

In this Document which contains (i) a Disclosure Statement, (ii) a Simple Interest Promissory Note, and (iii) a Security Agreement, the words you, your, yours and yourself mean each and all of those who sign this Document. The words we, us, our and ourself mean Hawaii National Bank.

**OUR DISCLOSURES TO YOU:**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.11 % | $ 2,581.60 (e) | $ 17,000.00 | $ 19,581.60 (e) |

(e)—means an estimate

**YOUR PAYMENT SCHEDULE WILL BE AS FOLLOWS:**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 47 | $407.95 | Due on the 25th day of each month beginning on, 3/25/98. |
| 01 | $407.95 (e) | Balnace due on demand or at maturity, 2/25/02. |

Your payment obligation has a demand feature which means we can demand that you pay this Note off at any time.

**INSURANCE:**
Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you initial below and agree to pay the additional costs.

Type of Insurance                Premium Cost         Policy Term         Expiration Date
☐ Disability & Joint Credit Life    $_____            _____ mos.        ___/___/___
☐ Disability & Single Credit Life   $_____            _____ mos.        ___/___/___
☐ Credit Life-Joint                 $_____            _____ mos.        ___/___/___
☐ Credit Life-Single                $_____            _____ mos.        ___/___/___

Please mark and initial the appropriate choice:
You desire Disability and Single ☐  Joint ☐  Credit Life Insurance. _____ (initial)
You desire Single ☐  Joint ☐  Credit Life Insurance. _____ (initial)
You do not desire any insurance.  XX JY YK_____ (initial)

You may obtain property insurance from any insurance company authorized to do business in the State of Hawaii.

**SECURITY:**
To assure us that you will pay us and do everything else as you have promised in this Note, you will give us a Uniform Commercial Code security interest in the following property which you own or will own. (After this we'll call it the "Property.")

(Describe the Property)

Hawaii National Bank Time Certificate of Deposit #01873 in the name of Joseph R. Thames and in the amount of $17,000.00.
Along with all substitutions for it, everything installed in or affixed to it and all proceeds of it including insurance proceeds.

**FILING FEES:**
$ N/A is the sum you must pay for us to record the security interest in the public records.

**LATE CHARGES:**
You'll pay a late charge for each payment that we don't receive within 10 days after the day it's due. The charge will be 5% of the amount that's late.

**PREPAYMENT:**
To save yourself interest, you may pay early and may make extra payments or larger payments than agreed. There's no penalty for such prepayments. You will read the rest of this Note for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds or penalties.

**PROMISE TO PAY:**
You, as the Borrower, promise to pay HAWAII NATIONAL BANK, or to someone else if we so order, Seventeen Thousand and No/100*
*                          *                          *                          *                          * DOLLARS
($ 17,000.00 *              *) on demand or if no demand, then as stated above in Your Payment Schedule.

You will also pay us interest computed on the unpaid part of the loan amount at an ANNUAL PERCENTAGE RATE of _____ %. You also acknowledge that it is essential that you make your payments and keep your promises under this Note on time. You know that we don't have to let you refinance any balloon payment or any amount due on the loan. The loan will be secured as described above in Security.

If you don't make any payment when it's due, or if you otherwise default under this Promissory Note, we may declare the whole amount you owe to be payable at once without any advance notice. This is our right of "acceleration."

**ITEMIZATION OF AMOUNT FINANCED:**

1. Issue checks to: _____

Amount
$ _____
$ _____
$ _____
$ _____
$ 17,000.00

Exhibit B

22