#00-077848






Exhibit C

23