

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2007

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S** |
| VS. | ) **REQUEST FOR**<br>) **DEFENDANT TO STIPULATE** |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) **TO GENERALIZED DAMAGES**<br>)<br>) CERTIFICATE OF SERVICE<br>) |

### PLAINTIFF'S REQUEST FOR DEFENDANT TO STIPULATE TO GENERALIZED DAMAGES

Now Comes Plaintiff for sound cause and good reason submits and requests for Defendant to stipulate to Generalized Damages. In accordance with the law, Plaintiff request Defendant to stipulate.

Generalization of Damages:

$3,290.00   The Court limited and restricted damages are owed to Plaintiff. Defendant has not offered a legal defense. Defendant defense has no merit. The monies Defendant asserts to have paid the debt with is monies of the Plaintiff. (Exhibit A – Admissions of Fact) Further, Defendant did not appear for her Deposition to address, justify or defend her position and or Defense. These damages are for household bills and loans.

$29,500.00   Damages due and owed to Plaintiff for funds of Plaintiff withheld and not returned to Plaintiff by Defendant. Funds were money received by Deborah Y. Miller from funds of Joseph R. Thames entrusted and deposited with Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff Joseph R. Thames. (Exhibit A)

$2,130.00   Damages are for loan due, owed and not repaid to Plaintiff by Defendant. Loan was for monies loaned to Defendant for her daughter's wedding. (Exhibit A)

$15,900.00   Damages from loan repaid from funds of Plaintiff Joseph R. Thames.
             Loan for Defendant Deborah Y. Miller was secured by $17,000 Certificate
             of Deposit (CD) of Plaintiff Joseph R. Thames. Loan and CD were held at
             Hawaii National Bank: Loan Number 059-06822 and CD #01873.
             Funds are due and owed to Plaintiff by Defendant. (Exhibit B)

$5,080.00    Damages for bad check. Check number 0970 surrendered to Plaintiff
             Joseph R. Thames from Defendant Deborah Y. Miller and returned
             unpaid due to insufficient funds are due and owed to Plaintiff
             Joseph R. Thames. (Exhibit C)

$17,000.00   Damages for monies owed and due to Plaintiff Joseph R. Thames from
             Defendant Deborah Y. Miller. Funds were money received by Deborah Y.
             Miller from funds of Joseph R. Thames entrusted and deposited with
             Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff
             Joseph R. Thames. (Exhibit D)

$6,942.07    Damages for monies owed and due to Plaintiff Joseph R. Thames from
             Defendant Deborah Y. Miller. Funds were money received by Deborah Y.
             Miller from funds of Joseph R. Thames entrusted and deposited with
             Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff
             Joseph R. Thames. (Exhibit D)

$1,290.00    Damages for monies owed and due to Plaintiff Joseph R. Thames from
             Defendant Deborah Y. Miller. Funds were money received by Deborah Y.
             Miller from funds of Joseph R. Thames entrusted and deposited with
             Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff
             Joseph R. Thames. (Exhibit D)

$1,000.00    Damages for monies owed and due to Plaintiff Joseph R. Thames from
             Defendant Deborah Y. Miller. Funds were money received by Deborah Y.
             Miller from funds of Joseph R. Thames entrusted and deposited with
             Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff
             Joseph R. Thames. (Exhibit D)

$3,000.00    Damages for monies owed and due to Plaintiff Joseph R. Thames from
             Defendant Deborah Y. Miller. Funds were money received by Deborah Y.
             Miller from funds of Joseph R. Thames entrusted and deposited with
             Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff
             Joseph R. Thames. (Exhibit D)

$6,000.00    Damages for monies owed and due to Plaintiff Joseph R. Thames from
             Defendant Deborah Y. Miller. Funds were money received by Deborah Y.
             Miller from funds of Joseph R. Thames entrusted and deposited with
             Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff
             Joseph R. Thames. (Exhibit D)

| | |
|---|---|
| $6,700.00 | Damages for monies owed and due to Plaintiff Joseph R. Thames from Defendant Deborah Y. Miller. Funds were money received by Deborah Y. Miller from funds of Joseph R. Thames entrusted and deposited with Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff Joseph R. Thames. (Exhibit D) |
| $16,812.35 | Damages for monies owed and due to Plaintiff Joseph R. Thames from Defendant Deborah Y. Miller. Funds were money received by Deborah Y. Miller from funds of Joseph R. Thames entrusted and deposited with Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff Joseph R. Thames. (Exhibit D) |
| $500.00 | Damages for monies owed and due to Plaintiff Joseph R. Thames from Defendant Deborah Y. Miller. Funds were money received by Deborah Y. Miller from funds of Joseph R. Thames entrusted and deposited with Defendant Deborah Y. Miller for expenditure in benefit of Plaintiff Joseph R. Thames. (Exhibit D) |
| $11,050 | Damages for rent owed and due to Plaintiff Joseph R. Thames from Defendant Deborah Y. Miller. |
| $372,000.00 | Estimated damages for loss of equity. |
| $2,500.00 | Loss of value of truck. |
| $2,500.00 | Loss of value of truck. |
| $3,800.00 | Loss of value of truck. |

$26,640    Storage of household goods.
$370 per mo. (12 mos. per year) X 6 years.

$420,000.00   Loss of income (estimated).
($70,000.00 X 6 years)

$300,000.00   Loss of income (estimated).
($50,000.00 X 6 years)

| | |
|---|---|
| $1,000,000.00 | Mental anxiety and anguish |
| $1,000,000.00 | Mental stress/disorder |
| Undetermined | Other damages undeterminable in generalization at this time because Defendant's illegally removed/stole items from Plaintiff's property. |

Undetermined      Legal fees, cost and expenses.

Undetermined      Punitive damages.

DATED: Honolulu, Hawaii on March 13, 2007.

                                                     Joseph R. Thames
                                                     Plaintiff

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>    DEFENDANT (s). | )<br>)<br>) |

CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Request for Defendant to Stipulate to Generalized Damages was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on March 13, 2007.

Joseph R. Thames
Plaintiff