# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/13/2007 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph Thames vs. Deborah Y. Miller, et al. |
| ATTYS FOR PLA: | Joseph Thames (Plaintiff Pro Se) |
| ATTYS FOR DEFT: | Deborah Y. Miller (Defendant Pro Se) |
| INTERPRETER: | |

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Room C-335-No Record |
| DATE: | 03/13/2007 | TIME: | 9:40-9:50 |

---

COURT ACTION: EP: Final Pretrial Conference held. Deborah Y. Miller participated by phone.

Plaintiff Pro Se Joseph Thames objects to the holding of the Final Pretrial Conference.

Final Pretrial Conference held.

Trial Days: Plaintiff - (could not be determined), Defendant - (could not be determined).

Witnesses: Plaintiff - 5, Defendant - 1.

Exhibits: Plaintiff - 1 to 100, Defendant - 200-to 299.

Motions in Limine: Plaintiff - (could not be determined), Defendant - (could not be determined).

Submitted by: Warren N. Nakamura, Courtroom Manager