# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph R. Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 03/16/2007 | TIME: | |

COURT ACTION:  EO: Defendant's Motion Requesting the Court's Protection, Plaintiff's Request for Defendant to Stipulate to Generalized Damages and Plaintiff's Motion for Default Judgment will be considered by Magistrate Judge Leslie E. Kobayashi as Non Hearing Motions.

Memorandum in Opposition is due 3/30/07.
Reply Memorandum is due 4/13/07.

Defendant's Motion Requesting the Court's Protection, Plaintiff's Request for Defendant to Stipulate to Generalized Damages and Plaintiff's Motion for Default Judgment will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Cc: all parties

Submitted by: Warren N. Nakamura, Courtroom Manager