Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | )<br>) AFFIVADIT OF JOSEPH R. THAMES |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>)<br>) |

## AFFIDAVIT OF JOSEPH R. THAMES

I, Joseph R. Thames, affiant, deposes, states and says under penalty of perjury:

1. Hereto attached Exhibit "A" is a true, correct and accurate copy of the subpoena and document of Hawaii National Bank of Borrower Deborah Y. Miller collateral loan secured with Time Certificate Deposit of Joseph R. Thames in the amount of $17,000.00 with Disclosure Statement.
2. Hereto attached Exhibit "B" is a true, accurate and correct copy of the Notice of Deposition Change of Location/Place of Deposition with the letter to Defendant of the change of location of deposition and the Notice of Deposition included.
3. On January 13, 2007, Plaintiff served Notice of Deposition upon Defendant via U.S. mail.
4. On January 31, 2007, Plaintiff was contacted by the Court Reporter and notified of a change in location of the place of the deposition.
5. On February 1, 2007, Plaintiff served with a letter via U.S. mail to Defendant the change of location of the place of the deposition.
6. On February 06, 2007, Plaintiff served Notice of Deposition Change of Location/Place of Deposition on Defendant via U.S. mail.
7. On February 14, 2007, Plaintiff served again the Notice of Deposition Change of Location/Place of Deposition on Defendant on Defendant via U.S. mail.

15

8. On February 15, 2007, Plaintiff faxed a copy of Notice of Deposition Change of Location/Place of Deposition on Defendant to Defendant's mail pick up point.

9. On February 17, 2007, Plaintiff faxed a copy of Notice of Deposition Change of Location/Place of Deposition on Defendant to Defendant's mail pick up point.

10. Plaintiff never received any objection and or opposition to the Notice of Deposition and or Notice of Deposition Change of Location/Place of Deposition on Defendant.

11. On February 20, 2007 at 8:30 a.m., two associates of Plaintiff, one female and one male, waited at the 2355 Ala Wai Boulevard address to give Defendant the changed address if Defendant showed up. Defendant did not show up at the 2355 Ala Wai Boulevard by 9:45 a.m.

12. On February 20, 2007, Defendant Deborah Y. Miller did not appear for her deposition.

13. On February 20, 2007, Defendant Deborah Y. Miller did not appear for her deposition at 9:00 a.m. at 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813.

14. On February 20, 2007 at approximately 9:35 a.m., the Defendant telephone number of record was called by the Court Reporter. A female voice answered the telephone. The Court Reporter identified herself and stated that she, the Court Reporter, was calling in reference to the scheduled deposition. The woman whom answered the telephone hung up.

15. On February 20, 2007 at approximately 9:37, the Defendant's telephone number of record was called again by the Court Reporter. A recorded voice came on.

16. On February 20, 2007 at approximately 9:40 a.m., Plaintiff Joseph R. Thames called the Defendant's telephone number of record. A recorded voice message came on and identified the voice mail of Deborah. Plaintiff Joseph R. Thames left a message referencing the Defendant's scheduled deposition and requested a response from Defendant. No response was received from Defendant.

17. On February 20, 2007, Plaintiff served upon Defendant Deborah Y. Miller, Plaintiff's Emergency Motion To Compel Defendant Deborah Y. Miller to Appear for her Duly Noticed Deposition and Motion for Sanctions via U.S. mail postage prepaid to:
    Deborah Y. Miller
    DEFENDANT DEBORAH Y. MILLER
    25 Maluniu Ave Ste 102
    PMB165
    Kailua, Hawaii 96734

18.  Hereto attached Exhibit "C" is a true, correct and accurate copy of the Transcript of Proceedings in Re: Scheduled Deposition of Deborah Y. Miller on February 20, 2007 and Court Reporter billing statement.

I, Joseph R. Thames, deposes and states that the above statement is true, accurate and correct to the best of my knowledge and under the penalty of perjury. Further, I, Joseph R. Thames, dispose, and state that the above is true to the best of my knowledge.

Dated: March 21, 2007 in Honolulu, Hawaii.

_____
Joseph R. Thames

Hawaii: __Honolulu__ County

I, __Edith N. Flinn__ a Notary Public for said Honolulu County and Hawaii State, do hereby certify that __Joseph R. Thames__ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the __21st__ day of __March__, 2007.

_____
Notary Public Edith N Flinn, Vice Pres-Ops.

My commission expires __12/4__, 20 __10__.



17