Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | )<br>) NOTICE OF<br>) DEPOSITION |
| DEBORAH Y. MILLER ET AL.<br>DEFENDANT (s). | )<br>) |
| | ) CERTIFICATE OF SERVICE<br>) |

### NOTICE OF DEPOSITION

TO: DEFENDANT
    Deborah Y. Miller
    25 Maluniu Ave Ste 102
    PMB165
    Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff, Joseph R. Thames, will take your, the Defendant, Deborah Y. Miller, deposition upon oral examination, pursuant to F.R.Civ.P. 30 & 26 and any and all applicable rules, laws and regulations, commencing at 9:00 a.m. on February 20, 2007 and at the office of Ali'i Court Reporting, location of 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii 96815. The deposition will be continued until complete. If necessary, the deposition will be adjourned for the hour, time or day and continuation(s) following hours and or days until completed. Further, PLEASE TAKE NOTICE that you, the Defendant, Deborah Y. Miller are requested to bring to the deposition and produce all documents and things relevant, related and or at issue in the above entitled action, pursuant to F.R.Civ.P. 34.

EXHIBIT "B"

23

PLEASE TAKE NOTICE that Plaintiff with this document, pursuant to the applicable Federal Rules of Civil Procedure, in the above-captioned do hereby serve, file and give notice to all, that Plaintiff will take Deposition of Defendant, Deborah Y. Miller.

Dated:  January 13, 2007 in Honolulu, Hawaii.


Joseph R. Thames
Plaintiff, Pro Se

24

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES
    PLAINTIFF,

VS.

DEBORAH Y. MILLER, ET.AL.
    DEFENDANT (s).

) CIVIL NO. 04-00644DAE-LEK
)
)
) CERTIFICATE OF SERVICE
)
)
)
)

CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served

on the above-identified party at the indicated address on the date shown by depositing the

original and/or a copy thereof, postage prepaid, in the United States mail, addressed to

the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

Joseph R. Thames
Plaintiff

25

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO.  04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2007

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served

on the above-identified party at the indicated address on the date shown by depositing the

original and/or a copy thereof, postage prepaid, in the United States mail, addressed to

the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

Joseph R. Thames
Joseph R. Thames
Plaintiff

26



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.64 |

Postmark Here 2007

Sent To *Deborah Y. Miller*
*DEFENDANT DEBORAH Y. MILLER*
Street, Apt. No.; or PO Box No. *25 Maluniu Ave Ste 102*
*FMB165*
City, State, ZIP+4 *Kailua, Hawaii 96734*

PS Form 3800, June 2002        See Reverse for Instructions

7006 0810 0004 2162 9066

27



28

4725 Bougainville Dr.
Honolulu, HI 96818
(808) 428-2311 Tel
(808) 423-4933 Fax



# FAX

| | | | |
|---|---|---|---|
| To | _Deborah Y. Miller_ | From | _Joseph R. Thames_ |
| Company | _c/o Island Printing_ | Phone number | _(808) 554-8082_ |
| Fax number | _(808) 261- 9958_ | Fax number | |
| Date | _February 15, 2007_ | Total pages | _7_ |
| Job number | | | |

The UPS Store

41014070365

29

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 02/15/2007 18:36
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROA4J220294
```

