IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII


JOSEPH R. THAMES,          )  CIVIL NO. 04-00644DAE-LEK
                           )
            Plaintiff,     )
                           )
       vs.                 )
                           )  COPY
DEBORAH Y. MILLER, et al.  )
                           )
            Defendant.     )
_____)


TRANSCRIPT OF PROCEEDINGS

IN RE:

SCHEDULED DEPOSITION OF DEBORAH Y. MILLER

Taken on behalf of the Plaintiff pursuant to

Notice, on Tuesday, February 20, 2007, commencing

at 9:57 a.m., at the office of Certified Legal

Video Services, 1111 Bishop Street, Suite 500,

Honolulu, Hawaii  96813.


Ali'i Court Reporting
956 Uwao Street
Honolulu, Hawaii  96825
(808) 394-Alii (2544)

EXHIBIT "C"                    46

1    APPEARANCES:

2

3        For Plaintiff:

4            JOSEPH R. THAMES, PRO SE
             P.O. Box 674
             Kailua, Hawaii  96734
5            (808) 554-8082

6

7

8

9

10

11

12    REPORTED BY:    Laura Savo, CSR No. 347
                      Notary Public, State of Hawaii
13

14
                      -o0o-
15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2       EXHIBITS FOR IDENTIFICATION:                    PAGE

3          Exhibit 1                                      6
           (12-page document containing notices of
4          deposition and certified mail receipts)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1    (Pursuant to Rule 14 of the Rules Governing Court

 2    Reporting in Hawaii, the reporter's disclosure was

 3    made available.)

 4         MR. THAMES:  This is Joseph R. Thames,

 5    and today is February the 20th, 2007, Tuesday.  The

 6    time is now 10:57 -- Oh, excuse me.  The time is

 7    9:57.  Correction as, again, the time now is 9:58.

 8    We are here for the scheduled deposition of Deborah

 9    Y. Miller, which was scheduled for today, February

10    the 20th, 2007, at 9:00 a.m. at the office of

11    Certified Legal Video Services located at 1111

12    Bishop Street, Suite 500, Honolulu, Hawaii 96813.

13         A notice of deposition was served on the

14    defendant Deborah Y. Miller on January 13th, 2007.

15    Defendant was served with a letter notifying

16    defendant of change of location of the deposition

17    on February the 1st, 2007, and defendant was served

18    with notice of deposition, change of location/place

19    of deposition on February the 6th, 2007.

20         Plaintiff Joseph R. Thames is present

21    with Laura Savo with Ali'i Court Reporting, the

22    court reporter, and the defendant Deborah Y. Miller

23    is not present and have not appeared.  The

24    defendant was called via telephone to the number

25    561-1551, and a woman answered and immediately hung

```
 1   up.  A call was again placed to the same number
 2   561-1551, and on answering machine came on.  A
 3   third call was made to the number 561-1551, and a
 4   message was left referencing the scheduled
 5   deposition.  The time is now 9:59, and it is
 6   apparent that defendant Deborah Y. Miller will not
 7   appear.
 8            (Brief pause in the proceedings.)
 9            MR. THAMES:  On the record still.  I
10   would like to enter an exhibit.  We'll call it
11   Exhibit No. 1, which is the notice of deposition,
12   change of location/place of deposition with the
13   certificate of service inclusive, also which was
14   served -- I take that back.  That notice of
15   deposition, change of location/place of deposition,
16   certificate of service, which was served on
17   February 6, 2007, with the copy of certificate of
18   service and the copy of the receipt, and inclusive
19   is a notice of deposition, which was served on
20   January the 13th, 2007, with the certificate of
21   service and also the letter that was served on
22   February the 1st, 2007, with the letter referencing
23   the change of the place of the deposition, which is
24   February the 1st, which was served on February the
25   1st, 2007.  And the certificate of the services of
```

1    those are inclusive in the exhibit, and also a

2    certified mail receipt where the whole package was

3    also mailed and served on the defendant on February

4    the 14th, 2007.

