Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

### CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Plaintiff's Reply Memorandum to Defendant's Response to Plaintiff's Emergency Motion to Compel Defendant Deborah Y. Miller to appear for Her Duly Noticed Deposition and Motion for Sanctions was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.
SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on March 21, 2007.

Joseph R. Thames
Plaintiff

67