Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)     (SUPPLEMENTAL)<br>) PLAINTIFF'S REPLY MEMORANDUM<br>) TO DEFENDANT'S RESPONSE TO<br>) PLAINTIFF'S EMERGENCY<br>) MOTION TO COMPEL<br>) DEFENDANT<br>) DEBORAH Y. MILLER<br>) TO APPEAR FOR HER DULY<br>)  NOTICED DEPOSITION<br>)  AND MOTION FOR SANCTIONS<br>)<br>)<br>) |

### SUPPLEMENTAL PLAINATIFF'S REPLY MEMORANDUM TO DEFENDANT'S RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL DEFENDANT DEBORAH Y.MILLER TO APPEAR FOR HER DULY NOTICED DEPOSITION AND MOTION FOR SANCTIONS

Now Comes Plaintiff and replies Supplemental to Defendant's Response to Plaintiff's Motion to Compel Defendant Deborah Y. Miller to Appear for her Deposition and Motion for Sanctions. Plaintiff addresses that Plaintiff served Plaintiff's Emergency Motion to Compel Defendant Deborah Y. Miller to Appear for her Duly Noticed Deposition and Motion for Sanctions on Defendant on February 20, 2007 correction February 21, 2007 at the address of record of the Defendant. Defendant's stated of not receiving the Motions until Saturday March 3, 2007 lacks merit as the mailing she, the Defendant, references is forward mailing of her control, as noted from Island Printing.

For the Court to consider, late mailing of Defendant's control would be bias and prejudice to Plaintiff who properly served the documents upon the Defendant on February 20, 2007. Certified mail receipt of February 21, 2007 is attached.

Dated: March 21, 2007 in Honolulu, Hawaii.

_Joseph R. Thames_
Joseph R. Thames

