Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2007

at  12  o'clock and  20 min  P  M
SUE BEITIA, CLERK

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES | ) CIVIL NO. 04-00644 DAE-LEK |
| Plaintiff, | ) MOTION IN LIMINE TO PRECLUDE<br>) TESTIMONY/EVIDENCE NOT |
| vs. | ) RELEVANT/RELATED TO THIS CASE |
| DEBORAH Y. MILLER | ) ATTACHMENTS A,B,C, & D |
| Defendant | ) CERTIFICATE OF SERVICE |
| | ) U.S. MAGISTRATE JUDGE:<br>) LESLIE E. KOBAYASHI |

### MOTION IN LIMINE TO PRECLUDE TESTIMONY/EVIDENCE NOT RELEVANT TO THIS CASE

Now comes Defendant, Deborah Y. Miller, Pro, Se, request that this court preclude testimony and/or evidence not relevant to this case. <u>Any testimony/evidence pertaining to property including monies, loans, paperwork, etc., that is directly involved with property.</u> In support, Defendant states as follows:

 1. The Plaintiff continuously, even after being warned by the court on a number of occasions not to (see attachments) includes questions relating to a case that another court has already ruled upon:

(ATTACHMENT A):

(a ). "Order Granting in Part and Denying in Part........The court found that Plaintiff never had an ownership interest in the property, that Defendant was the sole owner, and that she was entitled to the proceeds from its sale...Plaintiff later appealed and, on September 20, 2004, the Hawaii Intermediate Court of Appeals affirmed the state court's judgement.....(1/3/06)

(ATTACHMENT B):

(b). "Order Denying Plaintiff's Motion for Reconsideration........."Plaintiff has not raised any arguments that warrant reconsideration of this Court's order. Plaintiff merely reiterates arguments regarding the real property dispute between Plaintiff and Defendant, which the Court has already ruled is not proper and subject to this action. (1/10/07).

(ATTACHMENT C):

(c). "Order Denying Plaintiff's Motion to Compel, Motion for More Definite Statement and Motion for Sanctions: "this court ruled that Plaintiff could not include any claims regarding ownership of the property which he alleged they purchased jointly. A state court has already ruled that Defendant was the owner of the property... This court has reviewed the Defendant's responses to the Discovery Request and finds that the Defendant has adequately responded to the portions of the Discovery Request.......This Court reiterates that Defendant need not respond to Plaintiff's discovery requests regarding the dispute over the ownership of the property".(12/4/06).

To save the Court and the Defendant considerable time and money during the trial, the Defendant prays the court stipulates that only testimony and evidence relevant to this action is allowed. (ATTACHMENT D).

Dated: Boston, MA  3-22-07

*Deborah Miller*

Deborah Y. Miller, Defendant, Pro, Ss