# ATTACHMENT B

White v. Sabatino, 424 F. Supp. 2d 1271, 1274 (D. Hawai`i 2006) (citing Mustafa v. Clark County Sch. Dist., 157 F.3d 1169, 1178-79 (9th Cir. 1998)) (some citations omitted); see also Local Rule LR60.1. Plaintiff has not raised any arguments that warrant reconsideration of this Court's Order. Plaintiff merely reiterates arguments regarding the real property dispute between Plaintiff and Defendant, which this Court has already ruled is not a proper subject of this action. Plaintiff's Motion is THEREFORE DENIED.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAI`I, January 10, 2007.



    /S/ Leslie E. Kobayashi
    Leslie E. Kobayashi
    United States Magistrate Judge

JOSEPH THAMES VS. DEBORAH MILLER; CIVIL NO. 04-00644 DAE-LEK; ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL; MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR SANCTIONS