# ATTACHMENT D

## Cause Complaint : $3,290.00.

### $ 40.00 Administrative charges for return check:

Defendant was not responsible for bounced check.

### $ 500.00 for trip to East Coast:

Defendant traveled home to Boston every year. Defendant was able to pay her own fare to and from Boston. Plaintiff chose to pay Defendant's fare because Plaintiff wanted Defendant to stay in California overnight before going on to Boston, in order to meet the Plaintiff's brother and the brothers family.

Otherwise the Defendant would have flown from Hawaii to St. Louis to Boston via her TWA Travel Card, Defendant's normal route.

Plaintiff offered to pay and paid for Defendant's travel expenses and also joined Defendant at a later date in Boston to stay with Defendant's family.

### $1,500 utilities:   (Attachment A43-44) *

Calculations from Plaintiff's copies of utility sheets shows that ***Plaintiff owes Defendant for rent/utilities.***

### $1,250 unpaid loans:

#### 1.) $200 Car repairs/parts:

It was Plaintiff's idea to fix Defendant's car. Plaintiff never asked Defendant to pay. Defendant does not know what was repaired or what the cost were.

### 2.) $200 for emergency funds not replaced:

These monies were used by Plaintiff and Defendant( a cookie jar fund)

Monies were placed in and out of this "fund" randomly, by both parties.

### 3.) $100 money taken out of joint account:

Defendant's money was used to open joint account. Defendant made deposits

And withdrawals and had the password and the pass book for this account.

Plaintiff never contributed to this account.

### 4.) $100.00 in Boston (ATM) and $450 in Boston:

Defendant paid Plaintiff Defendant was short on cash during an outing in

in Boston. Plaintiff used his ATM card, Defendant repaid the Plaintiff by check.

### 5.) $100.00 expenses to be paid a client returned check (Tamara)?

Plaintiff has not to date given Defendant any evidence regarding this matter.

Defendant has no idea what this means? Nevertheless, Defendant does not

the Plaintiff for this expense.

### 6.) $100.00 for check from Deborah Y Miller

Same reply as #5