Deborah Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>)<br>) |
| DEBORAH Y. MILLER<br>DEFENDANT | )<br>)<br>) |

CERTIFICATE OF SERVICE FOR MOTION IN LIMINE TO PROCLUDE
TESTIMONY/EVIDENCE NOT RELEVANT/RELATED TO THIS CASE

TO: Plaintiff Joseph R. Thames, Plaintiff Pro Se
    P.O. Box 674
    Kailua, HI 96734

I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: Boston, MA 3-22-07

Deborah Y. Miller, Defendant Pro Se