ORIGINAL

Deborah Y. Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES | ) CIVIL NO. 04-00644 DAE-LEK |
| Plaintiff, | ) DEFENDANT'S WITNESS LIST |
| vs. | ) CERTIFICATE OF SERVICE |
| DEBORAH Y. MILLER | ) |
| Defendant | ) U.S. MAGISTRATE JUDGE: |
| | ) LESLIE E. KOBAYASHI |

### DEFENDANT'S WITNESS LIST

Here comes Deborah Miller, Defendant, Pro, Se, filing a witness list per the court's order. The Defendant and the Plaintiff were the only witnesses to these allegations, with the exception of the Defendant's mother who visited for six weeks.

Thus the Defendant Witness List:

1. Deborah Miller

2. Mary M. Turner-Mother
   (Notarized statement)

Dated, Boston, MA  March 22, 2007

_____
Deborah Y. Miller, Defendant, Pro, Se

Deborah Miller
25 Maluniu Avenue
Suite 102, PMB 165
Kailua, HI 96734
808-561-1551

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) WITNESS LIST |
| DEBORAH Y. MILLER<br>    DEFENDANT | )<br>) |

CERTIFICATE OF SERVICE

TO: Plaintiff Joseph R. Thames, Plaintiff Pro Se
    P.O. Box 674
    Kailua, HI 96734

I hereby certify that a copy of the foregoing was duly served upon the above-identified party by depositing in the U.S. Mail, Priority, postage pre-paid.

DATED: Boston, MA   3-22-07

Deborah Y. Miller, Defendant Pro Se