Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2007

at 5 o'clock and 18 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S REQUEST FOR |
| VS. | ) EXTENSION/ADDITIONAL<br>) OF TIME TO REPLY AND OR |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )  RESPOND<br>)<br>) |

## PLAINATIFF'S REQUEST FOR EXTENSION/ADDITIONAL OF TIME TO REPLY AND OR RESPOND

Now Comes Plaintiff and moves and request for an Extension of Time and or Additional Time to Reply and or Respond to Motions and Deadlines. For good cause Plaintiff request an extension in response deadlines, due to Plaintiff having to attend to medical issues and concerns (Document attached). Plaintiff requests an extension in reply and response deadline time to:

Plaintiff Reply Memorandum to Defendant's Memorandum in Opposition:
    Plaintiff's Motion to Compel Responses to Plaintiff's Second Set of
    Interrogatories and a Request for Production to Defendant

    Plaintiff's Motion to Admit Plaintiff's Request for Admissions Admitted
    and or True

    Plaintiff's Motion to Compel Responses to Plaintiff's Second Special
    Interrogatories and Request for Production

    Plaintiff's Motion to Compel Responses to Plaintiff's First Set of
    Interrogatories and a Request for Production

    Plaintiff's Motion to Take Leave to File an (Second) Amended Complaint

    Plaintiff's Motion to Enlarge Discovery Period and Motion to Extend
    Discovery Deadline

      Plaintiff's Motion to Stay Discovery and Motion to Stay Toll on Discovery

      Plaintiff's Motion to Leave of the Court to Expand the Scope of Discovery

      Defendant's Motion for a Protective Order

      Exchange of Exhibits and Demonstrative Aids

      *And other applicable filings.*

Plaintiff requests an extension in time to more appropriate, properly and adequately respond to the above stated matters.

Dated: March 27, 2007 in Honolulu, Hawaii.

 

                                                                     /s/ Joseph R. Thames  
                                                                     Joseph R. Thames  
                                                                       Plaintiff Pro Se