JOSEPH R THAMES
P O BOX 674
KAILUA, HI   96734


Dear Mr. Joseph R Thames,

   This is your notice to report for a medical appointment at the VA Ambulatory Care Clinic (ACC) on:

   TUESDAY   MAR 27, 2007 10:00 AM PC HON MED DR

   NEW CHECK-IN PROCEDURE: Please stop at the Registration Desk, located on the 2nd floor prior to proceeding to the module for your appointment. If your Veterans ID card does not have an enhanced color photo, you have an outdated card; which needs to be replaced. Please see a Patient Services Assistant at your local VA facility to ensure that you receive an updated and current VA Card.

   If you are currently being treated by an outside provider in the community, it is essential that you bring recent progress notes, lab work, x-rays, test results and new prescription requests with you at the time of your appointment. If you are unable to provide these documents, then please call to reschedule your appointment. Please go to the lab if previously instructed by your physician.


Sincerely,

VA Ambulatory Care Clinic
459 Patterson Road
Honolulu, Hawaii 96819-1522

```
Primary Care: 433-0600   Dental Clinic: 433-0580   Mental Hlth: 433-0660
Handivan:     456-5555   Lab:           433-7617   Pharmacy:    433-0050
OT/PT:        433-0240   Tel Link Care: 433-0852   Prosthetics: 433-0593
VA Benefits:  433-1000   Social Work:   433-0059   TRIPLER EMER: 433-6629
```


ATTACHMENT