```
                                    FILED IN THE
                              UNITED STATES DISTRICT COURT
                                  DISTRICT OF HAWAII
```

Joseph R. Thames
PO Box 674                              SEP 0 8 2006
Kailua, HI 96734
(808) 554-8082                   at 11 o'clock and 10 min
                                     SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>Plaintiff, | ) CIVIL NO 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller<br>Defendant (s) | )<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Plaintiff Joseph R. Thames First Request for Production of Documents, Service was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:   DEBORAH Y. MILLER
      Defendant Deborah Y. Miller
      25 Maluniu Ave Ste 102
      PMB 165
      Kailua, Hawaii 96734

Dated September 8, 2006 in Honolulu, Hawaii

                                          /s/ Joseph R. Thames
                                          Joseph R. Thames
                                          Plaintiff
                                          Pro Se

EXHIBIT B



10