Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | )<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>    DEFENDANT (s). | ) AFFIVADIT OF JOSEPH R. THAMES<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF JOSEPH R. THAMES

I, Joseph R. Thames, affiant, deposes, states and says under penalty of perjury:

1.  Hereto attached Exhibit "A" is a true, correct and accurate copy of the letter mailed to Defendant concerning discovery and Defendant's failure to respond and request of Defendant to respond. Subject letter is dated November 24, 2006 and mailed November 24, 2006 via U. S. mail, certified mail, postage prepaid addressed to DEBORAH Y. MILLER, Defendant Deborah Y. Miller, 25 Maluniu Ave Ste 102, PMB 165, Kailua, Hawaii 96734. The certified mail receipt is attached.

2.  Hereto attached Exhibit "B" is a true, accurate and correct copy of the Certificate of Service for Plaintiff's Joseph R. Thames Second Set of Interrogatories and Request of Production served on September 1~~8~~ 2, 3, (13) 2006 ~~and corrected certificate of service dated December 4, 2006,~~ and addressed to and mailed to via U. S. mail, certified mail, postage prepaid addressed to DEBORAH Y. MILLER, Defendant Deborah Y. Miller, 25 Maluniu Ave Ste 102, PMB 165, Kailua, Hawaii 96734. The certified mail receipt is attached.

I, Joseph R. Thames, deposes and states that the above statement is true, accurate and correct to the best of my knowledge and under the penalty of perjury. Further, I, Joseph R. Thames, dispose, and state that the above is true to the best of my knowledge.

Dated: March 27, 2007 in Honolulu, Hawaii.

_____
Joseph R. Thames

Hawaii: __Honolulu__ County

I, __Edith N. Flinn__ a Notary Public for said Honolulu County and Hawaii State, do hereby certify that __Joseph R. Thames__ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the __27th__ day of __March__, 2007.

_____
Notary Public

My commission expires __12/4/__, 20__10__.

6