Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>    Plaintiff, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller, Et Al.<br>    Defendant (s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Plaintiff Joseph R. Thames Second Set of Interrogatories and a Request For Production to Defendant, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

    TO:    DEBORAH Y. MILLER
             Defendant Deborah Y. Miller
             25 Maluniu Ave Ste 102
             PMB165
             Kailua, Hawaii 96734

Dated: September 13, 2006 in Honolulu, Hawaii.

                                                        Joseph R. Thames
                                                        Plaintiff
                                                        Pro Se

EXHIBIT B

9

25

