November 24, 2006

TO:   DEBORAH Y. MILLER
      Defendant Deborah Y. Miller
      25 Maluniu Ave Ste 102
      PMB165
      Kailua, Hawaii 96734


From:  Joseph R. Thames
Subject:  U.S. Civil Number 04CV00644 Discovery

  Plaintiff Joseph R. Thames again request that you completely, properly, adequately and appropriately respond to Plaintiff First Set of Interrogatories and Request for Production of Documents served upon you the Defendant, Deborah Y. Miller via certified first class mail postage prepaid on or about September 8, 2006 to
Deborah Y. Miller
Defendant Deborah Y. Miller
25 Maluniu Ave Ste 102
Kailua, Hawaii  96734

  The responses from you, Defendant Deborah Y. Miller, were non-responses, evasive, and a refusal/failure to completely, adequately, appropriately, properly and legally respond. Your, Defendant Deborah Y. Miller's evasive, refusal/failure to completely, adequately, appropriately, properly and legally respond is not in compliance with the Federal Rules of Civil Procedure (FCRP). You, Defendant, Deborah Y. Miller, are requested to comply with FRCP and adequately, appropriately, properly and legally respond to Plaintiff First Set of Interrogatories and Request for Production of Documents. You, Defendant, Deborah Y. Miller are requested to properly respond within ten (10) days.
  If you fail or refuse to completely, properly, adequately, and appropriately and or legally respond, Plaintiff will have to pursue further legal action such as Motion to Compel, Motion for Default Judgment, and or Motion for Sanctions and other legal actions. Your response is well over due of the legal response time of thirty days. Your corporation is greatly appreciated.


                                                    Sincerely,

                                                    *[signature]*
                                                    Joseph R. Thames

EXHIBIT A

7

