FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0.8 2006

at __ o'clock and __ min __
SUE BEITIA, CLERK

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISRTICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| Joseph R. Thames<br>  Plaintiff, | ) CIVIL NO.  04-00644DAE-LEK<br>)<br>) |
| vs. | ) CERTIFICATE OF SERVICE<br>) |
| Deborah Y. Miller, et al.<br>  Defendant(s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, Plaintiff Joseph R. Thames First Set of Interrogatories and a Request For Production to Defendant, was duly served on the above-identified party, Deborah Y. Miller, at the indicated address on the date shown by depositing same in the United States mail, postage prepaid.

TO:  DEBORAH Y. MILLER
     Defendant Deborah Y. Miller
     25 Maluniu Ave  Ste 102
     PMB165
     Kailua, Hawaii  96734

Dated: September 7, 2006 in Honolulu, Hawaii.

Joseph R. Thames

EXHIBIT B



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

KAILUA HI 96734

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

Postmark Here
09/08/2006

Sent To  *DEBORAH Y. MILLER*
*Defendant Deborah Y. Miller*
Street, Apt. No.;  *25 maluniu Ave Ste 102*
or PO Box No.  *PMB 165*
City, State, ZIP+4  *Kailua, Hawaii 96734*

PS Form 3800, June 2002                    See Reverse for Instructions

7006 0810 0001 4535 1977

10