15

## DECLARATION OF JOSEPH R. THAMES

       Hereto attached Exhibit "A" is a true, correct and accurate copy of the subpoena and redacted document of Hawaii National Bank of Borrower Deborah Y. Miller collateral loan secured with Time Certificate Deposit of Joseph R. Thames in the amount of $17,000.00 with Disclosure Statement.

       I, Joseph R. Thames, deposes and states that the above statement is true, accurate and correct to the best of my knowledge and under the penalty of perjury. Further, I, Joseph R. Thames, dispose, and state that the above is true to the best of my knowledge.

Dated: March 29, 2007 in Honolulu, Hawaii.

*Joseph R. Thames*
Joseph R. Thames

15