# HAWAII NATIONAL BANK

## DISCLOSURE STATEMENT, SIMPLE INTEREST PROMISSORY NOTE AND SECURITY AGREEMENT

March 4, 19 98
Kailua, Hawaii

Kailua Branch
Loan No. _____
Maturity (Loan Due) 2/25/02

In this Document which contains (i) a Disclosure Statement, (ii) a Simple Interest Promissory Note, and (iii) a Security Agreement, the words you, your, yours and yourself mean each and all of those who sign this Document. The words we, us, our and ourself mean Hawaii National Bank.

**OUR DISCLOSURES TO YOU:**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.11 % | $ 2,581.60 (e) | $ 17,000.00 | $ 19,581.60 (e) |

(e)—means an estimate

**YOUR PAYMENT SCHEDULE WILL BE AS FOLLOWS:**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 47 | $407.95 | Due on the 25th day of each month beginning on, 3/25/98. |
| 01 | $407.95 (e) | Balnace due on demand or at maturity, 2/25/02. |

Your payment obligation has a demand feature which means we can demand that you pay this Note off at any time.

**INSURANCE:**
Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you initial below and agree to pay the additional costs.

Type of Insurance
☐ Disability & Joint Credit Life
☐ Disability & Single Credit Life
☐ Credit Life-Joint
☐ Credit Life-Single

Premium Cost   Policy Term   Expiration Date

Please mark and initial the appropriate choice:
You desire Disability and Single ☐ Joint ☐ Credit Life Insurance. _____ (initial)
You desire Single ☐ Joint ☐ Credit Life Insurance. _____ (initial)
You do not desire any insurance. XX _JYM_ (initial)

You may obtain property insurance from any insurance company authorized to do business in the State of Hawaii.

**SECURITY:**
To assure us that you will pay us and do everything else as you have promised in this Note, you will give us a Uniform Commercial Code security interest in the following property which you own or will own. (After this we'll call it the "Property.")

(Describe the Property)

Hawaii National Bank Time Certificate of Deposit      in the name of Joseph R. Thames and in the amount of $17,000.00.
Along with all substitutions for it, everything installed in or affixed to it and all proceeds of it including insurance proceeds.

**FILING FEES:**
$ N/A is the sum you must pay for us to record the security interest in the public records.

**LATE CHARGES:**
You'll pay a late charge for each payment that we don't receive within 10 days after the day it's due. The charge will be 5% of the amount that's late.

**PREPAYMENT:**
To save yourself interest, you may pay early and may make extra payments or larger payments than agreed. There's no penalty for such prepayments. You will read the rest of this Note for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds or penalties.

**PROMISE TO PAY:**
You, as the Borrower, promise to pay HAWAII NATIONAL BANK, or to someone else if we so order, Seventeen Thousand and No/100*
*           *           *           *           *           DOLLARS
($ 17,000.00 * _____ *) on demand or if no demand, then as stated above in Your Payment Schedule.
You will also pay us interest computed on the unpaid part of the loan amount at an ANNUAL PERCENTAGE RATE of _____ %. You also acknowledge that it is essential that you make your payments and keep your promises under this Note on time. You know that we don't have to let you refinance any balloon payment or any amount due on the loan. The loan will be secured as described above in Security.
If you don't make any payment when it's due, or if you otherwise default under this Promissory Note, we may declare the whole amount you owe to be payable at once without any advance notice. This is our right of "acceleration."

**ITEMIZATION OF AMOUNT FINANCED:**

Amount

1. Issue checks to: _____                                $ _____

EXHIBIT A                                    16

You agree, and everyone signing for you as a guarantor also agrees, to be liable to us jointly, and each of you will also be liable to us individually for the loan and other obligations under this Note. You also agree: A) We may require that any one of you pay the whole loan without asking anyone else to pay. B) We may sue any one or more of you without giving up any of our rights against the others. This Note is also binding upon the heirs and personal representatives in probate of all signers and upon anyone to whom any signer assigns his assets or who succeeds them in any other way.

**SEE ADDITIONAL TERMS ON THE OTHER SIDE OF THIS DOCUMENT:**
By signing this Note, you acknowledge that it was filled in before you did so. You agree to all of its terms, including those on the other side. You authorize us to pay those parties listed above in Item 1 under "ITEMIZATION OF AMOUNT FINANCED." By signing this Note, you also acknowledge receipt of a copy of this Disclosure Statement, Note, and Security Agreement.

