ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S REQUEST FOR |
| VS. | ) EXTENSION/ADDITIONAL<br>) TIME TO FILE |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) TRIAL MOTIONS, WITNESS<br>) AND STIPULATIONS<br>)<br>) |

**PLAINTIFF'S REQUEST FOR EXTENSION/ADDITIONAL TIME TO FILE TRIAL MOTIONS, WITNESS AND STIPULATIONS**

    Now Comes Plaintiff and moves and requests for an Extension of Time and or Additional Time to submit and file Motion(s) in Limine, Final Witness List, Stipulations re: Authenticity/Admissibility of Proposed Exhibits, Deposition Excerpt Designations. Plaintiff requests of the Court for an extension of time to properly, appropriately and adequately submit and file Motion(s) in Limine, Final Witness List, Stipulations re: Authenticity/Admissibility of Proposed Exhibits, Deposition Excerpt Designations due to Defendant's failure to comply with discovery, FRCP; to include Defendant's failure to appear at her deposition and also consideration of pending motion to amend complaint. Additionally, Plaintiff reserves the right to amend this filing and other related filings again due Defendant's failure to comply with discovery, FRCP; to include Defendant's failure to appear at her deposition and also consideration of pending motion to amend complaint.
    The local rules of the Court allows for Motions in Limine to be filed and served not less than ten (10) business days prior to the date of trial …. The scheduled date of trial is set for April 24, 2007. Additionally, magistrate judge gave notice that trial date would most likely be changed.
    For good cause and sound reasons shown, this request should be granted. Plaintiff should be granted an extension in filing deadline time for the above stated document filings.

Dated: April 3, 2007 in Honolulu, Hawaii.

                                                        Joseph R. Thames