Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S INTERMEDIATE<br>) INTERIM DEPOSITION<br>) EXCERPT DESIGNATIONS<br>)<br>)<br>) |

## PLAINTIFF'S INTERMEDIATE/INTERIM DEPOSITION EXCERPT DESIGNATIONS

Now Comes Plaintiff and submits and files Plaintiff's Intermediate/Interim Deposition Excerpt Designations. Plaintiff states that Defendant did not appear for her duly noticed deposition. To date, Defendant has not appeared for her duly noticed deposition.

Again, Plaintiff requests for an Extension of Time and or Additional Time to submit and file Deposition Excerpt Designations. Plaintiff requests of the Court for an extension of time to properly, appropriately and adequately submit and file Deposition Excerpt Designations due to Defendant's failure to comply with discovery, FRCP; to include Defendant's failure to appear at her deposition and also consideration of pending motion to amend complaint. Additionally, Plaintiff reserves the right to amend this filing and other related filings again due Defendant's failure to comply with discovery, FRCP; to include Defendant's failure to appear at her deposition and also consideration of pending motion to amend complaint.

Due to Defendant's refusal and failure to comply and cooperate with discovery and appear for her deposition, Plaintiff in no way can designate excerpts from a deposition and or depositions that did not occur and or take place. Plaintiff can not designate excerpts from a deposition that does not exist.

2

    The local rules of the Court allows for Motions in Limine to be filed and served not less than ten (10) business days prior to the date of trial .... The scheduled date of trial is set for April 24, 2007. Additionally, magistrate judge gave notice that trial date would most likely be changed.

    Plaintiff should be granted an extension in filing deadline time for the above stated document filings.

Dated: April 3, 2007 in Honolulu, Hawaii.

_____
Joseph R. Thames