# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/06/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 04/06/2007 | TIME: | |

COURT ACTION:  EO: COURT ORDER REGARDING PLAINTIFF'S REQUEST FOR EXTENSION/ADDITIONAL OF TIME TO REPLY AND OR RESPOND

Before the Court is Plaintiff Joseph R. Thames' ("Plaintiff") Request for Extension/Additional [sic] of Time to Reply and or Respond, filed March 27, 2007 ("Request").  Plaintiff requests an unspecified extension of time to file his replies to eight of his pending motions and his memorandum in opposition to Defendant Deborah Y. Miller's pending motion.  He also requests an unspecified extension of time to file his "Exchange of Exhibits and Demonstrative Aids" and "other applicable filings".  In support of his Request, Plaintiff attaches a notice of a medical appointment at the Veterans' Affairs Ambulatory Care Clinic on March 27, 2007.

Plaintiff timely filed his replies to all eight motions, as well as his memorandum in opposition to Defendant's motion.  Further, Plaintiff does not explain how his appointment on March 27, 2007 prevents him from meeting the outstanding trial deadlines in this case.  Plaintiff's Request is therefore DENIED.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager