ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 0 2007

at __10__ o'clock and __06__ __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>    PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S REQUEST FOR |
| VS. | ) EXTENSION/ADDITIONAL TIME<br>) TO FILE AND SUBMIT |
| DEBORAH Y. MILLER, ET.AL.<br>    DEFENDANT (s). | )<br>) TRIAL BRIEF,<br>) OPPOSITION MEMO TO MOTION<br>) IN LIMINE,<br>) OBJECTIONS TO EXHIBITS,<br>) DEPOSITION COUNTER<br>) DESIGNATIONS AND OBJECTIONS,<br>) AND FINDINGS OF FACT AND<br>) CONCLUSIONS OF LAW<br>)<br>) |

**PLAINTIFF'S REQUEST FOR EXTENSION/ADDITIONAL TIME TO FILE AND SUBMIT TRIAL BRIEF, OPPOSITION MEMO TO MOTION IN LIMINE, OBJECTIONS TO EXHIBITS, DEPOSITION COUNTER DESIGNATIONS AND OBJECTIONS, AND FINDINGS OF FACT AND CONCLUSIONS OF LAW**

     Now Comes Plaintiff and moves and request for an Extension of Time and or Additional Time to File and Submit Trial Brief, Opposition Memo to Motion in Limine, Objections to Exhibits, Deposition Counter Designations and Objections, and Findings of Fact and Conclusions of Law. For good cause and sound reasoning, Plaintiff moves and requests an Extension of time and Additional Time to submit and file stated documents. Defendant has not complied with discovery. Defendant failed and refused to appear for her deposition. Plaintiff is prevented from appropriately, adequately and properly filing such stated documents. Plaintiff has filed motions to compel Defendant to comply. Also, Plaintiff has filed motions to take leave to amend complaint. Plaintiff has been prevented from questioning Defendant on the issues and the defenses raised by Defendant. Again, Plaintiff requests an Extension of Time and Additional Time in submitting and filing:
Trial Brief,
Opposition Memo to Motion in Limine,
Objections to Exhibits,
Deposition Counter Designations and Objections and

Findings of Fact and Conclusions of Law.
And any other applicable documents.

    Plaintiff prays that the Court grants this request/motion.

Dated: April 9, 2007 in Honolulu, Hawaii.

                                            Joseph R. Thames
                                            Plaintiff Pro Se