Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S |
| VS. | ) INTERMEDIATE/INTERIM<br>) DEPOSITION |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) COUNTER DESIGNATIONS<br>) AND OBJECTIONS<br>)<br>) |

**PLAINTIFF'S INTERMEDIATE/INTERIM DEPOSITION COUNTER DESIGNATIONS AND OBJECTIONS**

Now Comes Plaintiff and submits and files Intermediate/Interim Deposition Counter Designations and Objections. For good cause and sound reasoning, Plaintiff moves and requests an Extension of time and Additional Time to submit and file stated documents. Defendant has not complied with discovery. Defendant failed and refused to appear for her deposition. Plaintiff is prevented from appropriately, adequately and properly filing such stated documents. Plaintiff has filed motions to compel Defendant to comply. Also, Plaintiff has filed motions to take leave to amend complaint. Plaintiff has been prevented from questioning Defendant on the issues and the defenses raised by Defendant. Again, Plaintiff requests an Extension of Time and Additional Time in submitting and filing Plaintiff's Deposition Counter Designations and Objections.

Plaintiff opposes and objects to Defendant's any and all Deposition Designations. Defendant has not designated a or any deposition(s). Defendant should be precluded and not allowed to present any deposition(s) for trial. Further, Plaintiff has not been notified of Defendant taking any depositions; thus, Plaintiff was not allowed to be present at any such Depositions taken by Defendant to question party being deposed. This case should be decided on the truthful facts and evidence. Plaintiff has continually complied with the law and Court orders while Defendant has continually not complied with the law nor Court Orders.

Dated: April 10, 2007 in Honolulu, Hawaii.

_Joseph R. Thames_
Joseph R. Thames