Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S<br>) INTERMEDIATE/INTERIM<br>) OBJECTIONS TO DEFENDANT'S<br>) WITNESS LIST<br>)<br>) |
| VS. | |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | |

## PLAINTIFF'S INTERMEDIATE/INTERIM OBJECTIONS TO DEFENDANT'S WITNESS LIST

Now Comes Plaintiff and submits and files Intermediate/Interim Objections to Defendant's Witness List. For good cause and sound reasoning, Plaintiff moves and requests an Extension of time and Additional Time to submit and file stated documents. Defendant has not complied with discovery. Defendant failed and refused to appear for her deposition. Plaintiff is prevented from appropriately, adequately and properly filing such stated documents. Plaintiff has filed motions to compel Defendant to comply. Also, Plaintiff has filed motions to take leave to amend complaint. Plaintiff has been prevented from questioning Defendant on the issues and the defenses raised by Defendant. Again, Plaintiff requests an Extension of Time and Additional Time in submitting and filing Plaintiff's Objections to Defendant's Witness List.

Plaintiff objects and opposes to Defendant's Witness to preclude any and all of Defendant's Exhibits. Defendant failed and refused to appear for her deposition. Plaintiff has been unable and prevented from questioning Defendant on the data, information and or evidence from Defendant's witness. Additionally, Defendant submits her mother, a witness of Defendant to testify through a notarized letter. Defendant's mother should not be allowed to testify via notarized letter due to Plaintiff not being able to cross-exam witness. Such testimony is precluded by the rules of evidence. Further, Plaintiff has not been able to question or depose Defendant's mother, Mary M. Turner. Defendant did not provide such witness when asked in discovery or upon disclosure. Plaintiff was unjustly and illegally prevented and or precluded from examining and or examining Defendant about witness(es). Further, Defendant should not be able to testify in her behalf. Defendant has not complied with discovery. Defendant failed, refused and did not appear for her deposition. Defendant should not be allowed to benefit from her unjust and illegal tactics. Plaintiff would be biased and unjustly prejudiced from

Defendant unjust and illegal actions if Defendant's witness(es) to include the Defendant are allowed to testify in behalf of the Defendant at trial. All Defendants' witnesses should be precluded and not allowed to testify for Defendant's defense at trial. This case should be decided on the truthful facts and evidence. Plaintiff has continually complied with the law and Court orders while Defendant has continually not complied with the law nor Court Orders.

Dated: April 10, 2007 in Honolulu, Hawaii.

Joseph R. Thames