Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S |
| VS. | ) INTERMEDIATE/INTERIM<br>) OBJECTIONS TO EXHIBITS |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

## PLAINTIFF'S INTERMEDIATE/INTERIM OBJECTIONS TO EXHIBITS

    Now Comes Plaintiff and submits and files Intermediate/Interim Objections to Exhibits. For good cause and sound reasoning, Plaintiff moves and requests an Extension of time and Additional Time to submit and file stated documents. Defendant has not complied with discovery. Defendant failed and refused to appear for her deposition. Plaintiff is prevented from appropriately, adequately and properly filing such stated documents. Plaintiff has filed motions to compel Defendant to comply. Also, Plaintiff has filed motions to take leave to amend complaint. Plaintiff has been prevented from questioning Defendant on the issues and the defenses raised by Defendant. Again, Plaintiff requests an Extension of Time and Additional Time in submitting and filing Plaintiff's Objections to Exhibits.

    Plaintiff objects and opposes to Defendant's Exhibits to preclude any and all of Defendant's Exhibits. Defendant failed and refused to appear for her deposition. Plaintiff has been unable and prevented from questioning Defendant on the data, information and or evidence contained in Defendant's exhibits. Defendant should not be allowed to present exhibits, information, data and or evidence Plaintiff was unjustly and illegally prevented and or precluded from examining and or examining Defendant about. Defendant should not be allowed to benefit from her unjust and illegal tactics. Plaintiff would be biased and unjustly prejudiced from Defendant unjust and illegal actions if Defendant's exhibits are allowed to be entered as evidence and or allowed to be presented at trial. Defendant's exhibits 200 through 213 should not be allowed to be presented at trial. This case should be decided on the truthful facts and evidence. Plaintiff has continually complied with the law and Court orders while Defendant has continually not complied with the law nor Court Orders.

Dated: April 10, 2007 in Honolulu, Hawaii.

                                                                     Joseph R. Thames