# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/11/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00644DAE-LEK |
| CASE NAME: | Joseph Thames vs. Deborah Y. Miller, etc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 04/11/2007 | TIME: | |

COURT ACTION:  EO: Before the Court is Plaintiff Joseph R. Thames' ("Plaintiff") Request for Defendant to Stipulate to Generalized Damages, filed March 13, 2007 ("Request").  Defendant Deborah Y. Miller's ("Defendant") response to the Request was due on March 30, 2007.  Defendant did not respond to the Request.  Plaintiff's reply is not due until April 13, 2007, but no reply is necessary because Defendant did not respond to the Request.  See Local Rule LR7.4 ("A reply must respond only to arguments raised in the opposition.").  Insofar as there is no stipulation between the parties, no action is required by this Court.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager