IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| JOSEPH R. THAMES, | ) | CV. NO. 04-00644 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEBORAH Y. MILLER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Plaintiff's Request for Extension of Time to File and Submit Trial Brief, Opposition Memo to Motion in Limine, Objections to Exhibits, Deposition Counter Designations and Objections, and Findings of Fact and Conclusions of Law, the Court DENIES Plaintiff's Request For Extension of Time.

On April 10, 2007, Plaintiff filed a request for an extension of time to file the above noted documents because of Defendant's non-compliance with discovery by failing to appear for her deposition. That same day, Magistrate Judge Leslie Kobayashi issued two orders: (1) Order Granting In Part and Denying In

Part Plaintiff's Emergency Motion to Compel Defendant Deborah Y. Miller to Appear for Her Duly Noticed Deposition and Motion for Sanctions and Denying Plaintiff's Motions to Extend Discovery Deadlines ("Order to Compel"), and (2) Order Denying Plaintiff's Discovery Motions ("Order Denying Discovery"). In the Order to Compel, the Magistrate Judge found that, under the circumstances of this case, "it would be inappropriate to compel Defendant to appear at a deposition." (Order to Compel at 7.) The Magistrate Judge denied the entry of a default judgment for Defendant's failure to appear, though she did order Defendant to reimburse Plaintiff for fees associated with the court reporter's services. (Id. at 10-11.) The Magistrate Judge also denied an extension of the discovery deadline. (Id. at 11-12.) In the Order Denying Discovery, the Magistrate Judge denied Plaintiff's discovery motions because they were untimely filed and good cause did not exist to amend the Scheduling Order. (Order Denying Discovery at 6-8.)

        In light of those discovery orders addressing the situation for which Plaintiff now seeks an extension of time to file the documents noted herein, this Court DENIES Plaintiff's request for an extension of time because such an extension would not assist Plaintiff in presenting his case. Notably, both parties are proceeding pro se, discovery has taken place, and the trial that is set for April

24, 2007 will be a bench trial. Accordingly, this Court sees no reason to extend time any further to file the appropriate documents.

## CONCLUSION

For the reasons stated above, the Court DENIES Plaintiff's Request For Extension of Time.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 12, 2007.



_____
David Alan Ezra
United States District Judge

Joseph R. Thames vs. Deborah Y. Miller, et al., Civil No. 04-00644 DAE-LEK; ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME