Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S** |
| VS. | ) **REPLY MEMORANDUM**<br>) **TO PLAINTIFF'S REQUEST FOR** |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) **DEFENDANT TO STIPULATE**<br>) **TO GENERALIZED DAMAGES**<br>)<br>) |

**PLAINTIFF'S REPLY MEMORANDUM TO PLAINTIFF'S REQUEST FOR DEFENDANT TO STIPULATE TO GENERALIZED DAMAGES**

Now Comes Plaintiff and submits Plaintiff's Reply Memorandum to Plaintiff's Request For Defendant to Stipulate to Generalized Damages. To date, Defendant has not responded. Plaintiff has in good faith attempted to confer with Defendant on these matters. Defendant has willfully not responded.

Dated: April 13, 2007 in Honolulu, Hawaii.

Joseph R. Thames