ORIGINAL

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S** |
| VS. | ) **REPLY MEMORANDUM**<br>) **TO PLAINTIFF'S MOTION FOR** |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) **DEFAULT JUDGMENT**<br>)<br>)<br>) |

**PLAINTIFF'S REPLY MEMORANDUM TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Now Comes Plaintiff and submits Plaintiff's Reply Memorandum to Plaintiff's Motion for Default Judgment. To date, Defendant has not responded. Plaintiff has in good faith attempted to confer with Defendant on these matters. Defendant has willfully not responded. Defendant failed to appear for her deposition. Defendant failed to comply with discovery. Defendant has failed to comply with Court orders. Documents have been submitted prior and are on record in the foregoing action. Plaintiff moves for a Default Judgment against Defendant for good cause and sound reason shown. Plaintiff moves for a Default Judgment with damages to be determined and awarded hereafter. Plaintiff prays that the Court grant this motion.

Dated: April 13, 2007 in Honolulu, Hawaii.

Joseph R. Thames