Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S** |
| VS. | ) **THEORY**<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>)<br>) |

## PLAINTIFF'S THEORY

Now Comes Plaintiff and submits and files a Plaintiff Theory. Defendant's Greed, Control and Conspiracy are primary. Defendant(s) and party(s); Deborah Y. Miller, Julia F. Coelho, Women Organization of Assistance, Attorney Eden E. Hifo (Hawaii – State Judge), Attorney Sabrina McKenna (Hawaii – State Judge), Attorney Leslie Kobayashi (U.S. Magistrate Judge), and Attorney Mitzee Lee and others; conspiracy, fraud, control and discrimination are major parts of Plaintiff's Theory.

Dated: April 15, 2007 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff
Pro Se