## DECLARATION OF JOSEPH R. THAMES

I, Joseph R. Thames, deposes and says under penalty of perjury:

1. Hereto attached Exhibit "A" is a true, accurate and correct copy of the Notice of Deposition Change of Location/Place of Deposition with the letter to Defendant of the change of location of deposition and the Notice of Deposition included.
2. On January 13, 2007, Plaintiff served Notice of Deposition upon Defendant.
3. On January 31, 2007, Plaintiff was contacted by the Court Reported and notified of a change in location of the place of the deposition.
4. On February 1, 2007, Plaintiff served with a letter to Defendant the change of location of the place of the deposition.
5. On February 06, 2007, Plaintiff served Notice of Deposition Change of Location/Place of Deposition on Defendant.
6. On February 14, 2007, Plaintiff served again the Notice of Deposition Change of Location/Place of Deposition on Defendant on Defendant.
7. On February 15, 2007, Plaintiff faxed a copy of Notice of Deposition Change of Location/Place of Deposition on Defendant to Defendant's mail pick up point.
8. On February 17, 2007, Plaintiff faxed a copy of Notice of Deposition Change of Location/Place of Deposition on Defendant to Defendant's mail pick up point.
9. Plaintiff never received any objection and or opposition to the Notice of Deposition and or Notice of Deposition Change of Location/Place of Deposition on Defendant.
10. On February 20, 2007, Defendant Deborah Y. Miller did not appear for her deposition.
11. On February 20, 2007, Defendant Deborah Y. Miller did not appear for her deposition at 9:00 a.m. at 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813.

I, Joseph R. Thames, deposes and state that the above statement is true, accurate and correct to the best of my knowledge and under the penalty of perjury.

Dated: February 20, 2007 in Honolulu, Hawaii.

Joseph R. Thames

Exhibit B

5    18

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | )<br>) |
| DEBORAH Y. MILLER ET.AL.<br>DEFENDANT(s). | ) NOTICE OF<br>) DEPOSITION<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

## NOTICE OF DEPOSITION

TO: DEFENDANT
Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff, Joseph R. Thames, will take your, the Defendant, Deborah Y. Miller, deposition upon oral examination, pursuant to F.R.Civ.P. 30 & 26 and any and all applicable rules, laws and regulations, commencing at 9:00 a.m. on February 20, 2007 and at the office of Ali'i Court Reporting, location of 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii 96815. The deposition will be continued until complete. If necessary, the deposition will be adjourned for the hour, time or day and continuation(s) following hours and or days until completed. Further, PLEASE TAKE NOTICE that you, the Defendant, Deborah Y. Miller are requested to bring to the deposition and produce all documents and things relevant, related and or at issue in the above entitled action, pursuant to F.R.Civ.P. 34.

ATTACHMENT B

9   19

PLEASE TAKE NOTICE that Plaintiff with this document, pursuant to the applicable Federal Rules of Civil Procedure, in the above-captioned do hereby serve, file and give notice to all, that Plaintiff will take Deposition of Defendant, Deborah Y. Miller.

Dated: January 13, 2007 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff, Pro Se

10    20

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

*/s/ Joseph R. Thames*
Joseph R. Thames
Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

### CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

Joseph R. Thames
Plaintiff

13  22

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.64 |

Postmark: BARBERS POINT, 09 JAN 13 2007, USPS, 01/13/2007

7006 0810 0004 2162 9066

Sent To: Deborah Y. Miller
Street, Apt. No.; or PO Box No.: DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave ste 102
MB 165
City, State, ZIP+4: Kailua, Hawaii 96734

PS Form 3800, June 2002    See Reverse for Instructions

14   23