Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>)<br>)<br>) AFFIVADIT OF JOSEPH R. THAMES<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JOSEPH R. THAMES

I, Joseph R. Thames, affiant, deposes, states and says under penalty of perjury:

1. Hereto attached Exhibit "A" is a true, correct and accurate copy of the subpoena and document of Hawaii National Bank of Borrower Deborah Y. Miller collateral loan secured with Time Certificate Deposit of Joseph R. Thames in the amount of $17,000.00 with Disclosure Statement.
2. Hereto attached Exhibit "B" is a true, accurate and correct copy of the Notice of Deposition Change of Location/Place of Deposition with the letter to Defendant of the change of location of deposition and the Notice of Deposition included.
3. On January 13, 2007, Plaintiff served Notice of Deposition upon Defendant via U.S. mail.
4. On January 31, 2007, Plaintiff was contacted by the Court Reporter and notified of a change in location of the place of the deposition.
5. On February 1, 2007, Plaintiff served with a letter via U.S. mail to Defendant the change of location of the place of the deposition.
6. On February 06, 2007, Plaintiff served Notice of Deposition Change of Location/Place of Deposition on Defendant via U.S. mail.
7. On February 14, 2007, Plaintiff served again the Notice of Deposition Change of Location/Place of Deposition on Defendant on Defendant via U.S. mail.

Exhibit C

15
24

8. On February 15, 2007, Plaintiff faxed a copy of Notice of Deposition Change of Location/Place of Deposition on Defendant to Defendant's mail pick up point.

9. On February 17, 2007, Plaintiff faxed a copy of Notice of Deposition Change of Location/Place of Deposition on Defendant to Defendant's mail pick up point.

10. Plaintiff never received any objection and or opposition to the Notice of Deposition and or Notice of Deposition Change of Location/Place of Deposition on Defendant.

11. On February 20, 2007 at 8:30 a.m., two associates of Plaintiff, one female and one male, waited at the 2355 Ala Wai Boulevard address to give Defendant the changed address if Defendant showed up. Defendant did not show up at the 2355 Ala Wai Boulevard by 9:45 a.m.

12. On February 20, 2007, Defendant Deborah Y. Miller did not appear for her deposition.

13. On February 20, 2007, Defendant Deborah Y. Miller did not appear for her deposition at 9:00 a.m. at 1111 Bishop Street Suite 500, Honolulu, Hawaii 96813.

14. On February 20, 2007 at approximately 9:35 a.m., the Defendant telephone number of record was called by the Court Reporter. A female voice answered the telephone. The Court Reporter identified herself and stated that she, the Court Reporter, was calling in reference to the scheduled deposition. The woman whom answered the telephone hung up.

15. On February 20, 2007 at approximately 9:37, the Defendant's telephone number of record was called again by the Court Reporter. A recorded voice came on.

16. On February 20, 2007 at approximately 9:40 a.m., Plaintiff Joseph R. Thames called the Defendant's telephone number of record. A recorded voice message came on and identified the voice mail of Deborah. Plaintiff Joseph R. Thames left a message referencing the Defendant's scheduled deposition and requested a response from Defendant. No response was received from Defendant.

17. On February 20, 2007, Plaintiff served upon Defendant Deborah Y. Miller, Plaintiff's Emergency Motion To Compel Defendant Deborah Y. Miller to Appear for her Duly Noticed Deposition and Motion for Sanctions via U.S. mail postage prepaid to:

    Deborah Y. Miller
    DEFENDANT DEBORAH Y. MILLER
    25 Maluniu Ave Ste 102
    PMB165
    Kailua, Hawaii 96734

18.    Hereto attached Exhibit "C" is a true, correct and accurate copy of the Transcript of Proceedings in Re: Scheduled Deposition of Deborah Y. Miller on February 20, 2007 and Court Reporter billing statement.

I, Joseph R. Thames, deposes and states that the above statement is true, accurate and correct to the best of my knowledge and under the penalty of perjury. Further, I, Joseph R. Thames, dispose, and state that the above is true to the best of my knowledge.

Dated: March 21, 2007 in Honolulu, Hawaii.

_____
Joseph R. Thames

Hawaii: __Honolulu__ County

I, __Edith N. Flinn__ a Notary Public for said Honolulu County and Hawaii State, do hereby certify that __Joseph R. Thames__ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the __21st__ day of __March__, 2007.

_____
Notary Public Edith N Flinn, Vice Pres-Ops.

My commission expires ___12/4___, 20_10_.



17

26

Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | )<br>) |
| DEBORAH Y. MILLER ET.AL.<br>DEFENDANT (s). | ) NOTICE OF<br>) DEPOSITION<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |

### NOTICE OF DEPOSITION

TO: DEFENDANT
Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

PLEASE TAKE NOTICE that Plaintiff, Joseph R. Thames, will take your, the Defendant, Deborah Y. Miller, deposition upon oral examination, pursuant to F.R.Civ.P. 30 & 26 and any and all applicable rules, laws and regulations, commencing at 9:00 a.m. on February 20, 2007 and at the office of Ali'i Court Reporting, location of 2355 Ala Wai Boulevard Suite 306, Honolulu Hawaii 96815. The deposition will be continued until complete. If necessary, the deposition will be adjourned for the hour, time or day and continuation(s) following hours and or days until completed. Further, PLEASE TAKE NOTICE that you, the Defendant, Deborah Y. Miller are requested to bring to the deposition and produce all documents and things relevant, related and or at issue in the above entitled action, pursuant to F.R.Civ.P. 34.

ATTACHMENT B

34
27

PLEASE TAKE NOTICE that Plaintiff with this document, pursuant to the applicable Federal Rules of Civil Procedure, in the above-captioned do hereby serve, file and give notice to all, that Plaintiff will take Deposition of Defendant, Deborah Y. Miller.

Dated: January 13, 2007 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff, Pro Se

35
28

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) |
| VS. | ) CERTIFICATE OF SERVICE<br>) |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

Joseph R. Thames
Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at ____ o'clock and ____ min. ⌐
SUE BEITIA, CLERK

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, Joseph R. Thames, Plaintiff Pro Se, has this date served Notice of Deposition of Defendant, Deborah Y. Miller and was duly served on the above-identified party at the indicated address on the date shown by depositing the original and/or a copy thereof, postage prepaid, in the United States mail, addressed to the Defendant.

SERVED:

Deborah Y. Miller
DEFENDANT DEBORAH Y. MILLER
25 Maluniu Ave Ste 102
PMB165
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii on January 13, 2007.

Joseph R. Thames
Plaintiff

38
30



39 31