

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7006 0810 0004 2162 9066
Status: **Delivered**

Your item was delivered at 1:58 pm on January 16, 2007 in KAILUA, HI 96734. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**

Enter Label/Receipt Number.

Exhibit D

32

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          4/14/2007