Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>)<br>)<br>) PLAINTIFF'S<br>) MOTION FOR RECONSIDERATION<br>) OF COURT'S ORDER<br>) DENYING PLAINTIFF'S<br>) REQUEST FOR EXTENSION/<br>) ADDITIONAL OF TIME<br>)<br>) |

**MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION /ADDITIONAL OF TIME**

   Now Comes Plaintiff Joseph R. Thames and moves for reconsideration of Court's Order Denying Plaintiff's Request for Extension /Additional of Time entered 04/06/07. Plaintiff has been undergoing medical issues which during some periods precludes his mobility and requires much medical attention to include medical facility visits and stays and many tests. Plaintiff needs more time and request reconsideration for more time to adequately, appropriately and properly prepare, submit and file replies, opposition memorandums and other documents.

Dated: April 17, 2007 in Honolulu, Hawaii.

Joseph R. Thames