IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| JOSEPH R. THAMES, | ) | CV. NO. 04-00644 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEBORAH Y. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Plaintiff's Motion for Reconsideration of Court's Order Denying Plaintiff's Request for Extension/Additional Time ("Motion for Reconsideration"), this Court DENIES Plaintiff's Motion for Reconsideration.

On April 17, 2007, Plaintiff filed a Motion for Reconsideration, claiming that he "has been undergoing medical issues which during some periods precludes his mobility and requires much medical attention to include medical facility visits and stays and many tests." Plaintiff did not submit any

documentation in support, such as a declaration from his doctor, medical bills or anything else that would suggest that Plaintiff is incapable of going forward with the trial set for April 24, 2007.  Additionally, this is the first time, to the best of this Court's knowledge, that Plaintiff has raised concerns about his purported medical condition.  Significantly, Plaintiff did not raise this issue in his Request for Extension of Time, which was based on Defendant's failure to appear for her deposition.

Given the drawn-out nature of this lawsuit, Plaintiff's failure to advance arguments regarding his alleged medical condition before this time, and the lack of documentation indicating that Plaintiff's mobility will be impaired at the time of trial, this Court shall not postpone the trial any further.  Plaintiff has had adequate time and opportunity to prepare his case, and Plaintiff has failed to prove to this Court that he is medically incapable of attending the trial and presenting his case as scheduled.

<u>CONCLUSION</u>

For the reasons stated above, this Court DENIES Plaintiff's Motion for Reconsideration.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 19, 2007.



_____
David Alan Ezra
United States District Judge

<u>Joseph R. Thames vs. Deborah Y. Miller</u>, Civil No. 04-00644 DAE-LEK; ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION