UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

JOSEPH R. THAMES
PO BOX 674

THAM674    T967343000 1C06 06 04/18/07
RETURN TO SENDER
THAMES JOSEPH R
TEMPORARILY AWAY

RETURN TO SENDER

CV-04-00644 DAE-LEK

**RECEIVED**
CLERK, U.S. DISTRICT COURT

APR 19 2007

DISTRICT OF HAWAII



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOSEPH R. THAMES, ) | CV. NO. 04-00644 DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEBORAH Y. MILLER, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Plaintiff's Request for Extension of Time to File and Submit Trial Brief, Opposition Memo to Motion in Limine, Objections to Exhibits, Deposition Counter Designations and Objections, and Findings of Fact and Conclusions of Law, the Court DENIES Plaintiff's Request For Extension of Time.

On April 10, 2007, Plaintiff filed a request for an extension of time to file the above noted documents because of Defendant's non-compliance with discovery by failing to appear for her deposition. That same day, Magistrate Judge Leslie Kobayashi issued two orders: (1) Order Granting In Part and Denying In

Part Plaintiff's Emergency Motion to Compel Defendant Deborah Y. Miller to Appear for Her Duly Noticed Deposition and Motion for Sanctions and Denying Plaintiff's Motions to Extend Discovery Deadlines ("Order to Compel"), and (2) Order Denying Plaintiff's Discovery Motions ("Order Denying Discovery"). In the Order to Compel, the Magistrate Judge found that, under the circumstances of this case, "it would be inappropriate to compel Defendant to appear at a deposition." (Order to Compel at 7.) The Magistrate Judge denied the entry of a default judgment for Defendant's failure to appear, though she did order Defendant to reimburse Plaintiff for fees associated with the court reporter's services. (Id. at 10-11.) The Magistrate Judge also denied an extension of the discovery deadline. (Id. at 11-12.) In the Order Denying Discovery, the Magistrate Judge denied Plaintiff's discovery motions because they were untimely filed and good cause did not exist to amend the Scheduling Order. (Order Denying Discovery at 6-8.)

In light of those discovery orders addressing the situation for which Plaintiff now seeks an extension of time to file the documents noted herein, this Court DENIES Plaintiff's request for an extension of time because such an extension would not assist Plaintiff in presenting his case. Notably, both parties are proceeding pro se, discovery has taken place, and the trial that is set for April

2

24, 2007 will be a bench trial. Accordingly, this Court sees no reason to extend time any further to file the appropriate documents.

## CONCLUSION

For the reasons stated above, the Court DENIES Plaintiff's Request For Extension of Time.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 12, 2007.



David Alan Ezra
United States District Judge

Joseph R. Thames vs. Deborah Y. Miller, et al., Civil No. 04-00644 DAE-LEK; ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

## Orders on Motions

1:04-cv-00644-DAE-LEK Thames v. Miller, et al

### U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 4/12/2007 at 12:45 PM HST and filed on 4/12/2007
**Case Name:** Thames v. Miller, et al
**Case Number:** 1:04-cv-644
**Filer:**
**Document Number:** 200

**Docket Text:**
ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME [181] [191]. Signed by Judge DAVID ALAN EZRA on 4/12/07. (afc)

**1:04-cv-644 Notice has been electronically mailed to:**

**1:04-cv-644 Notice will not be electronically mailed to:**

Deborah Y. Miller
25 Maluniu Ave Ste 102
PMB165
Kailua, HI 96734

Joseph R. Thames
PO Box 674
Kailua, HI 96734

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/12/2007] [FileNumber=264245-0]
[afda7dbd320968a5d91e234b8a5734a7128b24fcf3293c55a9d4f6af3da160eb7d7b
595732e34b4f77a7a07627f082f8050faf6478aec7dd34c14641c3b19a93]]