IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| JOSEPH R. THAMES, | ) | CV. NO. 04-00644 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEBORAH Y. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER VACATING ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. This Court VACATES its Order Denying Plaintiff's Motion for Reconsideration that was filed on April 19, 2007, which requested a reconsideration of the Magistrate Judge's April 6, 2007 Order Denying Plaintiff's Request for Extension/Additional Time to Reply and/or Respond.

## CONCLUSION

For the reasons stated above, this Court VACATES its Order Denying Plaintiff's Motion for Reconsideration that was filed on April 19, 2007.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 19, 2007.



_____
David Alan Ezra
United States District Judge

Joseph R. Thames vs. Deborah Y. Miller, Civil No. 04-00644 DAE-LEK; ORDER VACATING ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION