Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2007

at __11__ o'clock and ____ min. ____M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) PLAINTIFF'S<br>) MOTION<br>) TO TRIAL JUDGE<br>) TO DISQUALIFY AND<br>) REMOVE MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO TRIAL JUDGE TO DISQUALIFY AND REMOVE MAGISTRATE JUDGE

Now Comes Plaintiff and submits and files Plaintiff's Motion to Trial Judge to Disqualify and Remove Magistrate Judge Kobayashi. For good cause and sound reasons, Plaintiff moves for Trial Judge to Disqualify and Remove Magistrate Judge Kobayashi. Plaintiff filed and requested for Magistrate Judge Kobayashi to recuse herself. Magistrate Judge Kobayashi denied Plaintiff's request.

Magistrate Judge Kobayashi served as judge over another case to which Plaintiff was a party. Magistrate Judge Kobayashi ruled adversely against Plaintiff in the former case. Magistrate Judge has developed a negative tone and position toward Plaintiff. That former case is presently impinging on the present case. As seen in Magistrate Judge Kobayashi ruling, especially the most recent rulings, Magistrate Judge Kobayashi rulings

are very adverse towards Plaintiff. Magistrate Judge Kobayashi rulings are and have been in error and in error adversely towards Plaintiff. Exhibit A is a true, accurate and correct copy of the case history of the former case that was before Magistrate Judge Kobayashi (civil case number 1:00-cv-00222-HG-LEK).

A Judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances which:

- the judge has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding. (Judiciary Policies and Procedures: Codes of Conduct)

Contrary to Magistrate Judge Kobayashi earlier statements in her orders and rulings, through personal knowledge of the former case; Magistrate Judge Kobayashi clearly knew that the Plaintiff was the owner of the alleged disputed property of 404A Kalama Street, Kailua Hawaii (Apartment 404A Kalama Street, Kailua Hawaii).

In the interest of justice, Magistrate Judge Kobayashi should be disqualified and removed from this case.

Dated: April 19, 2007 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff Pro Se