# 1:00-cv-00222-HG-LEK International Svgs L v. Thames, et al
HELEN GILLMOR, presiding
Leslie E Kobayashi, referral
Date filed: 03/23/2000
Date terminated: 06/15/2000 Date of last filing: 06/15/2000

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | Filed: Entered: | 03/23/2000 03/24/2000 | Remark |
| 1 | Filed: Entered: | 03/23/2000 03/24/2000 | Notice of Removal |
| 2 | Filed: Entered: | 03/23/2000 03/24/2000 | Order |
| 3 | Filed: Entered: Terminated: | 04/11/2000 04/12/2000 06/15/2000 | Motion to Remand |
| 4 | Filed & Entered: | 04/12/2000 | Order |
| 5 | Filed: Entered: | 04/12/2000 04/13/2000 | Notice of Hearing |
| 6 | Filed: Entered: | 04/13/2000 04/14/2000 | Certificate of Service |
| 7 | Filed & Entered: | 04/26/2000 | Miscellaneous Document |
| 8 | Filed: Entered: | 05/16/2000 05/17/2000 | Minutes - Miscellaneous |
| 9 | Filed: Entered: Terminated: | 05/22/2000 05/26/2000 05/22/2000 | Motion for Miscellaneous Relief |
| 10 | Filed: Entered: | 05/22/2000 05/26/2000 | Response/Reply - Miscellaneous |
| 11 | Filed: Entered: | 05/24/2000 05/26/2000 | Reply |
| 12 | Filed: Entered: | 05/30/2000 06/02/2000 | Minutes - Miscellaneous |
| 13 | Filed: Entered: | 06/15/2000 06/19/2000 | Order |

*Exhibit A*