IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| JOSEPH R. THAMES, | ) | CV. NO. 04-00644 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEBORAH Y. MILLER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY AND REMOVE MAGISTRATE JUDGE

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Plaintiff's Motion to Disqualify and Remove Magistrate Judge, the Court DENIES Plaintiff's Motion.

On April 19, 2007, Plaintiff filed a Motion to Disqualify and Remove Magistrate Judge Leslie Kobayashi ("Magistrate Judge"), claiming that her adverse rulings against him and "negative tone and position" demonstrate bias and prejudice. Specifically, Plaintiff claims that the Magistrate Judge served as a judge

in another case to which Plaintiff was a party, Int'l Svgs L v. Thames, et al., 1:00-CV-0222 (HG/LEK).  In that case, Plaintiff claims that the Magistrate Judge ruled against him.  That adverse ruling combined with the instant rulings denying certain sanctions for Defendant concerning her failure to appear for her deposition, multiple extensions of time, and Plaintiff's request to amend his Complaint for a second time, among others, has led Plaintiff to question the Magistrate Judge's ability to act fairly and objectively.

This Court DENIES Plaintiff's Motion because Plaintiff has not demonstrated good cause to disqualify the Magistrate Judge.  This Court has seen no evidence of bias or prejudice on the part of the Magistrate Judge, nor has Plaintiff pointed to any such evidence.  On the contrary, the Magistrate Judge's Orders indicate that she has demonstrated patience and care in the handling of Plaintiff's case, giving Plaintiff the benefit of the doubt in many instances.  Notably, this Court denied all of Plaintiff's appeals of the Magistrate Judge's Orders because this Court found no error in them.  Accordingly, Plaintiff has failed to demonstrate any personal bias or prejudice on the part of the Magistrate Judge that would warrant disqualification.

## CONCLUSION

For the reasons stated above, the Court DENIES Plaintiff's Motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 20, 2007.



_____
David Alan Ezra
United States District Judge

Joseph R. Thames vs. Deborah Y. Miller, et al., Civil No. 04-00644 DAE-LEK; ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY AND REMOVE MAGISTRATE JUDGE