Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 23 2007

at 11 o'clock and 40 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S**<br>) **MOTION FOR**<br>) **RECONSIDERATION OF**<br>) **MAGISTRATE JUDGE'S ORDER**<br>) **DENYING PLAINTIFF'S**<br>) **MOTION FOR EXTENSION OF**<br>) **TIME FOR FILING**<br>) **DISPOSITIVE MOTIONS**<br>) |

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR FILING DISPOSITIVE MOTIONS

   Now Comes Plaintiff for good cause and sound reasons submits, files and moves this Court to reconsider Order Denying Plaintiff's Motion For Extension of Time for Filing Dispositive Motions. Plaintiff has exercised due diligence in prosecuting this case. Plaintiff has complied with the laws, Federal Rules of Civil Procedure and the Court's Orders. Defendant has not complied with the laws, Federal Rules of Civil Procedure nor the Court's Orders. Plaintiff received this order and other orders late due to mailing errors. Plaintiff mail come is delivered through the U.S. Postal Services.

   Defendant has not complied with discovery and Defendant has failed and refused to comply with discovery. Such non compliance of Defendant has prevented Plaintiff from preparing and prosecuting his claim. Such non compliance of Defendant has been willful and to allow such non compliance of Defendant will be prejudice and harmful to Plaintiff.

   Defendant removed documents of Plaintiff from Plaintiff's control which are evidence to the matters at issue. Defendant has willfully not produced or returned the removed documents. Of the documents removed were records and accounting of financial transactions, etc…

   Defendant has refused and failed to provide discovery, especially discovery harmful to the Defendant's defense and or beneficial to Plaintiff claim(s). Such discovery requested by Plaintiff from Defendant is legal and allowable in accordance with the Federal Rules of Civil Procedure. Defendant failed and refused to appear at duly

noticed deposition. Defendant's actions are grounds for a Default Judgment being granted.

The Dispositive Motion filing deadline was before the discovery deadline which made it impossible for Plaintiff to file Dispositive Motion(s) based on discovery received late in discovery. Due to the defective scheduling order with dispositive motion(s) filing deadlines before discovery deadline made it impossible for Plaintiff to file dispositive motion(s) based on actions of Defendant from refusal and or failure of discovery and or any other conduct or actions. Plaintiff moves for this Court to reconsider denying the motion for Extension of Time for Filing Dispositive Motions.

Dated: April 23, 2007 in Honolulu, Hawaii.

Joseph R. Thames