Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S** |
| VS. | ) **AMENDED/SUPPLEMENTAL**<br>) **FINAL NAMING OF** |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) **LAY AND EXPERT**<br>) **WITNESS LIST**<br>) |

### PLAINTIFF'S AMENDED/SUPPLEMENTAL FINAL NAMING OF LAY AND EXPERT WITNESS LIST

Now Comes Plaintiff for good cause and sound reasons submits and files Plaintiff's Amended/Supplemental Final Naming of Lay and Expert Witness List. Plaintiff's Amended Supplemental Final Naming of Lay and Expert Witness List is attached.

Dated: April 23, 2007 in Honolulu, Hawaii.

Joseph R. Thames

## LAY WITNESSES

1. Plaintiff Joseph R. Thames will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

2. Defendant Deborah Y. Miller will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

3. Julia(Julie) F. Coelho will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

4. Real Estate Transaction Broker will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

5. Attorney Dennis Ing will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

6. Luke Jones will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

7. Tom Rossi will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

8. Corrine Kaonohi will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

9. Agents/Representatives from Old Republic Title Company will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

10. Robert Rostron will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

11. Judy Rostrom will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

12. Roy Walker, Real Estate Broker, will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

13. Seller's Real Estate Transaction Broker will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

14. Seller's Real Estate Transaction Agent will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

15. Fran Oka will testify to knowledge of the financial transactions and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

16. Representative(s) Hawaii National Bank will testify to knowledge of the financial transactions and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

17. Representative(s) Navy Federal Credit Union will testify to knowledge of the financial transactions and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

18. Representative(s) Real Estate Transaction Agent will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

19. Representative(s) American Financial Mortgage Company will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

20. Bill Rizzo will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

21. Representative(s) Norwest Mortgage will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

22. Representative(s) Neal Realty will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

23. Donald Semingson will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

24. Janice Semingson will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

25. Representative(s) Honolulu Board of Realtors will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

26. Real Estate Agent for Sellers' Donald and Janice will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

27. Representative(s) Wells Fargo Home Mortgage, Inc. will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

28. Representative(s) of the Agency(s) and or Organization(s), that supported/assisted Defendant Deborah Y. Miller concerning Restraining Order(s), will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

29. Carol will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

30. Coreather Thames will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

31. Tyrone Thames will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

32. Shellarnetta Hollis will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

33. Alan Hollis will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

34. Darryl Phillips will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

35. Brad Arbaugh will testify to knowledge of the incidents while living at 404a Kalama Street residence and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

36. Mimi will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

37. Nana will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

38. Larry Lewis will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

39. Alicia Ethridge will testify to knowledge of all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

40. Frank Ethridge will testify to knowledge of all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

41. Mike Basso will testify to knowledge of all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

42. Steve Basso will testify to knowledge of all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

43. Merla will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

44. Merle will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

45. Mary Miller will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

46. Representative(s) Old Republic Title Company will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

47. Joyce Ariyoshi will testify to knowledge of the lease option transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

48. Dale Nay will testify to knowledge of the lease option transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

49. Darryl Y. C. Choy will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

50. Officer Tanaka will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

51. Mary Kruslin will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

52. Heriberto Gomez will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

53. James Mitchell will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

54. Connie Mitchell will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

55. Government officials and employees (from Governor down) will testify to Hawaii Law, knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

56. Honolulu Police Officers will testify to knowledge of actions (Plaintiff's actions and Defendant's actions), police reports and records, knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

57. Mary Turner will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

58. Lysa Miller-Reed will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

59. Myrna will testify to knowledge of the transaction and all other related circumstances and character of plaintiff, defendant and other parties, individuals, agents and organizations.

## EXPERT WITNESES

1. Hayes Reed will provide expert testimony to handwriting exemplars/samples/standards, document examination and character analysis.

2. Dirk Von Guenthner will provide expert testimony to handwriting exemplars/samples/standards, document examination and character analysis.

3. Dr. Karl Leu will provide expert testimony to the medical mental and emotional state(s) of Plaintiff Joseph R. Thames.

4. Designated Witness(es) will provide expert testimony to the medical mental and emotional state(s) of Plaintiff Joseph R. Thames.

5. Designated Witness will provide expert testimony on real estate transaction(s) to include subject transaction.

6. MCS Associates will provide expert testimony on real estate transaction(s), financial matters and accounting to include subject transaction.

7. Norman Katz will provide expert testimony on real estate transaction(s) to include subject transaction.

8. Designated Witness (Real Estate Residential Expert Witness) will provide expert testimony on real estate transaction(s) to include subject transaction.

9. Designated Witness (Financial Expert) will provide expert testimony on real estate transaction(s) to include subject transaction.

10. Designated Witness (Accounting Expert) will provide expert testimony on real estate transaction(s) to include subject transaction.

11. Designated Witness (Financial and Accounting Expert) will provide expert testimony on real estate transaction(s) to include subject transaction.

12. Designated Witness will provide expert testimony on legal matters raised in this subject action to include Attorney Ing's representation (alleged non-representation) of Plaintiff Joseph R. Thames.

13. Designated Witness(es) will provide expert testimony to the civil treatment concerning the civil rights and violations thereof upon Plaintiff Joseph R. Thames.

14. Designated Witness(es) will provide expert testimony to address defense(s) matters raised by Defendant(s).

Plaintiff reserves the right to add and delete witnesses as discovery continues or as they become identified/retained, to call all necessary foundation witnesses, to call all necessary rebuttal witnesses, to call any witness identified by another party. Due to Defendant's failure and/or refusal to comply with federal, state (Hawaii) laws, rules,

regulations and laws; HRS, HRCC and Circuit court rules and pretrial discovery rules and pretrial order, plaintiff has been delayed and prejudiced from preparing (lawfully, legally, appropriately, properly, and without disruption) final naming of Lay and Expert Witnesses.

### Additional Lay and Expert Witnesses

Attorney (Hawaii State Judge) Eden Hifo – will testify to the matters of the state court

Attorney (Hawaii State Judge) Sabrina McKenna – will testify to the matters of the state court

Attorney (U.S. Magistrate Judge) Leslie Kobayashi – will testify to her personal knowledge of the property, etc...

Attorney Mitzi Lee – will testify to her personal knowledge of the property, etc....