Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S**<br>) **MOTION FOR**<br>) **CONTINUANCE OF**<br>) **TRIAL**<br>) **(SUPPLEMENTAL)**<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL (SUPPLEMENTAL)

TRIAL DATE: April 24, 2007

Now Comes Plaintiff, Pro Se, and submits and files a Supplemental to Plaintiff's Motion for a Continuance of Trial. I am not an attorney and I am not a lawyer. Plaintiff is seeking to have his rights upheld. Plaintiff has diligently and has exercised due diligence in preparing for trial but such matters are beyond the scope, legal knowledge and ability of Plaintiff. Plaintiff is seeking to be represented in these matters forward. Again, Plaintiff has actively and diligent sought legal counsel. Again, Plaintiff seeks a continuance to consult with Attorney Wooten who returns on Wednesday, April 25, 2007 from out of country. Plaintiff has been in contact with Attorney Wooten through his office. Plaintiff seeks to have representation by Attorney Wooten in this matter if possible after his return and evaluation of the case.

Plaintiff seeks a continuance in effort of the further advancement of substantial justice to allow the opportunity to fully and fairly develop claims. (Hawaii-Waldeyer v. Wailuku Sugar Co., 19 Haw. 245, 1908 WL 1241 (1908). N.C.-Bowers v. Olf, 122 N.C. App. 421, 470 S.E.2d 346 (1996). Iowa-Ragan v. Petersen, 569 N.W.2d 390 (Iowa Ct. App. 1997). Ind.Danner v. Danner, 573 N.E.2d 934 (Ind. Ct. App. 1st Dist. 1991), decision clarified on reh'g, (Aug. 20, 1991). Ill.-Huber v. Reznick, 107 Ill. App. 3d 529, 63 Ill. Dec. 179, 437 N.E.2d 828 (5th Dist. 1982). Plaintiff seeks fundamental fairness and avoidance of unfair advantage. (Mo.-Mills, 939 S.W..2d 72 (Mo. Ct. App. W.D. 1997).

I, Joseph R. Thames declare under penalty of perjury that the above statements and the statements on the previous document Plaintiff's Motion for Continuance of Trial is true, accurate and correct to the best of my knowledge. Plaintiff prays for this Court to grant this motion for a continuance in the interest of justice.

Dated: April 24, 2007 in Honolulu, Hawaii.

Joseph R. Thames
Plaintiff Pro Se