Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF, | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S** |
| VS. | ) **AMENDED/SUPPLEMENTAL**<br>) **TRIAL BRIEF** |
| DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | )<br>) |

### PLAINTIFF'S AMENDED/SUPPLEMENTAL TRIAL BRIEF

Plaintiff invokes this Court's jurisdiction under 28 U.S.C. § 1331 and 1332 on the ground that this action arises under Diversity of Citizenship, the First, Fourth, Fifth and Fourteenth Amendments to the U.S. Constitution and under 42 U.S.C. § 1981, 1981A, 1983, 1985 and 1986. Plaintiff also invokes this Court's jurisdiction under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Plaintiff also invokes this Court's jurisdiction under the Declaratory Judgement Act, 28 U.S.C. § 2201 and 2202 and any and all other applicable laws.

Dated: April 23, 2007 in Honolulu, Hawaii.

Joseph R. Thames