Joseph R. Thames
P.O. Box 674
Kailua, HI 96734
(808) 554-8082

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES<br>PLAINTIFF,<br><br>VS.<br><br>DEBORAH Y. MILLER, ET.AL.<br>DEFENDANT (s). | ) CIVIL NO. 04-00644DAE-LEK<br>)<br>) **PLAINTIFF'S**<br>) **OBJECTION TO**<br>) **BENCH TRIAL**<br>)<br>)<br>) |

### PLAINTIFF'S OBJECTION TO BENCH TRIAL

Now Comes Plaintiff for good cause and sound reasons submits, files and again objects to a trial by court and or bench trial. Plaintiff demands a trial by jury in amended complaint. Defendant did not object to a trial by jury. Plaintiff is by right and or law entitled to a trial by jury.

Dated: April 23, 2007 in Honolulu, Hawaii.

Joseph R. Thames