# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00644DAE-LEK |
| CASE NAME: | Joseph Thames v. Deborah Y. Miller, aka Deborah Yolanda Miller, Deborah Y. Richardson, Deborah Yolanda Richardson, Deborah Y. Miller-Richardson, Deborah Yolanda Miller-Richardson, et al. |
| ATTYS FOR PLA: | Joseph Thames, Pro Se |
| ATTYS FOR DEFT: | Deborah Y. Miller, Pro Se |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Gloria Bediamol |
| DATE: | 4/24/2007 | TIME: | 9:00am-11:45am<br>1:30pm-2:30pm |

COURT ACTION:  EP: [222]Plaintiff's Motion to Continue Trial. [166]Motion in Limine. 1st day of Non-Jury Trial.

[222]Plaintiff's Motion to Continue Trial-DENIED.

[166]Motion in Limine- TAKEN UNDER ADVISEMENT.

Plaintiff's Opening Statement.

Defendants' Opening Statement.

Plaintiff's witness: Plaintiff, Joseph R. Thames

Plaintiff's Exhibits Received: 1, 2, 3, 4, and 5.

Defendant's witness: Defendant, Deborah Miller

Defendants' Exhibits Received: 1, 2, 3, and 4.

Plaintiff's Closing arguments.

Defendants' Closing arguments
.
Submitted by:  Theresa Lam, Courtroom Manager