UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 2, 2007

TO ALL COUNSEL AND/OR PARTIES OF RECORD:

Re:   CIVIL NO. 04-00644DAE-LEK
      Joseph R. Thames vs. Deborah Y. Miller

Dear Sir or Madam:

    Please be advised that pursuant to Rule 77 of the Federal Rules of Civil Procedure, notice is hereby given that Final Judgment was filed and entered on May 2, 2007.

Sincerely Yours,

SUE BEITIA, CLERK

by: Anna F. Chang
Deputy Clerk

encl.