

ORIGINAL

Form 1

**FORM 1.** Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a United States District Court

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 9 2007

at __11__ o'clock and ___ min. __ M
SUE BEITIA, CLERK

## Name of United States District Court for the HAWAII

Case Number 04-00644DAE-LEK

Joseph R. Thames                , Plaintiff,

v.         **NOTICE OF APPEAL**

Deborah Y. Miller, Et. Al    , Defendant(s).

Notice is hereby given that JOSEPH R. THAMES (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the 9TH CIRCUIT COURT  Order Denying Plaintiff's Motion to Take Leave to File an " " entered in this action on April 9, 2007, (date). (Second) Amended Complaint [Attached]

_Joseph R. Thames_
(Signature of appellant or attorney)

P.O. BOX 674
KAILUA, HI 96734
(808)554-8082
(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.