FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

## United States District Court for the DISTRICT of HAWAII

MAY 10 2007

Case Number **04-00644DAE-LEK**

at 7 o'clock and 36 min. P M
SUE BEITIA, CLERK

**JOSEPH R. THAMES**          , Plaintiff,

v.                                    **NOTICE OF APPEAL**

**DEBORAH Y. MILLER**          , Defendant.

Notice is hereby given that **JOSEPH R. THAMES** in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the **9ᵀᴴ CIRCUIT COURT** from Order Granting in Part and Denying in Part Plaintiff's Emergency Motion to Compel Defendant Deborah Y. Miller to Appear for her Duly Noticed Deposition and Motion for Sanctions and Denying Plaintiff's Motion to Extend Discovery Deadline entered in this action on **4/10/2007**, April 10, 2007 (date).
Dated May 10, 2007 in Honolulu, Hawaii.

*Joseph R. Thames*
(Signature of appellant)

P.O. Box 674
Kailua, Hawaii 96734
(808) 554-8082

(Address of appellant)