United States District Court for the DISTRICT of HAWAII

Case Number **04-00644DAE-LEK**

**JOSEPH R. THAMES**_____, Plaintiff,

v.   NOTICE OF APPEAL

**DEBORAH Y. MILLER**_____, Defendant.

Notice is hereby given that **JOSEPH R. THAMES** in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the **9TH CIRCUIT COURT** from Order Denying Plaintiff's Discovery Motions entered in this action on **4/10/2007**, April 10, 2007 (date).
Dated May 10, 2007 in Honolulu, Hawaii.

_____
(Signature of appellant)

P.O. Box 674
Kailua, Hawaii 96734
(808) 554-8082

_____
(Address of appellant)