# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   Thames vs. Miller

    **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00644DAE-LEK

II  **DATE NOTICE OF APPEAL FILED:**   May 10, 2007

III  **U.S. COURT OF APPEALS PAYMENT STATUS:** Filed IFP on 05/10/07

    **DOCKET FEE PAID ON:**          **AMOUNT:**

    **NOT PAID YET:**             **BILLED:**

    **U.S. GOVERNMENT APPEAL:**     **FEE WAIVED**:

    **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE:**     **& ATTACH COPY OF ORDER/CJA**

    **WAS F.P. STATUS REVOKED**:     **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction
    of the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 23, 2007

To All Counsel of Record as Appellees:

IN RE:    Thames vs. Miller

Civil No. 04-00644DAE-LEK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 10, 2007 .

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

By: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
       Joseph R. Thames (attorney for appellant)
          w/copy of instructions for civil appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet; CADS