UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 24, 2007

To All Counsel of Record as Appellees:

   In Re: Thames vs. Miller
          Civil No. 04-00644DAE-LEK

Enclosed Notice of Appeal, Document No. 235 was mailed to the United States Court of Appeals. Thank you.

Sincerely,
Sue Beitia, Clerk
By /s/ Laila M. Geronimo
Laila M. Geronimo, Deputy Clerk

encl.