ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2007

United States District Court for the DISTRICT of HAWAII and _____ M
SUE BEITIA, CLERK

Case Number 04-00644DAE-LEK

JOSEPH R. THAMES          , Plaintiff,

                v.                    NOTICE OF APPEAL

DEBORAH Y. MILLER         , Defendant.

    Notice is hereby given that JOSEPH R. THAMES in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the 9TH CIRCUIT COURT from Judgment entered in this action on 5/02/2007, (May 2, 2007) (date).
Dated May 30, 2007 in Honolulu, Hawaii.

(Signature of appellant)

P.O. Box 674
Kailua, Hawaii 96734
(808) 554-8082

(Address of appellant)

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 04-00644DAE-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>May 2, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| DEBORAH Y. MILLER, | |
| Defendant. | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Deborah Y. Miller and against Plaintiff Joseph R. Thames, and entered as pursuant to the FINDINGS OF FACT AND CONCLUSIONS OF LAW filed and entered on May 2, 2007.

| | |
|---|---|
| May 2, 2007 | SUE BEITIA |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |