United States District Court for the DISTRICT of HAWAII

Case Number 04-00644DAE-LEK

JOSEPH R. THAMES           , Plaintiff,

                v.                NOTICE OF APPEAL

DEBORAH Y. MILLER           , Defendant.

    Notice is hereby given that JOSEPH R. THAMES in the above named case hereby appeal to the United States Court of Appeals for the
Federal Circuit from the 9TH CIRCUIT COURT from Finding of Fact and Conclusions of Law and Judgment entered in this action on 5/02/2007, (May 2, 2007) (date).
Dated May 30, 2007 in Honolulu, Hawaii.

*(Signature of appellant)*

P.O. Box 674
Kailua, Hawaii 96734
(808) 554-8082

(Address of appellant)