AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH R. THAMES, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 04-00644DAE-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>May 2, 2007 |
| DEBORAH Y. MILLER, | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant. | |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Deborah Y. Miller and against Plaintiff Joseph R. Thames, and entered as pursuant to the FINDINGS OF FACT AND CONCLUSIONS OF LAW filed and entered on May 2, 2007.

| May 2, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |