ORIGINAL

Form 1

**FORM 1.** Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a United States District Court

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 9 2007

at __11__ o'clock and __0__ min. __ __
SUE BEITIA, CLERK

RECEIVED
CLERK. U.S. DISTRICT COURT

JUN 6 2007

DISTRICT OF HAWAII

## Name of United States District Court for the HAWAII

Case Number 04-00644DAE-LEK

Joseph R. Thames_____, Plaintiff,

v.

Deborah Y. Miller, Et. Al_____, Defendant(s),

**NOTICE OF APPEAL**

( 07-15965 )

Notice is hereby given that JOSEPH R. THAMES_____ (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the 9TH CIRCUIT COURT_____ _Order Denying Plaintiff's Motion to_ Take Leave to File an _____ entered in this action on _April 9 2007_, _____ (date). (second) Amended Complaint [Attached]

_Joseph R. Thames_
(Signature of appellant or attorney)

P.O. BOX 674
KAILUA, HI 96734
(808)554-8082

(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii

By_____
Deputy

99