# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAY 29 2007

## DOCKET FEE PAYMENT NOTIFICATION FORM

FILED _____
DOCKETED _____ DATE _____ INITIAL

I.  SHORT CASE TITLE:   Thames vs. Miller

U.S. COURT OF APPEALS DOCKET NUMBER:  (07-15966)

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. DISTRICT COURT DOCKET NUMBER: Civil No. 04-00644DAE-LEK

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 6 2007
DISTRICT OF HAWAII

II  DATE NOTICE OF APPEAL FILED:   May 10, 2007

III  U.S. COURT OF APPEALS PAYMENT STATUS: Filed IFP on 05/10/07

DOCKET FEE PAID ON:                AMOUNT:

NOT PAID YET:                      BILLED:

U.S. GOVERNMENT APPEAL:            FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:       & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:           DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

# United States District Court for the DISTRICT of HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 10 2007
at 7 o'clock and 36 min. PM
SUE BEITIA, CLERK

Case Number <u>04-00644DAE-LEK</u>

<u>JOSEPH R. THAMES</u>, Plaintiff,

v.

<u>DEBORAH Y. MILLER</u>, Defendant.

NOTICE OF APPEAL

(07-15966)

Notice is hereby given that **JOSEPH R. THAMES** in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the <u>9TH CIRCUIT COURT</u> from Order Granting in Part and Denying in Part Plaintiff's Emergency Motion to Compel Defendant Deborah Y. Miller to Appear for her Duly Noticed Deposition and Motion for Sanctions and Denying Plaintiff's Motion to Extend Discovery Deadline entered in this action on <u>4/10/2007</u>, April 10, 2007 (date). Dated May 10, 2007 in Honolulu, Hawaii.

*Joseph R. Thames*
(Signature of appellant)

P.O. Box 674
Kailua, Hawaii 96734
(808) 554-8082

(Address of appellant)

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
Deputy