# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAY 29 2007

DOCKET FEE PAYMENT NOTIFICATION FORM

FILED _____
DOCKETED _____
DATE _____ INITIAL _____

I.  SHORT CASE TITLE:   Thames vs. Miller

   U.S. COURT OF APPEALS DOCKET NUMBER: 07-15967

   U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

   U.S. DISTRICT COURT DOCKET NUMBER: Civil No. 04-00644DAE-LEK

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 6 2007
DISTRICT OF HAWAII

II  DATE NOTICE OF APPEAL FILED:   May 10, 2007

III  U.S. COURT OF APPEALS PAYMENT STATUS: Filed IFP on 05/10/07

   DOCKET FEE PAID ON:            AMOUNT:
   NOT PAID YET:                  BILLED:
   U.S. GOVERNMENT APPEAL:        FEE WAIVED:
   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:             & ATTACH COPY OF ORDER/CJA
   WAS F.P. STATUS REVOKED:       DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:

   Laila M. Geronimo

___

AMENDED NOTIFICATION _____   PAID _____   F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

Case 1:04-cv-00644-DAE-LEK   Document 242   Filed 05/10/2007   Page 1 of 1

# United States District Court for the DISTRICT of HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

MAY 10 2007

at 7 o'clock and 36 m  PM
SUE BEITIA, CLERK

Case Number <u>04-00644DAE-LEK</u>

<u>JOSEPH R. THAMES</u>, Plaintiff,

v.

<u>DEBORAH Y. MILLER</u>, Defendant.

NOTICE OF APPEAL

(07-15967)

Notice is hereby given that <u>JOSEPH R. THAMES</u> in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the <u>9TH CIRCUIT COURT</u> from Order Denying Plaintiff's Discovery Motions entered in this action on <u>4/10/2007</u>, April 10, 2007 (date).
Dated May 10, 2007 in Honolulu, Hawaii.

_____
(Signature of appellant)

P.O. Box 674
Kailua, Hawaii 96734
(808) 554-8082

_____
(Address of appellant)

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By_____
Deputy