# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  SHORT CASE TITLE:   Joseph R. Thames vs. Deborah Y. Miller

    U.S. COURT OF APPEALS DOCKET NUMBER: _____

    U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

    U.S. DISTRICT COURT DOCKET NUMBER: Civil No. 04-00644DAE-LEK

II  DATE NOTICE OF APPEAL FILED:   May 30, 2007

III  U.S. COURT OF APPEALS PAYMENT STATUS: IFP Application enclosed - 05/30/07

    DOCKET FEE PAID ON:           AMOUNT:

    NOT PAID YET:                 BILLED:

    U.S. GOVERNMENT APPEAL:       FEE WAIVED:

    WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

    IF YES, SHOW DATE:            & ATTACH COPY OF ORDER/CJA

    WAS F.P. STATUS REVOKED:      DATE:

    WAS F.P. STATUS LIMITED IN SOME FASHION?

    IF YES, EXPLAIN:

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:

    Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 7, 2007

To All Counsel of Record as Appellees:

    IN RE:    Joseph R. Thames vs. Deborah Y. Miller

               Civil No. 04-00644DAE-LEK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 30, 2007.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Joseph R. Thames (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS