UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 22 2007
at 12 o'clock and 05 min P M.
SUE BEITIA, CLERK

| | |
|---|---|
| JOSEPH R. THAMES,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DEBORAH Y. MILLER,<br><br>　　　　Defendant - Appellee. | No. 07-15965<br>D.C. No. CV-04-00644-DAE/LEK<br><br><br><br>**JUDGMENT** |
| JOSEPH R. THAMES,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DEBORAH Y. MILLER,<br><br>　　　　Defendant - Appellee. | No. 07-15966<br>D.C. No. CV-04-00644-DAE/LEK<br><br><br><br>**JUDGMENT** |
| JOSEPH R. THAMES,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DEBORAH Y. MILLER,<br><br>　　　　Defendant - Appellee. | No. 07-15967<br>D.C. No. CV-04-00644-DAE/LEK<br><br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeals in this cause be, and hereby are **DISMISSED for lack of jurisdiction**.

Filed and entered 07/27/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 20 2007

by: _____
Deputy Clerk