**FILED**

UNITED STATES COURT OF APPEALS

JUL 27 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH R. THAMES,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DEBORAH Y. MILLER,<br><br>Defendant - Appellee. | Nos. 07-15965<br>        07-15966<br>        07-15967<br><br>D.C. No. CV-04-00644-DAE/LEK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: SCHROEDER, Chief Judge, HAWKINS and WARDLAW, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over these appeals because the orders challenged in the appeals are not final or appealable. *See* 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties); *In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128 (9th Cir. 1989) (order) (magistrate judge order not final or appealable). Consequently, these appeals are dismissed for lack of jurisdiction.

All pending motions are denied as moot.

PROSE