

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

August 20, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 07-15965 DAE/LEK | Thames v. Miller | CV-04-00644- |
| 07-15966 DAE/LEK | Thames v. Miller | CV-04-00644- |
| 07-15967 DAE/LEK | Thames v. Miller | CV-04-00644- |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Entry of Dismissal*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 22 2007
DISTRICT OF HAWAII

Enclosure(s)

cc: All Counsel

INTERNAL USE ONLY: Proceedings include all events.
07-15965 Thames v. Miller

```
JOSEPH R. THAMES                  Joseph R. Thames
     Plaintiff - Appellant        808/554-8082
                                  [LD NTC prs]
                                  P.O. Box 674
                                  Kailua, HI 96734

  v.

DEBORAH Y. MILLER                 Deborah Y. Miller
     Defendant - Appellee         808-561-1551
                                  Ste 102
                                  [LD NTC prs]
                                  25 Maluniu Ave
                                  PMB 165
                                  Kailua, HI 96734
```