# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **241065** |
| Trans | 147688 |

Received From:   **JOSEPH THAMES**
Case Number:
Reference Number:   **CV 04-644DAE**

|  | Money Order | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** | | **455.00** |
|  | Tend | | 455.00 |
|  | Due | | 0.00 |

10/01/2007 03:53:26 PM      Deputy Clerk:  bb/DT