# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   Joseph R. Thames vs. Deborah Y. Miller

    **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00644DAE-LEK

II   **DATE NOTICE OF APPEAL FILED:**   May 30, 2007

III   **U.S. COURT OF APPEALS PAYMENT STATUS:** IFP Application enclosed - 05/30/07

    **DOCKET FEE PAID ON:**        **AMOUNT:**

    **NOT PAID YET:**           **BILLED:**

    **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

    **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE:**    **& ATTACH COPY OF ORDER/CJA**

    **WAS F.P. STATUS REVOKED:**    **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

AMENDED NOTIFICATION  10|1|2007 PAID  ✓  F.P._____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction
of the U.S. Court of Appeals Docket Fee.)