IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _07-16061_    U.S. District Court Case No. _1:04-CV-00644-DAE-LEK_

Short Case Title _Thames v. Miller_

Date Notice of Appeal Filed by Clerk of District Court _05/23/2007_

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| 04/24/2007 | | Opening Statements |
| | | Settlement Instructions |
| 04/24/2007 | | Closing Arguments |
| | | Jury Instructions |
| 03/13/2007 | | Pre-Trial Proceedings _Final Pretrial Conference_ |
| 04/24/2007 | | Other (please specify) _Trial_ |

(additional page for designations if necessary) _Attached_

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(✓) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _11/26/2007_    Estimated date for completion of transcript _____

Print Name of Attorney _Joseph R. Thames Pro Se_    Phone Number _(808) 554-8082_

Signature of Attorney _Joseph R. Thames_

Address _P.O. Box 674  Kailua, HI  96734_

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript–Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____ BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

Thames v. Miller
1:04-CV-00644-DAE-LEK

Additional Pages for Designations

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 06/29/2005 | | Scheduling Conference |
| 11/27/2006 | | Settlement Conference |

Plaintiff-Appellant designate and is, will and shall designating/designate/designation all and any of Reporter's Transcripts in these proceedings (to include all Court Hearings and or Trial) – [to include listed above and before transcripts for the hearings and trial for, but not to limit other transcripts designated of all and any transcripts of the above entitled case] - Plaintiff-Appellant wishes to order any and all Reporter's Transcripts from this case. Any and All Court Hearings and Trial are necessary, important and or relevant and is and shall be designated reporter's transcript for appeal. Further, Plaintiff-Appellant wishes to be notified by the Court of all Hearings and or Parts of Hearings and or Parts of Trial which does/did not have transcripts, recordings, and or Court Reporter(s).

Dated: November 26, 2007 in Honolulu, Hawaii.

Joseph R. Thames