**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 22 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| JOSEPH R. THAMES, | No. 07-16061 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-04-00644-DAE |
| v. | District of Hawaii, Honolulu |
| DEBORAH Y. MILLER, | ORDER |
| Defendant - Appellee. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 27 2008

at __11__ o'clock and __2__ min __A__ M.
SUE BEITIA, CLERK

Appellant's motion to amend, append, add to, and supplement the opening brief and any response thereto is referred to the merits panel for resolution.

Copies of the proffered briefs shall be provided to the panel to facilitate resolution of the motion.

Any further such requests shall be treated in the same fashion.

For the Court:

MOLLY C. DWYER
Clerk of the Court

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 27 2008
DISTRICT OF HAWAII

Lorela Bragado-Sevillena
Deputy Clerk
  Ninth Circuit Rule 27-7/Advisory Note
  to Rule 27 and Ninth Circuit Rule 27-10

05.19.08/LBS/ Pro Mo