```
        DATE,TIME               02/15  18:35
        FAX NO./NAME            92619958
        DURATION               00:00:50
        PAGE(S)                 07
        RESULT                  OK
        MODE                    STANDARD
                                ECM
```

*30*

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) NOTICE OF |
| VS. | ) DEPOSITION<br>) CHANGE OF |
| DEBORAH Y. MILLER ET.AL.<br>DEFENDANT (s). | ) LOCATION/PLACE OF<br>) DEPOSITION<br>)<br>) CERTIFICATE OF SERVICE<br>) |
| | ) |

FEB 14 '07 PM 5:09 US DC

### <u>NOTICE OF DEPOSITION</u>

TO: DEFENDANT
   Deborah Y. Miller
   25 Maluniu Ave Ste 102
   PMB165
   Kailua, Hawaii 96734

   PLEASE TAKE NOTICE of the change in location of the place of your, Defendant Deborah Y. Miller, Deposition with Notice of Deposition served upon you on January 13, 2007 (See Attachment B). The location of the place of the deposition has changed to 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813 (See Attachment A). This is an address change from 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii (See Attachment B), and you are to appear and report to the new updated address of 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813 on February 20, 2007 at or before 9:00 a.m. of the stated date.
   PLEASE TAKE NOTICE that Plaintiff, Joseph R. Thames, will take your, the Defendant, Deborah Y. Miller, deposition upon oral examination, pursuant to F.R.Civ.P. 30 & 26 and any and all applicable rules, laws and regulations, commencing at 9:00 a.m. on February 20, 2007 and at the Conference Room (Certified Legal Video Svc) for Ali'i Court Reporting, location of 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813 (See Attachment A). The deposition will be continued until complete. If necessary, the deposition will be adjourned for the hour, time or day and continuation(s) following hours and or days until completed.

Further, PLEASE TAKE NOTICE that you, the Defendant, Deborah Y. Miller are requested to bring to the deposition and produce all documents and things relevant, related and or at issue in the above entitled action, pursuant to F.R.Civ.P. 34.

Plaintiff Joseph R. Thames was contacted by Laura Savo of Ali'i Court Reporting on January 31, 2007 of the changed address for the subject deposition. Plaintiff Joseph R. Thames served upon you a letter of the address change on February 1, 2007. Again, Ali'i Court Reporting may be contacted through the telephone number (808) 926-1719.

PLEASE TAKE NOTICE that Plaintiff with this document, pursuant to the applicable Federal Rules of Civil Procedure, in the above-captioned do hereby serve, file and give notice to all, that Plaintiff will take Deposition of Defendant, Deborah Y. Miller.

Dated: February 06, 2007 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff, Pro Se

32

February 1, 2007

Defendant Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

Ms. Miller,

Please take notice of the change in location of the place of your, Defendant Deborah Y. Miller, Deposition with Notice of Deposition served upon you on January 13, 2007. The location of the place of the deposition has changed to 1111 Bishop Street Suite 500, Honolulu, Hawaii. This is an address change from 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii, and you are to appear and report to the new updated address of 1111 Bishop Street Suite 500, Honolulu, Hawaii on February 20, 2007 at or before 9:00 a.m. of the stated date. Plaintiff Joseph R. Thames was contacted by Laura Savo of Ali'i Court Reporting on January 31, 2007 of the changed address for the subject deposition. Ali'i Court Reporting may be contacted through the telephone number (808) 926-1719.

Joseph R. Thames
Plaintiff Pro Se
P.O. Box 674
Kailua, HI 96734

ATTACHMENT A

33

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) |
| DEBORAH Y. MILLER ET.AL.<br>DEFENDANT (s). | ) NOTICE OF<br>) DEPOSITION<br>)<br>) |
| | ) CERTIFICATE OF SERVICE<br>) |
| | ) |

### NOTICE OF DEPOSITION

TO: DEFENDANT
Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff, Joseph R. Thames, will take your, the
Defendant, Deborah Y. Miller, deposition upon oral examination, pursuant to
F.R.Civ.P. 30 & 26 and any and all applicable rules, laws and regulations,
commencing at 9:00 a.m. on February 20, 2007 and at the office of Ali'i Court
Reporting, location of 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii 96815.
The deposition will be continued until complete. If necessary, the deposition will be
adjourned for the hour, time or day and continuation(s) following hours and or days
until completed. Further, PLEASE TAKE NOTICE that you, the Defendant,
Deborah Y. Miller are requested to bring to the deposition and produce all documents
and things relevant, related and or at issue in the above entitled action, pursuant to
F.R.Civ.P. 34.

ATTACHMENT B

34

PLEASE TAKE NOTICE that Plaintiff with this document, pursuant to the applicable Federal Rules of Civil Procedure, in the above-captioned do hereby serve, file and give notice to all, that Plaintiff will take Deposition of Defendant, Deborah Y. Miller.

Dated: January 13, 2007 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff, Pro Se

35

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES                    ) CIVIL NO. 04-00644DAE-LEK