5              (Whereupon Exhibit 1 is marked for

6              identification and the proceedings

7              were adjourned at 10:01 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

STATE OF HAWAII          )
                         )  ss.
CITY AND COUNTY OF HONOLULU  )


            I, LAURA SAVO, a Certified Shorthand
Reporter in and for the State of Hawaii, do hereby
certify:

            That the foregoing proceedings were taken
down by me in machine shorthand at the time and
place herein stated, and was thereafter reduced to
typewriting under my supervision;

            That the foregoing is a full, true
and correct transcript of said proceedings;

            I further certify that I am not of
counsel or attorney for any of the parties to this
case, nor in any way interested in the outcome
hereof, and that I am not related to any of the
parties hereto.

            Dated this 28th day of February, 2007, in
Honolulu, Hawaii.

                    _____
                    LAURA SAVO, RPR, CSR NO. 347

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) NOTICE OF<br>) DEPOSITION |
| VS. | ) CHANGE OF |
| DEBORAH Y. MILLER ET.AL.<br>DEFENDANT (s). | ) LOCATION/PLACE OF<br>) DEPOSITION<br>)<br>) CERTIFICATE OF SERVICE<br>) |

### NOTICE OF DEPOSITION

TO: DEFENDANT
Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

PLEASE TAKE NOTICE of the change in location of the place of your, Defendant Deborah Y. Miller, Deposition with Notice of Deposition served upon you on January 13, 2007 (See Attachment B). The location of the place of the deposition has changed to 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813 (See Attachment A). This is an address change from 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii (See Attachment B), and you are to appear and report to the new updated address of 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813 on February 20, 2007 at or before 9:00 a.m. of the stated date.

PLEASE TAKE NOTICE that Plaintiff, Joseph R. Thames, will take your, the Defendant, Deborah Y. Miller, deposition upon oral examination, pursuant to F.R.Civ.P. 30 & 26 and any and all applicable rules, laws and regulations, commencing at 9:00 a.m. on February 20, 2007 and at the Conference Room (Certified Legal Video Svc) for Ali'i Court Reporting, location of 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813 (See Attachment A). The deposition will be continued until complete. If necessary, the deposition will be adjourned for the hour, time or day and continuation(s) following hours and or days until completed.



53

Further, PLEASE TAKE NOTICE that you, the Defendant, Deborah Y. Miller are requested to bring to the deposition and produce all documents and things relevant, related and or at issue in the above entitled action, pursuant to F.R.Civ.P. 34.

Plaintiff Joseph R. Thames was contacted by Laura Savo of Ali'i Court Reporting on January 31, 2007 of the changed address for the subject deposition. Plaintiff Joseph R. Thames served upon you a letter of the address change on February 1, 2007. Again, Ali'i Court Reporting may be contacted through the telephone number (808) 926-1719.

PLEASE TAKE NOTICE that Plaintiff with this document, pursuant to the applicable Federal Rules of Civil Procedure, in the above-captioned do hereby serve, file and give notice to all, that Plaintiff will take Deposition of Defendant, Deborah Y. Miller.

Dated: February 06, 2007 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff, Pro Se

54

February 1, 2007

Defendant Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii  96734

Ms. Miller,
  Please take notice of the change in location of the place of your, Defendant Deborah Y. Miller, Deposition with Notice of Deposition served upon you on January 13, 2007.  The location of the place of the deposition has changed to 1111 Bishop Street Suite 500, Honolulu, Hawaii.  This is an address change from 2355 Ala Wai Boulevard  Suite 306, Honolulu  Hawaii, and you are to appear and report to the new updated address of 1111 Bishop Street Suite 500, Honolulu, Hawaii on February 20, 2007 at or before 9:00 a.m. of the stated date.  Plaintiff Joseph R. Thames was contacted by Laura Savo of Ali'i Court Reporting on January 31, 2007 of the changed address for the subject deposition.  Ali'i Court Reporting may be contacted through the telephone number (808) 926-1719.