_[signature: Deborah Miller]_
Borrower  Deborah Yolanda Miller                    Borrower  N/A
404A Kalama Street; Kailua, HI 96734
Address    City, State    Zip Code               Address    City, State    Zip Code

Borrower  N/A                                      Borrower  N/A
Address    City, State    Zip Code               Address    City, State    Zip Code

**NOTICE TO COSIGNER/GUARANTOR:**
You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay this debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility.

You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs which will increase the amount.

The bank can collect this debt from you without first trying to collect from the borrower. The bank can use the same collection methods against you that can be used against the borrower, such as suing you, garnisheeing your wages, etc. If this debt is ever in default, that fact may become part of your credit record.

**THIS NOTICE IS NOT THE CONTRACT THAT MAKES YOU LIABLE FOR THE DEBT.**

**GUARANTY.** You have read the notice entitled, "Notice to Cosigner/Guarantor" printed above and you acknowledge by signing below as Guarantor, you guarantee to us the payment and performance of this Promissory Note and agree to all of its terms, including particularly the provisions captioned "Waivers," "Joint and Several," and "Things We Have The Right To Do To Protect Ourself If You Default," set forth in this Agreement.

Guarantor  N/A                                     Guarantor  N/A

**OTHER OWNERS.** By signing below, the other owner (means even if the other owner is the only owner of the Property) agrees to sign other necessary documents, such as Mortgage and Financing Statement, Security Agreement, or other security documents to perfect or make effective our security interest in the Property. The other owner agrees that whatever the borrower has agreed to in this Agreement, including the Security Agreement will apply to the other owner as if the other owner were the borrower, except that the other owner does not have to pay the amounts that the borrower owes under this Agreement.

_[signature: Joseph R. Thames]_
Other Owner (Signature)    Date    Print Name  Joseph R. Thames    Address  404A Kalama Street; Kailua, HI 967

Other Owner (Signature)    Date    Print Name                      Address

**AUTOMATIC DEDUCTION:** (Optional)
You authorize and instruct us to deduct $ _407.95_ from your Hawaii National Bank (Checking/~~Savings~~) Account No. _____ on the _25_ day of every month and credit this amount as a payment to this Note. We may continue to deduct this amount until we receive your written cancellation of this authority or until the Note is paid in full.

_[signature: Deborah Miller]_
Borrower  Deborah Yolanda Miller                   Borrower

ICI-1022 (Rev. 7/94)        ORIGINAL—BANK    COPY—BORROWER

17

HAWAII NATIONAL BANK
AUTHORIZATION TO ASSIGN SAVINGS ACCOUNT

DEFINITIONS. In this Assignment the words "I", "me", or "my" means all those signing below. "You" means Hawaii National Bank.

ASSIGNMENT. In consideration of a $ 17,000.00 loan and to provide collateral to Deborah Yolanda Miller (the "Borrower"), I am giving you an assignment of my Savings Account No. CD # ____, which has a balance of $ 17,000.00 as of March 4, 19 98.

EFFECTIVE PERIOD OF ASSIGNMENT. This Assignment shall be a continuing one and shall be effective for any renewal of Borrower's loan until it is paid.

PERMISSION TO DEDUCT BALANCE OF LOAN DUE TO DEFAULT. I give you permission to deduct from the balance of my Savings Account any unpaid amounts owed by Borrower under any of Borrower's obligations to you when these amounts have not been paid by Borrower when due.

RESTRICTION ON WITHDRAWALS FROM SAVINGS ACCOUNT. I understand that by signing this Assignment a "hold" will be placed on my Savings Account and that until Borrower's loan is paid in full, I will be allowed to withdraw from this account, only those amounts which exceed 106% of Borrower's loan balance.

ACKNOWLEDGEMENT. By signing below, I acknowledge that I have read and agree to all of the terms of this Assignment.

Dated at Kailua, Hawaii, March 4, 19 98.

WITNESSED BY:

HAWAII NATIONAL BANK

By: _____
Its: Branch Manager

_____
Joseph R. Thames

The present balance is $ 17,000.00. The above assignment has been properly recorded and a "hold" placed via on-line system.

By: _____
Authorized Signature

N-502 (Rev. 8/89)

18