   PLAINTIFF,                    )
                       )
VS.                                 ) CERTIFICATE OF SERVICE
                       )
DEBORAH Y. MILLER, ET.AL.           )
   DEFENDANT (s).                )
_____)

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

        Deborah Y. Miller
        DEFENDANT DEBORAH Y. MILLER
        25 Maluniu Ave Ste 102
        PMB165
        Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

                       Joseph R. Thames
                       Plaintiff

36

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES                    ) CIVIL NO. 04-00644DAE-LEK
        PLAINTIFF,                  )
                                    )
VS.                                 ) CERTIFICATE OF SERVICE
                                    )
DEBORAH Y. MILLER, ET.AL.           )
        DEFENDANT (s).              )
_____)

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Notice of Deposition Change of Location/Place of Deposition of Defendant,

Deborah Y. Miller and was duly served on the above-identified party at the indicated

address on the date shown by depositing the original and/or a copy thereof, postage

prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 06, 2007.

Joseph R. Thames
Plaintiff

37

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES                ) CIVIL NO. 04-00644DAE-LEK
    PLAINTIFF,                       )
                                     )
VS.                             )
                                     ) CERTIFICATE OF SERVICE
                                     )
DEBORAH Y. MILLER, ET.AL.       )
    DEFENDANT (s).                   )
                                     )

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at ____o'clock and ____min. ___
SUE BEITIA, CLERK

### CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served

on the above-identified party at the indicated address on the date shown by depositing the

original and/or a copy thereof, postage prepaid, in the United States mail, addressed to

the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

Joseph R. Thames
Plaintiff

38



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Sent To  Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
Street, Apt. No.; or PO Box No.  25 Maluniu Ave Ste 102
PMB 165
City, State, ZIP+4  Kailua, Hawaii 96734

PS Form 3800, June 2002                See Reverse for Instructions

7006 0810 0004 2162 9096

39

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES
    PLAINTIFF,

VS.

DEBORAH Y. MILLER, ET.AL.
    DEFENDANT (s).

)
)
)
)
)
)
)
)
)

CIVIL NO.  04-00644DAE-LEK

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

    This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Notice of Deposition Change of Location/Place of Deposition of Defendant,

Deborah Y. Miller and was duly served on the above-identified party at the indicated

address on the date shown by depositing the original and/or a copy thereof, postage

prepaid, in the United States mail, addressed to the Defendant.

               SERVED:

               Deborah Y. Miller
               DEFENDANT DEBORAH Y. MILLER
               25 Maluniu Ave Ste 102
               PMB165
               Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 06, 2007.

               Joseph R. Thames
               Plaintiff

40

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

KAILUA HI 96734

OFFICIAL USE

| | |
|---|---|
| Postage | $ 	$0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 	$4.88 |

Sent To *Deborah Y. Miller*
Street, Apt. No.; or PO Box No. *Defendant Deborah Y. Miller*
*25 Maluniu Ave Ste 102*
*PmB165*
City, State, ZIP+4 *Kailua, Hawaii 96734*

PS Form 3800, August 2006                    See Reverse for Instructions

7006 2760 0001 9512 8840

41



7006 3450 0000 6288 7767

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

KAILUA, HI 96734

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

02/14/2007

Sent To DEBORAH Y. MILLER
*Defendant Deborah Y. Miller*
Street, Apt. No.; 25 Maluniu Ave Ste 102
or PO Box No. PMB 165
City, State, ZIP+4 Kailua, Hawaii 96734

PS Form 3800, August 2006          See Reverse for Instructions

42

4725 Bougainville Dr.
Honolulu, HI 96818
(808) 428-2311 Tel
(808) 423-4933 Fax



# FAX

To _Deborah Y. Miller_          From _Joseph R. Thames_

Company _C/O Island Printing_    Phone number _(808) 554-8082_

Fax number _(808) 261-9958_      Fax number _____

Date _February 15, 2007_         Total pages _13_

Job number _____

41014070305          The UPS Store

43

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME  : 02/15/2007 18:33
NAME  :
FAX   :
TEL   :
SER.# : BROA4J220294
```

```
DATE,TIME          02/15  18:32
FAX NO./NAME       92619958
DURATION           00:01:28
PAGE(S)            13
RESULT             OK
MODE               STANDARD
                   ECM
```

44



## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

KAILUA HI 96734

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Reciept Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To  *DEBORAH Y. MILLER*
Street, Apt. No.; or PO Box No.  *Defendant  Deborah Y. Miller*
*25 Maluniu Ave  Ste 102*
*PMB 165*
City, State, ZIP+4  *Kailua, Hawaii  96734*

PS Form 3800, June 2002                    See Reverse for Instructions

45