Joseph R. Thames
Plaintiff  Pro Se
P.O. Box 674
Kailua, HI  96734

ATTACHMENT A

55

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | )<br>) NOTICE OF<br>) DEPOSITION |
| DEBORAH Y. MILLER ET.AL.<br>    DEFENDANT (s). | )<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

## NOTICE OF DEPOSITION

TO: DEFENDANT
    Deborah Y. Miller
    25 Maluniu Ave Ste 102
    PMB165
    Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff, Joseph R. Thames, will take your, the Defendant, Deborah Y. Miller, deposition upon oral examination, pursuant to F.R.Civ.P. 30 & 26 and any and all applicable rules, laws and regulations, commencing at 9:00 a.m. on February 20, 2007 and at the office of Ali'i Court Reporting, location of 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii 96815. The deposition will be continued until complete. If necessary, the deposition will be adjourned for the hour, time or day and continuation(s) following hours and or days until completed. Further, PLEASE TAKE NOTICE that you, the Defendant, Deborah Y. Miller are requested to bring to the deposition and produce all documents and things relevant, related and or at issue in the above entitled action, pursuant to F.R.Civ.P. 34.

ATTACHMENT B

56

PLEASE TAKE NOTICE that Plaintiff with this document, pursuant to the applicable Federal Rules of Civil Procedure, in the above-captioned do hereby serve, file and give notice to all, that Plaintiff will take Deposition of Defendant, Deborah Y. Miller.

Dated:  January 13, 2007 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES              ) CIVIL NO. 04-00644DAE-LEK
  PLAINTIFF,              )
            )
VS.                           )  CERTIFICATE OF SERVICE
            )
DEBORAH Y. MILLER, ET.AL.     )
  DEFENDANT (s).             )
_____ )

### CERTIFICATE OF SERVICE

  This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served

on the above-identified party at the indicated address on the date shown by depositing the

original and/or a copy thereof, postage prepaid, in the United States mail, addressed to

the Defendant.

       SERVED:

       Deborah Y. Miller
       DEFENDANT DEBORAH Y. MILLER
       25 Maluniu Ave Ste 102
       PMB165
       Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

         _Joseph R. Thames_
         Joseph R. Thames
         Plaintiff

58

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES )   CIVIL NO. 04-00644DAE-LEK
    PLAINTIFF, )
     )
VS. )   CERTIFICATE OF SERVICE
     )
DEBORAH Y. MILLER, ET.AL. )
    DEFENDANT (s). )
_____)

## CERTIFICATE OF SERVICE

    This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Notice of Deposition Change of Location/Place of Deposition of Defendant,

Deborah Y. Miller and was duly served on the above-identified party at the indicated

address on the date shown by depositing the original and/or a copy thereof, postage

prepaid, in the United States mail, addressed to the Defendant.

              SERVED:

              Deborah Y. Miller
              DEFENDANT DEBORAH Y. MILLER
              25 Maluniu Ave Ste 102
              PMB165
              Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 06, 2007.

              Joseph R. Thames
              Plaintiff

59

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JOSEPH R. THAMES ) CIVIL NO. 04-00644DAE-LEK
    PLAINTIFF, )
 )
VS. ) CERTIFICATE OF SERVICE
 )
DEBORAH Y. MILLER, ET.AL. )
    DEFENDANT (s). )
_____ )

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served

on the above-identified party at the indicated address on the date shown by depositing the

original and/or a copy thereof, postage prepaid, in the United States mail, addressed to

the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

Joseph R. Thames
Plaintiff

60



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Sent To  *Deborah Y. Miller*
         *DEFENDANT DEBORAH Y. MILLER*
Street, Apt. No.;  *25 Maluniu Ave Ste 102*
or PO Box No.  *PMB165*
City, State, ZIP+4  *Kailua, Hawaii 96734*

PS Form 3800, June 2002              See Reverse for Instructions

7006 0810 0004 2162 9046

61

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2007

JOSEPH R. THAMES
    PLAINTIFF,

VS.

DEBORAH Y. MILLER, ET.AL.
    DEFENDANT (s).

)
)
)
)
)
)
)
)
)
)

CIVIL NO. 04-00644DAE-LEK

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this

date served Notice of Deposition Change of Location/Place of Deposition of Defendant,

Deborah Y. Miller and was duly served on the above-identified party at the indicated

address on the date shown by depositing the original and/or a copy thereof, postage

prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on February 06, 2007.

Joseph R. Thames
Plaintiff

62



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.63 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88 |

Sent To  Deborah Y. Miller
Defendant Deborah Y. Miller
Street, Apt. No.;  25 Malunin Ave Ste 102
or PO Box No.  PmB165
City, State, ZIP+4  Kailua, Hawaii 96734

PS Form 3800, August 2006                See Reverse for Instructions

7006 2760 0001 9512 6840

63



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $0.87 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.12 |

02/14/2007

Sent To  *DEBORAH Y. MILLER*
          *Defendant Deborah Y. Miller*
Street, Apt. No.; or PO Box No.  *25 Malnuiu Ave Ste 102*
          *PMB 165*
City, State, ZIP+4  *Kailua, Hawaii 96734*

7006 3450 0000 6288 7767

PS Form 3800, August 2006          See Reverse for Instructions

64

*AliiReporting@hawaii.rr.com*                                    *Fax #   (808) 394-2558*

# Savo & Associates, Inc.
## dba Ali'i Court Reporting

*(808) 394-Alii (2544)*

*956 Uwao Street*
*Honolulu, Hawaii  96825*
*Federal ID No. 20-3015191*

*To:*   Joseph R. Thames
P.O. Box 674
Kailua, Hawaii  96734

*Invoice No:*  55189
*Date:*    3/3/2007

======================================================================

*Re:*   Joseph R. Thames          Civil No. 04-00644
vs.
Deborah Y. Miller, et al.                      *Reporting fee*        120.00T

Nonappearance of witness for
scheduled deposition of

Deborah Y. Miller

on   2/20/2007

*Subtotal*        $120.00

*GE Tax (4.1666%)*        $5.00
*Balance Due*        $80.00

*Reporter:*   *Laura Savo, CSR, RPR*                *Terms:   Due on receipt*

*Thank you!*

Please make check payable to
Ali'i Court Reporting.

*www.courtreporterhawaii.com*

65

COURT REPORTER'S DISCLOSURE

Pursuant to Rule 14 of the Rules Governing Court Reporting in Hawaii, I hereby make the following disclosure:

1. I or my agency was hired by _____Joseph R. Thames_____ for this deposition.

2. The complete financial arrangement between myself (or my agency) and the person or organization named in paragraph 1 are:

### ORAL DEPOSITIONS

| | | |
|---|---|---|
| Appearance fee per half day | $ | 45.00 |
| Reporting fee (2 hr minimum) * | $ | 60.00 per hour |
| Arbitration/Mediation (split between counsel) | $ | 6.50 per page |
| Deposition Transcript - original (and 1 copy for Court) | $ | 3.40 per page |
| Deposition Transcript - copy | $ | 2.50 per page |
| Surcharge for medical, interpreted or difficult witnesses | | 35% per page |
| Expedited delivery rates | | 25% - 75% per page |
| Overnight delivery | | 100% per page |
| Exhibits - 1 copy | $ | 0.45 per page |
| Exhibits - 2 copies (one for Court) | $ | 0.45 per page |
| Signature fee | $ | 15.00 per depo |
| Storage fee for original | $ | 10.00 per volume |
| Miniscript with keyword index | No Charge | |
| ASCII diskette      (*50 page increments) | $ | 5.00 * |
| Realtime transcription | $ | 1.00 per page |

### WRITTEN INTERROGATORY DEPOSITIONS

| | | |
|---|---|---|
| Appearance fee | $ | 65.00 per depo |
| Transcript - original (and 1 copy for Court) | $ | 3.40 per page |
| Transcript – copy | $ | 2.50 per page |
| Records - 1 copy | $ | 0.45 per page |
| Records - 2 copies (one for Court) | $ | 0.45 per depo |
| Signature fee | $ | 15.00 per depo |
| Storage fee for original | $ | 10.00 per volume |

3. The fees and charges specified in Paragraph 2 are the usual and customary charges made by me or my agency for like services to other persons.

4. If a financial or services discount for this or any future deposition will or might in any way be given to the person named in paragraph 1, after this deposition is completed, state what that discount will or may be. (If none, so state.) None

I certify the foregoing to be a complete, true and correct disclosure to the best of my knowledge and information.

Last Updated:        9/01/06        SIGNED:

Laura Savo, RPR, CSR #347

HBCSR FORM 4

66